NS:md

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 18-80160-CR-WPD

UNITED STATES OF AMERICA,

vs.

RAUL GORRIN BELISARIO,

      Defendant.

_____/

Sealed

FILED by _____ D.C.
NOV 07 2018
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

## NOTICE OF LIS PENDENS RE: FORFEITURE

**GRANTEE(S): RIM Group Investments III Corp.**

TO: ALL PERSONS WHO MAY CLAIM BY, THROUGH, OR UNDER EITHER A DEFENDANT AND/OR GRANTEE any interest in the real property described herein.

NOTICE IS HEREBY GIVEN, pursuant to the provisions of Fla. Stat. § 48.23, as made applicable hereto by 28 U.S.C. § 1964, that on August 16, 2018, the United States filed a criminal Indictment in the United States District Court for the Southern District of Florida in the foregoing action. Pursuant to 21 U.S.C. § 853(p), the United States of America seeks to forfeit the real property located at 144 Isla Dorada Boulevard, Coral Gables, Florida 33143, including all buildings, fixtures, appurtenances, improvements, attachments and easements found therein or thereon, and which is more fully described as:

> Lot 8, Block 20, of COCOPLUM SECTION TWO, Plat E, according to the Plat thereof as recorded in Plat Book 131, Page 76, of the Public Records of Miami-Dade County, Florida.
>
> Parcel Identification Number: 03-4132-030-0080.

FURTHER NOTICE IS HEREBY GIVEN that the provisions of 21 U.S.C. § 853(k) prohibit any claimant to the described property from (1) intervening in the trial or appeal of the criminal case, or (2) commencing an action at law or equity against the United States concerning the validity of any alleged interest subsequent to the Indictment, except following the entry of any order of forfeiture as provided by 21 U.S.C. § 853(n).

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

This instrument was
prepared by:        By:    s/ *Nalina Sombuntham*
                           Nalina Sombuntham (Fla. Bar No. 96139)
                           Assistant United States Attorney
                           E-mail: nalina.sombuntham@usdoj.gov
                           99 N.E. 4th Street - 7th Floor
                           Miami, Florida 33132
                           Telephone: (305) 961-9224
                           Facsimile: (305) 536-4089