UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 18-80160-CR-DIMITROULEAS

    Plaintiff,

vs.

CLAUDIA PATRICIA DIAZ GUILLEN and
ADRIAN JOSE VELASQUEZ FIGUEROA,

    Defendants.
_____/

## VERDICT FORM

As to Count 2 of the superseding indictment, we, the jury, find the Defendant,

CLAUDIA PATRICIA DIAZ GUILLEN:

  ✓
_____           _____
GUILTY                NOT GUILTY

As to Count 2 of the superseding indictment, we, the jury, find the Defendant,

ADRIAN JOSE VELASQUEZ FIGUEROA,

  ✓
_____           _____
GUILTY                NOT GUILTY

As to Count 9 of the superseding indictment, we, the jury, find the Defendant,

CLAUDIA PATRICIA DIAZ GUILLEN:

                                 ✓
_____           _____
GUILTY                NOT GUILTY

As to Count 9 of the superseding indictment, we, the jury, find the Defendant,

ADRIAN JOSE VELASQUEZ FIGUEROA,

  ✓
_____           _____
GUILTY                NOT GUILTY

As to Count 10 of the superseding indictment, we, the jury, find the Defendant,

CLAUDA PATRICIA DIAZ GUILLEN:

___✓___         _____
GUILTY                NOT GUILTY

As to Count 10 of the superseding indictment, we, the jury, find the Defendant,

ADRIAN JOSE VELASQUEZ FIGUEROA,

___✓___         _____
GUILTY               NOT GUILTY

So say we all,

_____

12/13/2022
DATE