1

1     UNITED STATES DISTRICT COURT
          SOUTHERN DISTRICT OF FLORIDA
2        CASE NO. 18-CR-80160-DIMITROULEAS

3
    UNITED STATES OF AMERICA,
4

5
        -vs-
6
    CLAUDIA PATRICIA DIAZ GUILLEN,
7   ADRIAN JOSE VELASQUEZ FIGUEROA

8              Defendants.
    _____/
9

10     JURY TRIAL BEFORE THE HONORABLE WILLIAM P. DIMITROULEAS

11

12              Monday, November 28, 2022
                1:00 p.m. - 5:04 p.m.
13
                299 East Broward Boulevard
14            Fort Lauderdale, Florida 33301

15

16

17

18     Stenographically Reported By:
       PATRICIA BAILEY-ENTIN, RPR, FPR
19     Notary Public, State of Florida
       BAILEY ENTIN REPORTING, LLC
20     Fort Lauderdale Office
       Phone - 954-745-9511
21

22

23

24

25

2

1      APPEARANCES:

2

       On behalf of the United States of America:
3      KURT K. LUNKENHEIMER, Esquire
       US Attorney's Office
4      99 Northeast 4th Street
       Miami, Florida 33132
5      kurt.lunkenheimer@usdoj.gov
               -and-
6      PAUL HAYDEN, Esquire
       MICHAEL CULHANE HARPER, Esquire
7      US Department of Justice Criminal
       Division Fraud Section
8      1400 New York Avenue NW
       Washington, DC 20005
9      paul.hayden2@usdoj.gov
       michael.harper@usdoj.gov

10

11     On behalf of Defendant Claudia Patricia Diaz
       Guillen:
12     MARISSEL DESCALZO, Esquire
       Tache, Bronis, Christianson and
13     Descalzo, P.A.
       150 Southeast Second Avenue
14     Suite 600
       Miami, Florida 33131
15     mdescalzo@tachebronis.com

16     On behalf of Defendant Adrian Jose
       Velasquez Figueroa:
17     ANDREW S. FELDMAN, Esquire
       Feldman Firm PLLC
18     200 S. Biscayne Boulevard
       Suite 2790
19     Miami, Florida 33131
       afeldman@feldmanpllc.com

20

21     ALSO PRESENT:
           Claudia Patricia Diaz Guillen, Defendant
22         Adrian Jose Velasquez Figueroa, Defendant
           Spanish Interpreters
23                          -  -  -

24

25

3

1                          I N D E X

2    WITNESS:                                         PAGE:

3                   WILLIAM LUTHER
     DIRECT EXAMINATION BY MR. HARPER:                  38
4    CROSS-EXAMINATION BY MS. DESCALZO:                 69
     CROSS-EXAMINATION BY MR. FELDMAN:                  95
5    REDIRECT EXAMINATION BY MR. HARPER:               120
     RECROSS-EXAMINATION BY MS. DESCALZO:              122
6    RECROSS-EXAMINATION BY MR. FELDMAN:               123

7                   ALEJANDRO ANDRADE
     DIRECT EXAMINATION BY MR. HAYDEN:                 124
8

9

10                        -  -  -

11                     E X H I B I T S

12                        -  -  -

13    Number                Description              Page

14   Government's No. 1    1/1/20 to 1/1/24 Official   49
                           and Market Exchange Rates
15
     Government's No. 2    1/1/20 to 1/1/24            59
16                         Estimated Return on
                           Arbitrage Activity
17
     Government's No. 5    Alejandro Andrade Plea     126
18                         Agreement

19   Defendant Diaz        DolarToday Spreadsheet      89
     Guillen No. 93
20

21

22

23

24

25

4

1              (The following was held outside the

2    presence of the jury:)

3              THE COURT:  We're back on the record.  Counsel

4    are present.  Ms. Diaz Guillen is present.

5    Mr. Velasquez Figueroa is present.  The interpreters

6    are present.  We got a bunch of notes from the jury

7    right after they were selected last week.  And we

8    got a couple of other letters from Ortiz this

9    morning.

10             What's counsels' position on the jury request?

11             MR. LUNKENHEIMER:  Your Honor, good afternoon.

12   Kurt Lunkenheimer on behalf of the United States.

13   Docket Entry 272, which I think was the first set of

14   jury notes, the only issue I potentially saw was

15   December 9th potentially losing one juror.  I didn't

16   see a number.  That's the only issue I saw until

17   the --

18             THE COURT:  And he's the juror that also sent

19   the two letters today.

20             MR. LUNKENHEIMER:  Oh, okay.  Your Honor, I

21   think if everyone else is here and we have all

22   twelve jurors and four alternates, we don't have an

23   issue -- the United States does not have an issue

24   excusing Mr. Ortiz due to his financial hardship.  I

25   had not received a count if everyone is here,

5

1    Your Honor.

2         THE CLERK:  Apparently we have 11 so far.

3         MR. LUNKENHEIMER:  Well, I think if we give it

4    a little bit more time and the other three

5    alternates or four alternates show up, I think we

6    would be fine with excusing him.

7         THE COURT:  Ms. Descalzo.

8         MS. DESCALZO:  I don't want to cause anybody

9    any financial hardship, Your Honor.  So if the

10   alternates show up, then I guess he can be excused.

11        THE COURT:  Mr. Feldman.

12        MR. FELDMAN:  I agree with Ms. Descalzo.

13        THE COURT:  So if all the alternates show up,

14   I'll go ahead and bring out Mr. Ortiz by himself,

15   excuse him, and that maybe eliminates the need to

16   recess on the 9th.  We can just find out from

17   Ms Lora what time her doctor appointment is going to

18   get over with and then just start later on the 9th.

19        As far as the other juror conflicts that start

20   on the 14th, what I would propose telling them is

21   that we're cautiously optimistic that we can try the

22   case without causing anybody to have to miss their

23   scheduled responsibilities.  And then we can play it

24   by ear starting on the 14th when we start having

25   jurors that have places to be as to whether we're

6

1      going to excuse the jury for that day or whether

2      we're going to excuse the juror and move on.

3            MR. LUNKENHEIMER:  That works for the United

4      States, Your Honor.  Thank you.

5            MS. DESCALZO:  Yes, we agree, Your Honor.

6            Your Honor, we brought you a printed defense

7      exhibit lists that you requested, I believe.

8            THE COURT:  I think you filed it, and I printed

9      it out.

10           MS. DESCALZO:  Okay.  Thank you, Your Honor.

11           THE COURT:  Who is going to do the openings for

12     the government?

13           MR. HAYDEN:  I'll Your Honor.

14           THE COURT:  So correct me if I'm wrong, that

15     means we're moving up Mr. Antoine?  He's going to be

16     the 12th juror?

17           MR. LUNKENHEIMER:  That's what the United

18     States had down, Your Honor.

19           MS. DESCALZO:  That's our understanding,

20     Your Honor.

21           MR. FELDMAN:  That our understanding,

22     Your Honor.

23           THE COURT:  Let's bring in Mr. Ortiz first.

24     (Juror Ortiz enters the courtroom.)

25           THE COURT:  Mr. Ortiz, I got your letter and

1    your boss's letter.  Did you leave anything in the

2    jury room?

3          JUROR ORTIZ:  No, sir.

4          THE COURT:  We'll be needing to get that juror

5    badge back from you.  We're going to go ahead and

6    excuse you.  The lawyers have agreed that it would

7    be too much of a hardship.

8          JUROR ORTIZ:  Okay.  Thank you so much.  I

9    appreciate it.

10         THE COURT:  So if you could go out through the

11   front doors.

12         JUROR ORTIZ:  Thank you.

13         (Mr. Ortiz exited the courtroom.)

14         THE COURT:  We want you to sit the way you were

15   at the end of the jury selection.  So, I guess, Mrs.

16   Rosenfried, you're in that first seat.  In the

17   second row, then Mr. Lindros will be in the second

18   seat.  Mr. Koval in the third seat.  Mr. Jimenez in

19   the fourth seat.  Mr. Small in the fifth seat.

20   Ms. Wang in the sixth seat.  Mr. Gamache in the

21   seventh seat.  It looks like everybody is coming in

22   the right way.

23         So let's do this:  I excused Mr. Ortiz; so that

24   means Mr. Antoine, you're now on the jury.  Let's go

25   ahead and move Ms. Rosenfried over one seat.  And

8

1          Ms. Lora, you can take that empty seat in the middle

2     row there.  And Ms. Desauguste, anywhere you want to

3     sit in the front row.

4          All right.  Counsel concede the presence of the

5     jury and waive its polling?

6          MR. LUNKENHEIMER:  Yes, Your Honor.

7          MS. DESCALZO:  Yes, Your Honor.

8          MR. FELDMAN:  Yes, Your Honor.

9          THE COURT:  And did everybody follow my

10    admonishment not to discuss the case or allow it to

11    be discussed in your presence?

12         All right.  The lawyers agreed to excuse

13    Mr. Ortiz because of a hardship, but we can't have

14    any more of these hardships; so hopefully everybody

15    is going to be okay.

16         I got everybody's notes from last week.  And

17    I'm cautiously optimistic that we're going to be

18    able to accommodate everybody with their plans so

19    that I'm not asking anybody to change their plans at

20    this point.

21         Ms. Lora, I do need to know on the 9th, though,

22    when you think your doctor's appointment might be

23    over with so that we can resume the trial when you

24    can get here on the 9th.  So whenever you get a

25    chance, just let us know when you think you will be

1    done with your doctor's appointment to be able to

2    get back here, and we'll start the trial on the 9th

3    at that time.

4        All right.  I think we're ready for the opening

5    statements of the attorneys.  Mr. Hayden, you may

6    proceed.

7        MR. HAYDEN:  Thank you, Your Honor.

8        Over one hundred million in bribe payments.

9    $100 million.  This is a case about greed and

10   corruption involving the former national treasurer

11   of Venezuela.  It's a conspiracy involving cash

12   hidden in cardboard boxes, offshore shell companies,

13   international wire transfers, Swiss bank accounts,

14   private jet planes, yachts, and even a high-end

15   fashion company.  It's about a former public

16   official at the highest levels of the Venezuelan

17   government who took advantage of her position of

18   enormous power and public trust.  She and her

19   husband accepted more than $100 million in bribes in

20   exchange for using her authority to corruptly grant

21   her coconspirators over $1 billion in Venezuelan

22   government business.  $1 billion.

23       What was the business the Venezuelan treasurer

24   granted in exchange for the bribes?  She gave her

25   coconspirators special access to favorable currency

1    exchange rates set by the Venezuelan government,

2    which those coconspirators exploited to make

3    hundreds of millions of dollars in profits.  The

4    Venezuelan public official and her coconspirators

5    then laundered the proceeds of that corrupt bribery

6    scheme by transferring some of those millions in

7    bribe payments to bank accounts right here in

8    Southern Florida.  That official, one of the

9    defendants, is Claudia Patricia Diaz Guillen.  She

10   was the national treasurer of Venezuela, in charge

11   of the Venezuelan national treasury.  Her

12   codefendant husband, Adrian Jose Velasquez Figueroa,

13   served as her go-between or her front man.

14       As the evidence during this trial will show

15   you, Diaz knew that her position -- she was not

16   allowed to take bribes.  Diaz's name is not on any

17   bank accounts.  Diaz didn't discuss the scheme

18   directly over text or email.  Instead to hide her

19   involvement, Diaz relied upon Velasquez as her front

20   man.  It was Velasquez who created the offshore

21   shell companies, incorporated businesses here in

22   Southern Florida, and he opened Swiss bank accounts

23   to receive those bribe payments.

24       But make no mistake, Diaz was the beneficiary

25   of those bribe payments because she was the one in

1    the powerful government position, the one who

2    authorized the business.  So who's the person who

3    paid those bribes to Diaz through Velasquez?  That

4    is Raul Gorrin, a Venezuelan businessman who owned a

5    home here in Southern Florida and controlled a

6    network of offshore shell companies and Swiss bank

7    accounts which he used to conduct the currency

8    exchanges and bribe Diaz through Velasquez.

9         You will see that the defendants -- Diaz, a

10   former military nurse prior to becoming treasurer of

11   Venezuela and her Codefendant/Husband Velasquez, a

12   career military officer, neither of whom ever earned

13   more than government employee wages -- amassed a

14   tremendous fortune from Gorrin's bribes during her

15   time as Venezuela's treasurer.  What the defendants

16   Diaz and Velasquez did was corrupt and it was

17   criminal, and that is why we're here today.

18        Ladies and gentlemen, this opening statement is

19   the Government's opportunity to give you an overview

20   of the evidence that you're going to see in this

21   case that will prove beyond a reasonable doubt Diaz

22   and Velasquez's guilt in this case.  First, I'm

23   going to give you a brief overview of the charges.

24   Second, I'm going to talk to you about what the

25   evidence is going to show.  And finally, I'm going

1        to talk about the different types of evidence that

2        you will see.

3             So first let me talk briefly about the charges.

4        Judge Dimitrouleas will instruct on the law for each

5        charge at the end of this trial, and you should

6        follow his instructions.  I'm just going to provide

7        a very brief overview.

8             First, the defendants are charged with

9        conspiracy.  Conspiracy is just another word for an

10       agreement between two or more people to break the

11       law.  So the defendants are charged with conspiring

12       or agreeing between themselves and others, including

13       Raul Gorrin to break the law.  That conspiracy or

14       that agreement was to send money to the United

15       States to promote the payment of bribes to Diaz.

16       Second, the defendants are charged with substantive

17       counts of money laundering.  That is, Velasquez and

18       Diaz are charged with two specific instances of

19       money laundering for two specific transactions.  As

20       you will learn, it's a crime to send money into the

21       United States when the purpose of the transfer is to

22       promote certain other crimes, including foreign

23       bribery.  And you will see that the Defendants Diaz

24       and Velasquez, caused their coconspirator Raul

25       Gorrin to wire the bribe money into the banks right

13

1    here in Southern Florida.

2         So what will the evidence show?  During the

3    trial you will learn that as the national treasurer

4    of Venezuela, Defendant Diaz was entrusted by the

5    people of Venezuela with tremendous

6    responsibilities -- responsibility to fund the

7    government operations of Venezuela.  Venezuela's

8    primary source of wealth was oil sales, which were

9    primarily made in U.S. dollars.  The government of

10   Venezuela, however, required the official currency

11   called the bolivar to be spent on government

12   operations inside of Venezuela, not U.S. dollars;

13   therefore, the treasury was responsible for

14   exchanging those U.S. dollars for bolivars.  As

15   treasurer, the defendant possessed the unique

16   authority to select which people would be given

17   access to conduct these exchanges on behalf of the

18   treasury.  You will also learn that Venezuela had a

19   strict currency control in place at the time that

20   mandated a fixed rate of exchange that valued the

21   bolivar to U.S. dollar exchange much higher than its

22   real value.  So in addition to the official

23   artificially high exchange rate, which was set by

24   the Venezuelan government, there was an unofficial

25   exchange rate that was available on the open or the

1    black market.  On this open market, the value of the

2    bolivar was much less against the U.S. dollar.

3    You'll also learn how these parallel markets, where

4    the bolivar had that different value against the

5    U.S. dollar, created what is called an arbitrage

6    opportunity.  That is an opportunity for an

7    individual to make money by taking advantage of the

8    different exchange rates.

9         Let me explain that.  If, for example, the

10   Venezuelan government's fixed official rate of

11   exchange was six bolivars to one U.S. dollar and the

12   parallel open market rate was twelve bolivars to

13   one U.S. dollar, this would allow an individual to

14   double their money by buying dollars from the

15   government at six bolivars per dollar and selling

16   them on the parallel market for twelve bolivars per

17   dollar.  In other words, by simply selling bolivars

18   for U.S. dollars at the official government exchange

19   rate where bolivars were overvalued and then buying

20   back bolivars on the open market at the weaker real

21   market rate, the person here could double their

22   money, sometimes triple their money depending on the

23   rate.  So that is exactly what happened here.

24   Because Diaz had the power to give people access to

25   the government exchange rate, which would allow

1       those people to make a lot of money, people were

2       willing to bribe her to get access.  Keep in mind

3       that the currency change itself is not illegal.  It

4       is the bribes paid that make it illegal.

5            So who paid those bribes?  Venezuelan

6       businessman and coconspirator Raul Gorrin.  Raul

7       Gorrin made an agreement with Defendants Diaz and

8       Velasquez.  Diaz used her position to grant Gorrin

9       the authority to conduct foreign currency exchanges

10      on behalf of the treasury at the favorable official

11      exchange rate where the Bolivar was overpriced.  And

12      in return, Gorrin promised to pay bribes to

13      Defendant Diaz by sharing the massive profits he

14      would make by taking advantage of the open market

15      rates on the back end.

16           So how did Gorrin, who didn't know Diaz or

17      Velasquez, get access?  He sought out someone who

18      did know them.  Alejandro Andrade.  Andrade was the

19      treasurer of Venezuela from 2007 until 2010, prior

20      to Defendant Diaz.  Andrade was connected to the

21      Defendant Diaz through high-level political circles

22      because he was the treasurer of Venezuela before she

23      was.  You will learn that Gorrin knew Andrade

24      because he also paid million of dollars in bribes to

25      Andrade when Andrade was treasurer so that Andrade

1    would grant Gorrin the authority to conduct those

2    same foreign currency exchanges at the fixed

3    government rate.  A criminal scheme virtually

4    identical to the one engaged in with Diaz with

5    Velasquez.  And in early 2011, when Andrade was out

6    of office and Diaz was Venezuela's treasurer, Gorrin

7    offered to cut Andrade in on the profits of this

8    scheme for ensuring that Diaz would similarly award

9    Gorrin the authority to conduct these foreign

10    currency exchanges on behalf of the treasury.

11         And you will hear how Andrade agreed and

12    recruited Diaz into the conspiracy.  You will also

13    learn that Gorrin paid out the bribes to Defendants

14    Diaz and Velasquez and coconspirator Andrade over

15    time and that the bribes took many forms:  Cash

16    transfers; the purchase of yachts costing millions

17    of dollars; jet airplanes costing millions of

18    dollars; expensive watches; and $4 million for a

19    fashion company, much of which occurred right here

20    in Southern Florida.

21         So that's a summary of what happened.  How will

22    the Government prove this to you?  You're going to

23    see documents like emails, texts, WhatsApp messages,

24    business records, travel records, flight manifests,

25    and bank records.  For example, you will see that

1           Gorrin controlled companies' bank accounts in

2           Switzerland, received bonds from the Venezuelan

3           treasury throughout 2011 to 2013 while the Defendant

4           Diaz was treasurer -- bonds that were signed by Diaz

5           in her role as treasurer -- and email communications

6           listing her as the point of contact if Gorrin's

7           banks had any questions.  You will see the

8           incorporation records of the Codefendant Velasquez's

9           offshore shell companies with his name and his

10          signature.  You will see these companies' Swiss bank

11          account records identifying Velasquez as the

12          beneficial owner and signatory.  You'll see that

13          those companies and their Swiss accounts didn't

14          exist before Diaz, Velasquez's wife, became

15          treasurer.  These bank records will also show that

16          Gorrin-controlled companies ultimately transferred

17          millions to these Velasquez-controlled shell

18          companies between 2012 and 2014.  You will also see

19          emails requesting Gorrin to make payments on behalf

20          of Diaz and Velasquez and their coconspirator

21          Andrade, bank records showing those payments, and

22          emails from other coconspirators attaching

23          accounting spreadsheets listing those very payments.

24          You will see travel records which show the multiple

25          trips to Southern Florida Velasquez, Diaz, and

1   Gorrin made during Diaz's time as treasurer -- right

2   here in Southern Florida where Gorrin also sent

3   bribes and where Diaz and Velasquez spent some of

4   their bribe money.  And you'll see flight manifests

5   showing that Diaz and Velasquez traveled to the

6   United States on Gorrin's private planes.  And trips

7   that Velasquez took to the United States on one of

8   the planes that Gorrin bought for Diaz and Velasquez

9   as bribes during Diaz's tenure as treasurer.

10           You'll also hear from multiple witnesses.  For

11  example, you will hear directly from Diaz and

12  Velasquez's pilot, who will testify that Gorrin

13  bought and then paid for expenses associated with

14  three private jets for the benefit of Diaz and

15  Velasquez -- each jet costing millions of dollars.

16  You will also hear from an employee of a fashion

17  company, a fashion company that was a dream of Diaz

18  and that Diaz and Velasquez created and funded with

19  bribe money.  This witness reported directly to Diaz

20  and Velasquez, and she will testify that it was Diaz

21  who authorized the transfer of $4 million to fund

22  its operations -- four million that came from Raul

23  Gorrin-controlled Swiss bank account to a bank

24  account right here in Southern Florida and is one of

25  the substantive money laundering charges that I

1     mentioned earlier.  And you will hear from a

2     Miami-based yacht broker, who will testify that

3     Gorrin bought and then paid hundreds of thousands

4     for maintenance and expenses of at least two yachts

5     worth millions for Defendant Velasquez.  Payments

6     that were bribes in return for Diaz granting Gorrin

7     authorization to conduct these currency

8     transactions.  One such transaction was the other

9     substantive money laundering charge.  $281,051 for

10    expenses related to one of those yachts.  280,000

11    from Gorrin's personal bank account in Switzerland

12    to the yacht company here in Southern Florida.  Who

13    else will testify?  You will hear from Alejandro

14    Andrade, the former treasurer of Venezuela before

15    Diaz.  Andrade will give you an inside view of the

16    bribery scheme.  He will tell you that he conspired

17    with Gorrin to recruit Diaz into the corrupt

18    currency exchange scheme.  You'll hear that Andrade

19    agreed to cooperate with the United States

20    government and that he will be testifying under an

21    agreement called a plea agreement.  So ladies and

22    gentlemen, you should scrutinize his testimony

23    carefully; and when you do, you will see all the

24    ways in which Andrade's testimony makes sense and is

25    corroborated or backed up by the other evidence in

1  this case.  Evidence like contemporaneous emails and

2  bank records as well as testimony from other

3  witnesses.  And you'll hear from Maximilian Camino.

4  Camino opened offshore shell companies and bank

5  accounts with and on behalf of Defendant Velasquez.

6  Bank accounts that were used to receive bribe

7  payments from Gorrin for the benefit of Diaz and

8  Velasquez.  Camino is testifying pursuant to

9  court-ordered immunity.  That means he cannot be

10  charged for the conduct.  But like Andrade and the

11  other witnesses, you'll see evidence like

12  contemporaneous emails, bank records as well as

13  other witnesses' testimony that corroborate his

14  testimony.  In addition, you'll hear from one of

15  Diaz's personal body guards when she was treasurer.

16  This witness will testify that he knew both Diaz and

17  Velasquez before she became treasurer and that they

18  lived a modest lifestyle.  He will testify that that

19  lifestyle changed drastically when she became

20  treasurer.  He will testify to a private plane, a

21  yacht, cars, and expensive properties.  He will

22  further testify that Diaz, while she was

23  treasurer -- he drove her and Velasquez to Gorrin's

24  office early in the morning or late at night with

25  Diaz visiting Gorrin two to three times a month and

1      Velasquez two to three times a week.  This witness
2      will further testify that he transported large,
3      sealed cardboard boxes from Gorrin's office to Diaz
4      and Velasquez's home two to three times a week.  And
5      he was present on one occasion when Velasquez opened
6      one of those boxes inside their home.  What was
7      inside the cardboard box?  It was stuffed with cash,
8      he will tell you.
9            Now, keep in mind, the evidence will come in in
10     bits and pieces.  No single witness or document will
11     give you the full picture.  But at the end of this
12     trial, my colleague, Mr. Lunkenheimer will have
13     another opportunity to speak to you and explain how
14     all of this evidence fits together.
15           Ladies and gentlemen, I'm about to sit down;
16     but before I do, let me ask you to do three things
17     during the course of this trial.  First, listen
18     carefully to the evidence as it comes in.  Second,
19     follow Judge Dimitrouleas's instructions on the law.
20     And third, use your common sense.  The same common
21     sense you use every day.  If you do those three
22     things, at the end of this trial, you'll return the
23     only verdict that is consistent with the evidence
24     and the law -- a verdict of guilty on all counts for
25     both defendants.

1           THE COURT:  Ms.  Descalzo.

2           MS. DESCALZO:  Thank you, Your Honor.

3           May I proceed, Your Honor.

4           Good afternoon, ladies and gentlemen.  I, along

5       with Andrew Feldman, have the pleasure and the honor

6       of representing husband and wife, Adrian Velasquez

7       Figueroa and Claudia Diaz Guillen, who are present

8       before you and charged with a crime.

9           This case is very complicated because Claudia

10      was the treasurer of a whole country.  A pretty

11      complicated job.  And it's a country that runs its

12      government, its economics, its policies completely

13      different than the United States.  So there's a lot

14      of things here that we have to simplify for you, and

15      I've had to learn and still don't completely

16      understand, so that you can understand it.

17          But there's one simple thing that resolves this

18      whole case, and Mr. Hayden said it during his

19      opening, if Claudia was not bribed, there is no

20      crime.  Right?  The only illegal thing that could

21      have been happening in Venezuela was that Claudia

22      was bribed.  And I'm going to tell you that the

23      Government cannot prove that.  And I'll tell you

24      why, Mr. Hayden said it at the end of his opening,

25      "Use your common sense to find them guilty."  Every

1   time you hear the Government say, "Use your common

2   sense," that means they have no evidence.  You don't

3   need to use your common sense.  They need to bring

4   you facts because they have the burden of proof,

5   okay?  Not us.  Not "your common sense."  It should

6   be easy to understand whether she was bribed or not.

7   They should have sufficient evidence to prove that,

8   and I will tell you that they do not.

9          So let's talk.  What is a bribe?  What do you

10  expect to see when someone's bribed?  I asked this

11  during jury selection.  If someone pays money, you

12  get something in return; right?  It's not a bribe if

13  you're paying money and you're not getting something

14  in return.  It's not a bribe if you're not paying

15  money for a benefit.

16         Now, while I'm going to tell you that there

17  wasn't a bribe, I will tell you, you are going to

18  hear a lot about flight records and yachts and

19  planes and all sorts of fancy things that rich

20  people have because there's a lot of money floating

21  around.  And that's one of the ugly facts that the

22  Government's going to parade around here with all

23  their evidence.  There was a lot of money floating

24  around.  Venezuela is a very rich country.  Lots of

25  people in Venezuela have a lot of money.  They have

1   planes like we have Toyota Corollas, okay?  That's

2   what they do.  It's not the United States.  It's

3   different there.  But being rich, not a crime.  It's

4   not a crime here, and it's not a crime in Venezuela.

5   Having a private plane -- not a crime.  Having a

6   yacht -- not a crime.  Taking a trip to Disney World

7   on your private plane -- not a crime.  It only

8   becomes a crime if Claudia was bribed.

9        The second ugly fact that the Government's

10   going to tell you about through their evidence and

11   you're going to hear lots about, and we're not going

12   to shy away from it, Claudia and Adrian had a very,

13   very close relationship with President Chavez, the

14   then-president of Venezuela who died March 2013.

15   They rose up the military ranks when he was the

16   president.  He brought them into his inner circle.

17   Adrian was a security officer.  He was at the

18   presidential palace.  He had access to everything in

19   the president's palace.  Claudia was the president's

20   speechwriter, nurse, spiritual advisor, confidant.

21   She traveled with him.  Adrian traveled on the

22   presidential plane.  These are people that were very

23   close to President Chavez.  They viewed President

24   Chavez as a father figure.  They called him "Papa,"

25   like father.  But guess what?  That doesn't matter

25

1    because the politics of Venezuela are not on trial

2    here today.  Whether Venezuela gets it right,

3    whether President Chavez got it right, whether his

4    economic policies make you happy, don't make you

5    happy, make the prosecutors happy -- not on trial.

6    Only two people are on trial here today:  Claudia

7    and Adrian.  And the only thing for you to decide is

8    whether Claudia was bribed when she was the

9    treasurer.

10         Now, I want to tell you a little bit about

11   Venezuela's government and its economics at the time

12   that Claudia was the treasurer.  President Chavez

13   was very proud of his country.  He was very proud of

14   his country's success.  You're going to hear that he

15   had a very strong character and he had his finger on

16   the pulse of everything in Venezuela.  The country

17   was very rich.  He knew it.  They were selling a lot

18   of petroleum at very high prices when he was the

19   president, but he was a proud man, and he wanted to

20   make Venezuela a powerhouse.  So he wanted everyone

21   in Venezuela to use what?  The Venezuela currency.

22   Bolivars.  He didn't want people using dollars.

23         The rest of world works in dollars and euros.

24   What happens?  The Venezuelan government doesn't

25   have enough dollars and euros to give its people

1    when they want to come to the United States and buy,

2    you know -- I don't know -- a purse or go to Disney

3    World.  So there was exchange houses where people

4    would go and exchange money, the bolivars for

5    dollars.  It was very lucrative.  In comes Alejandro

6    Andrade.  You heard his name from Mr. Hayden.  He's

7    the Government's witness.  He was the treasurer --

8    two treasurers or one treasurer before Claudia.

9    When Alejandro Andrade got his job as treasurer, he

10   saw it as a money-making experience, an opportunity.

11   So at the time, because in Venezuela there was

12   exchange houses being used, Andrade decided, "I'm

13   only to pick three exchange houses to work for the

14   Government.  Three exchange houses.  They have to

15   pay me half their profits.  They're the only ones

16   that are going to sell dollars, exchange dollars to

17   the Venezuelan government."

18        The three people he chose:  Number one, Leo

19   Gonzales, who works closely with Max Camino,

20   Government witness.  Number two exchange house,

21   Rafael Cedeno, Andrade's uncle.  Not a witness, but

22   one of the exchange houses.  And later Raul Gorrin.

23   So the three exchange houses -- what they did is you

24   buy a bond from the Government, you pay the

25   Venezuelan government bolivars, you have this bond

1    in dollars, you sell it, and you get to sell it on

2    the parallel market and make money.  It's the same

3    like you travel to Bulgaria or Italy and you need

4    euros, what do you have to do?  You have to go to an

5    exchange house.  Sometimes you do it at the airport

6    because you're desperate for money.  Guess what?

7    They rob you at the airport; right?  They charge you

8    a premium.  They don't charge you what the official

9    rate at the time.

10        So this was all okay.  The only thing that was

11   wrong with it -- and it was perfectly legal.  It's

12   perfectly legal to exchange money and charge a

13   premium and buy the bonds.  The only thing that was

14   illegal is that Andrade was being paid a bribe

15   because he only selected three exchange houses to

16   work with the Government.

17        So there comes a time when the minister of

18   finance of Venezuela, Andrade's boss, says, "I'm not

19   working with Andrade anymore.  He's corrupt.  He's

20   greedy.  I want to get rid of him."  He goes to

21   President Chavez.  They get rid of him.  And

22   President Chavez and the minister of finance decide,

23   "We're done with the exchange houses.  We're coming

24   up with a new system.  We are going to have bonds

25   available to the entire public, and we're going to

1    sell them on the internet.  We're going to create a

2    website, they're going to buy them there."  And all

3    you have to prove to the government is you're

4    registered and you have enough money to buy.  This

5    was May 2010.  This was almost a year before Claudia

6    becomes the treasurer, okay.  No more exchange

7    houses.  It's open to the public.  People could

8    come.  You could buy a $5,000 bond.  You could buy a

9    $10,000 bond.  You could buy a $100 million bond.

10   All you had to have was enough money to pay for it.

11   So there's lots of money floating around.  President

12   Chavez says, "I don't care.  I don't care if people

13   are buying bonds and making -- and selling on the

14   market and making money.  All I want is that in my

15   country, my government runs on bolivars."  That's

16   all he cared about.  So not only did the president

17   know about it, not only did the minister of finance

18   know that all of this was happening, all these big

19   banks that were handling these transactions in

20   Switzerland -- and I think JP Morgan had some of

21   these bonds.  That's a U.S. bank.  They were all

22   over these transactions.  Their compliance

23   departments were all over it.  They approved all of

24   this.  Why?  Perfectly legal.  It's just the same as

25   going to an exchange house and changing money.  So

1    this brings me back to whether Claudia was bribed or

2    not.  Claudia could not have been bribed because

3    there was no benefit for Claudia to give.  There was

4    no benefit to give to Raul Gorrin, okay.  He could

5    go himself and purchase whatever bond he wanted.

6    Claudia didn't have to give him a special contract.

7    That was during the Andrade time, not during the

8    Claudia time.  That's what you're going to hear

9    about.

10        So you must be wondering, "Why are Claudia and

11   Adrian here fighting for their lives?  Fighting for

12   the lives of their two small children in a foreign

13   land that they visited once, twice, three -- four

14   times maybe ten years ago?  Why are we here?  Why

15   are they here?"

16        We're here because of the promise of the

17   American dream.  The promise of a visa.  Claudia and

18   Adrian didn't want the American dream.  No, no, no.

19   It's the Government's witness.  See, Andrade has

20   been cooperating with the Government since 2014.

21   From 2014 to 2017, he's been cooperating with the

22   Government about drug dealing and all sorts of stuff

23   because they gave him a visa.  When the DEA is done

24   with him, they don't want him to cooperate anymore,

25   they take away his visa, he gets desperate.  And

30

1    he's like, "I need to give them something.  I need

2    to do something because I don't want to go back to

3    Venezuela.  I want to stay in the U.S. My horses

4    here.  My houses are here.  My Bentleys are here."

5        So what happens?  In comes the Government that

6    says, "Well, give me something juicy and you get to

7    stay.  We're going to give you a visa." So, yeah,

8    Andrade cooperated.  Yeah, you're going to hear he

9    got a plea deal.  They gave him 65 percent off his

10   sentence.  But why is Andrade sitting on that chair?

11   Because he wants help with immigration.  That's why

12   he's here.  Something that no one else can give him

13   but the U.S. government.  I can't get witnesses to

14   come.  I can't give witnesses visas to come here to

15   the U.S. and testify for Adrian and Claudia.  Only

16   the government can do that.  My witnesses are

17   scared.  They're in Venezuela.  They're afraid that

18   they're going to be sitting here with Claudia and

19   Adrian if they come here to testify.  Because look

20   what happened to them.  Haven't been here in ten

21   years, and they're sitting here.  Let's talk about

22   another witness that wants immigration help.  The

23   Government's -- the driver, or they call him "The

24   bodyguard." We call him a driver or a gopher --

25   Moises Zapata.  He worked for Adrian years ago.  And

1    he came here -- he left Venezuela in 2015.  He went

2    to Mexico.  And then he crossed over Mexico to the

3    U.S. illegally, and he's here now.  And he just

4    figured out his ticket to a work permit and

5    Asylum -- testify against his employers, who helped

6    him for years.  He paid for his wife's C-section,

7    helped him get a job.  That's why he's here.

8    Because people looking for immigration help are

9    desperate.  They're running away from their

10   counties.  They will say anything to judges, to

11   jurors, to prosecutors, to court in petitions

12   because they want to stay here.  And that's Zapata.

13        Then the last witness, Max Camino, the one that

14   got immunity -- he's getting a complete free pass.

15   So he's been doing all sorts of money laundering,

16   working up conspiracies since 2007 with Andrade and

17   Leo Gonzales.  He gets a complete pass.  He gets to

18   keep his Rolls Royce, his Bentley, his million

19   dollar apartment, his event company, his -- all his

20   stuff.  He gets to keep all that.  He doesn't have

21   to go to a trial.  He doesn't have to plead guilty.

22   He gets to do all that, and he's also expecting some

23   immigration help as well.  Those are the only

24   witnesses that the Government has that are going to

25   testify about anything to do with potentially

1    Claudia being bribed or not -- the core of this

2    case.  You're going to hear that you should

3    scrutinize -- Mr. Hayden told you -- scrutinize

4    analyze people with plea agreements.  I will tell

5    you, you better scrutinize those people with those

6    immigration issues because those are the people that

7    really have a reason to lie.  Everybody else is just

8    fluff -- the design company, the guy with the boats,

9    the guy with the planes.  There's an accountant

10   coming, I think, that's going to talk about opening

11   up businesses.  None of that matters if Claudia is

12   not bribed.  It's all just fluff.

13        Now, Claudia and Adrian are actually charged

14   with conspiracy to commit money laundering.  The

15   Government claims that Claudia, Adrian, Raul Gorrin,

16   and Alejandro Andrade made an agreement, that the

17   Government can prove, to let money through the

18   United States; and that the money laundered was the

19   alleged bribes that Claudia received.

20        So in order for the Government to prove the

21   conspiracy, they have to prove that there was a

22   bribery scheme and an agreement among Raul Gorrin,

23   Adrian Andrade, and Claudia was at the core as the

24   treasurer, receiving bribes for a benefit that she

25   could give as the treasurer.  The Government has to

1    prove that Raul Gorrin bribed Claudia while she was

2    the treasurer and that Claudia gave Raul Gorrin some

3    sort of benefit with the treasury, which I have told

4    you is now impossible because of the change in the

5    law in Venezuela in May 2010.  Without an agreement,

6    you have to find them not guilty.  Without a bribe,

7    you have to find them both not guilty.

8         The next two charges are substantive counts of

9    money laundering.  There's a $4 million wire for a

10   design company.  And that money, you'll find out,

11   was sent after Claudia wasn't the treasurer.  And

12   then there's some money that was allegedly paid for

13   a yacht.

14        Now, I'm not going to deny that there was a

15   money flow between Raul Gorrin and Adrian.  There

16   was.  And there was money flowing between Adrian and

17   Max but not for the reasons that the Government

18   believes.  To understand why there was money

19   following back and forth, you have to understand who

20   Adrian is.  Adrian is not only a husband, a father,

21   a brother, a son, he is a very smart businessman,

22   who rose to the highest echelon of the Venezuelan

23   military.  He was, like I said, in the inner circle.

24   And when you're in the inner circle, you get power.

25   It's not like the people in the United States that

1    go work with the president or go work in the

2    cabinet, you don't get those jobs because you're

3    going to get paid $50,000 a year or whatever they

4    get paid.  You get those jobs because of the power

5    and the connections that you get from those jobs.

6    And Adrian made connections.  And he's a smart

7    businessman and he engaged in legitimate business.

8    He had contracts with Venezuela's oil company.  He

9    had farms.  He had warehouses.  He had all sorts of

10   business all over Venezuela, and he built himself

11   into a very success businessman.  And he also was a

12   money exchanger.  People would come to him to get

13   dollars, and he knew where to get them -- Raul

14   Gorrin.  Because Raul Gorrin had lots of dollars.

15   Nothing illegal about that.  The Government told you

16   there's nothing illegal about exchanging currency.

17   It's only illegal if Claudia was bribed.  So that is

18   what Adrian did, and that's why there's money

19   following back and forth.  And some of those

20   transactions are Adrian's because sometimes Adrian

21   needed dollars because he didn't have enough.

22        And what about Max?  Why is there money flowing

23   between Max and Adrian?  Max, you're going to find

24   out, is a social climber.  He cozied up to Leo

25   Gonzalez, the guy I told you about initially.  He

1    followed him to a restaurant and would go there

2    every day, to make sure he could find him, and cozy

3    up to him and make friends because he knew he had a

4    lucrative contract with the treasury.  Max did that

5    with Adrian.  Unfortunately, Adrian was an easy

6    mark.  Max viewed Adrian as someone with power.

7    Adrian needed someone to open up bank accounts for

8    him.  Why?  Because he's Venezuelan and in the

9    military.  And guess what?  Banks in the U.S. and

10   Switzerland don't want to open up banks for people

11   in Venezuela.  They don't like Venezuela, okay.  So

12   you can't open up a bank account.

13          In comes Max.  "Don't worry.  I'm going to be

14   your money manager, open up your account.  We're

15   going to do some business together.  I'm going to

16   run things for you.  I'm going to charge you some

17   money to do it.  Everything is going to be fine."

18   It wasn't a bribe.  No bribes were paid.  This is

19   all legal.

20          Now, let's talk about Claudia.  Claudia is the

21   mother of two young boys.  She's a very spiritual

22   person.  And anyone who knows her will tell you she

23   does not have a corrupt bone in her body.  She is

24   not a person that can be bribed, okay?  That is why

25   she gets the position as treasurer after Andrade and

1    the person that came after him because Chaves wanted

2    someone in that position that he could trust.  The

3    Government has so little evidence about Claudia.

4    They have, I think, two letters that she signed in

5    her official capacity as the treasurer with her

6    seal.  That's what they have about her.  Claudia

7    kept everyone at an arm's distance because she knew

8    the kind of power she had, and she didn't really

9    trust people.  She was very delicate with her

10   position.  She didn't want to be seen around places

11   talking to people because she was the treasurer and

12   it was important and she didn't have time because

13   she was working all the time.  She reported directly

14   to the minister of finance.  She reported directly

15   to President Chavez.  She was on call 24 hours a

16   day.  Chaves could call her at 2:00 in the morning

17   on Sunday, and she had to answer because he wanted

18   to know how much money was in the bank account,

19   okay?  You're going to learn that she was a highly

20   educated person.  She was not just a nurse.  She's a

21   lawyer with a law degree.  She has a master's in

22   finance, and she has a nursing degree.  She's all of

23   those things.  And she got to that position as

24   treasurer for doing the right thing.  And when she

25   was treasurer, she did everything in her power to

1    make sure that the treasury was running correctly.

2    She did audits.  She created an electronic payment

3    system.  She audited funds of people getting

4    government funds.  She was in charge of over 600

5    employees.  There was directors under her from all

6    sort of departments.  The one thing that she was not

7    doing was accepting bribes or meeting with Raul

8    Gorrin because she didn't have time to.

9         So at the end of this case, I'm going to ask

10   you to return a not guilty verdict for Adrian and

11   Claudia because the Government didn't prove its case

12   because the Government has to prove its case beyond

13   a reasonable doubt.  That means you can have no

14   doubt in your mind that Claudia was bribed.  And

15   there's one big reason to doubt here, one that cuts

16   through that anyone can say on that stand --

17   immigration.  Power of the U.S. passport.  Power of

18   the U.S. visa.

19        Thank you.

20        THE COURT:  Mr. Feldman.

21        MR. FELDMAN:  Your Honor, at this time we're

22   going to reserve opening statement on behalf of

23   Mr. Adrian Velasquez Figueroa until the Government

24   rests their case.

25        THE COURT:  Okay.  The Government may call its

38

1      first witness.

2            MR. HARPER:  The Government calls William

3      Luther.

4  Thereupon,

5                    WILLIAM LUTHER,

6  having been first duly sworn or affirmed, was

7  examined and testified as follows:

8            THE WITNESS:  I do.

9            COURT DEPUTY:  Please state your name and spell

10     it for the court reporter, please.

11           THE WITNESS:  My name is William Luther.

12     That's W-I-L-L-I-A-M.  Last name L-U-T-H-E-R.

13           MS. DESCALZO:  Your Honor, I just want to

14     invoke the rule.

15           THE COURT:  All right.  The rule is invoked.

16     Counsel are instructed to inform their respective

17     witnesses of the indication of the rule and the

18     ramifications of a violation thereof.

19           That just means, members of the jury, that

20     witnesses can only come in one at a time and

21     testify.  They can't be in here hearing what other

22     witnesses have to say.  When they leave, they can't

23     tell other witnesses what they testified about.

24                    DIRECT EXAMINATION

25  BY MR. HARPER:

39

1      Q.    Mr. Luther, what do you do for a living?

2      A.    I'm an associate professor of economics at

3   Florida Atlantic University.  I also direct the Sound

4   Money Project, the American Institute for Economic

5   Research.  And in addition to that, I do some occasional

6   consulting, give public lectures at other universities

7   and think tanks.

8      Q.    Do you go by Professor Luther?

9      A.    Professor Luther -- that's fine.

10      Q.    How long have you been a professor at Florida

11   Atlantic University?

12      A.    I started at FAU in the fall semester of 2018.

13      Q.    And what do you teach?

14      A.    Many classes.  So I teach -- at present I teach

15   money and banking, money and financial markets for -- at

16   the undergraduate level.  I also teach some

17   master's-level courses in advanced macroeconomics and

18   advanced monetary economics and advanced international

19   monetary economics.  And I teach an executive Ph.D.

20   course.  It's a macroeconomics course that's the titled

21   Contemporary Issues in Global Macroeconomics.

22      Q.    And Professor Luther, you're an economist?

23      A.    Yes.  I'm a monetary economist.

24      Q.    And the courses that you teach at Florida

25   Atlantic University include both graduate and

40

1    master-level courses?

2         A.    That's correct.

3         Q.    And you mentioned a role with the Sound Money

4    Project.  What is that?

5         A.    So I'm the director of the Sound Money Project.

6    It's based at the American Institute for Economic

7    Research in Great Barrington, Massachusetts.  And my

8    role there as director, I have put together a team of

9    monetary economists who, in addition to publishing

10   working papers, academic journal articles on monetary

11   economic topics -- they also write very regularly on

12   current monetary issues, monetary policy, domestically

13   and internationally.  And I solicit those opinion

14   editorial pieces, and I edit all of those pieces that

15   come through the Sound Money Project.

16              I also arrange some manuscript workshops,

17   conferences, seminars, some of which I just administer

18   and some of which I participate in directly.  And all of

19   those events are on the topics of monetary and

20   macroeconomics.

21        Q.    And your role at Sound Money Project is

22   director?

23        A.    That's correct.

24        Q.    You mentioned that the Sound Money Project

25   researches and publishes on monetary policy.  Does that

1    include exchange rates?

2        A.    Yes.  Yes, it does.

3        Q.    Foreign exchange rates?

4        A.    Yes.

5        Q.    Currency controls?

6        A.    Yes.

7        Q.    At Florida Atlantic University, do you teach

8    courses which cover exchange rates and currency

9    controls?

10        A.    Yes.  In my advanced international monetary

11   economic's course, we spend quite a lot of time talking

12   about, thinking about, discussing different exchange

13   rate regimes, flexible exchange rate regimes, fixed

14   exchange rate regimes.  We consider currency boards and

15   dollarization, which is just kind of an extreme fixed

16   exchange rate regime.  So in that class, we -- a big

17   chunk of that class deals with exchange rate.  We also

18   talk about it in my macroeconomics course and in my

19   money and financial markets' course at the undergraduate

20   level, but the master's course in advanced international

21   monetary economics is where we dig into those issues

22   with the most depth.

23        Q.    And where did you work prior to being a

24   professor at Florida Atlantic University?

25        A.    Prior to coming to FAU, I spent six years as an

42

1   assistant professor of economics at Kenyon College.

2       Q.   And where were you educated, Professor Luther?

3       A.   I got my master's and PhD in economics at

4   George Mason University.

5       Q.   During the course of your academic career, have

6   you published any articles in economic journals?

7       A.   Yes.  It's required for my job that I publish

8   journal articles; so I publish very frequently.

9       Q.   Have any of these publications dealt with

10  currency issues or exchange rates?

11      A.   Almost all of my work is on monetary economics

12  topics.  Questions like, "Why we use one currency and

13  not other?" and, "When we switch using one currency to

14  another."  And in particular, I have looked at -- so for

15  example, in my dissertation work, which later was

16  published as two separate journal articles, I considered

17  the monetary system of Somalia after the government in

18  Somalia ceased to exist.  And so in that case, I relied

19  very heavily on exchange rate data to get a good picture

20  of what was going on with the monetary system at that

21  time.  And of course not just exchange rate data but

22  black market or unofficial exchange rate data because

23  there was no government in Somalia at that time to

24  publish official exchange rates.  So I had to find and

25  assess the validity of these unofficial exchange rate

43

1      series.

2           Q.   And have you studied the exchange rate and

3      currency control regime in Venezuela?

4           A.   Yes, I have.

5           Q.   Professor Luther, what is an exchange control

6      or currency control?

7           A.   An exchange role is a prohibition on exchange.

8      So, for example, a government might indicate that its

9      citizens are only permitted to purchase dollars at a

10     specific rate.  So in the case of Venezuela, for

11     example, the Venezuelan government imposed exchange

12     roles in 2003.  And so at that point and thereafter, you

13     were only permitted to exchange bolivars for dollars and

14     dollars for bolivars at the official exchange rate,

15     which was set by the government.

16          Q.   What is an official exchange rate?

17          A.   An official exchange rate is the rate that the

18     government says you can exchange the domestic currency

19     for some foreign currency or vice versa.  So in the case

20     of Venezuela, the Venezuelan government indicated that

21     Venezuelan citizens were only permitted to exchange

22     bolivars for dollars at a precise exchange rate.  That

23     exchange rate varied over time, but on any particular

24     day it was set by the government.  And so any exchange

25     that was taking place at some other rate would have been

44

1    unlawful.

2         MS. DESCALZO:  Objection, Your Honor, and move

3    to strike.

4         THE COURT:  I allow a wide latitude for an

5    expert's opinion, and you can cross-examine on that.

6    BY MR. HARPER:

7    Q.   Are you familiar with the term "unofficial

8    exchange rate"?

9    A.   Yeah.  An unofficial exchange rate or a market

10   exchange rate or a black-market exchange rate is just

11   the exchange rate that's prevailing on the market.  In

12   many cases, we don't refer to an official exchange rate

13   and an unofficial exchange rate because the government

14   doesn't have a policy where it says you're only

15   permitted to exchange this currency for that currency at

16   a prevailing rate.

17        So, for example, the U.S. government -- there's

18   no official exchange rate with the euro.  There's just

19   the market exchange rate with the euro.  It's however

20   many euros people are willing to exchange for a dollar

21   and however many dollars they're willing to exchange for

22   a euro.  So in that case we don't really distinguish

23   between an official rate and unofficial rate.  We only

24   have the market rate.  In a regime where you have an

25   official rate, then any exchanges that are taking place

45

1    at some other rate are taking place at an unofficial

2    rate.  And we might call that rate the market rate or a

3    black-market exchange rate.  It's just a rate that is

4    prevailing on the market at that time.

5            MS. DESCALZO:  Same objection, Your Honor.

6            THE COURT:  Overruled.  It's up to the jury to

7        weigh the witness's testimony.

8            You may proceed.

9    BY MR. HARPER:

10       Q.   Is the unofficial exchange rate also sometimes

11   referred to as the open market?

12       A.   Yeah, that's right.  Since it is the rate that

13   individuals are exchanging the currencies at in the

14   absence of the prohibition or invasion of the

15   prohibition, they -- we would call that the open market

16   rate or the market rate or the black-market rate.  All

17   terms that a economist may use interchangeably to

18   describe the rate that individuals are actually paying

19   which deviates from the official rate.

20       Q.   Professor Luther, are you familiar with

21   currency of Venezuela?

22       A.   Yes.  In monetary economics, the Venezuelan

23   monetary system is infamous -- I guess the word would

24   be.  They have -- the country has experienced very high

25   rates of inflation and so it appears as an example in

46

1    probably every monetary economics course I've ever

2    taught.  It's just an extraordinary case that

3    illustrates some core principles in macroeconomics and

4    monetary economics.  So yes, I'm familiar with the

5    monetary system of Venezuela and the currency in

6    Venezuela.

7         Q.   What is the currency of Venezuela?

8         A.   At present the currency in Venezuela is the

9    sovereign bolivar or the digital bolivar.  They have a

10   the parallel currency since 2021.  Prior to the

11   introduction of the sovereign bolivar in 2018, the

12   bolivar fuerte or hard bolivar was the currency of

13   Venezuela.  And that currency, the bolivar fuerte, was

14   introduced in January of 2008.  Prior to that, they had

15   used the bolivar.

16        Basically what had happened was that the --

17   they had experienced such high rates of inflation, that

18   the bolivar -- you needed too many units in order to

19   make ordinary transactions.  And so they re-denominated

20   that currency and gave it a new name -- the bolivar

21   fuerte.

22        Q.   So in between 2010 and 2014, the currency of

23   Venezuela was the bolivar fuerte?

24        A.   That's correct.

25        Q.   And during the same period, did Venezuela have

47

1    exchange controls?

2         A.   Yes, that is correct.

3         Q.   And during the same time period, was there an

4    unofficial rate?

5         A.   Yes.   During this time period, the Venezuelan

6    government generally overvalued their own currency on

7    the exchange.   What that meant was that the official

8    exchange rate didn't require you to pay very many

9    bolivar fuertes in order to get a dollar.   And so if --

10   if you had dollars, you would be very reluctant to sell

11   those dollars to someone else at the official exchange

12   rate.   But, of course, people -- some people have

13   bolivars and want dollars and some people have dollars

14   and want bolivars -- bolivars fuerte, and so they will

15   find a price in order to make those transactions take

16   place.

17        And so we -- we have evidence, journalistic

18   accounts and firsthand observations of journals, of

19   those transactions taking place at exchange rates other

20   than the official exchange rate.

21        MR. HARPER:   Your Honor, at this time I would

22        proffer Professor Luther an expert on monetary

23        policy, exchange rates, and currency controls.

24        MS. DESCALZO:   No objection, Your Honor.

25        MR. FELDMAN:   No objection.

48

1          THE COURT:  You may proceed.

2    BY MR. HARPER:

3          Q.    Professor Luther, have you studied the exchange

4    rates in Venezuela during the time period 2010 and 2014?

5          A.    Yes.  I have looked into both the official

6    exchange rate, the official exchange rates in Venezuela

7    and also the market exchange rates or black-market

8    exchange rates that prevailed as well.

9          MR. HARPER:  The Government would now like to

10         show just to the witness Government's Exhibit 1.

11   BY MR. HARPER:

12         Q.    Professor Luther, are you familiar with this

13   document?

14         A.    Yes.  I prepared this document.

15         Q.    Does it reflect an analysis of data that you

16   conducted?

17         A.    Yes, it does.

18         Q.    And what does this document represent?

19         A.    This is the official and market exchange rates

20   that I collected and presented for the bolivar and U.S.

21   dollar from January 2010 to January of 2014.

22         MR. HARPER:  Your Honor, the Government moves

23         to admit Government's Exhibit 1 into evidence and to

24         publish it to the jury.

25         MS. DESCALZO:  No objection.

49

1        MR. HAYDEN:  No objection.

2        THE COURT:  1 will be received.

3        (Government's No. 1, 1/1/20 to 1/1/24 Official

4    and Market Exchange Rates, was received in Evidence.)

5    BY MR. HARPER:

6        Q.   Professor Luther, what does this document

7    represent?

8        A.   So first let me call your attention to the key

9    on the right-hand side of this chart.  You can see that

10   there are three series there:  The market rate DT, the

11   market rate VC, and the official rate.  I'll say a bit

12   more about each of those series in a moment, but just

13   recognize that this chart is presenting these rates, the

14   raises indicated there in the key, on each day for which

15   data is available from January 10th [sic] to

16   January 2014 -- from January 1st, 2010, to January 1st,

17   2014.

18        If you look at the horizontal axis, you'll see

19   that the date range goes from January 1st, 2010, to

20   January 1st, 2014.  And that axis gives us an

21   observation on each day.

22        The vertical axis is the Venezuelan bolivar

23   fuerte per U.S. dollar.  That tells us how many

24   Venezuelan bolivar fuertes one would have to pay for a

25   U.S. dollar on a given day at one of those three rates:

1    The official rate, the market rate DT, or the market

2    rate VC.  So on any particular day, you can first

3    identify that day and then go up vertically to the

4    series that you're interesting in, perhaps the official

5    rate, and then over to the vertical axis, and that would

6    indicate what the official rate is on that particular

7    day.

8         Q.   So Professor Luther, directing your attention

9    to the gray line, the official rate, where is that data

10   from?

11        A.   So the Central Bank of Venezuela reports the

12   official rate.  Specifically what they do is they post a

13   spreadsheet to their website.  That spreadsheet is for

14   each quarter.  And in that spreadsheet there are

15   separate tabs.  Each tab corresponds to a day.  And the

16   spreadsheet in a particular tab indicates what the

17   official exchange rate was on that day.  And so -- let

18   me say a bit more about that.

19             The Central Bank actually reports two rates.

20   They report a compra or a bid rate and a venta or ask

21   rate.  The ask rate is the number of bolivar fuertes you

22   would have to pay an official exchange in order to

23   purchase dollars.  Typically the compra or bid rate is

24   0.25 percent below the ask rate.  So there's a very

25   small spread between those rates.

1           In this series I only present the higher ask

2     rate.  This again is the rate that was -- it's the

3     amount of bolivar fuertes you would have to pay in order

4     to get one dollar from the official exchange.  And if I

5     may say one more thing about this series.  From

6     January 2010 to December 2010, the Central Bank actually

7     recorded two rates, a Tipo 1 rate and a Tipo 2 rate.

8     The Tipo 1 rate was a privileged rate.  You had to be

9     involved with some specific transactions in order to

10    qualify for that lower Tipo 1 rate.  So the Tipo 2 rate

11    during the period was 4.3 bolivar fuertes per U.S.

12    dollar, and the Tipo 1 rate was 2.6 bolivar fuertes per

13    U.S. dollar.  I only report the higher rate over this

14    period and so not the privileged rate, just the rate

15    that you would have access to if you weren't involved in

16    some special transactions.  If you were involved in

17    those special transactions, you would qualify for an

18    even lower rate during that period.

19          To the best of my knowledge, there was only one

20    prevailing official rate following that period that I've

21    indicated where there was a Tipo 1 and Tipo 2 rate.  And

22    by the best of my knowledge, I mean that the Central

23    Bank of Venezuela only reports one official exchange

24    rate after that period.

25    Q.    So the gray line represents an exchange rate

52

1    that was set by the government?

2         A.    That is correct.

3         Q.    Now I would like to direct your attention to

4    the red line.

5         A.    Yeah, the red line is an unofficial rate or a

6    market rate or a black-market rate.  The DT there is

7    short for DolarToday.  This rate I collected from a

8    website called DolarToday.  It's a website that's based

9    in the United States.  And during this period of time,

10   what the representative from this website would do is

11   contact exchange houses in a border town.  I will

12   probably mispronounce this.  It's Cúcuta, Colombia.

13   It's on the border with Venezuela.  And in this town,

14   there were exchange houses that would permit someone to

15   exchange dollars for bolivars or bolivars for dollars.

16   And since it's not located in Venezuela, it's not bound

17   by that official rate.  And so here you just have open

18   market exchanges taking place between different

19   currencies; so perhaps also the Colombian peso and the

20   bolivar fuerte and maybe the Colombian peso and the U.S.

21   dollar.

22              So each day a representative for DolarToday

23   would call up these exchanges in Cúcuta, Colombia, and

24   just ask them what the prevailing rate was.  And then

25   they would average across the rates that were reported

53

1    by those exchange houses and they would publish this

2    rate on their website, and that's what I refer to the

3    DolarToday market rate.  And so you can see that there

4    are some days for which observations are not available.

5    When the observation is not available, there's no -- you

6    know, the line is not connected; so there are blanks

7    there on days for which the DolarToday price was not

8    available, but over most of this period, a DolarToday

9    price was available.

10         Q.   How did you learn about DolarToday?

11         A.   The DolarToday price is pretty popular.  It has

12   been featured in a lot of journalistic accounts of

13   Venezuela during this time.  So it's appeared in the New

14   York Times, the Wall Street Journal, the Financial

15   Times.  It's the most widely reported market rate for

16   the Venezuela bolivar.  If you are a journalist and you

17   want to say something about how the value of the bolivar

18   has changed over time, it doesn't really do any good to

19   look at the official rate because that's just a

20   statutory rate.  Maybe no one is exchanging at that

21   rate.  You don't know.  But if you look at these

22   exchanges and the rates that they're charging, then you

23   can see how the value of the bolivar fuerte relative to

24   the dollars is changing over time.  So the journals use

25   this rate to report what's happening with the currency.

54

1          It's also a rate that is used by academics.  So
2    my colleague Steve Hanke at Johns Hopkins University --
3    he looks at examples of hyperinflation in counties
4    across the world.  And one thing that happens in many
5    instances of hyperinflation is that the government in
6    that country just stops recording economic data.  And so
7    he's developed a technique to take these market exchange
8    rates and instruct an implied rate of inflation in a
9    country using the availability market exchange rates.
10   And so in his Troubled Currencies Project, he's used the
11   DolarToday series to estimate inflation rates.
12        Q.   Now I'd like to direct your attention to the
13   blue data set.  What is this?
14        A.   This is a separate measure of market exchange
15   rate or black market exchange rates or unofficial
16   exchange rates.  Again, three ways of saying the same
17   thing.  This series was provided to me by a gentleman
18   named Vladimir Chelminski.  In preparing this document,
19   I was familiar with the DolarToday series, but I also
20   recognize that it's not an official series.  And so I
21   began looking for other series that would help me assess
22   the validity of the DolarToday series.
23             I was aware, for example, that there were other
24   websites that also published exchange rate data over
25   time on -- between the bolivar fuerte and the U.S.

1    dollar.  Lechuga Verge is one, Dollar Pro is another.

2    However, those websites -- they are now defunct.  They

3    aren't in operation now, to the best of my knowledge.

4    And to the best of my knowledge, the data that they had

5    collected on those exchange rates over time is just no

6    longer available; so I was not able to access those

7    alternative sources.  So I reached out to a friend, a

8    professional colleague.  I reached out to a journalist

9    at the Wall Street Journal who I have spoken with quite

10   a bit over the years.  She publishes a regularly -- she

11   writes on Latin America.  And I spoken with her

12   previously about some monetary issues in Venezuela.

13           So I called her, and I asked her if she was

14   aware of any other series that I could use to assess the

15   validity of the DolarToday series.  And she put me in

16   touch with a gentleman named Vladimir Chelminski.  He

17   had served as the executive director of the chamber of

18   commerce in Caracas for -- I believe it was 24 years.

19   And he had written a book on price controls and exchange

20   controls in Venezuela.  And she had spoken with him

21   previously about these issues.

22           So she put me in touch with him, and he agreed

23   to send me the exchange rate series that he had

24   collected.  And that's the series that's the presented

25   here as market rate VC, that's the Vladimir Chelminski

56

1    series.

2         Q.   And what did you learn when you compared the

3    data set from DolarToday with the data set from Vladimir

4    Chelminski?

5         A.   So the Vladimir Chelminski data is the blue

6    series here, and the DolarToday series is the red

7    series.  So you can see that the red series is more

8    complete than the blue series.  There are more missing

9    observations with the blue series.  However, at the

10   times when we have both observations, that is both the

11   DolarToday observation and the Chelminski observations,

12   they are very, very close.  Now they're not identical,

13   so they're not the same series, and we shouldn't really

14   expect them to be identical.

15        Vladimir Chelminski is in Caracas.  The

16   DolarToday series is coming from Cúcuta.  You might get

17   some regional variation in exchange rates.  So that's

18   possible.  But that -- they overlap so much; that these

19   two separate series are so close gives me confidence

20   that the DolarToday series is accurately tracking the

21   market value of the bolivar fuerte over this time

22   period.

23        Q.   And based on your analysis of the market rates

24   and the official rates, what type of economic

25   opportunity would exist if someone had access to both

1    rates?

2         A.    So economists refer to an arbitrage

3    opportunity.  It's a technical term.  And it just means

4    that whenever you have the same asset trading at two

5    different prices, there's an opportunity to realize a

6    profit.  So the example I give my students is that here

7    in Florida, we have lots of oranges and where I'm from

8    in Ohio, there aren't very many oranges; and if you saw,

9    for example, that oranges are very cheap here in Florida

10   and very expensive in Ohio, you might take some oranges

11   from Florida, ship those to Ohio, and realize a profit

12   for doing so as you might arbitrage the price difference

13   between the price of oranges in Florida and the price of

14   oranges in Ohio.

15        Here in this case, we have the same asset, the

16   U.S. dollar, that has an official price, which is

17   indicated by the gray line; and an unofficial or market,

18   open market, black-market price, which is indicated by

19   the red and blue lines; and you can see that that same

20   asset U.S., dollars, is -- there are two separate prices

21   prevailing for that asset.  And so someone could

22   conceivably purchase those assets at the lower official

23   rate and then sell those dollars at the higher market

24   rate and realize the profit from that arbitrage

25   opportunity.  The big difference, of course, is that as

58

1    you ship oranges from Florida to Ohio, you cause those

2    two prices to move.  The price in Florida gets bid up,

3    the price in Ohio gets bid down, and eventually that

4    arbitrage opportunity goes away.  The difference in

5    price eventually just looks a lot like the cost of

6    shipping oranges from Florida to Ohio.

7              In this case, since we have an official rate

8    and that official rate is not adjusted regularly, the

9    arbitrage opportunity persists.  You can continue to

10   exploit this arbitrage opportunity, so long as you have

11   access to the official -- the official exchange.

12             MR. HARPER:  If we can please take that exhibit

13        down.  And I would like to show just to the witness

14        Government's Exhibit 2.

15   BY MR. HARPER:

16        Q.   Professor Luther, are you familiar with this

17   document?

18        A.   Yes, I prepared this document.

19        Q.   And was it based on your analysis of data sets?

20        A.   That's right.  It's the very same data on the

21   previous slide.  Now I'm just expressing the spread as a

22   percentage change.

23             MR. HARPER:  Your Honor, at this time I move to

24        admit Government's Exhibit 2 into evidence and to

25        request it be published to the jury.

59

1          MS. DESCALZO:  No objection.

2          MR. FELDMAN:  No objection, Your Honor.

3          THE COURT:  2 will be received.

4          (Government's No. 2, 1/1/20 to 1/1/24 Estimated

5     Return on Arbitrage Activity, was received in Evidence.)

6     BY MR. HARPER:

7          Q.   Professor Luther, what does this document

8     represent?

9          A.   So we only have one series here; so there's no

10    key.  But that red line indicates the estimated return

11    on the arbitrage activity that I was describing

12    previously.  That is the rate of return you would

13    realize if you were able to, for example, purchase

14    dollars at the official rate and realize the value of

15    those dollars at the market rate.

16               On the horizontal axis, we have the same range

17    as before -- from January of 2010.  The horizontal axis

18    from January 2010 to January of 2014.  And on the

19    vertical axis, we have the measured estimated rate of

20    return on that particular day.  And so here if you were

21    to just pick a day along that horizontal axis and go up

22    to the red line and then over to the vertical axis at

23    the point of that line, it would indicate what the

24    estimated return on arbitrage activity was on that

25    particular day.  That is, what would be the percent

60

1    increase in, say, a dollar that you were able to access

2    at the official rate but realize at the market rate.

3         Q.   So Professor Luther, I would like to direct

4    your attention to the blue box marked June 3rd, 2011.

5              MR. HARPER:  And if we could Zoom in to that

6         first box.

7    BY MR. HARPER:

8         Q.   Could you please explain what this box says.

9         A.   So this call-out box just gives us what the

10   market rate, official rate, and estimated return was on

11   June 3rd, 2011, as indicated on the red series that I've

12   graphed in the chart.  So on that day, the official rate

13   was 4.3 bolivar fuertes per U.S. dollar.  The market

14   rate was 8.34 bolivar fuertes per U.S. dollar.  And if

15   you were to take your bolivar fuertes and purchase

16   dollars at the official rate and then realize the value

17   of those dollars at the higher market rate, then you

18   would experience an estimated return of 94 percent.

19   That 94 percent is indicating the percent difference in

20   the market rate and the official rate.

21        Q.   So Professor Luther, if an individual had 100

22   bolivars and purchased dollars at the official rate and

23   then went to sell those dollars at the market rate, what

24   would the final amount of bolivars that the individual

25   had be?

61

1          A.   So if an individual were to take $100 and

2     exchange those $100 at the official rate of four point

3     -- I'm sorry.  Did you ask for dollars or bolivars?

4          Q.   Bolivars.  If an individual had 100 bolivars

5     and is purchasing dollars at the official rate?

6          A.   If an individual has 100 bolivars and they take

7     those 100 bolivars to an official exchange and convert

8     them at the official rate of 4.3 bolivar fuertes per

9     dollar, they would receive around $23.26 for that 100

10    bolivars.  However, the market rate of bolivars is 8.34.

11    So if they were then to convert those dollars back to

12    bolivars at the market rate, they would -- since they

13    started with 100 bolivars, they would now have 194

14    bolivars.  So they have converted 100 bolivars into 194

15    bolivars by arbitraging this price differential,

16    realizing a 94 percent of return.

17              MR. HARPER:  If we can zoom out, please.  Now

18         move to the June 7, 2011, box.

19    BY MR. HARPER:

20         Q.   Professor Luther, on this date if an individual

21    had, say, one million bolivars and was able to access

22    the official rate to purchase dollars and then sell

23    those dollars on the market rate, what profit would that

24    individual gain?

25         A.   So if they had one million bolivars and they

62

1    were able to purchase dollars at a rate of 4.3 bolivar

2    fuertes per dollar, they would turn that one million

3    bolivars into around $232,000.  And those dollars, of

4    course, are actually worth 8.25 bolivars a piece.  And

5    so the bolivar value of those dollars that they received

6    at the market rate would be $1.92 million.  So in that

7    case -- sorry.  1.92 million bolivars.

8            So they began with one million bolivars and

9    having purchased dollars at the official rate, they

10   would then end up with a dollar equivalent of

11   1.92 million bolivars.

12           MR. HARPER:  If we can zoom out, please.  Now

13       if you can zoom in to April 19th, 2012, up at the

14       top.

15   BY MR. HARPER:

16       Q.   Professor Luther, on this date, if an

17   individual had 100 million bolivars and was able to

18   access the official rate and buy dollars at that rate

19   and then sell those dollars on the market rate, how much

20   profit would that individual make?

21       A.   So on this day the official rate is 4.3

22   bolivars per dollar.  The market rate is 9.39 bolivars

23   per dollar.  So if they had 100 million bolivars, they

24   would -- the numbers are getting big here.  So they

25   would be able to convert the 100 million bolivars into

63

1    218 million bolivars; so they would realize a

2    118 percent return.  So again, they would begin with 100

3    million bolivars, they would end with either bolivars or

4    a dollar balance that has a bolivar equivalent of 218

5    million bolivars.

6              MR. HARPER:  If we could zoom out.

7    BY MR. HARPER:

8         Q.   Lastly, I would like to look at June 6, 2012.

9    Professor Luther, if an individual had one billion

10   bolivars and was able to purchase dollars at the

11   official rate and then sell those dollars at the market

12   rate, what would the difference be in what that

13   individual would be able to gain?

14        A.   So in this case, the official rate is still

15   4.3.  The market rate is 9.41.  So you could turn one

16   billion bolivars into 2.19 billion bolivars or a dollar

17   amount that is worth 2.19 billion bolivars.  So that a

18   119 percent rate of return.

19        Q.   That's more than doubling your money?

20        A.   Yeah, that's right.  It's a very large rate of

21   return.  For comparison, the official spread is just

22   0.25 percent.  So the difference between the official

23   exchanges bid and ask price was just 0.25 percent

24   whereas here the spread is 119.0 percent.

25             MR. HARPER:  If we can zoom out, please.

64

1      BY MR. HARPER:

2          Q.   Professor Luther, based on your analysis of

3      this data, is it fair to say that an individual who

4      gains access to the official exchange rate could make a

5      lot of money by arbitraging that against the unofficial

6      exchange rate?

7          A.   That's right.  The official rate essentially

8      permits someone to buy dollars at a discount.  And since

9      the estimated return over most of this period is around

10     100 percent, sometimes a bit lower, sometimes a bit

11     higher, essentially that means you can buy a dollar at a

12     50 percent discount.  So it would be like turning

13     50 cents into a dollar or $50 into $100 or just scale up

14     from there.

15         Q.   And would there be any benefit to having

16     repeated access to these exchange rates?

17         A.   Absolutely.  So I have created these estimated

18     returns on the assumption that you don't reinvest your

19     profits; right?  So you just begin with bolivars, you

20     purchase dollars at the official exchange rate, and you

21     realize the value of having received that discount.  But

22     if you can then exchange those dollars for bolivars and

23     then you can do this again and again and again, then you

24     can double your money and then double that money and

25     then double that money, and you're only going to be

1    limited by the extent to which you have access to the

2    official exchange rate and the market exchange rate.

3    So, so long as someone is willing to be a counterparty

4    in those transactions, you can realize enormous profits.

5         Q.   And the more money you have, the more money you

6    could gain through that process?

7         A.   That's right.  So this estimated return is in

8    percentage terms.  So if you have a little money, you

9    realize that percentage term and you realize a little

10   profit.  But if you begin with a lot of money, you

11   realize that percentage term and you end up with a lot

12   of profit in absolute terms.

13        MR. HAYDEN:  Your Honor, I'm going to confer

14   with my cocounsel, briefly.

15        No further questions.

16        THE COURT:  All right.  Members of the jury,

17   we're going to take a 15-minutes recess.  Remember

18   my admonition not to discuss the case or allow it to

19   be discussed in your presence, and we'll see you

20   back in the jury room in about 15 minutes.

21        THE COURT SECURITY OFFICER:  All rise.

22        (The jury exited the courtroom at 2:45 p.m.,

23   after which the following proceedings were had:)

24        THE COURT:  Dr. Luther, during the break in

25   your testimony, you're not allowed to discuss your

1     testimony with anyone.

2          Do you understand?

3          THE WITNESS:  Yes.

4          THE COURT:  And we'll see you back in about

5     15 minutes.

6          THE WITNESS:  Okay.

7          (Witness exited the courtroom.)

8          THE COURT:  When we picked the jury last week,

9     I think I asked counsel to -- whether they

10    stipulated that the interpreters are qualified

11    interpreters.  Do we still have the same

12    stipulation?

13         MS. DESCALZO:  Yes, Your Honor.

14         MR. LUNKENHEIMER:  Yes, Your Honor.

15         MR. FELDMAN:  Yes, Your Honor.

16         THE COURT:  And the same thing goes for

17    Ms. Diaz Guillen and Mr. Velasquez Figueroa.  If you

18    don't understand something, the interpreting

19    equipment isn't working, you need to let me know,

20    okay?

21         MS. DIAZ GUILLEN:  Yes, Your Honor.

22         MR. VELASQUEZ FIGUEROA:  Yes, Your Honor.

23         THE COURT:  And one last thing.  I should have

24    taken up Ms. Descalzo on her offer to give me the

25    defense exhibit.  What I printed out this morning

1       was another copy of the Government's exhibit list.

2       Thanks.

3               And if there's nothing else to come before the

4       Court, we will be in recess for 15 minutes.

5               MR. LUNKENHEIMER:  Your Honor, I forget

6       Alternate Juror 4's last name.  But I think if you

7       could offer that she move closer to the monitor

8       since there's no one else in the front.

9               THE COURT:  I think I told her she could sit

10      anywhere in the front row she wants.

11              MR. LUNKENHEIMER:  While I'm not great at

12      reading people, Your Honor, but it seemed like she

13      wanted to move but was worried to move during the

14      examination.

15              THE COURT:  So why don't we do this.  Why

16      don't -- why don't I have Terry suggest to her if

17      she wants to move, she can move closer to the

18      monitor.

19              MR. LUNKENHEIMER:  That works for the United

20      States, Your Honor.

21              THE COURT:  All right.  We'll be in recess for

22      15 minutes.

23              COURT SECURITY OFFICER:  All rise.

24              (Off the record from 2:47 p.m. to 3:01 p.m.,

25      after which the following proceedings were had:)

68

1          THE COURT:  We're back on the record.  Counsel

2     are present.  Both defendants are present.  The

3     interpreters are present.

4          Dr. Luther, you understand you're still under

5     oath?

6          THE WITNESS:  Yes.

7          THE COURT:  Anything to come before the court

8     before I bring the jury in?

9          MR. LUNKENHEIMER:  No, Your Honor.

10          MS. DESCALZO:  No, Your Honor.

11          MR. FELDMAN:  No, Your Honor.  Thank you.

12          THE COURT:  If we have all the jurors, let's

13     bring them in.

14          Again, while we're waiting for the jury to come

15     out, if something goes on the blink with the

16     interpreting equipment, say something, and we'll

17     stop until it's fixed so that you're not missing

18     anything.

19          MR. LUNKENHEIMER:  Your Honor, our next witness

20     is Spanish speaking.  And we have two interpreters,

21     and I believe Ms. Descalzo and Mr. Feldman stipulate

22     to their interpretation skills for the record.

23          MS. DESCALZO:  Yes, Your Honor.

24          MR. FELDMAN:  Yes, Your Honor.

25          THE COURT:  All right.  Then I won't bother to

1    ask in front of the jury.  And tomorrow, Wednesday,

2    Thursday we have full days 9:00 to 5:00.  We start a

3    little later on Friday.

4             (The jury was assembled in the courtroom at

5    3:05 p.m., after which the following proceedings were

6    had:)

7             THE COURT:  You can be seated when you come in.

8    Does counsel concede the presence of the jury and

9    waive its polling?

10            MR. LUNKENHEIMER:  Yes, Your Honor.

11            MS. DESCALZO:  Yes, Your Honor.

12            MR. FELDMAN:  Yes, Your Honor.

13            THE COURT:  Did everybody follow my admonition

14   not to discuss the case or allow it to be discussed

15   in your presence?

16            Okay.  Ms. Descalzo, you may proceed.

17            MS. DESCALZO:  Thank you, Your Honor.

18                        CROSS-EXAMINATION

19   BY MS. DESCALZO:

20       Q.   Hi, Professor Luther.

21       A.   Hello.

22       Q.   My name is Marissel Descalzo,and I represent

23   Claudia Diaz Guillen.  We've never met before; is that

24   right?

25       A.   That's correct.

70

1    Q.   I want to start by asking you -- and I want to
2    go real slow because this is a little confusing for
3    me -- all these different exchanges and everything
4    that's going on here.  So this chart that you created,
5    Government Exhibit 2, this official exchange rate,
6    that's the government of Venezuela's official exchange
7    rate; is that right?  That 4.30?
8    A.   That's correct.  That is the rate that is
9    listed by the Central Bank of Venezuela as the official
10   exchange rate on a particular day, yes.
11   Q.   Okay.  And where would a Venezuelan who wants
12   dollars at the official exchange rate go to buy those?
13   A.   Well, I'm not sure on who was authorized to
14   make exchanges during this time period.  Because in
15   addition to having this official exchange rate,
16   Venezuela also had exchange controls; so they limited
17   access to who was -- who was able to make these
18   transactions.  So I'm not sure.
19   Q.   Well, I mean, do you know if there was an
20   agency by the name of Cadivi?  That was one place where
21   you could go to get dollars?
22   A.   I'm not sure.
23   Q.   Do you know that Cadivi is the place in
24   Venezuela between 2010 and 2014 where a Venezuelan would
25   go and purchase or be able to get dollars at the

71

1    official exchange rate?

2         A.    I'm -- I'm not sure.

3         Q.    Did you know that Banco Central de Venezuela

4    also sold dollars?

5         A.    I am aware that they present the rate at which

6    they will exchange bolivar fuertes for dollars.  I do

7    not know whether exchanges took place at the bank at

8    that rate.

9         Q.    Did you know that Banco Central de Venezuela

10   sells dollars at a premium above what Cadivi sells them

11   for?

12        A.    Again, I'm only familiar with the rates that

13   the Central Bank of Venezuela presents.

14        Q.    Okay.  Did you know about a system called

15   SITME, S-I-T-M-E, that was run by the Banco Central de

16   Venezuela?

17        A.    I'm not aware of that program.

18        Q.    Do you know that that's the program that sold

19   bonds in dollar values to Venezuelans between 2010 and

20   2014?

21        A.    I'm not aware of that program.

22        Q.    Did you know that -- well, first of all, did

23   you know that Ms. Diaz Guillen was the treasurer of

24   Venezuela?

25        A.    I am aware that she was the treasurer of

72

1    Venezuela.

2         Q.   And she was the treasurer between May 2010

3    [sic] and just after President Chavez dies in

4    March 2013?

5         A.   Okay.

6         Q.   May 2011 until March 2013, right after Chaves

7    dies.  Sometimes the translation doesn't work very well

8    so Ms. Diaz Guillen doesn't hear, but I have those dates

9    in your mind and you have them in your mind too, right?

10        And now did you know that Ms. Diaz Guillen did

11   not work for Cadivi?

12        A.   I don't know anything about the defendant other

13   than she was the treasurer.

14        Q.   Okay.  Did you know that the treasury in

15   Venezuela does not sell dollars?

16        A.   I'm not aware of whether the treasury in

17   Venezuela sells dollars.

18        Q.   But you are aware that we're here because the

19   Government alleges that Ms. Diaz Guillen sold or gave

20   some sort of benefit to someone in exchange for a bribe

21   when she was treasurer?

22        A.   I don't know very much about this case, but I

23   believe that you've expressed that in general enough

24   terms that I would say that I'm aware of that.

25        Q.   Right.  And the benefit was some sort of

73

1    benefit to get something from the treasury?

2          MR. HARPER:  Objection, Your Honor.  This is

3       outside of scope of the witness's testimony.

4          THE COURT:  Overruled.

5    BY MS. DESCALZO:

6       Q.   Do you want me to repeat the question?

7       A.   Yes, please repeat the question.

8       Q.   The benefit that Ms. Diaz Guillen allegedly

9    gave was something to do with her position as treasurer?

10      A.   I'm aware that it was alleged that she provided

11   some benefit in exchange for a bribe, but I do not know

12   the nature of that benefit or how it was connected to

13   her role as treasurer.

14      Q.   Do you have any idea why you made all these

15   charts and these calculations to show that if someone

16   purchased something at the official rate, they would get

17   an estimated return of 119 percent?  Did they tell you

18   that?

19      A.   I was asked what the arbitrage opportunity was.

20   Not in those terms, but I was asked what the arbitrage

21   opportunity was if someone were to able to access

22   dollars at the official rate given the prevailing market

23   rate.  And I constructed the charts that I presented

24   with that information in mind.

25      Q.   And I'm just confused as to why you were given

74

1    that assignment.  Because Ms. Diaz Guillen, as

2    treasurer, didn't have access to the official exchange

3    rate and dollars.  The treasury didn't have access to

4    that.  Did you know that?  That the treasury doesn't

5    sell dollars at the exchange rate?

6         A.   I wasn't asked about that.  I was just asked to

7    present the prevailing official rate and the market

8    rates in Venezuela from 2010 to 2014.

9         Q.   But as an economist, who studied -- and you are

10   very, very studied.  It sounds like you teach a bunch of

11   courses.  You're the head of a program.  You've written

12   papers.  You've spoken to people about Latin America.

13   Did you ever inquire as to whether or not the treasury

14   of Venezuela sells dollars at an official rate as

15   described in your chart, Exhibit 2?

16             MR. HAYDEN:  Objection, Your Honor.  This is

17        argumentative.  Counsel is testifying through the

18        questions.  The witness has already said he doesn't

19        know these things.  It's very repetitive.

20             THE COURT:  The questions aren't evidence.  The

21        answers are evidence.

22             Overruled.

23        A.   I haven't made any inquires into the role of

24   the treasury, in particular, in Venezuela in the conduct

25   of currency exchanges.

75

1       Q.   So let's talk about what the treasurer of

2   Venezuela can actually do and what the treasury, when

3   Ms. Diaz Guillen was the treasurer, was selling.  They

4   were selling bonds.  Did you know about that?

5       A.   That's a typical function of most treasuries;

6   so I would not be surprised if that is one of the things

7   that a treasurer would do.

8       Q.   Perfect.  And all governments sell bonds; is

9   that right?  I don't know about all of them.  Let's just

10  forget I said that.

11      A.   Certainly most of them.

12      Q.   Bad question.  Let's say most governments sell

13  bonds; right?

14      A.   That's right, yes.

15      Q.   And that is a function of a treasury department

16  of a country, of most countries; right?

17      A.   Yes, that's correct.

18      Q.   Because it's a money-making venture for the

19  country?

20      A.   Potentially.  It is certainly a way that the

21  government raises revenues.  Of course it's also

22  incurring an obligation to repay those debts.  So

23  whether or not that's a profitable enterprise is a

24  separate question.

25      Q.   Well, if Venezuela -- let's pretend if the

76

1   treasurer of Venezuela in 2012 has a bond in pounds --
2   okay.  Are you with me?
3        A.   Sure.
4        Q.   -- and it sells it to someone at the price of
5   the bond plus 123 percent, does Venezuela make a profit?
6        A.   I don't understand the percentage added.  Can
7   you repeat that?
8        Q.   So Venezuela has a bond worth 100,000 pounds or
9   $100,000 and it takes that bond of $100,000 and it sells
10  it to John Smith for plus 123 percent, plus 123 percent
11  of $100,000 --
12       A.   Sure.
13       Q.   -- is Venezuela going to make a profit on that?
14       A.   The Venezuelan government would receive some
15  funds today, and they would receive an obligation to
16  repay that in the future.  I would not describe that as
17  a profit necessarily.
18       Q.   Good point.  Let's break it down either
19  further.  I was trying to simplify it too much.
20            So the government of Venezuela has a bond,
21  $100,000 bond in US dollars.  It says, "John Smith.
22  John Smith want to buy."  It transfers custody of the
23  bond to John Smith.  Now John Smith is on the hook for
24  the bond; is that right?
25       A.   Well, if -- if Venezuela was holding a bond

77

1    that was issued by the U.S. government and it's

2    denominated in dollars, Venezuela was not initially on

3    the hook for that bond.  They would be a recipient of

4    the dollar payments that the U.S. government would

5    ultimately pay.

6         When they transfer that bond to John Smith,

7    John Smith is not on the hook for this bond.  John Smith

8    will realize the U.S. government's payment when the U.S.

9    government repays that bond at the date of maturity.

10   Q.    Let's not overcomplicate it, Professor Luther.

11   Let's break it down.

12        If custody is transferred of the bond and it is

13   assigned to John Smith, John Smith is on the hook to

14   pay.  Because Venezuela is not going to release the bond

15   until the money is paid for the bond.

16   A.    I'm not sure I understand the question.

17   Q.    Let me give you an example.  I have an example

18   for you.  We're going to do math.  And I'm going to give

19   you an example of something that I believe is going to

20   come into evidence later but I can't show it to you

21   right now, but we're going to do math.

22        There's a bond for 100,000 pounds.  That the

23   value of it.  And Venezuela says, "John Smith, I'm going

24   to sell it to you."

25   A.    Can I ask a clarifying question?

1     Q.    Of course.

2     A.    Was this bond issued -- so it's denominated in

3  pounds?

4     Q.    Yes.

5     A.    Was it issued by the government of Venezuela or

6  by the U.K.?

7     Q.    The U.K.

8     A.    Okay.

9     Q.    And it's actually issued by the U.K., but it's

10 in dollars.  So issued by the U.K. The bond is in

11 dollars.  It's $100,000 bond.  The treasury of Venezuela

12 says, "We're going to sell it at a premium, a

13 123 percent premium."  Okay.  So we're at, by my math,

14 $123,000; is that right?

15     A.    Well...

16     Q.    Simple terms, Professor Luther.  I don't want

17 to do hard math.  I'm not an accountant.

18     A.    Well, typically a bond trades at a discount.

19 So if it is a $100,000 bond, that means that in this

20 case, the U.K., the issuer of that bond, will repay

21 $100,000 when that bond matures.

22         So when you say that the government of

23 Venezuela has acquired this bond and then they sell that

24 bond at a premium of 123 percent, I'm trying to figure

25 out what that premium is on -- whether they're selling

79

1    that above the face value of the bond or above the price

2    that they paid for that bond, which is likely a discount

3    from that face value.

4         Q.   Good question.  So Venezuela might have gotten

5    the bond at a discount, but it's selling it at face

6    value plus 123 percent.  So that person is paying

7    $123,000.  But Venezuela says, "Wait, I want you to pay

8    me in bolivars.  I don't want your dollars."  So

9    Venezuela says -- you may need a calculator for this.

10   So Venezuela says, "You take my $100,000 bond.  I'm

11   selling it to you at face value plus 123 percent.  I'm

12   selling it to you at 123 percent, and I want you to

13   return to me 1,064,498 bolivars.  Okay?

14        A.   Okay.

15        Q.   So how do we figure out how much is the

16   exchange rate there?  Do we divide?  Do we take 123,000

17   and divide by $1,064,498, or the other way around?

18        A.   So someone is paying bolivars for a

19   dollar-denominated bond.  So the way to think about this

20   is first you would convert those bolivars to dollars.

21   So if the exchange rate is 4.3 bolivars per dollar, you

22   would divide the dollar price by -- you would divide the

23   bolivar price by 4.3 or multiply the dollar price by 4.3

24   in order to figure out the bolivars that need to be

25   paid.

80

1          Q.    Let's see if that math works out.  So 123,000

2     times 4.3, that comes out to $528,900.  But that's not

3     what the treasury wanted.  The treasury wants $1,064,498

4     for that bond.  That's almost double than the 4.3.

5          A.    I'm sorry.  I didn't follow that.  So you asked

6     for the -- so we have a dollar-denominated bond, and

7     you're asking to convert that to bolivars.  So when you

8     multiple that dollar-denominated bond price by 4.3, we

9     end up with bolivars, not dollars.

10         Q.    I'm going to do the hypothetical again.  I'm

11    going to do it slow.  So 100,000 bond in dollars.

12    Venezuela said, "You have to pay me," the treasury while

13    Claudia was the treasurer, says, "You have to pay me

14    $100,000 plus $123,000" -- I'm sorry -- "123 percent

15    face value, okay for, that bond," my math tells me

16    that's a 123,000?

17         A.    That's correct.

18         Q.    But President Chavez says, "Don't pay me in

19    dollars.  Don't pay me that $123,000 in dollars.  You

20    pay it to me in bolivars."  And he said, "Okay.

21    Claudia, that bond that you sold for $123,000, I want

22    you to get on the books of the treasury, $1,064,498."

23    So how do I come up with the exchange rate on that?  I

24    would think that I would have to divide $1,064,498 by

25    $123,000.  Is that going to get me my number?

1     A.   Well, again, I'm confused because you have said

2  that the payment would be made in bolivars but then you

3  said that dollars were going to be recorded as the final

4  payment; so it's not clear to me what you're asking for.

5     Q.   I'm asking for the difference if the bond was

6  sold for $123,000 and Venezuela is asking for $1,068,498

7  for that bond, what's the exchange?

8          MR. HARPER:  Objection, Your Honor.  This is

9  confusing.

10          THE COURT:  Sustained.

11          MR. HARPER:  And it seems to be asked over and

12  over again.

13          THE COURT:  Sustained.

14     A.   I --

15          THE COURT:  Doctor, I sustained the objection.

16          THE WITNESS:  Oh, I'm sorry.

17          THE COURT:  That means Ms. Descalzo will ask a

18  different question.

19  BY MS. DESCALZO:

20     Q.   If the bonds that Venezuela is selling are

21  being sold at an exchange rate of $8.65, is $8.65 more

22  than the $4.30 official exchange rate?

23     A.   You -- with all due respect, you have the

24  exchange rate reversed.  So it's actually 4.3 bolivars

25  per dollar.  Not 4.3 dollars per bolivar.  That's the

82

1      official rate.  The market rate is not -- I believe on

2      the day you mentioned $8.65 per bolivar, rather the rate

3      is 8.65 bolivars per dollar.

4          Q.   I misspoke.  I meant 8.65 bolivars for one

5      dollar.  If the treasury is asking for bonds to be sold

6      at an exchange rate of "I'll give you one dollar, you

7      give me $8.65," is that more than what the official

8      exchange rate is?

9          A.   That's correct.  It seems like in that case,

10     the -- in the example that you have given, the exchange

11     is taking place not at the official exchange rate.

12         Q.   It's at a higher rate?

13         A.   That's correct.  Something approximating the

14     market rate.

15         Q.   Almost double the rate.  Double the official

16     exchange rate?

17         A.   That is correct.  8.65 bolivars per dollar is

18     roughly double 4.3 bolivars per dollar.

19         Q.   And are those transactions with the bonds being

20     sold by the ONT, are those reflected on your chart?

21     Were you asked to incorporate that in your calculations?

22         A.   I was not asked to investigate the rate at

23     which bonds were sold.  I was only asked to consider the

24     arbitrage opportunity between an official rate and a

25     market rate.

1      MS. DESCALZO:  Can you give me one moment,

2      Professor Luther.

3          THE WITNESS:  Sure.

4      BY MS. DESCALZO:

5      Q.   Now, Professor Luther, you've never met Ms.

6      Diaz Guillen; is that right?

7      A.   That's correct.

8      Q.   And you've never spoken to her?

9      A.   That is correct.

10     Q.   And you and I have never spoken?

11     A.   That's correct.

12     Q.   But you have spoken to the Government?

13     A.   Yes, that is correct.

14     Q.   When I say "the Government," I mean Mr. Hayden,

15     and Mr. Lunkenheimer, and Mr. Harper over here.

16     A.   Yes.

17     Q.   And they hired you actually to come and

18     testify?

19     A.   That is correct.

20     Q.   And you're actually being paid to testify?

21     A.   That is correct.

22     Q.   Professor Luther, have you ever been to

23     Venezuela?

24     A.   I had not.

25     Q.   Do you have any friends that are Venezuelan?

84

1      A.   I don't have any friends that are Venezuelan.

2      Q.   Are you aware that Venezuela is a very rich

3   country?

4      A.   I am aware that Venezuela has a lot of natural

5   resources and some people in Venezuela are very wealthy.

6      Q.   Venezuela has petroleum?  Has gas?

7      A.   Yes.

8      Q.   And it can sell it for a lot of money?

9      A.   Yes.

10     Q.   And Venezuela is, what we would call here in

11   the U.S., a socialist government?

12     A.   I believe that's a common characterization.

13     Q.   And let's differentiate.  Because Ms. Diaz

14   Guillen was only the treasurer while President Chavez

15   was the president.  When President Chavez was the

16   president, was there a socialist regime in Venezuela?

17     A.   So as an economist, I would not describe

18   Venezuela as socialist.  But, of course, I am aware that

19   many people would describe Venezuela as a socialist

20   government.

21     Q.   What kind of government would you call it?

22          MR. HARPER:  Objection, Your Honor.  This is

23      outside the scope.

24          THE COURT:  Overruled.

25          MR. HARPER:  The witness is an economist.

85

1          THE COURT:  Overruled.

2     A.   So economists typically define socialism as

3  state ownership of the means of production.  And

4  certainly Venezuela has a large redistributive state.

5  They have engaged in confiscation of private property.

6  But I don't know that I would go so far to say that all

7  production in Venezuela is conducted by state-owned

8  enterprises; so I would not describe that necessarily as

9  a socialist government.  It is more of a mixed economy

10 that is closer to socialism than, to say, a capitalist

11 or a free enterprise system.

12     Q.   Well, let me ask you this:  When President

13 Chavez was the president, was he involved in the

14 direction, the policies that were carried out by the

15 treasury of Venezuela?

16     A.   I would assume so.

17     Q.   Well, I think you've even written about this.

18 You've said that the problem with the government and the

19 economics in Venezuela was that there was military

20 people in charge of it or something -- I may not be

21 quoting you perfectly, but something to that extent; is

22 that right?

23     A.   What I have written about Venezuela is that

24 they have experienced very high rates of inflation and

25 that they would -- that individuals in Venezuela would

86

1      probably be better suited with currency substitution

2      either by using the U.S. dollar, because that's probably

3      unpalatable in Venezuela, or maybe using the Chinese

4      yuan.

5          Q.   But that's your opinion; is that right?

6          A.   That's correct.

7          Q.   And you're an economist here living in the

8      United States?

9          A.   That's right.

10         Q.   Right?  And that was not President Chavez's

11     opinion.  He did not believe that they should -- that

12     Venezuela should use the dollar?

13         A.   Okay.

14         Q.   I mean, you've studied this; right?  That's why

15     President Chavez created the official rate.  He wanted

16     his government to be using bolivars; is that right?

17         A.   That's right.  The traditional explanation is

18     that the government of Venezuela wanted to discourage

19     capital flight, and so they adopted exchange controls to

20     discourage capital from leaving Venezuela.

21         Q.   And are you aware that President Chaves --

22     because you testified that it was unlawful to exchange

23     money in Venezuela outside the official rate, but that's

24     not completely accurate, is it?

25         A.   Well, you know, I'm not a lawyer.  My

87

1    understanding is that there is an official rate and

2    unless you have access to some legally stipulated

3    privilege rate, that you would be conducting a

4    black-market exchange.

5        Q.   Now, Banco of Venezuela, I mentioned earlier,

6    sells at a premium; right?  I mentioned that.  And we

7    have been talking about these bonds that the treasury

8    was selling at a premium; right?

9        A.   That's what we have been talking about, yes.

10       Q.   And are you familiar with a casa de bolsa or an

11   exchange house?

12       A.   I am familiar with exchange houses in general,

13   but not -- if this is a particular exchange house that

14   you're referring to, then no, I'm not familiar with that

15   exchange house.

16       Q.   Are you aware that between 2007 and May 2010,

17   there was exchange houses in Venezuela that were

18   perfectly legal, trading dollars at premiums for

19   bolivars?

20       A.   I'm not aware of that.  I only have access to

21   the official rate that is presented by the Central Bank

22   of Venezuela.

23       Q.   Are you aware that President Chavez created a

24   system after May 2010 because he didn't like what the

25   casa de bolsas were doing, where he allowed the citizens

1    of Venezuela to purchase bonds on an online system at a

2    premium so that they could have access to dollars?

3         A.   I'm not aware of that.

4         Q.   Have you ever heard the term "permuta"?

5         A.   I have not.

6         Q.   Are you aware of what the hierarchy is in

7    Venezuela's treasury department between 2011 and 2013?

8         A.   No, I'm not.

9         Q.   How about DolarToday?  Let's talk about

10   DolarToday.  You're familiar with DolarToday.

11        A.   I'm familiar with DolarToday.

12        Q.   You relied on DolarToday so insert some of

13   these figures?

14        A.   That's correct.  The DolarToday series is the

15   primary market exchange rate series in the chart that I

16   produced.

17        Q.   Right.

18        A.   Which means when the DolarToday is available, I

19   use that series.

20        Q.   And the DolarToday series was based on people

21   that were reporting at the border what the rate was?

22        A.   That is correct.

23        Q.   What the parallel market rate was?

24        A.   That is correct.

25             MS. DESCALZO:  And I believe this is without

89

1      objection.  I have Defense Exhibit 93 that I would

2      like to enter into evidence.

3             MR. HAYDEN:  No objection.

4             THE COURT:  93 will be received.

5             (Defendant Diaz Guillen No. 93, DolarToday

6      Spreadsheet, was received in Evidence.)

7      BY MS. DESCALZO:

8      Q.    This is DolarToday.  This is the information

9      that you were looking at; right?

10     A.    I believe so.

11     Q.    Right?  And this is how it lists.  It gives you

12     the date and it gives you the amount?

13     A.    That is correct.

14     Q.    And we don't have to go through all of this,

15     but I just want to go to the time, more or less, so the

16     jury can see in 2010 the -- and this was before Ms. Diaz

17     Guillen is treasurer, the exchange right is at nine

18     dollars and eight dollars and then seven with some

19     cents?

20     A.    Actually, these are in bolivars fuertes.  It's

21     bolivar fuertes per dollar.

22     Q.    I keep making that mistake.  I apologize.

23     A.    My students make the same mistake.

24     Q.    It's a dollar, and this is bolivars.

25     A.    Yes.

90

1          Q.   I got it.  I'm going to mess up again, but I'll

2     try to keep it together here.  So she's treasurer here

3     sometime in May.  And we see in May 2011, it doesn't

4     fluctuate that much.  The dollar against the bolivar is

5     kind of sticking steady; right?  It's moving a little

6     bit, a couple of cents there, but not that much change?

7          A.   That's correct.  The market rate was relatively

8     stable over that year.

9          Q.   So when Ms. Diaz Guillen is treasurer, this

10    rate seems to be pretty steady.  Now we're at

11    September 2011.  The rate is still steady.  It's not

12    moving much.

13         A.   That's correct.

14         Q.   Let's pick sometime in 2012.  Now we're in

15    2012.  Now it's gone up a little bit.  Now we're hitting

16    the nine dollar mark?

17         A.   Nine bolivars.

18         Q.   Nine bolivars.  I'm sorry.  Nine bolivars.  And

19    this is eight months after she's president [sic].  So

20    it's gone up -- or more than that.  My math is really

21    bad.  I told you it was.  It's 12 months after she's

22    president -- I'm sorry -- treasurer.  So it's moving a

23    little bit but not a lot.

24              MR. HAYDEN:  Objection, Your Honor.  Counsel is

25         not even asking questions at this point.

91

1       THE COURT:  Sustained.

2   BY MS. DESCALZO:

3       Q.   All right.  Professor Luther, let's look at

4   what happens to the exchange rate in August 18, 2012.

5   What's the exchange rate then?

6       A.   On August 18, 2012, the exchange rate is 9.63

7   bolivar fuertes per dollar.

8       Q.   So the exchange rate maintains.  It's still

9   consistent?

10      A.   Well, if it were 8.6 before and it's risen to

11  9.6, that's roughly -- what is that?  Like a 12 percent

12  increase?  So it's not small, but it's certainly smaller

13  than what we will see later.

14      Q.   Right.  It's starting to creep up then, the

15  exchange rate, is what you're saying.

16      A.   That's correct.

17      Q.   So let's look at what happens on December 10,

18  2012.  Ms. Diaz Guillen is still the treasurer, and what

19  happens then to the exchange rate?

20      A.   The exchange rate increases considerably.

21      Q.   And what's happening in Venezuela at this time

22  causing this instability?

23      A.   Well, Venezuela is experiencing very high rates

24  of inflation.  And I don't have the inflation data in

25  front of me to know whether it's happening at this

92

1    particular point in time, but if they haven't entered

2    hyperinflation yet, they soon would.

3        Q.    Why was Venezuela entering hyperinflation at

4    this time?

5        A.    The conventional view is that Venezuela had

6    very large government expenditures and they primarily

7    financed those expenditures with oil revenues.  And when

8    those oil revenues fell, they continued making the

9    expenditures but they no longer had the revenue; so they

10   created money in order to -- they created bolivars,

11   bolivars fuerte, in order to paying for those expenses.

12       Q.    Is that the view of economists in the United

13   States of why there was a change?

14       A.    Yeah, I think that's a very conventional view.

15       Q.    Do you realize that the reason that economists

16   and financial individuals in Venezuela believe cause the

17   inflation was that President Chavez gets sick?  And so

18   the people -- there's instability in the people and

19   what's going to happen in their future because the

20   president is sick?

21            MR. HARPER:  Objection, Your Honor.

22   Argumentative.

23            THE COURT:  It's a question.  Overruled.

24       A.    I was not aware that -- that that is a common

25   view in Venezuela.  But it's not -- it's also not

1    necessarily at odds with the conventional view.  And

2    that being that if you're in a regime that isn't

3    committed to providing a stable money or if there's a

4    change in the regime that might result in a less stable

5    money, that is, if you expected the government to print

6    a lot of money in the future perhaps under a new regime,

7    then anything that would make it more likely for that

8    new regime to come into power would also cause people to

9    bid up the bolivar price of dollars today.

10        Q.   Like the president dying of cancer?

11        A.   Certainly -- certainly that was a big shock to

12   the system in Venezuela and may have disrupted the

13   demand, the demand for bolivars and, as a consequence,

14   the amount of bolivars that individuals were willing to

15   pay in order to access dollars, which they perceived to

16   be more stable over the coming years.

17        Q.   I want you to look at the DolarToday

18   spreadsheet, Defense Exhibit 93.  And you'll see on

19   February 24, 2013, the exchange rate:  One dollar for

20   bolivars is twenty one eighty four; is that correct?

21        A.   On that is.

22        Q.   And then there's a big gap in the DolarToday

23   information; is that right?

24        A.   That is right.  The next observation is not

25   until April.

94

1    Q.   And I believe that this is reflected in your

2    spreadsheet because during this time -- or in your chart

3    because during this time you have Vladimir's information

4    to fill in; is that right?

5    A.   That's right.   There are periods in the

6    DolarToday series where there's no data available from

7    DolarToday.   And in those cases, if there is data

8    available from Vladimir Chelminski, I use that data in

9    those cases.

10   Q.   And let's look -- so Claudia is not treasurer

11   anymore after March 2013, but I just want to take you

12   to -- and I didn't go very far --

13        MR. HARPER:   Your Honor, counsel is testifying.

14        THE COURT:   Overruled.

15   BY MS. DESCALZO:

16   Q.   February 3rd, 2014, what does the dollar to

17   bolivar exchange rate go to?

18   A.   The exchange rate is 81.27 bolivar fuertes per

19   dollar, according to the series on February 3rd, 2015.

20   Q.   That's almost $60 more -- 60 bolivars more when

21   Ms. Diaz Guillen finished her term as treasurer?

22   A.   That is approximately correct.

23        MS. DESCALZO:   May I have a moment, Your Honor?

24        THE COURT:   Okay.

25        MS. DESCALZO:   Thank you, Professor Luther.   No

1          further questions at this time.

2                    THE COURT:  Mr. Feldman.

3                    MR. FELDMAN:  If Your Honor will indulge me for

4          a second.  I'm going to do the same "song and dance"

5          over here with the tech.

6                    MR. HARPER:  Your Honor, if we could take the

7          screen down.  I think he's pulling up items that are

8          not admitted.

9                    THE COURT:  We'll just have it for the witness

10         unless he gets to the screen he wants to show the

11         jury.

12                   MR. FELDMAN:  Your Honor, may I approach.

13                   THE COURT:  Okay.

14                        CROSS-EXAMINATION

15    BY MR. FELDMAN:

16         Q.   Good afternoon, Dr. Luther.  How are you?

17         A.   I'm doing well.

18         Q.   Should I call you doctor or Mr. Luther?

19    Because I know you have a PhD?

20         A.   Doctor Luther.  Professor Luther.  Mr. Luther.

21    Whatever you would prefer.

22         Q.   Well, it's really whatever you prefer, but I'll

23    address you as Dr. Luther, if that's okay with you.

24         A.   Sure.

25         Q.   My name is Andrew Feldman, and I represent

1   Mr. Adrian Velasquez Figueroa.  Have you ever met or

2   seen Mr. Velasquez Figueroa before?

3       A.    No, I haven't.

4       Q.    Have you and I ever communicated in any fashion

5   before?

6       A.    Not to my knowledge.

7       Q.    Okay.  And you are obviously hired by the

8   Government to testify here at this trial as an expert

9   witness; is that correct?

10      A.    That is correct.

11      Q.    Is this the first trial that you've testified

12  in as an expert witness?

13      A.    Yes, it is.

14      Q.    Is this the first trial or proceeding in a

15  courtroom like this that you have ever testified in your

16  career?

17      A.    Yes, it is.

18      Q.    Okay.  So you never been called to testify

19  about currency exchange controls before; correct?

20      A.    That's correct.

21      Q.    And you have never been called to testify about

22  anything to do with Venezuela at all; right?

23      A.    That is correct.

24      Q.    But you do have -- and I don't mind saying

25  so -- a very impressive academic pedigree having worked

97

1    your way from George Mason University -- you studied

2    there; right?

3        A.   That's correct.

4        Q.   And you got a PhD from George Mason in

5    economics, I think?

6        A.   That's correct.

7        Q.   And you then went on to work for various other

8    places including the Cato Institute; is that right?

9        A.   I am an adjunct scholar at the Cato Institute,

10   but I am not employed by the Cato Institute.

11       Q.   Okay.  But you were -- okay.  How about the

12   American Institute for Economic Research?  You worked

13   there before, or you served as a professor in some

14   capacity before?

15       A.   I direct the Sound Money Project at the

16   American Institute.

17       Q.   And you were an assistant professor and you are

18   again an assistant professor of economics at Florida

19   Atlantic University.  Do I have that right?

20       A.   I was an assistant professor of economics at

21   Kenyon College.  I left at the same time when I was

22   promoted to associate at Kenyan but left prior to the

23   promotion.  And I arrived at Florida Atlantic University

24   as an assistant professor, and I have since been

25   promoted to associate professor.

98

1      Q.    And you just mentioned Kenyan, that's in Ohio?

2      A.    That's correct.

3      Q.    It's also where the actor Paul Newman went to

4    school.  Did you know that?

5      A.    That's correct.

6      Q.    And in addition to teaching, I think that you

7    have mentioned that you write articles; is that right?

8      A.    That's right.  Both journal articles and

9    articles for --

10      Q.    So, for example, what we call op-eds; right?

11      A.    That's right.

12      Q.    And you also published two policy papers, I

13    believe?

14      A.    I -- that sounds correct.  The publications

15    kind of blur together after a while.

16      Q.    Sure.

17            And you've appeared in or been interviewed

18    numerous times in your capacity as an economist and as a

19    professor; is that right?

20      A.    On correct.

21      Q.    About, give or take, 31 times since 2014?

22      A.    That -- that sounds approximately correct.

23      Q.    And none of those interviews, at least many of

24    those interviews, have nothing to do with Venezuela at

25    all; right?

99

1      A.   So it is true that many of those interviews are

2  not related to Venezuela.  Some of those interviews have

3  been related to Venezuela.

4      Q.   Okay.  We'll get to that, Professor, but thank

5  you.  And you made certain, what I would call it and

6  what you have listed in your curriculum vitae, as "other

7  media appearances"?

8      A.   That's correct.

9      Q.   And some of those other media appearances, you

10  specifically discussed El Salvador; right?

11      A.   That's correct.

12      Q.   You've discussed Australia; right?  If you

13  don't remember, we can move on.  You discussed Russia?

14      A.   Yes, that's correct.

15      Q.   And you discussed Argentina.  Do you remember

16  that?

17      A.   Yes, I discussed Argentina.

18      Q.   And you have written a little bit about Maduro

19  in Venezuela, the current president of Venezuela,

20  President Maduro; right?

21      A.   I have written about the monetary system of

22  Venezuela during the Maduro administration.

23      Q.   And do you recall an article that you wrote in

24  February of 2020 titled, "Why is Maduro Pushing the

25  Petro," in the American Journal of Economic Research?

100

1      A.    I think that you mean the American Institute

2   for Economic Research.  But yes, that is correct.

3      Q.    Okay.  So you remember writing that article?

4      A.    Yes.

5      Q.    It's an article that you actually wrote, not

6   one where someone else wrote it and you were quoted in

7   the article; right?

8      A.    If I recall correctly, that was an article that

9   I had written after being interviewed by the Wall Street

10  Journal on the same topic, and so I'm not -- certainly,

11  I wrote the article, but I don't recall the extent to

12  which I quoted someone else in that article, namely the

13  journalist who wrote the article for the Wall Street

14  Journal.

15     Q.    Right.  So the article that you wrote is

16  titled, "Why is Maduro Pushing Petro"; right?

17     A.    Yes, that is correct.

18     Q.    And you wrote that article in February of 2020?

19     A.    I believe that is correct.

20     Q.    Okay.  And as part of that article, you

21  discussed how something called Petro is going to be

22  perhaps the digital sort of cryptocurrency in Venezuela.

23  Do you remember that?

24     A.    That was the idea at the time, yes.

25     Q.    And you discuss further how Petro could

101

1    potentially be used by Venezuela and its leader,

2    President Maduro, who is a specifically designated

3    person, as a way to evade U.S. sanctions.  Do you recall

4    writing that?

5        A.    I did make that claim.

6        Q.    Okay.  And do you remember also saying that,

7    "As a digital currency, it enables one to send or

8    receive funds virtually anywhere in the world.  And to

9    the extent that those transactions are disconnected from

10   the U.S. financial system, they're much less likely to

11   be detected by the U.S. government."  Do you remember

12   writing that?

13       A.    That sounds like something I would have

14   written.

15       Q.    Okay.  Now, digital currency or cryptocurrency

16   or alternative forms of currency -- that has nothing to

17   do necessarily with what we're talking about or what you

18   have been testifying about today, which is the official

19   exchange rate versus the unofficial exchange rate;

20   right?

21       A.    Yes, that's correct.  Those are two different

22   payment technologies.

23       Q.    Right.  So differentiating between an official

24   currency and an unofficial currency, you're still

25   talking about currency.  You're still talking about

102

1    bolivars for dollars; right?

2        A.    That's right.

3        Q.    But -- and so when you're talking about Petro

4    or something like a cryptocurrency, which the most

5    well-known one here would be Bitcoin, you're still

6    talking about currency; right?

7        A.    Yes.  In using general parlance, that is true.

8        Q.    You're just talking about different completely

9    different subjects within the major topic of currency;

10   right?  Fair statement?

11       A.    Well, cryptocurrencies also have exchange

12   rates.  So you mentioned Bitcoin.  There's a Bitcoin

13   price that fluctuate against the dollar just like the

14   bolivar price and potentially the Petro fluctuates

15   against the dollar.  So anytime you have a currency, you

16   have a potential case of an exchange rate.

17       Q.    And is it fair to say that you hold yourself

18   out, not just in terms of this trial but in general to

19   the universe, as someone who is sort of an expert in

20   cryptocurrency?

21       A.    I think that that's a fair assessment.

22       Q.    But you don't necessarily hold yourself out to

23   the world as someone who is an expert in looking at the

24   exchange roles and/or the different types of currency

25   that was exchanged in Venezuela from 2011 to 2013;

103

1    right?

2          A.    Well, I think that any monetary economist is

3    capable of evaluating the difference between an official

4    exchange rate and a market exchange rate.  It's not a

5    very -- it's not a very high-level topic.  And so it's

6    not the kind of thing that you would be able to publish

7    a journal article about because it's just a very basic

8    question.

9          Q.    Right.  And I'm glad that you brought that up.

10   So when you're talking about the official rate versus

11   the unofficial rate, when we're talking about Venezuela,

12   you're really talking about, I think as you put it and

13   as you testified about, how you can buy something for,

14   let's say, at $10 and sell it in another market for $20

15   and double your money; right?

16         A.    Well, that's one way to characterize what I

17   described.  But the estimated return that I provide can

18   be realized whether or not you sell those dollars back

19   for bolivars or not.  That is the source -- the source

20   of the enormous gain is being able to access dollars at

21   the official rate.

22         Q.    Right.  So again, going back to sort of your

23   testimony and what you said earlier that this is not a

24   particularly sophisticated complex topic to think about

25   the difference between the official rate and the

104

1    unofficial rate.  I would ask you to use a hypothetical.

2    If I'm able to buy Microsoft stock for $100 on Day 1 and

3    then sell it on Day 10 for $400 -- wouldn't that be

4    great -- because of market forces and because the stock

5    rises, I'm making a $300 profit in that hypothetical;

6    right?

7            A.   That's correct.

8            Q.   Right.  So a little different because you're

9    talking about the exchange rates, but the concept

10   ultimately is the same; right?  That I'm able to buy or

11   at least engage in transactions, buy and sell, and then

12   I'm able to sell for a profit in both situations?  Fair

13   statement?

14           A.   Well, they share that similarity, yes.

15           Q.   Okay.  Now, going back to some of your sort of

16   published works or articles that you have written.  Is

17   the article that I mentioned a moment ago, which is "Why

18   is Maduro Pushing the Petro," from the American -- I'm

19   going to mess this up again.  Is it the American

20   Institute of Economic Research?

21           A.   That's right.

22           Q.   Okay.

23           A.   American Institute of Economic Research.

24           Q.   Is that the only article that you are aware of

25   or that you can remember that you have published that

105

1    specifically talks about or focuses on Venezuela of all

2    the articles that you have written over the years?

3         A.   No.  It's not the only one.

4         Q.   Okay.  What are some of the other articles that

5    you have written about that focus specifically on

6    Venezuela?

7         A.   So I write quite a bit on timely topics.  But

8    one article that I remember writing was -- I believe it

9    was called "Currency Substitution in Venezuela," or,

10   "The Case For Currency Substitution in Venezuela."

11        Q.   Do you remember when you wrote that article?

12        A.   That article -- it would have been before I

13   left Kenyan College in 2018.  So my guess is that it was

14   probably around 2017 or 2018.

15        Q.   Okay.  And you've never written anything on

16   Venezuela that specifically focuses on the period of

17   Venezuela between 2011 and 2013.  Fair statement?

18        A.   Well, in that -- in that article on currency

19   substitution in Venezuela, again, it was more than five

20   years ago when I wrote that article.  But if I recall, I

21   provide a brief history of previous currency

22   substitutions in Venezuela.  And of course Venezuela

23   replaced the bolivar with the bolivar fuerte in 2008.

24   And many of the policies that led to the very high rates

25   of inflation that Venezuela experienced took place prior

1    to the -- you know, the 2007 -- 2017 or 2018 article

2    that I had written.  So I believe that I had discussed

3    the earlier period in Venezuela in that Forbes article.

4         Q.   Right.  In the context of Venezuela over the

5    history and over a longer period of time.  Probably over

6    a decade; right?

7         A.   That's correct.  From roughly from 2007 to

8    2017.

9         Q.   Right.  And is that the only article that you

10   can recall of the many articles that you would have

11   written that would have focused on that period of time

12   of time or even touched on that period of time in

13   Venezuela of 2011 to 2013?

14        A.   I believe I've also written about Steve Hanke's

15   Troubled Currencies Project.  And one of the big cases

16   in that project is the case of Venezuela.  So I don't --

17   I don't recall offhand the extent to which I addressed

18   Venezuela in my reports on Hanke's Troubled Currencies

19   Project, but it's possible that I did so in those pieces

20   as well.

21        Q.   Okay.  And do you remember being quoted in an

22   article written by May Anastasia O'Grady in 2020 in the

23   Wall Street Journal called "Venezuela puts the Crypt in

24   Cryptocurrency"?

25        A.   Yes.

107

1      Q.   And you said, "If a government is successful

2   large, it can secure the voluntary use of a currency

3   simply by putting it into circulation as part of

4   government's spending and committing to accept it for

5   government receipts like taxes or purchases from

6   state-owned enterprises."  Do you remember saying that?

7      A.   I believe that's correct, yes.

8      Q.   And now talking about Mary Anastasia O'Grady,

9   is that the Wall Street reporter -- Wall Street Journal

10  reporter that you contacted in connection with putting

11  together the VC series for the exhibits that were

12  introduced here --

13     A.   Yes.

14     Q.   On Vladimir -- I'm going to mess up his last

15  name -- Chelminski?

16     A.   Chelminski, I believe, yes.

17     Q.   And Ms. Andrade O'Grady writes about Latin

18  America as part of her -- she has sort of like an op-ed

19  column in the Wall Street Journal; is that correct.

20     A.   That's correct.

21     Q.   So this would have been -- she was doing the

22  article and you were quoted about sort of the new

23  digital fiat called Petro in Venezuela that President

24  Maduro was introducing at that time; right?

25     A.   That's correct.

108

1      Q.   Okay.  And do you remember an article that you

2   wrote in 2018, I believe, in Reason Magazine called "In

3   Defense of Cash"?

4      A.   Yes, I do.

5      Q.   And do you remember in that article you

6   discussed Venezuela a little bit?

7      A.   That's right.  They -- yeah, that's correct.

8   In that piece I discuss their demonetization scheme.  So

9   they had gotten rid of their lower denomination notes.

10     Q.   Right.  Do you remember that in that article

11  you were talking about and comparing and contrasting

12  basically people that want to get rid of cash and people

13  that want to keep cash.  Essentially that there's a

14  philosophical sort of disconnect with folks that want to

15  get rid of cash all together and people that want to

16  keep cash as a currency in the market.  Do you

17  remember -- do you recall writing about that?

18     A.   Yeah.

19     Q.   Or that being a focus of the paper?

20     A.   On correct.

21     Q.   And do you remember that where you came out is

22  essentially saying that -- that there are few, if any,

23  arguments in favor of eliminating cash apply.  Do you

24  remember saying that?

25          MR. HARPER:  Objection.  This line of

109

1        questioning is irrelevant.

2                THE COURT:  Overruled.

3        A.    That's right.  In that piece I made the case

4    for cash, that cash provides financial privacy.  That's

5    correct.

6    BY MR. FELDMAN:

7        Q.    Now, I want to talk to you a little bit about

8    your teaching experience as well.  In the beginning of

9    your testimony, you talked about the various places

10   where you teach and you talked about the various courses

11   that you teach.  You don't teach a specific course

12   that's just focused on Venezuela or Latin America;

13   right?

14       A.    That's correct.

15       Q.    And you don't teach a course that is just

16   focused on the Venezuelan currency exchange; right?

17       A.    That's correct.

18       Q.    And I want to ask you some questions, and don't

19   take this the wrong way, Professor, but do you have any

20   experience on sort of the other side of the classroom?

21   Do you have any experience in the financial sector?

22   Working in the financial sector?

23       A.    I have provided some consulting services to a

24   wealth management company.  I have -- I've also served

25   as a private tutor to an individual who was moving into

110

1    wealth management.

2        Q.    Okay.  You never worked for a financial

3    institution, though; right?

4        A.    That's correct.

5        Q.    And you never actually traded securities or

6    stocks or anything like that; right?

7        A.    Aside from my personal accounts.

8        Q.    Sorry.  Bad question.

9              As a professional, as someone who is a

10   registered or licensed professional, you never traded

11   stocks?  You never traded bonds on behalf of anyone

12   else; right?

13       A.    That's correct.

14       Q.    And you never traded currencies in other

15   counties on behalf of anyone else as a professional;

16   right?

17       A.    Not on behalf of anyone else as a professional.

18       Q.    So, for example, you're not registered with

19   FINRA?

20       A.    That's correct.

21       Q.    You don't hold any Series 7 or Series 65 or any

22   types of those licenses; right?

23       A.    That is correct.

24       Q.    And you've never negotiated any large

25   transactions with any banks; is that right?

111

1    A.    That is correct.

2    Q.    Now, in preparation for your testimony today,

3 you didn't review any specific transactions related to

4 this case; right?

5    A.    That's correct.

6    Q.    Didn't look at any bank statements; right?

7    A.    That's correct.

8    Q.    Didn't look at any offers to buy or sell bonds

9 from the oficina nacional tesorera; right?

10    A.    Correct.

11    Q.    Or the ONT?  The Government didn't ask you to

12 do any of that; right?

13    A.    That's correct.

14    Q.    Okay.  Now, just talking about DolarToday

15 generally, I believe your testimony -- and I don't want

16 to get this wrong -- is that a large amount of the

17 information coming out of DolarToday is based on sort of

18 like an exchange house that's located on the border of

19 Venezuela and Colombia in Cúcuta, Columbia; is that

20 right?

21    A.    During the period of analysis, a representative

22 of DolarToday would contact the exchange houses in

23 Cúcuta, Colombia, and request the prevailing exchange

24 rate.  And it would then average across those exchange

25 rates to produce the market exchange rate I presented.

112

1    Q.    All right.  So let me get this straight because

2    this is kind of important.  So your understanding and

3    now I guess my understanding of the information that is

4    reported in DolarToday is that someone in the United

5    States at DolarToday makes contact with someone in an

6    exchange house on the border of Venezuela and Colombia,

7    in Cúcuta, Colombia, and they report certain information

8    to the person in DolarToday and U.S. and that's --

9    poof -- how we get the information that we have on

10   DolarToday?

11   A.    During this period, I believe that that's a

12   fair assessment on how they collect the data?

13   Q.    And I think you also mentioned that some of

14   that, the other corroboration for how that data is

15   collected is that there are sort of firsthand

16   journalistic accounts of how that information is

17   extracted.  Do you remember that?

18   A.    That's right.  There are journalistic accounts

19   of Venezuelans exchanging currency on the other side of

20   the border.  That is correct.

21   Q.    Right.  And when you say "journalistic

22   accounts," do you mean some reporter or some journalist

23   that is physically present there says that they saw

24   someone, some unidentified person exchange money at this

25   rate, and then that's reported back -- right?  -- more

113

1   or less?

2          A.   In some cases that is the case, yes.

3          Q.   You're an economist; right?

4          A.   That's correct.

5          Q.   You're a very smart and accomplished person;

6   right?

7          A.   Thank you.

8          Q.   It's important when you're looking at and

9   developing opinions, developing analysis, developing

10  graphs, developing statistics -- whatever the case

11  may -- that the information that you're looking at is

12  accurate and reliable; right?

13         A.   Absolutely.

14         Q.   So we're saying that the information that

15  you're looking at to formulate the information that we

16  got from DolarToday is based on, number one, those

17  journalistic accounts that we just talked about; right?

18         A.   Well, the data that I rely is not based on

19  journalistic accounts.  It's based on the DolarToday

20  collection of those exchange rates from the exchange

21  house in Cúcuta, Columbia.

22         Q.   So you went to my next question.  So the

23  information upon which DolarToday is based, is based on

24  the reporting that's done by these exchange houses in

25  Cúcuta to someone in DolarToday in U.S. today?

114

1        A.    During this period.

2        Q.    During this period of time?

3        A.    I expressed that because later they changed

4   their methodology.

5        Q.    Right.  But during this period is key; right?

6   It's 2010 to 2014?

7        A.    That's right.

8        Q.    That's what we're talking about when we say

9   "this period."

10              Do you know of any other way that DolarToday

11  was formulating or aggregating their data to come up

12  with what they reported the exchange rate or the

13  unofficial exchange rate as during this period of time,

14  2010, 2014, other than relying on this exchange house in

15  Cúcuta, Colombia?

16       A.    To my knowledge, that was the methodology they

17  were employing during that period of time.

18       Q.    And you, as an economist, as an accomplished

19  smart, studied person that's written 150-plus articles,

20  you think that that is an accurate, reliable, and valid

21  way to collect information and to report it?  No room

22  for error there?

23       A.    I would not go so far to say that there's no

24  room for error.  Because anytime looking at a measure of

25  anything, there's some potential for measurement error.

115

1        Q.   Okay.

2        A.   But I think that it's an accurate depiction of

3   the exchange rate over this period within a reasonable

4   margin of error.

5        Q.   And just talking about the VC series as well,

6   the way that you were able to prepare that graph -- if I

7   can just pull that up, it might be easier.  This has

8   been admitted into evidence as Government's Exhibit 1.

9   And I believe the gray -- well, Doctor, why don't you

10  tell us.  What is -- where is the VC series on this

11  graph?

12       A.   So you can see, it's the blue line --

13       Q.   It's the blue line.

14       A.   -- during this period.  It's a disconnected

15  line because there are some dates on which there are no

16  observations.  So you can see early in the period there

17  are some observations that lie just above the official

18  rate.  And later in this period, the blue line and the

19  red line overlap to the extent that on some days,

20  there's observations from both series but you can't see

21  both series because they're overlapping so closely.

22       Q.   Okay.  And remind me and remind the jurors,

23  that essentially the way that we get to the VC series,

24  which is highlighted here, is that you were able to

25  contact Mary Anastasia O'Grady, who is at Wall Street

116

1    Journal reporter, and she put you in touch with Vladimir

2    Chelminski; is that right?

3         A.   Vladimir Chelminski I believe is his name.

4    That's correct.

5         Q.   Right.  And remind me how it is that he

6    collects the data that forms the basis for the

7    highlighted portion here on the gray line in the graph?

8         A.   I'm not sure what his precise methodology is.

9    I know that he wrote a book on price controls and

10   exchange controls in Venezuela.  And in writing that

11   book, obviously he needed exchange data, market exchange

12   data.  And so he collected an exchange series presumably

13   in Caracas where he is based.

14        Q.   That's a lot of assumptions; right, Professor?

15   We're saying essentially that because Mr. Chelminski --

16   I got it right that time.

17             Because Mr.  Chelminski was writing a book

18   about this at this time, that he was also communicating

19   with people about what the exchange rates were probably

20   in Caracas and then he was able to communicate that

21   information to you and that assisted you in formulating

22   and creating this graph; right?

23        A.   Well, he shared his data series with me.  His

24   book is in Spanish; so I have not read it.  But he's a

25   well-respected individual whose writings are currently

117

1    stored at the -- his personal writings are currently

2    stored at the Hoover Institute at Stanford.  So it's not

3    -- it's not like he's a random person.  He's a

4    well-respected individual who's written a book on the

5    topic and constructed this series in connection with

6    that work.

7         Q.    Right.  And I understand that he's a

8    well-respected individual.  I'm not debating that, nor

9    do I want to debate that.  What I'm asking is the data,

10   the data series that he shared with you, do you have any

11   firsthand or secondhand knowledge of exactly where that

12   came from other than his say-so that it came from

13   talking to people when they were reporting that exchange

14   information at that time?

15        A.    I do not know the methodology that he used to

16   collect that series, that's correct.

17        Q.    Okay.  So we've got that and then we've got

18   DolarToday on the other side, which would be the

19   exchange house in Cúcuta, Colombia, reporting

20   information to DolarToday in America; right?

21        A.    That is correct.

22        Q.    When did you first start looking at the

23   difference between the official exchange rate and the

24   unofficial exchange rate between 2011 and 2013 or even

25   2010 and 2014?  When is that something that you

118

1    undertook to do as a professor?

2         A.   Well, I have been aware of this difference for

3    some time.  I talk about the difficulties of being in a

4    regime with exchange controls in my classes, but I

5    didn't pull data and make these explicit calculations

6    until I was contacted by the Government.

7         Q.   So 2022?

8         A.   That's correct.

9         Q.   And you had said something about -- I think it

10   was -- I believe it was on direct examination that you

11   had talked about Tipo 1 and Tipo 2; do you recall that?

12        A.   Yes, that's correct.

13        Q.   And you had said that you recall only focused

14   on Tipo 2, which the 4.3 bolivars to one dollar but that

15   there's this other exchange rate or this other rate

16   called Tipo 1, which is the privileged rate for a

17   specific or special transactions.  Do you remember that

18   testimony?

19        A.   Yes, I believe that's to the effect of what I

20   said.

21        Q.   What is -- where are you getting that

22   information from?  What is your basis for your testimony

23   that there's this other Tipo 1 rate out there that's

24   even lower than 4.3 bolivars for privileged or specific

25   and special transactions?  Where is that coming from,

119

1    Professor?

2         A.   The Central Bank of Venezuela reports this

3    rate.

4         Q.   Okay.  And what type of special or specific

5    transaction would I need to engage in to get that

6    special rate?

7         A.   I don't -- I don't recall in particular.  But I

8    believe that it -- I think that it had to do with

9    agricultural or foodstuffs.  But I would not -- my

10   opinion is not very strong on that because I haven't

11   looked at explicitly as to what the exceptions or

12   qualification were in order to qualify for that lower

13   rate.

14        Q.   So you don't know really what type of c

15   criterion you need to meet to get this special rate or

16   engage in one of these specific transactions; right?

17   Fair statement?

18        A.   Yes, I think that's fair, yes.

19        Q.   I just have a couple more questions for you.

20   You obviously testified you never seen or met

21   Mr. Velasquez Figueroa, my client; right?

22        A.   That's correct.

23        Q.   And you've never seen the former treasurer of

24   Venezuela, Claudia Diaz Guillen, either; right?

25        A.   That is correct.

120

1       Q.   And you never met or communicated with Raul

2   Gorrin; right?

3       A.   Not to my knowledge.

4       Q.   And you never or met with Leo Gonzalez; right?

5       A.   That's correct.  I don't know who that is.

6       Q.   Do you know who Alejandro Andrade is?

7       A.   No, I do not.

8            MR. FELDMAN:  Just a moment, Your Honor.

9            No further questions, Professor.  Thank you.

10           THE COURT:  Redirect?

11           MR. HARPER:  Just a few questions, Your Honor.

12       I'm not sure if we need to plug this back in to pull

13       up Government's Exhibit 1.

14                      REDIRECT EXAMINATION

15   BY MR. HARPER:

16       Q.   Professor Luther, your analysis, as reflected

17   on this chart, was based on your analysis of data;

18   correct?

19       A.   That is correct.

20       Q.   You looked at numbers to create this chart?

21       A.   That is correct.

22       Q.   And you pulled those numbers from sources that

23   you deem to be reliable?

24       A.   Yes, I do.  In the case of the Chelminski

25   series, I think that he's a well-respected scholar, who

121

1    has written on the topic.  And in the case of the

2    DolarToday series, at one point the Venezuelan

3    government said that there were a million Venezuelans

4    accessing the DolarToday site each day; so yeah, I think

5    these are both very reputable series.

6        Q.    All three series included?

7        A.    That's right.  The official exchange rate

8    series comes directly from the Central Bank of

9    Venezuela.

10        MR. HARPER:  Pull up Government's Exhibit 2.

11   BY MR. HARPER:

12        Q.    I would like to go back briefly to a scenario

13   that was, I believe, being described by Defense Counsel

14   Descalzo regarding bonds.  My question is were the

15   Government of Venezuela has a U.K. bond which it sells

16   at the official rate and the buyer is then able to sell

17   that U.K. bond at the unofficial rate, would that be an

18   arbitrage opportunity?

19        MS. DESCALZO:  Objection.  Leading, and

20        misstating the question and testimony.

21        THE COURT:  Overruled.

22        A.    Yes.  If -- just as if you can -- so if you can

23   buy dollars with bolivars at a discount, then you

24   realize this estimated rate of return, but that's no

25   less true if you can buy dollar-denominated assets at

122

1    the discounted official rate.  So anytime an individual

2    is able to purchase dollars or dollar-denominated assets

3    at the official rate and then realize the value of those

4    assets, be they dollars or dollar-denominated assets,

5    then they're going to experience the estimated rate of

6    return that I have presented here.

7         Q.   So on June 6, 2012, if an individual is able to

8    purchase a U.K. bond from the government of Venezuela at

9    the official rate and then sell that bond at the market

10   rate, they would realize a profit of 119 percent; is

11   that correct?

12        A.   That is correct.

13             MR. HAYDEN:  No further questions.

14             THE COURT:  Anything further, Ms. Descalzo?

15             MS. DESCALZO:  Just one question.

16                        RECROSS-EXAMINATION

17   BY MS. DESCALZO:

18        Q.   Professor Luther, were you asked to look at

19   anything having to do with bonds being sold by the

20   treasury?

21        A.   No, I was not.

22             MS. DESCALZO:  No further questions.

23             THE COURT:  Anything further, Mr. Feldman.

24             MR. FELDMAN:  I'll stand right here.

25   ///

123

1              RECROSS-EXAMINATION

2    BY MR. FELDMAN:

3        Q.    You have testified extensively -- Professor,

4    you've testified extensively about arbitrage, what is a

5    called an arbitrage opportunities.  You remember that

6    obviously?

7        A.    That's correct.

8        Q.    There is nothing unlawful or illegal about

9    engaging in an arbitrage opportunity on its face; right?

10       A.    That's correct.

11            MR. FELDMAN:  Thank you.

12            THE COURT:  Anything further?

13            MR. HARPER:  Nothing further, Your Honor.

14            THE COURT:  Thank you, Professor.  You may step

15       down.  You're excused.

16            The Government may call its next witness.

17            MR. LUNKENHEIMER:  Your Honor, the Government

18       calls Alejandro Andrade.

19   Thereupon,

20                  ALEJANDRO ANDRADE,

21   having been first duly sworn or affirmed, was

22   examined and testified as follows:

23            THE WITNESS:  I do.

24            COURT DEPUTY:  Please state your name and spell

25       it for the court reporter.

124

1    THE WITNESS:  Alejandro Jose Andrade Cedeno.

2    THE COURT:  You want to spell that.

3    THE WITNESS:  A-L-E-J-A-N-D-R-O, A-N-D-R-A-D-E.

4                    DIRECT EXAMINATION

5  BY MR. HAYDEN:

6    Q.   Good afternoon, Mr. Andrade.

7    A.   Good afternoon.

8    Q.   Where are you from?

9    A.   Venezuela.

10    Q.   And where do you live now?

11    A.   Wellington, Florida.

12    Q.   And who do you live with?

13    A.   With my daughter and my grandchildren.

14    Q.   And where did you live prior to living with

15  your granddaughter and children?

16    A.   I was also living in Wellington.

17    Q.   And just recently where were you living prior

18  to February of 2022?

19    A.   I was in jail.

20    Q.   And what happened that led to your custody?

21    A.   I pled guilty to money laundering charges.

22    Q.   And with respect to that money laundering

23  charge, was that associated with foreign bribery?

24    A.   Yes.

25    Q.   And what country was that bribery alleged to

125

1    have occurred in?

2         A.    Venezuela.

3         Q.    And what was your role in the money laundering

4    conspiracy?

5         A.    I was a national treasurer of the republic.  I

6    made agreements with certain persons to get profits and

7    out of -- make profits and also get paid bribes.

8         Q.    We'll get more into that later, but what was

9    the exact result of those charges?

10        A.    The exact result was that I was sentenced to

11   ten years.

12        Q.    Did you plead guilty?

13        A.    I pled guilty.

14        Q.    Okay.  And did you enter into a plea agreement

15   with the United States?

16        A.    I did sign a plea agreement with the United

17   States Attorney's Office.

18        Q.    Are you testifying today pursuant to that

19   agreement?

20        A.    Yes.

21             MR. HAYDEN:  Okay.  I'm going to show you

22        what's been marked as Government's Exhibit 5.  I

23        think we have a stipulation that this can be

24        entered.

25             MS. DESCALZO:  No objection.

126

1          THE COURT:  Mr. Feldman.

2          MR. FELDMAN:  No objection, Your Honor.

3          THE COURT:  5 will be received.

4          (Government's No. 5, Alejandro Andrade Plea

5    Agreement, was received in Evidence.)

6    BY MR. HAYDEN:

7      Q.    What is this document?

8      A.    That is the plea that I signed with the

9    prosecutor's office.

10          MR. HAYDEN:  If we can scroll to the last page.

11    BY MR. HAYDEN:

12      Q.    Is that your signature on this plea agreement?

13      A.    Yes.

14      Q.    Mr. Alejandro Andrade, what is your

15    understanding if you don't tell the truth?

16      A.    Well, I would be committing a crime and I could

17    go back to prison.

18      Q.    And how long were you initially sentenced for

19    the money laundering conspiracy?

20      A.    Ten years.

21      Q.    And how much time did you actually serve?

22      A.    Three years.

23      Q.    And why is that?

24      A.    As a result of the cooperation agreement I

25    signed with the Government, I received a reduction.

127

1      Q.    And prior to your cooperation in this matter

2   beginning in November of 2017, what other federal law

3   enforcement agency did you cooperate with?

4      A.    DEA.

5      Q.    And when did you begin cooperating with the

6   DEA?

7      A.    Sorry?

8      Q.    When did you begin cooperating?

9      A.    2014.

10     Q.    And what benefit did the DEA provide to you

11  during your cooperation?

12     A.    None.  Sorry.  A parole to enter the country.

13     Q.    What was the parole -- it was to the enter the

14  country, the United States?

15     A.    Yes.  And to have a status.

16     Q.    And how long was that parole good for?

17     A.    One year.

18     Q.    Okay.  And what exactly did that benefit allow

19  you to do?

20     A.    Just to be in the United States.

21     Q.    And what other benefits beyond that parole did

22  the DEA provide you?

23     A.    Nothing else.

24     Q.    Prior to cooperating with the DEA, were you

25  providing information about Venezuela to the United

128

1    States government?

2         A.    Yes.

3         Q.    What benefits did the United States government

4    provide to you during that time?

5         A.    Nothing.

6              MS. DESCALZO:  Your Honor, I have a motion.  I

7         can wait until 5:00.

8              THE COURT:  You can wait.

9    BY MR. HAYDEN:

10        Q.    Were you ever granted visas previously to the

11   parole by the United States Government?

12        A.    No.  Oh, a visa.  I'm sorry.  A visa.  A visa.

13        Q.    You were provided a visa by the United States

14   Government?

15        A.    Yes.  A normal visa.  A tourist visa.

16        Q.    And did the United States Government help you

17   get that visa?

18        A.    I went to the embassy, and I was given a visa

19   normally like any other person.

20        Q.    Did the United States Government provide you

21   with any other gifts or benefits during that time frame?

22        A.    I believe a knife and a drink, a bottle of some

23   kind of drink.

24        Q.    An alcoholic drink?

25        A.    Yes.

129

1      Q.    And what other agreements exist between you and

2   the United States today?

3      A.    The possibility of a visa.

4      Q.    What type of visa?

5      A.    "S."

6      Q.    And what actually is your understanding of an S

7   visa?

8      A.    It's a visa given to people that cooperate in a

9   federal cases.

10      Q.    And how long would that allow you to stay in

11   the United States?

12      A.    A year.

13      Q.    That's your understanding of what an S visa

14   does?

15      A.    That's my understanding.  I don't...

16      Q.    Okay.  And what is your current status while

17   that request for the S visa is pending?

18      A.    I have a document that provides me with a

19   status.

20      Q.    And do you know what that document is?

21      A.    Deferred Action.

22      Q.    And how long is that Deferred Action good for?

23      A.    One year, one year.

24      Q.    So the same amount of time as an S visa?

25      A.    Yes, I think.  I think so.  I'm not sure.

130

1      Q.    Is the U.S. supporting you being here on that

2   Deferred Action currently?

3      A.    Not at all.  Just with that document.  Just to

4   give me the status, that's the only support that I have.

5      Q.    Correct.  Maybe let me just rephrase that.  Is

6   that -- is the fact that you have that document, does

7   that come as a benefit from the United States Government

8   to you to remain here?

9      A.    Yes.

10      Q.    So in total you received a visitor's visa and a

11   bottle of alcohol, a commemorative knife, a parole into

12   the United States in 2014, deferred action currently,

13   and support for an S visa from the United States

14   Government.  Are these why you're testifying here today?

15      A.    No, not at all.

16      Q.    Why are you testifying today?

17      A.    Due to the mental reasons, the government

18   issued the subpoena for me to appear here today and the

19   plea agreement obliged me or forces me to do so as well.

20      Q.    How much money did you agree to forfeit

21   pursuant to your plea agreement?

22      A.    One million -- one billion.

23      Q.    Dollars?

24      A.    Dollars.

25      Q.    Does this represent the profits that you made

131

1    from the schemes that you participated in as treasurer

2    and after you left the treasury?

3        A.    Yes.

4        Q.    And how much have you forfeited to date?

5        A.    250 million.

6        Q.    And where is the rest of the money?

7        A.    It's in the hands of other people.

8        Q.    So in total you were sentenced to ten years in

9    prison and agreed to forfeit one billion dollars for

10   your participation in money laundering conspiracies?

11       A.    Yes, yes.

12       Q.    Are you familiar with the defendants in this

13   case?

14       A.    Yes.

15       Q.    Would you look around the courtroom and let me

16   know if you see Claudia Diaz?

17       A.    Yes.

18       Q.    Would you identify an article of clothing on

19   her or point to where she's sitting.

20       A.    She's wearing a white -- white clothes or light

21   pale color.

22            MR. HAYDEN:  Your Honor, would you let the

23       record reflect that the witness has identified the

24       Defendant, Ms. Diaz.

25            THE COURT:  The record will so reflect.  The

132

1       record will so reflect.

2    BY MR. HAYDEN:

3       Q.   Would you look around the courtroom and let me

4    know if you see Adrian Velasquez?

5       A.   I don't see him.

6            MR. HAYDEN:  Mr. Andrade is blind in his left

7       eye.  Would it be okay if he turns further.

8    BY MR. HAYDEN:

9       Q.   If you were to look over to your left?

10      A.   I saw him very little on the time that I dealt

11   with him, and I don't recognize him.

12      Q.   Okay.  So you mention that you pled guilty in

13   part for your role as treasurer of Venezuela in the

14   money laundering conspiracy.  When did you become

15   treasurer?

16      A.   In two thousand -- 2007.

17      Q.   And who appointed you treasurer of Venezuela?

18      A.   President Chavez, Hugo Chavez.

19      Q.   What was your educational background at that

20   time?

21      A.   I had a bachelor's degree in military sciences.

22      Q.   So at the time you became treasurer, what, if

23   any, financial training or experience did you possess?

24      A.   Not at that time.

25      Q.   And what is your understanding of why you were

133

1    appointed treasurer?

2         A.    Could you please repeat the question?

3         Q.    What is or was your understanding of why you

4    were appointed treasurer?

5         A.    There was trust.

6         Q.    And what do you mean by trust?  Between who?

7         A.    Between the president and I.

8         Q.    President Chavez?

9         A.    Yes.

10        Q.    And what was your approximate annual salary,

11   including bonuses, as treasurer?

12        A.    It could have been between 50,000 to 70,000

13   bolivars at that time monthly.

14        Q.    Okay.  And do you know what that would

15   translate to in US dollars at that time approximately

16   for your annual salary?

17        A.    It's kind of difficult to kind of remember the

18   exchange rate at that time, but we can be talking about

19   a little bit over $100,000 a year.

20        Q.    And what were your responsibilities as

21   treasurer?

22        A.    To manage the only treasury account and to pay

23   in bolivars and in dollars accounts.

24        Q.    What was the main source of funds available to

25   Venezuela at the treasury?

134

1          A.   Oil, petroleum.

2          Q.   What was the primary currency obtained from

3     those?

4          A.   Dollars.

5          Q.   And what was the state-owned oil company

6     required to do with those dollars?

7          A.   It had to pay the treasury.

8          Q.   So they deposited them with the treasury?

9          A.   Yes.  Pay to the treasury.

10         Q.   And what was the primary currency that was

11    required to be spend on government operations inside of

12    Venezuela?

13         A.   Bolivars.

14         Q.   And for the benefit of the jury, what is a

15    bolivar?

16         A.   It's the Venezuelan currency.

17         Q.   And what happened if the treasury didn't have

18    the bolivars to pay for government projects?

19         A.   They would have to sell these dollars.  They

20    would have to exchange them.

21         Q.   And how did the treasury obtain the bolivars?

22         A.   By doing an exchange with the dollars.

23         Q.   And was anybody else permitted beyond these

24    exchange houses to do exchange transactions on behalf of

25    the treasury while you were treasurer?

135

1      A.    No, no one else.

2      Q.    At what rate were the brokerage houses required

3   to pay back the treasury?

4      A.    The official rate of that time.

5      Q.    And who set that official rate?

6      A.    The Central Bank.

7      Q.    And was there a different rate available to the

8   brokerage houses?

9      A.    There were two exchanges, the official and a

10   parallel exchange.  The brokerage houses would be

11   governed by the official dollar rate.

12      Q.    And was there a different rate, though, that

13   was available to them on the open market?

14      A.    There was a dollar that would be managed

15   through the Central Bank and another one through the

16   open market.

17      Q.    Was the open market available to the exchange

18   houses?

19      A.    Yes.  The parallel market was available.

20      Q.    So once an exchange -- I guess how did the

21   exchange process work once a brokerage house was

22   selected?

23      A.    Could you please repeat?

24      Q.    Yes.

25            How did the exchange process work once a

136

1    brokerage house was selected?

2         A.    The dollars would be sent to the brokerage

3    house.

4         Q.    Were they always sent in dollars, or were they

5    sent in bonds as well?

6         A.    Bonds, and there could be other types of

7    currencies.

8         Q.    What types of bonds were the most profitable

9    bonds at that time?

10        A.    U.K.

11             MS. DESCALZO:   I'm going to object to

12        foundation because we have been talking about

13        currency and now we jumped to bonds.

14             THE COURT:   Overruled.

15   BY MR. HAYDEN:

16        Q.    You can answer the question.  I think you said

17   U.K.?

18        A.    U.K.

19        Q.    And U.K., is that United Kingdom?

20        A.    Yes.

21        Q.    And how did the transfer from the treasury to

22   the brokerage house work, then?

23        A.    The money was sent to the brokerage house.  The

24   brokerage house would then sell it and would pay the

25   treasury back in bolivars.  And the differential, as far

137

1    as the exchange, would remain at the brokerage house.

2         Q.    Okay.  And was there a premium that the

3    government got back sometimes on the sale of the bonds?

4         A.    Yes.  There was a percentage, a profit that the

5    government would receive again.

6         Q.    So the government would get a little more than

7    what the official exchange rate was back?  Is that your

8    understanding?

9         A.    Yes.

10        Q.    And again, this is to fund projects for the

11   government of Venezuela; correct?

12        A.    Yes.

13        Q.    And you mentioned -- go ahead.

14        A.    It was also for the functioning of the

15   treasury.

16        Q.    You mentioned that the brokerage house would

17   keep the difference.  What happened -- I guess -- sorry.

18   Who had the authority to approve which brokerage houses

19   were used?

20        A.    The authority was from the treasurer.

21        Q.    So yourself?  You were in charge of approving

22   these currency exchange contracts?

23        A.    Yes.

24        Q.    And how did you select the brokerage houses

25   that were granted the right to conduct these exchange

138

1    transactions when you were treasurer?

2         A.   Could you please repeat.

3         Q.   How did you select the brokerage houses that

4    you used when you were treasurer?

5         A.   In my case, I received certain referrals or

6    recommendations.

7         Q.   And what agreements did you inquire of those

8    that were chosen?

9         A.   To divide the share.

10        Q.   And when you say "share," what do you mean?

11        A.   The profits, the gains.

12        Q.   So what type of agreement then was in place

13   with you and the brokerage houses that you selected?

14        A.   Whatever profits were yielded from that one

15   share was to be theirs and the other share would be

16   mine.

17        Q.   So fifty-fifty?

18        A.   Yes.

19        Q.   And how many individuals or brokerage houses

20   did you make this agreement with during your tenure as

21   treasurer?

22        A.   Three persons.

23        Q.   Who were they?

24        A.   Raul Gorrin, Leonardo Gonzalez, and John Paul

25   Ribas.

139

1      Q.   So who was the first individual you remember

2 approving to conduct currency exchange transactions?

3      A.   Leonardo Gonzalez.

4      Q.   And when was this?

5      A.   Approximately around 2007.

6      Q.   And who is Leonardo Gonzalez?

7      A.   He is a person with financial knowledge.

8      Q.   And how did the topic of the currency exchange

9 come up between you two?

10      A.   We talked about it.

11      Q.   What specifically did you discuss?

12      A.   We made an agreement that if we were to do some

13 exchange business, we were to share the profits.

14      Q.   So these are the profits or -- and what are the

15 profits?

16      A.   The -- the profit made from the sale of titles

17 from dollars to bolivars.

18      Q.   So Leonardo agreed to pay you to chose him to

19 conduct these transactions as long as he paid you

20 profits on the back end; is that correct?

21      A.   Yes, yes.

22      Q.   Okay.  And what he paid you -- was that a

23 bribe?

24      A.   Yes.

25      Q.   Did you call it a bribe?

140

1        A.    A bribe.

2        Q.    Did you call it a bribe when you spoke with

3    him?  Did he call it a bribe?  Did you use code words?

4        A.    No.  We would just talk about the profits.

5        Q.    But you understood profits to mean bribes?

6        A.    Yes.

7        Q.    So how would he pay you the bribes that he owed

8    you?

9        A.    He would pay me cash.  He would pay for things

10   that I needed.

11       Q.    And why did you allow him to keep your money?

12       A.    Because it was part of the agreement.

13       Q.    So why not open up a bank account in your name

14   and have it deposited there?

15       A.    As an official, I could not do it.

16       Q.    Why as an official you couldn't open up a bank

17   account?

18       A.    Because public officials who have managed

19   resources, they have a special condition in the

20   financial world or special term.

21       Q.    So being a public official is a red flag to

22   opening a bank account?

23       A.    Yes.

24       Q.    And do you know why being a public official is

25   a red flag?

141

1      A.    Because there's no way to justify the

2    resources.

3      Q.    And when you say "justify the resources," what

4    do you mean?

5      A.    If an account was to be opened in the name of a

6    public official, you had to justify it.

7      Q.    When --

8            THE COURT:  Mr. Hayden, is this a good spot to

9      take a break?

10            MR. HAYDEN:  Yes, Your Honor.  We can break

11      here.

12            THE COURT:  All right.  Members of the jury,

13      we're going to go ahead and recess for the evening.

14      Remember my admonishment not to discuss the case or

15      allow it to be discussed in your presence, and I'm

16      going to ask you to come back tomorrow at 9:00.  And

17      we can't get started until everybody is here, so try

18      to get here at 9:00.  We'll see you back in the jury

19      room at 9:00.  Have a good evening.

20            THE COURT SECURITY OFFICER:  All rise.

21            (The jury exited the courtroom at 5:00 p.m.,

22      after which the following proceedings were had:)

23            THE COURT:  Mr. Andrade, during the break of

24      your testimony, you're not allowed to discuss your

25      testimony with anyone.

142

1        Do you understand?

2        THE WITNESS:  Yes.

3        THE COURT:  And we'll see you back here

4   tomorrow at 9:00.

5        THE WITNESS:  Yes.

6        THE COURT:  Okay.  You still need to bring up a

7   matter Ms. Descalzo.

8        MS. DESCALZO:  I do, Your Honor.

9        THE COURT:  So we'll see you back tomorrow,

10  Mr. Andrade.

11       (Witness exits the courtroom.)

12       THE COURT:  Okay.

13       MS. DESCALZO:  Your Honor, Mr. Hayden at

14  4:30 p.m. asked Mr. Andrade about prior corporation

15  with an agency other than the DEA.  He followed it

16  up with questions about receiving a benefit, what

17  benefits he received.  He said a tourist visa and

18  then he further asked him about any other benefits,

19  to which he said a knife and an alcoholic beverage.

20       Prior to this trial, there was a lot of

21  litigation about that type of testimony.  The Court

22  prohibited us from asking about that information.

23  The Court prohibited us from getting any information

24  in sealed filings.  I believe the Government has

25  opened the door.  So either the defense is entitled

143

1    to that information, or I move for a mistrial.

2         THE COURT:  The motion for mistrial is denied.

3    Maybe I wasn't clear in my order that the fact that

4    he got a commemorative knife and a bottle of whiskey

5    is admissible but the circumstances around that are

6    not.  So the Government is allowed to

7    anticipatorily, you know, rehabilitate someone and

8    bring up the fact on direct that he got a knife and

9    he got a bottle of whiskey, and it doesn't open the

10   door, based on my in camera review of the SEPA

11   documents.  So the motion for mistrial is denied.

12        MS. DESCALZO:  Understood, Your Honor.  But now

13   I would like permission to ask him about when his

14   cooperation started in the United States without

15   asking him the substance of that and going into his

16   request as early as 2011 for a tourist visa and the

17   knife and the beverage, alcoholic beverage.

18        THE COURT:  I've already said you can't talk

19   about the circumstances surrounding the knife or the

20   beverage other than he got those things and the jury

21   heard that he got those things.  So I don't think

22   the Government has open the door.

23        Anything else?

24        MR. HAYDEN:  Nothing from the United States,

25   Your Honor.

144

1          MR. FELDMAN:  Other than we make the same

2     motion and same arguments.

3          THE COURT:  Same ruling.

4          We'll be in recess until 9:00.

5          ( The Jury Trial was adjourned at 5:04 p.m.)

6                    -  -  -

145

1               C E R T I F I C A T E

2                    -   -   -

3

4          I, TRISH BAILEY-ENTIN, Stenographic

5     Reporter, State of Florida at Large, certify that I

6     was authorized to and did stenographically report the

7     foregoing proceedings and that the transcript is a

8     true and complete record of my stenographic notes.

9

10         Dated this 2nd day of December, 2022.

11

12

13

14              /s/ Trish Bailey-Entin
                _____
15              TRISH BAILEY-ENTIN, RPR, FPR

16

17

18

19

20

21

22

23

24

25

## $

**$1,064,498** [4] - 79:17, 80:3, 80:22, 80:24
**$1,068,498** [1] - 81:6
**$1.92** [1] - 62:6
**$10** [1] - 103:14
**$10,000** [1] - 28:9
**$100** [7] - 9:9, 9:19, 28:9, 61:1, 61:2, 64:13, 104:2
**$100,000** [10] - 76:9, 76:11, 76:21, 78:11, 78:19, 78:21, 79:10, 80:14, 133:19
**$123,000** [7] - 78:14, 79:7, 80:14, 80:19, 80:21, 80:25, 81:6
**$20** [1] - 103:14
**$23.26** [1] - 61:9
**$232,000** [1] - 62:3
**$281,051** [1] - 19:9
**$300** [1] - 104:5
**$4.30** [1] - 81:22
**$400** [1] - 104:3
**$5,000** [1] - 28:8
**$50** [1] - 64:13
**$50,000** [1] - 34:3
**$528,900** [1] - 80:2
**$60** [1] - 94:20
**$8.65** [4] - 81:21, 82:2, 82:7

## 0

**0.25** [3] - 50:24, 63:22, 63:23

## 1

**1** [18] - 3:13, 9:21, 9:22, 48:10, 48:23, 49:2, 49:3, 51:7, 51:8, 51:10, 51:12, 51:21, 104:2, 115:8, 118:11, 118:16, 118:23, 120:13
**1,064,498** [1] - 79:13
**1.92** [2] - 62:7, 62:11
**1/1/20** [4] - 3:13, 3:15, 49:3, 59:4
**1/1/24** [4] - 3:13, 3:15, 49:3, 59:4
**10** [2] - 91:17, 104:3
**100** [12] - 60:21, 61:4, 61:6, 61:7, 61:9, 61:13, 61:14, 62:17, 62:23, 62:25, 63:2, 64:10
**100,000** [3] - 76:8,

77:22, 80:11
**10th** [1] - 49:15
**11** [1] - 5:2
**118** [1] - 63:2
**119** [3] - 63:18, 73:17, 122:10
**119.0** [1] - 63:24
**12** [2] - 90:21, 91:11
**120** [1] - 3:5
**122** [1] - 3:5
**123** [10] - 3:6, 76:5, 76:10, 78:13, 78:24, 79:6, 79:11, 79:12, 80:14
**123,000** [3] - 79:16, 80:1, 80:16
**124** [1] - 3:7
**126** [1] - 3:17
**12th** [1] - 6:16
**1400** [1] - 2:8
**14th** [2] - 5:20, 5:24
**15** [4] - 65:20, 66:5, 67:4, 67:22
**15-minutes** [1] - 65:17
**150** [1] - 2:13
**150-plus** [1] - 114:19
**18** [2] - 91:4, 91:6
**18-CR-80160-DIMITROULEAS** [1] - 1:2
**194** [2] - 61:13, 61:14
**19th** [1] - 62:13
**1:00** [1] - 1:12
**1st** [4] - 49:16, 49:19, 49:20

## 2

**2** [13] - 3:15, 51:7, 51:10, 51:21, 58:14, 58:24, 59:3, 59:4, 70:5, 74:15, 118:11, 118:14, 121:10
**2.19** [2] - 63:16, 63:17
**2.6** [1] - 51:12
**200** [1] - 2:18
**20005** [1] - 2:8
**2003** [1] - 43:12
**2007** [7] - 15:19, 31:16, 87:16, 106:1, 106:7, 132:16, 139:5
**2008** [2] - 46:14, 105:23
**2010** [22] - 15:19, 28:5, 33:5, 46:22, 48:4, 48:21, 49:16, 49:19, 51:6, 59:17, 59:18, 70:24, 71:19, 72:2, 74:8, 87:16, 87:24, 89:16, 114:6,

114:14, 117:25
**2011** [14] - 16:5, 17:3, 60:4, 60:11, 61:18, 72:6, 88:7, 90:3, 90:11, 102:25, 105:17, 106:13, 117:24, 143:16
**2012** [10] - 17:18, 62:13, 63:8, 76:1, 90:14, 90:15, 91:4, 91:6, 91:18, 122:7
**2013** [11] - 17:3, 24:14, 72:4, 72:6, 88:7, 93:19, 94:11, 102:25, 105:17, 106:13, 117:24
**2014** [20] - 17:18, 29:20, 29:21, 46:22, 48:4, 48:21, 49:16, 49:17, 49:20, 59:18, 70:24, 71:20, 74:8, 94:16, 98:21, 114:6, 114:14, 117:25, 127:9, 130:12
**2015** [2] - 31:1, 94:19
**2017** [5] - 29:21, 105:14, 106:1, 106:8, 127:2
**2018** [6] - 39:12, 46:11, 105:13, 105:14, 106:1, 108:2
**2020** [3] - 99:24, 100:18, 106:22
**2021** [1] - 46:10
**2022** [4] - 1:12, 118:7, 124:18, 145:10
**218** [2] - 63:1, 63:4
**24** [1] - 36:15, 55:18, 93:19
**250** [1] - 131:5
**272** [1] - 4:13
**2790** [1] - 2:18
**28** [1] - 1:12
**280,000** [1] - 19:10
**299** [1] - 1:13
**2:00** [1] - 36:16
**2:45** [1] - 65:22
**2:47** [1] - 67:24
**2nd** [1] - 145:10

## 3

**31** [1] - 98:21
**33131** [2] - 2:14, 2:19
**33132** [1] - 2:4
**33301** [1] - 1:14
**38** [1] - 3:3
**3:01** [1] - 67:24
**3:05** [1] - 69:5
**3rd** [4] - 60:4, 60:11,

94:16, 94:19

## 4

**4** [3] - 16:18, 18:21, 33:9
**4's** [1] - 67:6
**4.3** [17] - 51:11, 60:13, 61:8, 62:1, 62:21, 63:15, 79:21, 79:23, 80:2, 80:4, 80:8, 81:24, 81:25, 82:18, 118:14, 118:24
**4.30** [1] - 70:7
**49** [1] - 3:13
**4:30** [1] - 142:14
**4th** [1] - 2:4

## 5

**5** [4] - 3:17, 125:22, 126:3, 126:4
**50** [2] - 64:12, 64:13
**50,000** [1] - 133:12
**59** [1] - 3:15
**5:00** [3] - 69:2, 128:7, 141:21
**5:04** [2] - 1:12, 144:5

## 6

**6** [2] - 63:8, 122:7
**60** [1] - 94:20
**600** [2] - 2:14, 37:4
**65** [2] - 30:9, 110:21
**69** [1] - 3:4

## 7

**7** [2] - 61:18, 110:21
**70,000** [1] - 133:12

## 8

**8.25** [1] - 62:4
**8.34** [2] - 60:14, 61:10
**8.6** [1] - 91:10
**8.65** [2] - 82:3, 82:4, 82:17
**81.27** [1] - 94:18
**89** [1] - 3:19

## 9

**9.39** [1] - 62:22
**9.41** [1] - 63:15
**9.6** [1] - 91:11
**9.63** [1] - 91:6
**93** [5] - 3:19, 89:1, 89:4, 89:5, 93:18

**94** [3] - 60:18, 60:19, 61:16
**95** [1] - 3:4
**954-745-9511** [1] - 1:20
**99** [1] - 2:4
**9:00** [6] - 69:2, 141:16, 141:18, 141:19, 142:4, 144:4
**9th** [6] - 4:15, 5:16, 5:18, 8:21, 8:24, 9:2

## A

**A-N-D-R-A-D-E** [1] - 124:3
**able** [25] - 8:18, 9:1, 55:6, 59:13, 60:1, 61:21, 62:1, 62:17, 62:25, 63:10, 63:13, 70:17, 70:25, 73:21, 103:6, 103:20, 104:2, 104:10, 104:12, 115:6, 115:24, 116:20, 121:16, 122:2, 122:7
**absence** [1] - 45:14
**absolute** [1] - 65:12
**absolutely** [2] - 64:17, 113:13
**academic** [3] - 40:10, 42:5, 96:25
**academics** [1] - 54:1
**accept** [1] - 107:4
**accepted** [1] - 9:19
**accepting** [1] - 37:7
**access** [25] - 9:25, 13:17, 14:24, 15:2, 15:17, 24:18, 51:15, 55:6, 56:25, 58:11, 60:1, 61:21, 62:18, 64:4, 64:16, 65:1, 70:17, 73:21, 74:2, 74:3, 87:2, 87:20, 88:2, 93:15, 103:20
**accessing** [1] - 121:4
**accommodate** [1] - 8:18
**accomplished** [2] - 113:5, 114:18
**according** [1] - 94:19
**account** [12] - 17:11, 18:23, 18:24, 19:11, 35:12, 35:14, 36:18, 133:22, 140:13, 140:17, 140:22, 141:5
**accountant** [2] - 32:9, 78:17
**accounting** [1] - 17:23

accounts [19] - 9:13, 10:7, 10:17, 10:22, 11:7, 17:1, 17:13, 20:5, 20:6, 35:7, 47:18, 53:12, 110:7, 112:16, 112:18, 112:22, 113:17, 113:19, 133:23
accurate [4] - 86:24, 113:12, 114:20, 115:2
accurately [1] - 56:20
acquired [1] - 78:23
Action [3] - 129:21, 129:22, 130:2
action [1] - 130:12
Activity [2] - 3:16, 59:5
activity [2] - 59:11, 59:24
actor [1] - 98:3
added [1] - 76:6
addition [6] - 13:22, 20:14, 39:5, 40:9, 70:15, 98:6
address [1] - 95:23
addressed [1] - 106:17
adjourned [1] - 144:5
adjunct [1] - 97:9
adjusted [1] - 58:8
administer [1] - 40:17
administration [1] - 99:22
admissible [1] - 143:5
admit [2] - 48:23, 58:24
admitted [2] - 95:8, 115:8
admonishment [2] - 8:10, 141:14
admonition [2] - 65:18, 69:13
adopted [1] - 86:19
ADRIAN [1] - 1:7
Adrian [32] - 2:16, 2:22, 10:12, 22:6, 24:12, 24:17, 24:21, 25:7, 29:11, 29:18, 30:15, 30:19, 30:25, 32:13, 32:15, 32:23, 33:15, 33:16, 33:20, 34:6, 34:18, 34:20, 34:23, 35:5, 35:6, 35:7, 37:10, 37:23, 96:1, 132:4
Adrian's [1] - 34:20
advanced [5] - 39:17, 39:18, 41:10, 41:20
advantage [3] - 9:17,

14:7, 15:14
advisor [1] - 24:20
afeldman@ feldmanpllc.com [1] - 2:19
affirmed [2] - 38:6, 123:21
afraid [1] - 30:17
afternoon [5] - 4:11, 22:4, 95:16, 124:6, 124:7
agency [3] - 70:20, 127:3, 142:15
aggregating [1] - 114:11
ago [4] - 29:14, 30:25, 104:17, 105:20
agree [3] - 5:12, 6:5, 130:20
agreed [7] - 7:6, 8:12, 16:11, 19:19, 55:22, 131:9, 139:18
agreeing [1] - 12:12
Agreement [2] - 3:17, 126:5
agreement [19] - 12:10, 12:14, 15:7, 19:21, 32:16, 32:22, 33:5, 125:14, 125:16, 125:19, 126:12, 126:24, 130:19, 130:21, 138:12, 138:20, 139:12, 140:12
agreements [4] - 32:4, 125:6, 129:1, 138:7
agricultural [1] - 119:9
ahead [5] - 5:14, 7:5, 7:25, 137:13, 141:13
airplanes [1] - 16:17
airport [2] - 27:5, 27:7
alcohol [1] - 130:11
alcoholic [3] - 128:24, 142:19, 143:17
ALEJANDRO [3] - 3:7, 123:20, 124:3
Alejandro [3] - 3:17, 15:18, 19:13, 26:5, 26:9, 32:16, 120:6, 123:18, 124:1, 126:4, 126:14
alleged [3] - 32:19, 73:10, 124:25
allegedly [2] - 33:12, 73:8
alleges [1] - 72:19
allow [10] - 8:10, 14:13, 14:25, 44:4, 65:18, 69:14,

127:18, 129:10, 140:11, 141:15
allowed [5] - 10:16, 65:25, 87:25, 141:24, 143:6
almost [5] - 28:5, 42:11, 80:4, 82:15, 94:20
ALSO [1] - 2:21
Alternate [1] - 67:6
alternates [5] - 4:22, 5:5, 5:10, 5:13
alternative [1] - 55:7, 101:16
amassed [1] - 11:13
AMERICA [1] - 1:3
America [6] - 2:2, 55:11, 74:12, 107:18, 109:12, 117:20
American [11] - 29:17, 29:18, 39:4, 40:6, 97:12, 97:16, 99:25, 100:1, 104:18, 104:19, 104:23
amount [7] - 51:3, 60:24, 63:17, 89:12, 93:14, 111:16, 129:24
analysis [8] - 48:15, 56:23, 58:19, 64:2, 111:21, 113:9, 120:16, 120:17
analyze [1] - 32:4
Anastasia [3] - 106:22, 107:8, 115:25
ANDRADE [2] - 3:7, 123:20
Andrade [41] - 3:17, 15:18, 15:20, 15:23, 15:25, 16:5, 16:7, 16:11, 16:14, 17:21, 19:14, 19:15, 19:18, 20:10, 26:6, 26:9, 26:12, 27:14, 27:19, 29:7, 29:19, 30:8, 30:10, 31:16, 32:16, 32:23, 35:25, 107:17, 120:6, 123:18, 124:1, 124:6, 126:4, 126:14, 132:6, 141:23, 142:10, 142:14
Andrade's [3] - 19:24, 26:21, 27:18
ANDREW [1] - 2:17
Andrew [2] - 22:5, 95:25

annual [2] - 133:10, 133:16
answer [2] - 36:17, 136:16
answers [1] - 74:21
anticipatorily [1] - 143:7
Antoine [2] - 6:15, 7:24
anytime [1] - 102:15, 114:24, 122:1
apartment [1] - 31:19
apologize [1] - 89:22
appear [1] - 130:18
appearances [2] - 99:7, 99:9
APPEARANCES [1] - 2:1
appeared [2] - 53:13, 98:17
apply [1] - 108:23
appointed [3] - 132:17, 133:1, 133:4
appointment [3] - 5:17, 8:22, 9:1
appreciate [1] - 7:9
approach [1] - 95:12
approve [1] - 137:18
approved [1] - 28:23
approving [2] - 137:21, 139:2
approximate [1] - 133:10
approximating [1] - 82:13
April [2] - 62:13, 93:25
arbitrage [16] - 14:5, 57:2, 57:12, 57:24, 58:4, 58:9, 58:10, 59:11, 59:24, 73:19, 73:20, 82:24, 121:18, 123:4, 123:5, 123:9
Arbitrage [3] - 3:16, 59:5
arbitraging [2] - 61:15, 64:5
Argentina [2] - 99:15, 99:17
argumentative [2] - 74:17, 92:22
arguments [2] - 108:23, 144:2
arm's [1] - 36:7
arrange [1] - 40:16
arrived [1] - 97:23
article [28] - 99:23, 100:3, 100:5, 100:7, 100:8, 100:11, 100:12, 100:13,

100:15, 100:18, 100:20, 103:7, 104:17, 104:24, 105:8, 105:11, 105:12, 105:18, 105:20, 106:1, 106:3, 106:9, 106:22, 107:22, 108:1, 108:5, 108:10, 131:18
articles [2] - 40:10, 42:6, 42:8, 42:16, 98:7, 98:8, 98:9, 104:16, 105:2, 105:4, 106:10, 114:19
artificially [1] - 13:23
aside [1] - 110:7
assembled [1] - 69:4
assess [3] - 42:25, 54:21, 55:14
assessment [2] - 102:21, 112:12
asset [4] - 57:4, 57:15, 57:20, 57:21
assets [5] - 57:22, 121:25, 122:2, 122:4
assigned [1] - 77:13
assignment [1] - 74:1
assistant [5] - 42:1, 97:17, 97:18, 97:20, 97:24
assisted [1] - 116:21
associate [3] - 39:2, 97:22, 97:25
associated [2] - 18:13, 124:23
assume [1] - 85:16
assumption [1] - 64:18
assumptions [1] - 116:14
Asylum [1] - 31:5
Atlantic [7] - 39:3, 39:11, 39:25, 41:7, 41:24, 97:19, 97:23
attaching [1] - 17:22
attention [4] - 49:8, 50:8, 52:3, 54:12, 60:4
Attorney's [2] - 2:3, 125:17
attorneys [1] - 9:5
audited [1] - 37:3
audits [1] - 37:2
August [2] - 91:4, 91:6
Australia [1] - 99:12
authority [9] - 9:20, 13:16, 15:9, 16:1, 16:9, 137:18, 137:20

**authorization** [1] - 19:7
**authorized** [4] - 11:2, 18:21, 70:13, 145:6
**availability** [1] - 54:9
**available** [16] - 13:25, 27:25, 49:15, 53:4, 53:5, 53:8, 53:9, 55:6, 88:18, 94:6, 94:8, 133:24, 135:7, 135:13, 135:17, 135:19
**Avenue** [2] - 2:8, 2:13
**average** [2] - 52:25, 111:24
**award** [1] - 16:8
**aware** [22] - 54:23, 55:14, 71:5, 71:17, 71:21, 71:25, 72:16, 72:18, 72:24, 73:10, 84:2, 84:4, 84:18, 86:21, 87:16, 87:20, 87:23, 88:3, 88:6, 92:24, 104:24, 118:2
**axis** [9] - 49:18, 49:20, 49:22, 50:5, 59:16, 59:17, 59:19, 59:21, 59:22

## B

**bachelor's** [1] - 132:21
**backed** [1] - 19:25
**background** [1] - 132:19
**bad** [3] - 75:12, 90:21, 110:8
**badge** [1] - 7:5
**BAILEY** [4] - 1:18, 1:19, 145:4, 145:15
**BAILEY-ENTIN** [3] - 1:18, 145:4, 145:15
**balance** [1] - 63:4
**Banco** [4] - 71:3, 71:9, 71:15, 87:5
**bank** [26] - 9:13, 10:7, 10:17, 10:22, 11:6, 16:25, 17:1, 17:10, 17:15, 17:21, 18:23, 19:11, 20:2, 20:4, 20:6, 20:12, 28:21, 35:7, 35:12, 36:18, 71:7, 111:6, 140:13, 140:16, 140:22
**Bank** [11] - 50:11, 50:19, 51:6, 51:23, 70:9, 71:13, 87:21, 119:2, 121:8, 135:6, 135:15

**banking** [1] - 39:15
**banks** [6] - 12:25, 17:7, 28:19, 35:9, 35:10, 110:25
**Barrington** [1] - 40:7
**based** [16] - 19:2, 40:6, 52:8, 56:23, 58:19, 64:2, 88:20, 111:17, 113:16, 113:18, 113:19, 113:23, 116:13, 120:17, 143:10
**basic** [1] - 103:7
**basis** [2] - 116:6, 118:22
**became** [4] - 17:14, 20:17, 20:19, 132:22
**become** [1] - 132:14
**becomes** [2] - 24:8, 28:6
**becoming** [1] - 11:10
**BEFORE** [1] - 1:10
**began** [2] - 54:21, 62:8
**begin** [1] - 63:2, 64:19, 65:10, 127:5, 127:8
**beginning** [1] - 109:8, 127:2
**behalf** [14] - 2:2, 2:11, 2:16, 4:12, 13:17, 15:10, 16:10, 17:19, 20:5, 37:22, 110:11, 110:15, 110:17, 134:24
**believes** [1] - 33:18
**below** [1] - 50:24
**beneficial** [1] - 17:12
**beneficiary** [1] - 10:24
**benefit** [19] - 18:14, 20:7, 23:15, 29:3, 29:4, 32:24, 33:3, 64:15, 72:20, 72:25, 73:1, 73:8, 73:11, 73:12, 127:10, 127:18, 130:7, 134:14, 142:16
**benefits** [5] - 127:21, 128:3, 128:21, 142:17, 142:18
**Bentley** [1] - 31:18
**Bentleys** [1] - 30:4
**best** [4] - 51:19, 51:22, 55:3, 55:4
**better** [2] - 32:5, 86:1
**between** [31] - 10:13, 12:10, 12:12, 17:18, 33:15, 33:16, 34:23, 44:23, 46:22, 50:25, 52:18, 54:25, 57:13,

63:22, 70:24, 71:19, 72:2, 82:24, 87:16, 88:7, 101:23, 103:3, 103:25, 105:17, 117:23, 117:24, 129:1, 133:6, 133:7, 133:12, 139:9
**beverage** [4] - 142:19, 143:17, 143:20
**beyond** [4] - 11:21, 37:12, 127:21, 134:23
**bid** [6] - 50:20, 50:23, 58:2, 58:3, 63:23, 93:9
**big** [8] - 28:18, 37:15, 41:16, 57:25, 62:24, 93:11, 93:22, 106:15
**billion** [8] - 9:21, 9:22, 63:9, 63:16, 63:17, 130:22, 131:9
**Biscayne** [1] - 2:18
**bit** [15] - 5:4, 25:10, 49:11, 50:18, 55:10, 64:10, 90:6, 90:15, 90:23, 99:18, 105:7, 108:6, 109:7, 133:19
**Bitcoin** [1] - 102:5, 102:12
**bits** [1] - 21:10
**black** [10] - 14:1, 42:22, 44:10, 45:3, 45:16, 48:7, 52:6, 54:15, 57:18, 87:4
**black-market** [7] - 44:10, 45:3, 45:16, 48:7, 52:6, 57:18, 87:4
**blanks** [1] - 53:6
**blind** [1] - 132:6
**blink** [1] - 68:15
**blue** [9] - 54:13, 56:5, 56:8, 56:9, 57:19, 60:4, 115:12, 115:13, 115:18
**blur** [1] - 98:15
**boards** [1] - 41:14
**boats** [1] - 32:8
**body** [2] - 20:15, 35:23
**bodyguard** [1] - 30:24
**Bolivar** [1] - 15:11
**bolivar** [49] - 13:11, 13:21, 14:2, 14:4, 46:9, 46:11, 46:12, 46:13, 46:15, 46:18, 46:20, 46:23, 47:9, 48:20, 49:22, 49:24, 50:21, 51:3, 51:11, 51:12, 52:20, 53:16, 53:17, 53:23, 54:25,

56:21, 60:13, 60:14, 60:15, 61:8, 62:1, 62:5, 63:4, 71:6, 79:23, 81:25, 82:2, 89:21, 90:4, 91:7, 93:9, 94:17, 94:18, 102:14, 105:23, 134:15
**bolivars** [96] - 13:14, 14:11, 14:12, 14:15, 14:16, 14:17, 14:19, 14:20, 25:22, 26:4, 26:25, 28:15, 43:13, 43:14, 43:22, 47:13, 47:14, 52:15, 60:22, 60:24, 61:3, 61:4, 61:6, 61:7, 61:10, 61:12, 61:13, 61:14, 61:15, 61:21, 61:25, 62:3, 62:4, 62:7, 62:8, 62:11, 62:17, 62:22, 62:23, 62:25, 63:1, 63:3, 63:5, 63:10, 63:16, 63:17, 64:19, 64:22, 79:8, 79:13, 79:18, 79:20, 79:21, 79:24, 80:7, 80:9, 80:20, 81:2, 81:24, 82:3, 82:4, 82:17, 82:18, 86:16, 87:19, 89:20, 89:24, 90:17, 90:18, 92:10, 92:11, 93:13, 93:14, 93:20, 94:20, 102:1, 103:19, 118:14, 118:24, 121:23, 133:13, 133:23, 134:13, 134:18, 134:21, 136:25, 139:17
**bolsa** [1] - 87:10
**bolsas** [1] - 87:25
**bond** [49] - 26:24, 26:25, 28:8, 28:9, 29:5, 76:1, 76:5, 76:8, 76:9, 76:20, 76:21, 76:23, 76:24, 76:25, 77:3, 77:6, 77:7, 77:9, 77:12, 77:14, 77:15, 77:22, 78:2, 78:10, 78:11, 78:18, 78:19, 78:20, 78:21, 78:23, 78:24, 79:1, 79:2, 79:5, 79:10, 79:19, 80:4, 80:6, 80:8, 80:11, 80:15, 80:21, 81:5, 81:7, 121:15, 121:17, 122:8, 122:9
**bonds** [26] - 17:2,

17:4, 27:13, 27:24, 28:13, 28:21, 71:19, 75:4, 75:8, 75:13, 81:20, 82:5, 82:19, 82:23, 87:7, 88:1, 110:11, 111:8, 121:14, 122:19, 136:5, 136:6, 136:8, 136:9, 136:13, 137:3
**bone** [1] - 35:23
**bonuses** [1] - 133:11
**book** [6] - 55:19, 116:9, 116:11, 116:17, 116:24, 117:4
**books** [1] - 80:22
**border** [6] - 52:11, 52:13, 88:21, 111:18, 112:6, 112:20
**boss** [1] - 27:18
**boss's** [1] - 7:1
**bother** [1] - 68:25
**bottle** [4] - 128:22, 130:11, 143:4, 143:9
**bought** [3] - 18:8, 18:13, 19:3
**Boulevard** [2] - 1:13, 2:18
**bound** [1] - 52:16
**box** [6] - 21:7, 60:4, 60:6, 60:8, 60:9, 61:18
**boxes** [3] - 9:12, 21:3, 21:6
**boys** [1] - 35:21
**break** [8] - 12:10, 12:13, 65:24, 76:18, 77:11, 141:9, 141:10, 141:23
**bribe** [24] - 9:8, 10:7, 10:23, 10:25, 11:8, 12:25, 15:2, 18:4, 18:19, 20:6, 23:9, 23:12, 23:14, 23:17, 27:14, 33:6, 35:18, 72:20, 73:11, 139:23, 139:25, 140:1, 140:2, 140:3
**bribed** [14] - 22:19, 22:22, 23:6, 23:10, 24:8, 25:8, 29:1, 29:2, 32:1, 32:12, 33:1, 34:17, 35:24, 37:14
**bribery** [6] - 10:5, 12:23, 19:16, 32:22, 124:23, 124:25
**bribes** [22] - 9:19, 9:24, 10:16, 11:3,

11:14, 12:15, 15:4,
15:5, 15:12, 15:24,
16:13, 16:15, 18:3,
18:9, 19:6, 32:19,
32:24, 35:18, 37:7,
125:7, 140:5, 140:7
**brief** [3] - 11:23, 12:7,
105:21
**briefly** [2] - 12:3,
65:14, 121:12
**bring** [7] - 5:14, 6:23,
23:3, 68:8, 68:13,
142:6, 143:8
**brings** - 29:1
**broker** [1] - 19:2
**brokerage** [16] -
135:2, 135:8,
135:10, 135:21,
136:1, 136:2,
136:22, 136:23,
136:24, 137:1,
137:16, 137:18,
137:24, 138:3,
138:13, 138:19
**Bronis** [1] - 2:12
**brother** [1] - 33:21
**brought** [3] - 6:6,
24:16, 103:9
**Broward** [1] - 1:13
**built** [1] - 34:10
**Bulgaria** [1] - 27:3
**bunch** [2] - 4:6, 74:10
**burden** [1] - 23:4
**business** [8] - 9:22,
9:23, 11:2, 16:24,
34:7, 34:10, 35:15,
139:13
**businesses** [2] -
10:21, 32:11
**businessman** [5] -
11:4, 15:6, 33:21,
34:7, 34:11
**buy** [20] - 26:1, 26:24,
27:13, 28:2, 28:4,
28:8, 28:9, 62:18,
64:8, 64:11, 70:12,
76:22, 103:13,
104:2, 104:10,
104:11, 111:8,
121:23, 121:25
**buyer** [1] - 121:16
**buying** [3] - 14:14,
14:19, 28:13
**BY** [40] - 3:3, 3:4, 3:4,
3:5, 3:5, 3:6, 3:7,
38:25, 44:6, 45:9,
48:2, 48:11, 49:5,
58:15, 59:6, 60:7,
61:19, 62:15, 63:7,
64:1, 69:19, 73:5,

81:19, 83:4, 89:7,
91:2, 94:15, 95:15,
109:6, 120:15,
121:11, 122:17,
123:2, 124:5, 126:6,
126:11, 128:9,
132:2, 132:8, 136:15

## C

**C-section** [1] - 31:6
**cabinet** [1] - 34:2
**Cadivi** [4] - 70:20,
70:23, 71:10, 72:11
**calculations** [3] -
73:15, 82:21, 118:5
**calculator** [1] - 79:9
**call-out** [1] - 60:9
**camera** [1] - 143:10
**Camino** [5] - 20:3,
20:4, 20:8, 26:19,
31:13
**cancer** [1] - 93:10
**cannot** [2] - 20:9,
22:23
**capable** [1] - 103:3
**capacity** [3] - 36:5,
97:14, 98:18
**capital** [2] - 86:19,
86:20
**capitalist** [1] - 85:10
**Caracas** [4] - 55:18,
56:15, 116:13,
116:20
**cardboard** [3] - 9:12,
21:3, 21:7
**care** [2] - 28:12
**cared** [1] - 28:16
**career** [3] - 11:12,
42:5, 96:16
**carefully** [2] - 19:23,
21:18
**carried** [1] - 85:14
**cars** [1] - 20:21
**casa** [2] - 87:10, 87:25
**case** [38] - 5:22, 8:10,
9:9, 11:21, 11:22,
20:1, 22:9, 22:18,
32:2, 37:9, 37:11,
37:12, 37:24, 42:18,
43:10, 43:19, 44:22,
46:2, 57:15, 58:7,
62:7, 63:14, 65:18,
69:14, 72:22, 78:20,
82:9, 102:16,
106:16, 109:3,
111:4, 113:2,
113:10, 120:24,
121:1, 131:13,
138:5, 141:14

**Case** [1] - 105:10
**CASE** [1] - 1:2
**cases** [6] - 44:12,
94:7, 94:9, 106:15,
113:2, 129:9
**Cash** [1] - 108:3
**cash** [11] - 9:11,
16:15, 21:7, 108:12,
108:13, 108:15,
108:16, 108:23,
109:4, 140:9
**Cato** [2] - 97:8, 97:9,
97:10
**caused** [1] - 12:24
**causing** [2] - 5:22,
91:22
**cautiously** [2] - 5:21,
8:17
**ceased** [1] - 42:18
**Cedeno** [2] - 26:21,
124:1
**Central** [14] - 50:11,
50:19, 51:6, 51:22,
70:9, 71:3, 71:9,
71:13, 71:15, 87:21,
119:2, 121:8, 135:6,
135:15
**cents** [3] - 64:13,
89:19, 90:6
**certain** [5] - 12:22,
99:5, 112:7, 125:6,
138:5
**certainly** [7] - 75:11,
75:20, 85:4, 91:12,
93:11, 100:10
**certify** [1] - 145:5
**chair** [1] - 30:10
**chamber** [1] - 55:17
**chance** [1] - 8:25
**change** [7] - 8:19,
15:3, 33:4, 58:22,
90:6, 92:13, 93:4
**changed** [2] - 20:19,
53:18, 114:3
**changing** [2] - 28:25,
53:24
**character** [1] - 25:15
**characterization** [1] -
84:12
**characterize** [1] -
103:16
**charge** [11] - 10:10,
12:5, 19:9, 27:7,
27:8, 27:12, 35:16,
37:4, 85:20, 124:23,
137:21
**charged** [7] - 12:8,
12:11, 12:16, 12:18,
20:10, 22:8, 32:13
**charges** [6] - 11:23,

12:3, 18:25, 33:8,
124:21, 125:9
**charging** [1] - 53:22
**chart** [10] - 49:9,
49:13, 60:12, 70:4,
74:15, 82:20, 88:15,
94:2, 120:17, 120:20
**charts** [2] - 73:15,
73:23
**Chaves** [4] - 36:1,
36:16, 72:6, 86:21
**Chavez** [20] - 24:13,
24:23, 24:24, 25:3,
25:12, 27:21, 27:22,
28:12, 36:15, 72:3,
80:18, 84:14, 84:15,
85:13, 86:15, 87:23,
92:17, 132:18, 133:8
**Chavez's** [1] - 86:10
**cheap** [1] - 57:9
**Chelminski** [15] -
54:18, 55:16, 55:25,
56:4, 56:5, 56:11,
56:15, 94:8, 107:15,
107:16, 116:2,
116:3, 116:15,
116:17, 120:24
**children** [2] - 29:12,
124:15
**Chinese** [1] - 86:3
**chose** [2] - 26:18,
139:18
**chosen** [1] - 138:8
**Christianson** [1] -
2:12
**chunk** [1] - 41:17
**circle** [3] - 24:16,
33:23, 33:24
**circles** [1] - 15:21
**circulation** [1] - 107:3
**circumstances** [2] -
143:5, 143:19
**citizens** [2] - 43:9,
43:21, 87:25
**claim** [1] - 101:5
**claims** [1] - 32:15
**clarifying** [1] - 77:25
**class** [2] - 41:16,
41:17
**classes** [2] - 39:14,
118:4
**classroom** [1] -
109:20
**CLAUDIA** [1] - 1:6
**Claudia** [46] - 2:11,
2:21, 10:9, 22:7,
22:9, 22:19, 22:21,
24:8, 24:12, 24:19,
25:6, 25:8, 25:12,
26:8, 28:5, 29:1,

29:2, 29:3, 29:6,
29:8, 29:10, 29:17,
30:15, 30:18, 32:1,
32:11, 32:13, 32:15,
32:19, 32:23, 33:1,
33:2, 33:11, 34:17,
35:20, 36:3, 36:6,
37:11, 37:14, 69:23,
80:13, 80:21, 94:10,
119:24, 131:16
**clear** [2] - 81:4, 143:3
**CLERK** [1] - 5:2
**client** [1] - 119:21
**climber** [1] - 34:24
**close** [4] - 24:13,
24:23, 56:12, 56:19
**closely** [2] - 26:19,
115:21
**closer** [3] - 67:7,
67:17, 85:10
**clothes** [1] - 131:20
**clothing** [1] - 131:18
**coconspirator** [4] -
12:24, 15:6, 16:14,
17:20
**coconspirators** [5] -
9:21, 9:25, 10:2,
10:4, 17:22
**cocounsel** [1] - 65:14
**code** [1] - 140:3
**Codefendant** [1] -
17:8
**codefendant** [1] -
10:12
**Codefendant/
Husband** [1] - 11:11
**colleague** [3] - 21:12,
54:2, 55:8
**collect** [3] - 112:12,
114:21, 117:16
**collected** [6] - 48:20,
52:7, 55:5, 55:24,
112:15, 116:12
**collection** [1] - 113:20
**collects** [1] - 116:6
**College** [3] - 42:1,
97:21, 105:13
**Colombia** [8] - 52:12,
52:23, 111:19,
111:23, 112:6,
112:7, 114:15,
117:19
**Colombian** [2] -
52:19, 52:20
**color** [1] - 131:21
**Colombia** [2] - 111:19,
113:21
**column** [1] - 107:19
**coming** [8] - 7:21,
27:23, 32:10, 41:25,

56:16, 93:16,
111:17, 118:25
**commemorative** [2] -
130:11, 143:4
**commerce** [1] - 55:18
**commit** [1] - 32:14
**committed** [1] - 93:3
**committing** [2] -
107:4, 126:16
**common** [8] - 21:20,
22:25, 23:1, 23:3,
23:5, 84:12, 92:24
**communicate** [1] -
116:20
**communicated** [2] -
96:4, 120:1
**communicating** [1] -
116:18
**communications** [1] -
17:5
**companies** [8] - 9:12,
10:21, 11:6, 17:9,
17:13, 17:16, 17:18,
20:4
**companies'** [2] - 17:1,
17:10
**company** [11] - 9:15,
16:19, 18:17, 19:12,
31:19, 32:8, 33:10,
34:8, 109:24, 134:5
**compared** [1] - 56:2
**comparing** [1] -
108:11
**comparison** [1] -
63:21
**complete** [4] - 31:14,
31:17, 56:8, 145:8
**completely** [4] -
22:12, 22:15, 86:24,
102:8
**complex** [1] - 103:24
**compliance** [1] -
28:22
**complicated** [2] -
22:9, 22:11
**compra** [2] - 50:20,
50:23
**concede** [2] - 8:4,
69:8
**conceivably** [1] -
57:22
**concept** [1] - 104:9
**condition** [1] - 140:19
**conduct** [11] - 11:7,
13:17, 15:9, 16:1,
16:9, 19:7, 20:10,
74:24, 137:25,
139:2, 139:19
**conducted** [2] - 48:16,
85:7

**conducting** [1] - 87:3
**confer** [1] - 65:13
**conferences** [1] -
40:17
**confidant** [1] - 24:20
**confidence** [1] - 56:19
**confiscation** [1] - 85:5
**conflicts** [1] - 5:19
**confused** [2] - 73:25,
81:1
**confusing** [1] - 70:2,
81:9
**connected** [3] - 15:20,
53:6, 73:12
**connection** [2] -
107:10, 117:5
**connections** [2] -
34:5, 34:6
**consequence** [1] -
93:13
**consider** [2] - 41:14,
82:23
**considerably** [1] -
91:20
**considered** [1] - 42:16
**consistent** [2] - 21:23,
91:9
**conspiracies** [2] -
31:16, 131:10
**conspiracy** [10] - 9:11,
12:9, 12:13, 16:12,
32:14, 32:21, 125:4,
126:19, 132:14
**conspired** [1] - 19:16
**conspiring** [1] - 12:11
**constructed** [2] -
73:23, 117:5
**consulting** [1] - 39:6,
109:23
**contact** [5] - 17:6,
52:11, 111:22,
112:5, 115:25
**contacted** [2] -
107:10, 118:6
**contemporaneous** [2]
- 20:1, 20:12
**Contemporary** [1] -
39:21
**context** [1] - 106:4
**continue** [1] - 58:9
**continued** [1] - 92:8
**contract** [2] - 29:6,
35:4
**contracts** [2] - 34:8,
137:22
**contrasting** [1] -
108:11
**control** [4] - 13:19,
43:3, 43:5, 43:6
**controlled** [5] - 11:5,

17:1, 17:16, 17:17,
18:23
**controls** [12] - 41:5,
41:9, 47:1, 47:23,
55:19, 55:20, 70:16,
86:19, 96:19, 116:9,
116:10, 118:4
**conventional** [3] -
92:5, 92:14, 93:1
**convert** [5] - 61:7,
61:11, 62:25, 79:20,
80:7
**converted** [1] - 61:14
**cooperate** [4] - 19:19,
29:24, 127:3, 129:8
**cooperated** [1] - 30:8
**cooperating** [5] -
29:20, 29:21, 127:5,
127:8, 127:24
**cooperation** [4] -
126:24, 127:1,
127:11, 143:14
**copy** [1] - 67:1
**core** [3] - 32:1, 32:23,
46:3
**Corollas** [1] - 24:1
**corporation** [1] -
142:14
**correct** [88] - 6:14,
40:2, 40:23, 46:24,
47:2, 52:2, 69:25,
70:8, 75:17, 80:17,
82:9, 82:13, 82:17,
83:7, 83:9, 83:11,
86:6, 88:14, 88:22,
88:24, 89:13, 90:7,
90:13, 91:16, 93:20,
94:22, 96:9, 96:10,
96:19, 96:20, 96:23,
97:3, 97:6, 98:2,
98:5, 98:14, 98:20,
98:22, 99:8, 99:11,
99:14, 100:2,
100:17, 100:19,
101:21, 104:7,
106:7, 107:7,
107:19, 107:20,
107:25, 108:7,
108:20, 109:5,
109:14, 109:17,
110:4, 110:13,
110:20, 110:23,
111:1, 111:5, 111:7,
111:10, 111:13,
112:20, 113:4,
116:4, 117:16,
117:21, 118:8,
118:12, 119:22,
119:25, 120:5,

120:18, 120:19,
120:21, 122:11,
122:12, 123:7,
123:10, 130:5,
137:11, 139:20
**correctly** [2] - 37:1,
100:8
**corresponds** [1] -
50:15
**corroborate** [1] -
20:13
**corroborated** [1] -
19:25
**corroboration** [1] -
112:14
**corrupt** [5] - 10:5,
11:16, 19:17, 27:19,
35:23
**corruption** [1] - 9:10
**corruptly** [1] - 9:20
**cost** [1] - 58:5
**costing** [3] - 16:16,
16:17, 18:15
**counsel** [9] - 4:3, 8:4,
38:16, 66:9, 68:1,
69:8, 74:17, 90:24,
94:13
**Counsel** [1] - 121:13
**counsels'** [1] - 4:10
**count** [1] - 4:25
**counterparty** [1] -
65:3
**counties** [3] - 31:10,
54:3, 110:15
**countries** [1] - 75:16
**country** [15] - 22:10,
22:11, 23:24, 25:13,
25:16, 28:15, 45:24,
54:6, 54:9, 75:16,
75:19, 84:3, 124:25,
127:12, 127:14
**country's** [1] - 25:14
**counts** [3] - 12:17,
21:24, 33:8
**couple** [3] - 4:8, 90:6,
119:19
**course** [19] - 21:17,
39:20, 41:11, 41:18,
41:19, 41:20, 42:5,
42:21, 46:1, 47:12,
57:25, 62:4, 75:21,
78:1, 84:18, 105:22,
109:11, 109:15
**courses** [6] - 39:17,
39:24, 40:1, 41:8,
74:11, 109:10
**court** [5] - 20:9, 31:11,
38:10, 68:7, 123:25
**COURT** [83] - 1:1, 4:3,
4:18, 5:7, 5:11, 5:13,

6:8, 6:11, 6:14, 6:23,
6:25, 7:4, 7:10, 7:14,
8:9, 22:1, 37:20,
37:25, 38:9, 38:15,
44:4, 45:6, 48:1,
49:2, 59:3, 65:16,
65:21, 65:24, 66:4,
66:8, 66:16, 66:23,
67:9, 67:15, 67:21,
67:23, 68:1, 68:7,
68:12, 68:25, 69:7,
69:13, 73:4, 74:20,
81:10, 81:13, 81:15,
81:17, 84:24, 85:1,
89:4, 91:1, 92:23,
94:14, 94:24, 95:2,
95:9, 95:13, 109:2,
120:10, 121:21,
122:14, 122:23,
123:12, 123:14,
123:24, 124:2,
126:1, 126:3, 128:8,
131:25, 136:14,
141:8, 141:12,
141:20, 141:23,
142:3, 142:6, 142:9,
142:12, 143:2,
143:18, 144:3
**Court** [3] - 67:4,
142:21, 142:23
**court-ordered** [1] -
20:9
**courtroom** [10] - 6:24,
7:13, 65:22, 66:7,
69:4, 96:15, 131:15,
132:3, 141:21,
142:11
**cover** [1] - 41:8
**cozied** [1] - 34:24
**cozy** [1] - 35:2
**CR** [1] - 145:15
**create** [2] - 28:1,
120:20
**created** [10] - 10:20,
14:5, 18:18, 37:2,
64:17, 70:4, 86:15,
87:23, 92:10
**creating** [1] - 116:22
**creep** [1] - 91:14
**crime** [11] - 12:20,
22:8, 22:20, 24:3,
24:4, 24:5, 24:6,
24:7, 24:8, 126:16
**crimes** [1] - 12:22
**Criminal** [1] - 2:7
**criminal** [2] - 11:17,
16:3
**criterion** [1] - 119:15
**cross** [1] - 44:5
**CROSS** [4] - 3:4, 3:4,

69:18, 95:14
**CROSS-**
**EXAMINATION** [4] -
3:4, 3:4, 69:18,
95:14
**cross-examine** [1] -
44:5
**crossed** [1] - 31:2
**Crypt** [1] - 106:23
**cryptocurrencies** [1] -
102:11
**Cryptocurrency** [1] -
106:24
**cryptocurrency** [4] -
100:22, 101:15,
102:4, 102:20
**CULHANE** [1] - 2:6
**Currencies** [3] -
54:10, 106:15,
106:18
**currencies** [4] - 45:13,
52:19, 110:14, 136:7
**Currency** [2] - 105:9,
105:10
**currency** [62] - 9:25,
11:7, 13:10, 13:19,
15:3, 15:9, 16:2,
16:10, 19:7, 19:18,
25:21, 34:16, 41:5,
41:8, 41:14, 42:10,
42:12, 42:13, 43:3,
43:6, 43:18, 43:19,
44:15, 45:21, 46:5,
46:7, 46:8, 46:10,
46:12, 46:13, 46:20,
46:22, 47:6, 47:23,
53:25, 74:25, 86:1,
96:19, 101:7,
101:15, 101:16,
101:24, 101:25,
102:6, 102:9,
102:15, 102:24,
105:18, 105:21,
107:2, 108:16,
109:16, 112:19,
134:2, 134:10,
134:16, 136:13,
137:22, 139:2, 139:8
**current** [3] - 40:12,
99:19, 129:16
**curriculum** [1] - 99:6
**custody** [3] - 76:22,
77:12, 124:20
**cut** [1] - 16:7
**cuts** [1] - 37:15
**Cúcuta** [10] - 52:12,
52:23, 56:16,
111:19, 111:23,
112:7, 113:21,
113:25, 114:15,

117:19

# D

**dance** [1] - 95:4
**data** [32] - 42:19,
42:21, 42:22, 48:15,
49:15, 50:9, 54:6,
54:13, 54:24, 55:4,
56:3, 56:5, 58:19,
58:20, 64:3, 91:24,
94:6, 94:7, 94:8,
112:12, 112:14,
113:18, 114:11,
116:6, 116:11,
116:12, 116:23,
117:9, 117:10,
118:5, 120:17
**date** [6] - 49:19, 61:20,
62:16, 77:9, 89:12,
131:4
**dated** [1] - 145:10
**dates** [2] - 72:8,
115:15
**daughter** [1] - 124:13
**days** [4] - 53:4, 53:7,
69:2, 115:19
**DC** [1] - 2:8
**de** [5] - 71:3, 71:9,
71:15, 87:10, 87:25
**DEA** [7] - 29:23, 127:4,
127:6, 127:10,
127:22, 127:24,
142:15
**deal** [1] - 30:9
**dealing** [1] - 29:22
**deals** [1] - 41:17
**dealt** [2] - 42:9, 132:10
**debate** [1] - 117:9
**debating** [1] - 117:8
**debts** [1] - 75:22
**decade** [1] - 106:6
**December** [4] - 4:15,
51:6, 91:17, 145:10
**decide** [2] - 25:7,
27:22
**decided** [1] - 26:12
**deem** [1] - 120:23
**Defendant** [14] - 2:11,
2:16, 2:21, 2:22,
3:19, 13:4, 15:13,
15:20, 15:21, 17:3,
19:5, 20:5, 89:5,
131:24
**defendant** [2] - 13:15,
72:12
**defendants** [9] - 10:9,
11:9, 11:15, 12:8,
12:11, 12:16, 21:25,
68:2, 131:12

**Defendants** [4] - 1:8,
12:23, 15:7, 16:13
**defense** [3] - 6:6,
66:25, 142:25
**Defense** [4] - 89:1,
93:18, 108:3, 121:13
**deferred** [2] - 129:21,
130:12
**Deferred** [1] - 129:22,
130:2
**define** [1] - 85:2
**defunct** [1] - 55:2
**degree** [3] - 36:21,
36:22, 132:21
**delicate** [1] - 36:9
**demand** [2] - 93:13
**demonetization** [1] -
108:8
**denied** [2] - 143:2,
143:11
**denominated** [9] -
46:19, 77:2, 78:2,
79:19, 80:6, 80:8,
121:25, 122:2, 122:4
**denomination** [2] -
108:9
**deny** [1] - 33:14
**department** [2] -
75:15, 88:7
**Department** [1] - 2:7
**departments** [2] -
28:23, 37:6
**depiction** [1] - 115:2
**deposited** [2] - 134:8,
140:14
**depth** [1] - 41:22
**DEPUTY** [2] - 38:9,
123:24
**Desauguste** [1] - 8:2
**DESCALZO** [41] -
2:12, 3:4, 3:5, 5:8,
6:5, 6:10, 6:19, 8:7,
22:2, 38:13, 44:2,
45:5, 47:24, 48:25,
59:1, 66:13, 68:10,
68:23, 69:11, 69:17,
69:19, 73:5, 81:19,
83:1, 83:4, 88:25,
89:7, 91:2, 94:15,
94:23, 94:25,
121:19, 122:15,
122:17, 122:22,
125:25, 128:6,
136:11, 142:8,
142:13, 143:12
**Descalzo** [11] - 2:13,
5:7, 5:12, 22:1,
66:24, 68:21, 69:16,
81:17, 121:14,
122:14, 142:7

**Descalzo,and** [1] -
69:22
**describe** [5] - 45:18,
76:16, 84:17, 84:19,
85:8
**described** [3] - 74:15,
103:17, 121:13
**describing** [1] - 59:11
**Description** [1] - 3:12
**design** [2] - 32:8,
33:10
**designated** [1] - 101:2
**desperate** [3] - 27:6,
29:25, 31:9
**detected** [1] - 101:11
**developed** [1] - 54:7
**developing** [4] -
113:9, 113:10
**deviates** [1] - 45:19
**Diaz** [72] - 2:11, 2:21,
3:19, 4:4, 10:9,
10:15, 10:17, 10:19,
10:24, 11:3, 11:8,
11:9, 11:16, 11:21,
12:15, 12:18, 12:23,
13:4, 14:24, 15:7,
15:8, 15:13, 15:16,
15:20, 15:21, 16:4,
16:6, 16:8, 16:12,
16:14, 17:4, 17:14,
17:20, 17:25, 18:3,
18:5, 18:8, 18:11,
18:14, 18:17, 18:18,
18:19, 18:20, 19:6,
19:15, 19:17, 20:7,
20:16, 20:22, 20:25,
21:3, 22:7, 66:17,
69:23, 71:23, 72:8,
72:10, 72:19, 73:8,
74:1, 75:3, 83:6,
84:13, 89:5, 89:16,
90:9, 91:18, 94:21,
119:24, 131:16,
131:24
**DIAZ** [2] - 1:6, 66:21
**Diaz's** [4] - 10:16,
18:1, 18:9, 20:15
**died** [1] - 24:14
**dies** [2] - 72:3, 72:7
**difference** [12] -
57:12, 57:25, 58:4,
60:19, 63:12, 63:22,
81:5, 103:3, 103:25,
117:23, 118:2,
137:17
**different** [17] - 12:1,
14:4, 14:8, 22:13,
24:3, 41:12, 52:18,
57:5, 70:3, 81:18,
101:21, 102:8,

102:9, 102:24,
104:8, 135:7, 135:12
**differential** [2] - 61:15,
136:25
**differentiate** [1] -
84:13
**differentiating** [1] -
101:23
**difficult** [1] - 133:17
**difficulties** [1] - 118:3
**dig** [1] - 41:21
**digital** [5] - 46:9,
100:22, 101:7,
101:15, 107:23
**Dimitrouleas** [1] -
12:4
**DIMITROULEAS** [1] -
1:10
**Dimitrouleas's** [1] -
21:19
**direct** [7] - 39:3, 52:3,
54:12, 60:3, 97:15,
118:10, 143:8
**DIRECT** [4] - 3:3, 3:7,
38:24, 124:4
**directing** [1] - 50:8
**direction** [1] - 85:14
**directly** [7] - 10:18,
18:11, 18:19, 36:13,
36:14, 40:18, 121:8
**director** [4] - 40:5,
40:8, 40:22, 55:17
**directors** [1] - 37:5
**disconnect** [1] -
108:14
**disconnected** [2] -
101:9, 115:14
**discount** [7] - 64:8,
64:12, 64:21, 78:18,
79:2, 79:5, 121:23
**discounted** [1] - 122:1
**discourage** [2] -
86:18, 86:20
**discuss** [10] - 8:10,
10:17, 65:18, 65:25,
69:14, 100:25,
108:8, 139:11,
141:14, 141:24
**discussed** [12] - 8:11,
65:19, 69:14, 99:10,
99:12, 99:13, 99:15,
99:17, 100:21,
106:2, 108:6, 141:15
**discussing** [1] - 41:12
**Disney** [2] - 24:6, 26:2
**disrupted** [1] - 93:12
**dissertation** [1] -
42:15
**distance** [1] - 36:7
**distinguish** [1] - 44:22

**DISTRICT** [2] - 1:1, 1:1
**divide** [6] - 79:16, 79:17, 79:22, 80:24, 138:9
**Division** [1] - 2:7
**docket** [1] - 4:13
**Doctor** [1] - 115:9
**doctor** [4] - 5:17, 81:15, 95:18, 95:20
**doctor's** [2] - 8:22, 9:1
**document** [14] - 21:10, 48:13, 48:14, 48:18, 49:6, 54:18, 58:17, 58:18, 59:7, 126:7, 129:18, 129:20, 130:3, 130:6
**documents** [2] - 16:23, 143:11
**DolarToday** [48] - 3:19, 52:7, 52:8, 52:22, 53:3, 53:7, 53:8, 53:10, 53:11, 54:11, 54:19, 54:22, 55:15, 56:3, 56:6, 56:11, 56:16, 56:20, 88:9, 88:10, 88:11, 88:12, 88:14, 88:18, 88:20, 89:5, 89:8, 93:17, 93:22, 94:6, 94:7, 111:14, 111:17, 111:22, 112:4, 112:5, 112:8, 112:10, 113:16, 113:19, 113:23, 113:25, 114:10, 117:18, 117:20, 121:2, 121:4
**dollar** [63] - 13:21, 14:2, 14:5, 14:11, 14:13, 14:15, 14:17, 31:19, 44:20, 47:9, 48:21, 49:23, 49:25, 51:4, 51:12, 51:13, 52:21, 55:1, 57:16, 60:1, 60:13, 60:14, 61:9, 62:2, 62:10, 62:22, 62:23, 63:4, 63:16, 64:11, 64:13, 71:19, 77:4, 79:19, 79:21, 79:22, 79:23, 80:6, 80:8, 81:25, 82:3, 82:5, 82:6, 82:17, 82:18, 86:2, 86:12, 89:21, 89:24, 90:4, 90:16, 91:7, 93:19, 94:16, 94:19, 102:13, 102:15, 118:14, 121:25, 122:2, 122:4, 135:11, 135:14

**Dollar** [1] - 55:1
**dollar-denominated** [6] - 79:19, 80:6, 80:8, 121:25, 122:2, 122:4
**dollarization** [1] - 41:15
**dollars** [105] - 10:3, 13:9, 13:12, 13:14, 14:14, 14:18, 15:24, 16:17, 16:18, 18:15, 25:22, 25:23, 25:25, 26:5, 26:16, 27:1, 34:13, 34:14, 34:21, 43:9, 43:13, 43:14, 44:21, 44:21, 47:10, 47:11, 47:13, 50:23, 52:15, 53:24, 57:20, 57:23, 59:14, 59:15, 60:16, 60:17, 60:22, 60:23, 61:3, 61:5, 61:11, 61:22, 61:23, 62:1, 62:3, 62:5, 62:9, 62:18, 62:19, 63:10, 63:11, 64:8, 64:20, 64:22, 70:12, 70:21, 70:25, 71:4, 71:6, 71:10, 72:15, 72:17, 73:22, 74:3, 74:5, 74:14, 76:21, 77:2, 78:10, 78:11, 79:8, 79:20, 80:9, 80:11, 80:19, 81:3, 81:25, 87:18, 88:2, 89:18, 93:9, 93:15, 102:1, 103:18, 103:20, 121:23, 122:2, 122:4, 130:23, 130:24, 131:9, 133:15, 133:23, 134:4, 134:6, 134:19, 134:22, 136:2, 136:4, 139:17
**domestic** [1] - 43:18
**domestically** [1] - 40:12
**don't..** [1] - 129:15
**done** [4] - 9:1, 27:23, 29:23, 113:24
**door** [3] - 142:25, 143:10, 143:22
**doors** [1] - 7:11
**double** [10] - 14:14, 14:21, 64:24, 64:25, 80:4, 82:15, 82:18, 103:15
**doubling** [1] - 63:19
**doubt** [4] - 11:21, 37:13, 37:14, 37:15

**down** [8] - 6:18, 21:15, 58:3, 58:13, 76:18, 77:11, 95:7, 123:15
**Dr** [4] - 65:24, 68:4, 95:16, 95:23
**drastically** [1] - 20:19
**dream** [3] - 18:17, 29:17, 29:18
**drink** [3] - 128:22, 128:23, 128:24
**driver** [2] - 30:23, 30:24
**drove** [1] - 20:23
**drug** [1] - 29:22
**DT** [3] - 49:10, 50:1, 52:6
**due** [3] - 4:24, 81:23, 130:17
**duly** [2] - 38:6, 123:21
**during** [38] - 10:14, 11:14, 13:2, 18:1, 18:9, 21:17, 22:18, 23:11, 29:7, 42:5, 46:25, 47:3, 47:5, 48:4, 51:11, 51:18, 52:9, 53:13, 65:24, 67:13, 70:14, 94:2, 94:3, 99:22, 111:21, 112:11, 114:1, 114:2, 114:5, 114:13, 114:17, 115:14, 127:11, 128:4, 128:21, 138:20, 141:23
**dying** [1] - 93:10

# E

**ear** [1] - 5:24
**early** [4] - 16:5, 20:24, 115:16, 143:16
**earned** [1] - 11:12
**easier** [1] - 115:7
**East** [1] - 1:13
**easy** [2] - 23:6, 35:5
**echelon** [1] - 33:22
**economic** [5] - 25:4, 40:11, 42:6, 54:6, 56:24
**Economic** [7] - 39:4, 40:6, 97:12, 99:25, 100:2, 104:20, 104:23
**economic's** [1] - 41:11
**economics** [16] - 22:12, 25:11, 39:2, 39:18, 39:19, 41:21, 42:1, 42:3, 42:11, 45:22, 46:1, 46:4,

85:19, 97:5, 97:18, 97:20
**economist** [11] - 39:22, 39:23, 45:17, 74:9, 84:17, 84:25, 86:7, 98:18, 103:2, 113:3, 114:18
**economists** [5] - 40:9, 57:2, 85:2, 92:12, 92:15
**economy** [1] - 85:9
**ed** [1] - 107:18
**edit** [1] - 40:14
**editorial** [1] - 40:14
**eds** [1] - 98:10
**educated** [2] - 36:20, 42:2
**educational** [1] - 132:19
**effect** [1] - 118:19
**eight** [2] - 89:18, 90:19
**eighty** [1] - 93:20
**either** [5] - 63:3, 76:18, 86:2, 119:24, 142:25
**El** [1] - 99:10
**electronic** [1] - 37:2
**eliminates** [1] - 5:15
**eliminating** [1] - 108:23
**email** [2] - 10:18, 17:5
**emails** [5] - 16:23, 17:19, 17:22, 20:1, 20:12
**embassy** [1] - 128:18
**employed** [1] - 97:10
**employee** [2] - 11:13, 18:16
**employees** [1] - 37:5
**employers** [1] - 31:5
**employing** [1] - 114:17
**empty** [1] - 8:1
**enables** [1] - 101:7
**end** [13] - 7:15, 9:14, 12:5, 15:15, 21:11, 21:22, 22:24, 37:9, 62:10, 63:3, 65:11, 80:9, 139:20
**enforcement** [1] - 127:3
**engage** [3] - 104:11, 119:5, 119:16
**engaged** [3] - 16:4, 34:7, 85:5
**engaging** [1] - 123:9
**enormous** [3] - 9:18, 65:4, 103:20
**ensuring** [1] - 16:8

**enter** [4] - 89:2, 125:14, 127:12, 127:13
**entered** [2] - 92:1, 125:24
**entering** [1] - 92:3
**enterprise** [2] - 75:23, 85:11
**enterprises** [2] - 85:8, 107:6
**enters** [1] - 6:24
**ENTIN** [4] - 1:18, 1:19, 145:4, 145:15
**entire** [1] - 27:25
**entitled** [1] - 142:25
**entrusted** [1] - 13:4
**Entry** [1] - 4:13
**equipment** [2] - 66:19, 68:16
**equivalent** [2] - 62:10, 63:4
**error** [4] - 114:22, 114:24, 114:25, 115:4
**Esquire** [5] - 2:3, 2:6, 2:6, 2:12, 2:17
**essentially** [6] - 64:7, 64:11, 108:13, 108:22, 115:23, 116:15
**estimate** [1] - 54:11
**Estimated** [2] - 3:15, 59:4
**estimated** [12] - 59:10, 59:19, 59:24, 60:10, 60:18, 64:9, 64:17, 65:7, 73:17, 103:17, 121:24, 122:5, 122:5
**euro** [3] - 44:18, 44:19, 44:22
**euros** [4] - 25:23, 25:25, 27:4, 44:20
**evade** [1] - 101:3
**evaluating** [1] - 103:3
**evening** [2] - 141:13, 141:19
**event** [1] - 31:19
**events** [1] - 40:19
**eventually** [2] - 58:3, 58:5
**Evidence** [4] - 49:4, 59:5, 89:6, 126:5
**evidence** [25] - 10:14, 11:20, 11:25, 12:1, 13:2, 19:25, 20:1, 20:11, 21:9, 21:14, 21:18, 21:23, 23:2, 23:7, 23:23, 24:10, 36:3, 47:17, 48:23, 58:24, 74:20, 74:21,

77:20, 89:2, 115:8
**exact** [2] - 125:9, 125:10
**exactly** [3] - 14:23, 117:11, 127:18
**examination** [2] - 67:14, 118:10
**EXAMINATION** [14] - 3:3, 3:4, 3:4, 3:5, 3:5, 3:6, 3:7, 38:24, 69:18, 95:14, 120:14, 122:16, 123:1, 124:4
**examine** [1] - 44:5
**examined** [2] - 38:7, 123:22
**example** [18] - 14:9, 16:25, 18:11, 42:15, 43:8, 43:11, 44:17, 45:25, 54:23, 57:6, 57:9, 59:13, 77:17, 77:19, 82:10, 98:10, 110:18
**examples** [1] - 54:3
**exceptions** [1] - 119:11
**exchange** [209] - 9:20, 9:24, 10:1, 13:20, 13:21, 13:23, 13:25, 14:8, 14:11, 14:18, 14:25, 15:11, 19:18, 26:3, 26:4, 26:12, 26:13, 26:14, 26:16, 26:20, 26:22, 26:23, 27:5, 27:12, 27:15, 27:23, 28:6, 28:25, 41:1, 41:3, 41:8, 41:12, 41:13, 41:14, 41:16, 41:17, 42:10, 42:19, 42:21, 42:22, 42:24, 42:25, 43:2, 43:5, 43:7, 43:11, 43:13, 43:14, 43:16, 43:17, 43:18, 43:21, 43:22, 43:23, 43:24, 44:8, 44:9, 44:10, 44:11, 44:12, 44:13, 44:15, 44:18, 44:19, 44:20, 44:21, 45:3, 45:10, 47:1, 47:7, 47:8, 47:11, 47:19, 47:20, 47:23, 48:3, 48:6, 48:7, 48:8, 48:19, 50:17, 50:22, 51:4, 51:23, 51:25, 52:11, 52:14, 52:15, 53:1, 54:7, 54:9, 54:14, 54:15, 54:16, 54:24, 55:5, 55:19, 55:23, 56:17, 58:11,

61:2, 61:7, 64:4, 64:6, 64:16, 64:20, 64:22, 65:2, 70:5, 70:6, 70:10, 70:12, 70:15, 70:16, 71:1, 71:6, 72:20, 73:11, 74:2, 74:5, 79:16, 79:21, 80:23, 81:7, 81:21, 81:22, 81:24, 82:6, 82:8, 82:10, 82:11, 82:16, 86:19, 86:22, 87:4, 87:11, 87:12, 87:13, 87:15, 87:17, 88:15, 89:17, 91:4, 91:5, 91:6, 91:8, 91:15, 91:19, 91:20, 93:19, 94:17, 94:18, 96:19, 101:19, 102:11, 102:16, 102:24, 103:4, 104:9, 109:16, 111:18, 111:22, 111:23, 111:24, 111:25, 112:6, 112:24, 113:20, 113:24, 114:12, 114:13, 114:14, 115:3, 116:10, 116:11, 116:12, 116:19, 117:13, 117:19, 117:23, 117:24, 118:4, 118:15, 121:7, 133:18, 134:20, 134:22, 134:24, 135:10, 135:17, 135:20, 135:21, 135:25, 137:1, 137:7, 137:22, 137:25, 139:2, 139:8, 139:13
**Exchange** [2] - 3:14, 49:4
**exchanged** [1] - 102:25
**exchanger** [1] - 34:12
**exchanges** [15] - 11:8, 13:17, 15:9, 16:2, 16:10, 44:25, 52:18, 52:23, 53:22, 63:23, 70:3, 70:14, 71:7, 74:25, 135:9
**exchanging** [5] - 13:14, 34:16, 45:13, 53:20, 112:19
**excuse** [5] - 5:15, 6:1, 6:2, 7:6, 8:12
**excused** [3] - 5:10, 7:23, 123:15
**excusing** [2] - 4:24,

5:6
**executive** [2] - 39:19, 55:17
**exhibit** [4] - 6:7, 58:12, 66:25, 67:1
**Exhibit** [4] - 48:10, 48:23, 58:14, 58:24, 70:5, 74:15, 89:1, 93:18, 115:8, 120:13, 121:10, 125:22
**exhibits** [1] - 107:11
**exist** [4] - 17:14, 42:18, 56:25, 129:1
**exited** [4] - 7:13, 65:22, 66:7, 141:21
**exits** [1] - 142:11
**expect** [2] - 23:10, 56:14
**expected** [1] - 93:5
**expecting** [1] - 31:22
**expenditures** [3] - 92:6, 92:7, 92:9
**expenses** [4] - 18:13, 19:4, 19:10, 92:11
**expensive** [3] - 16:18, 20:21, 57:10
**experience** [7] - 26:10, 60:18, 109:8, 109:20, 109:21, 122:5, 132:23
**experienced** [4] - 45:24, 46:17, 85:24, 105:25
**experiencing** [1] - 91:23
**expert** [5] - 47:22, 96:8, 96:12, 102:19, 102:23
**expert's** [1] - 44:5
**explain** [3] - 14:9, 21:13, 60:8
**explanation** [1] - 86:17
**explicit** [1] - 118:5
**explicitly** [1] - 119:11
**exploit** [1] - 58:10
**exploited** [1] - 10:2
**expressed** [1] - 72:23, 114:3
**expressing** [1] - 58:21
**extensively** [2] - 123:3, 123:4
**extent** [6] - 65:1, 85:21, 100:11, 101:9, 106:17, 115:19
**extracted** [1] - 112:17
**extraordinary** [1] - 46:2

**extreme** [1] - 41:15
**eye** [1] - 132:7

## F

**face** [6] - 79:1, 79:3, 79:5, 79:11, 80:15, 123:9
**fact** [4] - 24:9, 130:6, 143:3, 143:8
**facts** [2] - 23:4, 23:21
**fair** [5] - 64:3, 102:10, 102:17, 102:21, 104:12, 105:17, 112:12, 119:17, 119:18
**fall** [1] - 39:12
**familiar** [13] - 44:7, 45:20, 46:4, 48:12, 54:19, 58:16, 71:12, 87:10, 87:12, 87:14, 88:10, 88:11, 131:12
**fancy** [1] - 23:19
**far** [6] - 5:2, 5:19, 85:6, 94:12, 114:23, 136:25
**farms** [1] - 34:9
**fashion** [5] - 9:15, 16:19, 18:16, 18:17, 96:4
**father** [3] - 24:24, 24:25, 33:20
**FAU** [2] - 39:12, 41:25
**favor** [1] - 108:23
**favorable** [2] - 9:25, 15:10
**featured** [1] - 53:12
**February** [6] - 93:19, 94:16, 94:19, 99:24, 100:18, 124:18
**federal** [2] - 127:2, 129:9
**FELDMAN** [23] - 2:17, 3:4, 3:6, 5:12, 6:21, 8:8, 37:21, 47:25, 59:2, 66:15, 68:11, 68:24, 69:12, 95:3, 95:12, 95:15, 109:6, 120:8, 122:24, 123:2, 123:11, 126:2, 144:1
**Feldman** [9] - 2:17, 5:11, 22:5, 37:20, 68:21, 95:2, 95:25, 122:23, 126:1
**fell** [1] - 92:8
**few** [2] - 108:22, 120:11
**fiat** [1] - 107:23
**fifth** [1] - 7:19

**fifty** [2] - 138:17
**fifty-fifty** [1] - 138:17
**fighting** [1] - 29:11
**FIGUEROA** [1] - 1:7, 66:22
**Figueroa** [10] - 2:16, 2:22, 4:5, 10:12, 22:7, 37:23, 66:17, 96:1, 96:2, 119:21
**figure** [4] - 24:24, 78:24, 79:15, 79:24
**figured** [1] - 31:4
**figures** [1] - 88:13
**filed** [1] - 6:8
**filings** [1] - 142:24
**fill** [1] - 94:4
**final** [2] - 60:24, 81:3
**finally** [1] - 11:25
**finance** [5] - 27:18, 27:22, 28:17, 36:14, 36:22
**financed** [1] - 92:7
**financial** [4] - 4:24, 5:9, 39:15, 41:19, 92:16, 101:10, 109:4, 109:21, 109:22, 110:2, 132:23, 139:7, 140:20
**Financial** [1] - 53:14
**fine** [3] - 5:6, 35:17, 39:9
**finger** [1] - 25:15
**finished** [1] - 94:21
**FINRA** [1] - 110:19
**Firm** [1] - 2:17
**first** [19] - 4:13, 6:23, 7:16, 11:22, 12:3, 12:8, 21:17, 38:1, 38:6, 49:8, 50:2, 60:6, 71:22, 79:20, 96:11, 96:14, 117:22, 123:21, 139:1
**firsthand** [3] - 47:18, 112:15, 117:11
**fits** [1] - 21:14
**five** [1] - 105:19
**fixed** [6] - 13:20, 14:10, 16:2, 41:13, 41:15, 68:17
**flag** [2] - 140:21, 140:25
**flexible** [1] - 41:13
**flight** [4] - 16:24, 18:4, 23:18, 86:19
**floating** [2] - 23:20, 23:23, 28:11
**FLORIDA** [1] - 1:1
**Florida** [30] - 1:14,

1:19, 2:4, 2:14, 2:19, 10:8, 10:22, 11:5, 13:1, 16:20, 17:25, 18:2, 18:24, 19:12, 39:3, 39:10, 39:24, 41:7, 41:24, 57:7, 57:9, 57:11, 57:13, 58:1, 58:2, 58:6, 97:18, 97:23, 124:11, 145:5
**flow** [1] - 33:15
**flowing** [2] - 33:16, 34:22
**fluctuate** [2] - 90:4, 102:13
**fluctuates** [1] - 102:14
**fluff** [2] - 32:8, 32:12
**focus** [2] - 105:5, 108:19
**focused** [4] - 106:11, 109:12, 109:16, 118:13
**focuses** [2] - 105:1, 105:16
**folks** [1] - 108:14
**follow** [5] - 8:9, 12:6, 21:19, 69:13, 80:5
**followed** [2] - 35:1, 142:15
**following** [8] - 4:1, 33:19, 34:19, 51:20, 65:23, 67:25, 69:5, 141:22
**follows** [2] - 38:7, 123:22
**foodstuffs** [1] - 119:9
**Forbes** [1] - 106:3
**forces** [2] - 104:4, 130:19
**foregoing** [1] - 145:7
**foreign** [8] - 12:22, 15:9, 16:2, 16:9, 29:12, 41:3, 43:19, 124:23
**forfeit** [2] - 130:20, 131:9
**forfeited** [1] - 131:4
**forget** [2] - 67:5, 75:10
**former** [5] - 9:10, 9:15, 11:10, 19:14, 119:23
**forms** [3] - 16:15, 101:16, 116:6
**formulate** [1] - 113:15
**formulating** [2] - 114:11, 116:21
**Fort** [2] - 1:14, 1:20
**forth** [2] - 33:19, 34:19
**fortune** [1] - 11:14
**foundation** [1] - 136:12

**four** [6] - 4:22, 5:5, 18:22, 29:13, 61:2, 93:20
**fourth** [1] - 7:19
**FPR** [1] - 1:18
**frame** [1] - 128:21
**Fraud** [1] - 2:7
**free** [2] - 31:14, 85:11
**frequently** [1] - 42:8
**Friday** [1] - 69:3
**friend** [1] - 55:7
**friends** [3] - 35:3, 83:25, 84:1
**front** [8] - 7:11, 8:3, 10:13, 10:19, 67:8, 67:10, 69:1, 91:25
**fuerte** [12] - 46:12, 46:13, 46:21, 46:23, 47:14, 49:23, 52:20, 53:23, 54:25, 56:21, 92:11, 105:23
**fuertes** [16] - 47:9, 49:24, 50:21, 51:3, 51:11, 51:12, 60:13, 60:14, 60:15, 61:8, 62:2, 71:6, 89:20, 89:21, 91:7, 94:18
**full** [2] - 21:11, 69:2
**function** [2] - 75:5, 75:15
**functioning** [1] - 137:14
**fund** [3] - 13:6, 18:21, 137:10
**funded** [1] - 18:18
**funds** [5] - 37:3, 37:4, 76:15, 101:8, 133:24
**future** [3] - 76:16, 92:19, 93:6

## G

**gain** [4] - 61:24, 63:13, 65:6, 103:20
**gains** [2] - 64:4, 138:11
**Gamache** [1] - 7:20
**gap** [1] - 93:22
**gas** [1] - 84:6
**general** [4] - 72:23, 87:12, 102:7, 102:18
**generally** [2] - 47:6, 111:15
**gentleman** [2] - 54:17, 55:16
**gentlemen** [4] - 11:18, 19:22, 21:15, 22:4
**George** [3] - 42:4, 97:1, 97:4
**gifts** [1] - 128:21

**given** [7] - 13:16, 49:25, 73:22, 73:25, 82:10, 128:18, 129:8
**glad** [1] - 103:9
**Global** [1] - 39:21
**go-between** [1] - 10:13
**Gonzales** [2] - 26:19, 31:17
**Gonzalez** [5] - 34:25, 120:4, 138:24, 139:3, 139:6
**gopher** [1] - 30:24
**Gorrin** [38] - 11:4, 12:13, 12:25, 15:6, 15:7, 15:8, 15:12, 15:16, 15:23, 16:1, 16:6, 16:9, 16:13, 17:1, 17:16, 17:19, 18:1, 18:2, 18:8, 18:12, 18:23, 19:3, 19:6, 19:17, 20:7, 20:25, 26:22, 29:4, 32:15, 32:22, 33:1, 33:2, 33:15, 34:14, 37:8, 120:2, 138:24
**Gorrin's** [6] - 11:14, 17:6, 18:6, 19:11, 20:23, 21:3
**Gorrin-controlled** [2] - 17:16, 18:23
**governed** [1] - 135:11
**government** [70] - 6:12, 9:17, 9:22, 10:1, 11:1, 11:13, 13:7, 13:9, 13:11, 13:24, 14:15, 14:18, 14:25, 16:3, 19:20, 22:12, 25:11, 25:24, 26:17, 26:25, 28:3, 28:15, 30:13, 30:16, 37:4, 42:17, 42:23, 43:8, 43:11, 43:15, 43:18, 43:20, 43:24, 44:13, 44:17, 47:6, 52:1, 54:5, 70:6, 75:21, 76:14, 76:20, 77:1, 77:4, 77:9, 78:5, 78:22, 84:11, 84:20, 84:21, 85:9, 85:18, 86:16, 86:18, 92:6, 93:5, 101:11, 107:1, 107:5, 121:3, 122:8, 128:1, 128:3, 130:17, 134:11, 134:18, 137:3, 137:5, 137:6, 137:11
**Government** [45] - 16:22, 22:23, 23:1, 26:14, 26:20, 26:24,

27:16, 29:20, 29:22, 30:5, 31:24, 32:15, 32:17, 32:20, 32:25, 33:17, 34:15, 36:3, 37:11, 37:12, 37:23, 37:25, 38:2, 48:9, 48:22, 70:5, 72:19, 83:12, 83:14, 96:8, 111:11, 118:6, 121:15, 123:16, 123:17, 126:25, 128:11, 128:14, 128:16, 128:20, 130:7, 130:14, 142:24, 143:6, 143:22
**Government's** [21] - 3:13, 3:15, 3:17, 11:19, 23:22, 24:9, 26:7, 29:19, 30:23, 48:10, 48:23, 49:3, 58:14, 58:24, 59:4, 67:1, 115:8, 120:13, 121:10, 125:22, 126:4
**government's** [3] - 14:10, 77:8, 107:4
**governments** [2] - 75:8, 75:12
**graduate** [1] - 39:25
**grandchildren** [1] - 124:13
**granddaughter** [1] - 124:15
**grant** [3] - 9:20, 15:8, 16:1
**granted** [3] - 9:24, 128:10, 137:25
**granting** [1] - 19:6
**graph** [4] - 115:6, 115:11, 116:7, 116:22
**graphed** [1] - 60:12
**graphs** [1] - 113:10
**gray** [5] - 50:9, 51:25, 57:17, 115:9, 116:7
**Great** [1] - 40:7
**great** [2] - 67:11, 104:4
**greed** [1] - 9:9
**greedy** [1] - 27:20
**guards** [1] - 20:15
**guess** [5] - 5:10, 7:15, 24:25, 27:6, 35:9, 45:23, 105:13, 112:3, 135:20, 137:17
**GUILLEN** [1] - 1:6, 66:21
**Guillen** [23] - 2:11,

2:21, 3:19, 4:4, 10:9, 22:7, 66:17, 69:23, 71:23, 72:8, 72:10, 72:19, 73:8, 74:1, 75:3, 83:6, 84:14, 89:5, 89:17, 90:9, 91:18, 94:21, 119:24
**guilt** [1] - 11:22
**guilty** [10] - 21:24, 22:25, 31:21, 33:6, 33:7, 37:10, 124:21, 125:12, 125:13, 132:12
**guy** [3] - 32:8, 32:9, 34:25

## H

**half** [1] - 26:15
**hand** [1] - 49:9
**handling** [1] - 28:19
**hands** [1] - 131:7
**Hanke** [1] - 54:2
**Hanke's** [2] - 106:14, 106:18
**happy** [3] - 25:4, 25:5
**hard** [2] - 46:12, 78:17
**hardship** [4] - 4:24, 5:9, 7:7, 8:13
**hardships** [1] - 8:14
**HARPER** [41] - 2:6, 3:3, 3:5, 38:2, 38:25, 44:6, 45:9, 47:21, 48:2, 48:9, 48:11, 48:22, 49:5, 58:12, 58:15, 58:23, 59:6, 60:5, 60:7, 61:17, 61:19, 62:12, 62:15, 63:6, 63:7, 63:25, 64:1, 73:2, 81:8, 81:11, 84:22, 84:25, 92:21, 94:13, 95:6, 108:25, 120:11, 120:15, 121:10, 121:11, 123:13
**Harper** [1] - 83:15
**Hayden** [8] - 9:5, 22:18, 22:24, 26:6, 32:3, 83:14, 141:8, 142:13
**HAYDEN** [23] - 2:6, 3:7, 6:13, 9:7, 49:1, 65:13, 74:16, 89:3, 90:24, 122:13, 124:5, 125:21, 126:6, 126:10, 126:11, 128:9, 131:22, 132:2, 132:6, 132:8, 136:15, 141:10,

143:24
**head** [1] - 74:11
**hear** [17] - 16:11,
18:10, 18:11, 18:16,
19:1, 19:13, 19:18,
20:3, 20:14, 23:1,
23:18, 24:11, 25:14,
29:8, 30:8, 32:2,
72:8
**heard** [3] - 26:6, 88:4,
143:21
**hearing** [1] - 38:21
**heavily** [1] - 42:19
**held** [1] - 4:1
**hello** [1] - 69:21
**help** [6] - 30:11, 30:22,
31:8, 31:23, 54:21,
128:16
**helped** [2] - 31:5, 31:7
**hi** [1] - 69:20
**hidden** [1] - 9:12
**hide** [1] - 10:18
**hierarchy** [1] - 88:6
**high** [10] - 9:14, 13:23,
15:21, 25:18, 45:24,
46:17, 85:24, 91:23,
103:5, 105:24
**high-end** [1] - 9:14
**high-level** [2] - 15:21,
103:5
**higher** [7] - 13:21,
51:1, 51:13, 57:23,
60:17, 64:11, 82:12
**highest** [2] - 9:16,
33:22
**highlighted** [2] -
115:24, 116:7
**highly** [1] - 36:19
**himself** [3] - 5:14,
29:5, 34:10
**hired** [2] - 83:17, 96:7
**history** [2] - 105:21,
106:5
**hitting** [1] - 90:15
**hold** [3] - 102:17,
102:22, 110:21
**holding** [1] - 76:25
**home** [3] - 11:5, 21:4,
21:6
**Honor** [69] - 4:11,
4:20, 5:1, 5:9, 6:4,
6:5, 6:6, 6:10, 6:13,
6:18, 6:20, 6:22, 8:6,
8:7, 8:8, 9:7, 22:2,
22:3, 37:21, 38:13,
44:2, 45:5, 47:21,
47:24, 48:22, 58:23,
59:2, 65:13, 66:13,
66:14, 66:15, 66:21,
66:22, 67:5, 67:12,

67:20, 68:9, 68:10,
68:11, 68:19, 68:23,
68:24, 69:10, 69:11,
69:12, 69:17, 73:2,
74:16, 81:8, 84:22,
90:24, 92:21, 94:13,
94:23, 95:3, 95:6,
95:12, 120:8,
120:11, 123:13,
123:17, 126:2,
128:6, 131:22,
141:10, 142:8,
142:13, 143:12,
143:25
**honor** [1] - 22:5
**HONORABLE** [1] -
1:10
**hook** [4] - 76:23, 77:3,
77:7, 77:13
**Hoover** [1] - 117:2
**hopefully** [1] - 8:14
**Hopkins** [1] - 54:2
**horizontal** [4] - 49:18,
59:16, 59:17, 59:21
**horses** [1] - 30:3
**hours** [1] - 36:15
**house** [19] - 26:20,
27:5, 28:25, 87:11,
87:13, 87:15,
111:18, 112:6,
113:21, 114:14,
117:19, 135:21,
136:1, 136:3,
136:22, 136:23,
136:24, 137:1,
137:16
**houses** [27] - 26:3,
26:12, 26:13, 26:14,
26:22, 26:23, 27:15,
27:23, 28:7, 30:4,
52:11, 52:14, 53:1,
87:12, 87:17,
111:22, 113:24,
134:24, 135:2,
135:8, 135:10,
135:18, 137:18,
137:24, 138:3,
138:13, 138:19
**Hugo** [1] - 132:18
**hundred** [1] - 9:8
**hundreds** [2] - 10:3,
19:3
**husband** [4] - 9:19,
10:12, 22:6, 33:20
**hyperinflation** [4] -
54:3, 54:5, 92:2,
92:3
**hypothetical** [3] -
80:10, 104:1, 104:5

**I**

**idea** [2] - 73:14,
100:24
**identical** [3] - 16:4,
56:12, 56:14
**identified** [1] - 131:23
**identify** [2] - 50:3,
131:18
**identifying** [1] - 17:11
**illegal** [8] - 15:3, 15:4,
22:20, 27:14, 34:15,
34:16, 34:17, 123:8
**illegally** [1] - 31:3
**illustrates** [1] - 46:3
**immigration** [6] -
30:11, 30:22, 31:8,
31:23, 32:6, 37:17
**immunity** [2] - 20:9,
31:14
**implied** [1] - 54:8
**important** [3] - 36:12,
112:2, 113:8
**imposed** [1] - 43:11
**impossible** [1] - 33:4
**impressive** [1] - 96:25
**include** [2] - 39:25,
41:1
**included** [1] - 121:6
**including** [4] - 12:12,
12:22, 97:8, 133:11
**incorporate** [1] -
82:21
**incorporated** [1] -
10:21
**incorporation** [1] -
17:8
**increase** [2] - 60:1,
91:12
**increases** [1] - 91:20
**incurring** [1] - 75:22
**indicate** [3] - 43:8,
50:6, 59:23
**indicated** [1] - 43:20,
49:14, 51:21, 57:17,
57:18, 60:11
**indicates** [2] - 50:16,
59:10
**indicating** [1] - 60:19
**indication** [1] - 38:17
**individual** [21] - 14:7,
14:13, 60:21, 60:24,
61:1, 61:4, 61:6,
61:20, 61:24, 62:17,
62:20, 63:9, 63:13,
64:3, 109:25,
116:25, 117:4,
117:8, 122:1, 122:7,
139:1
**individuals** [6] -

45:13, 45:18, 85:25,
92:16, 93:14, 138:19
**indulge** [1] - 95:3
**infamous** [1] - 45:23
**inflation** [9] - 45:25,
46:17, 54:8, 54:11,
85:24, 91:24, 92:17,
105:25
**inform** [1] - 38:16
**information** [22] -
73:24, 89:8, 93:23,
94:3, 111:17, 112:3,
112:7, 112:9,
112:16, 113:11,
113:14, 113:15,
113:23, 114:21,
116:21, 117:14,
117:20, 118:22,
127:25, 142:22,
142:23, 143:1
**inner** [3] - 24:16,
33:23, 33:24
**inquire** [2] - 74:13,
138:7
**inquires** [1] - 74:23
**insert** [1] - 88:12
**inside** [5] - 13:12,
19:15, 21:6, 21:7,
134:11
**instability** [2] - 91:22,
92:18
**instances** [2] - 12:18,
54:5
**instead** [1] - 10:18
**Institute** [11] - 39:4,
40:6, 97:8, 97:9,
97:10, 97:12, 97:16,
100:1, 104:20,
104:23, 117:2
**institution** [1] - 110:3
**instruct** [2] - 12:4,
54:8
**instructed** [1] - 38:16
**instructions** [2] -
12:6, 21:19
**interchangeably** [1] -
45:17
**interesting** [1] - 50:4
**international** [4] -
9:13, 39:18, 41:10,
41:20
**internationally** [1] -
40:13
**internet** [1] - 28:1
**interpretation** [1] -
68:22
**Interpreters** [1] - 2:22
**interpreters** [5] - 4:5,
66:10, 66:11, 68:3,
68:20

**interpreting** [2] -
66:18, 68:16
**interviewed** [2] -
98:17, 100:9
**interviews** [4] - 98:23,
98:24, 99:1, 99:2
**introduced** [2] -
46:14, 107:12
**introducing** [1] -
107:24
**introduction** [1] -
46:11
**invasion** [1] - 45:14
**investigate** [1] - 82:22
**invoke** [1] - 38:14
**invoked** [1] - 38:15
**involved** [4] - 51:9,
51:15, 51:16, 85:13
**involvement** [1] -
10:19
**involving** [2] - 9:10,
9:11
**irrelevant** [1] - 109:1
**issue** [4] - 4:14, 4:16,
4:23
**issued** [6] - 77:1, 78:2,
78:5, 78:9, 78:10,
130:18
**issuer** [1] - 78:20
**issues** [6] - 32:6,
40:12, 41:21, 42:10,
55:12, 55:21
**Issues** [1] - 39:21
**Italy** [1] - 27:3
**items** [1] - 95:7
**itself** [1] - 15:3

**J**

**jail** [1] - 124:19
**January** [13] - 46:14,
48:21, 49:15, 49:16,
49:19, 49:20, 51:6,
59:17, 59:18
**jet** [3] - 9:14, 16:17,
18:15
**jets** [1] - 18:14
**Jimenez** [1] - 7:18
**job** [4] - 22:11, 26:9,
31:7, 42:7
**jobs** [3] - 34:2, 34:4,
34:5
**John** [12] - 76:10,
76:21, 76:22, 76:23,
77:6, 77:7, 77:13,
77:23, 138:24
**Johns** [1] - 54:2
**Jose** [4] - 2:16, 2:22,
10:12, 124:1
**JOSE** [1] - 1:7

**journal** [5] - 40:10, 42:8, 42:16, 98:8, 103:7
**Journal** [9] - 53:14, 55:9, 99:25, 100:10, 100:14, 106:23, 107:9, 107:19, 116:1
**journalist** [4] - 53:16, 55:8, 100:13, 112:22
**journalistic** [7] - 47:17, 53:12, 112:16, 112:18, 112:21, 113:17, 113:19
**journals** [3] - 42:6, 47:18, 53:24
**JP** [1] - 28:20
**Judge** [2] - 12:4, 21:19
**judges** [1] - 31:10
**juicy** [1] - 30:6
**jumped** [1] - 136:13
**June** [5] - 60:4, 60:11, 61:18, 63:8, 122:7
**juror** [6] - 4:15, 4:18, 5:19, 6:2, 6:16, 7:4
**Juror** [2] - 6:24, 67:6
**JUROR** [3] - 7:3, 7:8, 7:12
**jurors** [5] - 4:22, 5:25, 31:11, 68:12, 115:22
**jury** [30] - 4:2, 4:6, 4:10, 4:14, 6:1, 7:2, 7:15, 7:24, 8:5, 23:11, 38:19, 45:6, 48:24, 58:25, 65:16, 65:20, 65:22, 66:8, 68:8, 68:14, 69:1, 69:4, 69:8, 89:16, 95:11, 134:14, 141:12, 141:18, 141:21, 143:20
**JURY** [1] - 1:10
**Jury** [1] - 144:5
**Justice** [1] - 2:7
**justify** [3] - 141:1, 141:3, 141:6

## K

**keep** [10] - 15:2, 21:9, 31:18, 31:20, 89:22, 90:2, 108:13, 108:16, 137:17, 140:11
**Kenyan** [3] - 97:22, 98:1, 105:13
**Kenyon** [2] - 42:1, 97:21
**kept** [1] - 36:7

**key** [4] - 49:8, 49:14, 59:10, 114:5
**kind** [10] - 36:8, 41:15, 84:21, 90:5, 98:15, 103:6, 112:2, 128:23, 133:17
**Kingdom** [1] - 136:19
**knife** [7] - 128:22, 130:11, 142:19, 143:4, 143:8, 143:17, 143:19
**knowledge** [9] - 51:19, 51:22, 55:3, 55:4, 96:6, 114:16, 117:11, 120:3, 139:7
**known** [1] - 102:5
**knows** [1] - 35:22
**Koval** [1] - 7:18
**Kurt** [1] - 4:12
**KURT** [1] - 2:3
**kurt.lunkenheimer@ usdoj.gov** [1] - 2:5

## L

**L-U-T-H-E-R** [1] - 38:12
**ladies** [4] - 11:18, 19:21, 21:15, 22:4
**land** [1] - 29:13
**large** [7] - 21:2, 63:20, 85:4, 92:6, 107:2, 110:24, 111:16
**Large** [1] - 145:5
**last** [9] - 4:7, 8:16, 31:13, 38:12, 66:8, 66:23, 67:6, 107:14, 126:10
**lastly** [1] - 63:8
**late** [1] - 20:24
**Latin** [4] - 55:11, 74:12, 107:17, 109:12
**latitude** [1] - 44:4
**Lauderdale** [2] - 1:14, 1:20
**laundered** [2] - 10:5, 32:18
**laundering** [13] - 12:17, 12:19, 18:25, 19:9, 31:15, 32:14, 33:9, 124:21, 124:22, 125:3, 126:19, 131:10, 132:14
**law** [8] - 12:4, 12:11, 12:13, 21:19, 21:24, 33:5, 36:21, 127:2
**lawyer** [2] - 36:21, 86:25

**lawyers** [2] - 7:6, 8:12
**leader** [1] - 101:1
**leading** [1] - 121:19
**learn** [10] - 12:10, 13:3, 13:18, 14:3, 15:23, 16:13, 22:15, 36:19, 53:10, 56:2
**least** [3] - 19:4, 98:23, 104:11
**leave** [2] - 7:1, 38:22
**leaving** [1] - 86:20
**Lechuga** [1] - 55:1
**lectures** [1] - 39:6
**led** [2] - 105:24, 124:20
**left** [7] - 31:1, 97:21, 97:22, 105:13, 131:2, 132:6, 132:9
**legal** [5] - 27:11, 27:12, 28:24, 35:19, 87:18
**legally** [1] - 87:2
**legitimate** [1] - 34:7
**Leo** [4] - 26:18, 31:17, 34:24, 120:4
**Leonardo** [4] - 138:24, 139:3, 139:6, 139:18
**less** [6] - 14:2, 89:15, 93:4, 101:10, 113:1, 121:25
**letter** [2] - 6:25, 7:1
**letters** [3] - 4:8, 4:19, 36:4
**level** [6] - 15:21, 39:16, 39:17, 40:1, 41:20, 103:5
**levels** [1] - 9:16
**licensed** [1] - 110:10
**licenses** [1] - 110:22
**lie** [2] - 32:7, 115:17
**lifestyle** [2] - 20:18, 20:19
**light** [1] - 131:20
**likely** [3] - 79:2, 93:7, 101:10
**limited** [2] - 65:1, 70:16
**Lindros** [1] - 7:17
**line** [16] - 50:9, 51:25, 52:4, 52:5, 53:6, 57:17, 59:10, 59:22, 59:23, 108:25, 115:12, 115:13, 115:15, 115:18, 115:19, 116:7
**lines** [1] - 57:19
**list** [1] - 67:1
**listed** [2] - 70:9, 99:6
**listen** [1] - 21:17
**listing** [2] - 17:6,

17:23
**lists** [2] - 6:7, 89:11
**litigation** [1] - 142:21
**live** [3] - 124:10, 124:12, 124:14
**lived** [1] - 20:18
**lives** [2] - 29:11, 29:12
**living** [5] - 39:1, 86:7, 124:14, 124:16, 124:17
**LLC** [1] - 1:19
**located** [2] - 52:16, 111:18
**look** [15] - 30:19, 49:18, 53:19, 53:21, 63:8, 91:3, 91:17, 93:17, 94:10, 111:6, 111:8, 122:18, 131:15, 132:3, 132:9
**looked** [4] - 42:14, 48:5, 119:11, 120:20
**looking** [9] - 31:8, 54:21, 89:9, 102:23, 113:8, 113:11, 113:15, 114:24, 117:22
**looks** [5] - 7:21, 54:3, 58:5
**Lora** [3] - 5:17, 8:1, 8:21
**losing** [1] - 4:15
**lower** [7] - 51:10, 51:18, 57:22, 64:10, 108:9, 118:24, 119:12
**lucrative** [2] - 26:5, 35:4
**LUNKENHEIMER** [15] - 2:3, 4:11, 4:20, 5:3, 6:3, 6:17, 8:6, 66:14, 67:5, 67:11, 67:19, 68:9, 68:19, 69:10, 123:17
**Lunkenheimer** [3] - 4:12, 21:12, 83:15
**LUTHER** [2] - 3:3, 38:5
**Luther** [40] - 38:3, 38:11, 39:1, 39:8, 39:9, 39:22, 42:2, 43:5, 45:20, 47:22, 48:3, 48:12, 49:6, 50:8, 58:16, 59:7, 60:3, 60:21, 61:20, 62:16, 63:9, 64:2, 65:24, 68:4, 69:20, 77:10, 78:16, 83:2, 83:5, 83:22, 91:3, 94:25, 95:16, 95:18, 95:20, 95:23,

120:16, 122:18

## M

**Macroeconomics** [1] - 39:21
**macroeconomics** [5] - 39:17, 39:20, 40:20, 41:18, 46:3
**Maduro** [8] - 99:18, 99:20, 99:22, 99:24, 100:16, 101:2, 104:18, 107:24
**Magazine** [1] - 108:2
**main** [1] - 133:24
**maintains** [1] - 91:8
**maintenance** [1] - 19:4
**major** [1] - 102:9
**man** [3] - 10:13, 10:20, 25:19
**manage** [1] - 133:22
**managed** [2] - 135:14, 140:18
**management** [2] - 109:24, 110:1
**manager** [1] - 35:14
**mandated** [1] - 13:20
**manifests** [2] - 16:24, 18:4
**manuscript** [1] - 40:16
**March** [4] - 24:14, 72:4, 72:6, 94:11
**margin** [1] - 115:4
**Marissel** [1] - 69:22
**MARISSEL** [1] - 2:12
**mark** [3] - 35:6, 90:16
**marked** [2] - 60:4, 125:22
**Market** [2] - 3:14, 49:4
**market** [81] - 14:1, 14:12, 14:16, 14:20, 14:21, 15:14, 27:2, 28:14, 42:22, 44:9, 44:10, 44:11, 44:19, 44:24, 45:2, 45:3, 45:4, 45:11, 45:15, 45:16, 48:7, 48:19, 49:10, 49:11, 50:1, 52:6, 52:18, 53:3, 53:15, 54:7, 54:9, 54:14, 54:15, 55:25, 56:21, 56:23, 57:17, 57:18, 57:23, 59:15, 60:2, 60:10, 60:13, 60:17, 60:20, 60:23, 61:10, 61:12, 61:23, 62:6, 62:19, 62:22, 63:11, 63:15, 65:2, 73:22, 74:7, 82:1,

82:14, 82:25, 87:4, 88:15, 88:23, 90:7, 103:4, 103:14, 104:4, 108:16, 111:25, 116:11, 122:9, 135:13, 135:16, 135:17, 135:19
**markets** [2] - 14:3, 39:15
**markets'** [1] - 41:19
**Mary** [2] - 107:8, 115:25
**Mason** [3] - 42:4, 97:1, 97:4
**Massachusetts** [1] - 40:7
**massive** [1] - 15:13
**master** [1] - 40:1
**master's** [4] - 36:21, 39:17, 41:20, 42:3
**master's-level** [1] - 39:17
**master-level** [1] - 40:1
**math** [7] - 77:18, 77:21, 78:13, 78:17, 80:1, 80:15, 90:20
**matter** [3] - 24:25, 127:1, 142:7
**matters** [1] - 32:11
**matures** [1] - 78:21
**maturity** [1] - 77:9
**Max** [9] - 26:19, 31:13, 33:17, 34:22, 34:23, 35:4, 35:6, 35:13
**Maximilian** [1] - 20:3
**mdescalzo@ tachebronis.com** [1] - 2:15
**mean** [10] - 51:22, 70:19, 83:14, 86:14, 100:1, 112:22, 133:6, 138:10, 140:5, 141:4
**means** [12] - 6:15, 7:24, 20:9, 23:2, 37:13, 38:19, 57:3, 64:11, 78:19, 81:17, 85:3, 88:18
**meant** [2] - 47:7, 82:4
**measure** [2] - 54:14, 114:24
**measured** [1] - 59:19
**measurement** [1] - 114:25
**media** [2] - 99:7, 99:9
**meet** [1] - 119:15
**meeting** [1] - 37:7
**Members** [1] - 141:12
**members** [2] - 38:19,

65:16
**mental** [1] - 130:17
**mention** [1] - 132:12
**mentioned** [13] - 19:1, 40:3, 40:24, 82:2, 87:5, 87:6, 98:1, 98:7, 102:12, 104:17, 112:13, 137:13, 137:16
**mess** [3] - 90:1, 104:19, 107:14
**messages** [1] - 16:23
**met** [6] - 69:23, 83:5, 96:1, 119:20, 120:1, 120:4
**methodology** [4] - 114:4, 114:16, 116:8, 117:15
**Mexico** [2] - 31:2
**Miami** [4] - 2:4, 2:14, 2:19, 19:2
**Miami-based** [1] - 19:2
**MICHAEL** [1] - 2:6
**michael.harper@ usdoj.gov** [1] - 2:9
**Microsoft** [1] - 104:2
**middle** [1] - 8:1
**might** [9] - 8:22, 43:8, 45:2, 56:16, 57:10, 57:12, 79:4, 93:4, 115:7
**military** [7] - 11:10, 11:12, 24:15, 33:23, 35:9, 85:19, 132:21
**million** [26] - 9:8, 9:9, 9:19, 15:24, 16:18, 18:21, 18:22, 28:9, 31:18, 33:9, 61:21, 61:25, 62:2, 62:6, 62:7, 62:8, 62:11, 62:17, 62:23, 62:25, 63:1, 63:3, 63:5, 121:3, 130:22, 131:5
**millions** [7] - 10:3, 10:6, 16:16, 16:17, 17:17, 18:15, 19:5
**mind** [7] - 15:2, 21:9, 37:14, 72:9, 73:24, 96:24
**mine** [1] - 138:16
**minister** [4] - 27:17, 27:22, 28:17, 36:14
**minutes** [4] - 65:20, 66:5, 67:4, 67:22
**mispronounce** [1] - 52:12
**miss** [1] - 5:22
**missing** [2] - 56:8, 68:17

**misspoke** [1] - 82:4
**misstating** [1] - 121:20
**mistake** [3] - 10:24, 89:22, 89:23
**mistrial** [3] - 143:1, 143:2, 143:11
**mixed** [1] - 85:9
**modest** [1] - 20:18
**Moises** [1] - 30:25
**moment** [5] - 49:12, 83:1, 94:23, 104:17, 120:8
**Monday** [1] - 1:12
**monetary** [23] - 39:18, 39:19, 39:23, 40:9, 40:10, 40:12, 40:19, 40:25, 41:10, 41:21, 42:11, 42:17, 42:20, 45:22, 45:23, 46:1, 46:4, 46:5, 47:22, 55:12, 99:21, 103:2
**money** [78] - 12:14, 12:17, 12:19, 12:20, 12:25, 14:7, 14:14, 14:22, 15:1, 18:4, 18:19, 18:25, 19:9, 23:11, 23:13, 23:15, 23:20, 23:23, 23:25, 26:4, 26:10, 27:2, 27:6, 27:12, 28:4, 28:10, 28:11, 28:14, 28:25, 31:15, 32:14, 32:17, 32:18, 33:9, 33:10, 33:12, 33:15, 33:16, 33:18, 34:12, 34:18, 34:22, 35:14, 35:17, 36:18, 39:15, 41:19, 63:19, 64:5, 64:24, 64:25, 65:5, 65:8, 65:10, 75:18, 77:15, 84:8, 86:23, 92:10, 93:3, 93:5, 93:6, 103:15, 112:24, 124:21, 124:22, 125:3, 126:19, 130:20, 131:6, 131:10, 132:14, 136:23, 140:11
**Money** [7] - 39:4, 40:3, 40:5, 40:15, 40:21, 40:24, 97:15
**money-making** [2] - 26:10, 75:18
**monitor** [2] - 67:7, 67:18
**month** [1] - 20:25
**monthly** [1] - 133:13
**months** [2] - 90:19,

90:21
**Morgan** [1] - 28:20
**morning** [4] - 4:9, 20:24, 36:16, 66:25
**most** [10] - 41:22, 53:8, 53:15, 64:9, 75:5, 75:11, 75:12, 75:16, 102:4, 136:8
**mother** [1] - 35:21
**motion** [4] - 128:6, 143:2, 143:11, 144:2
**move** [13] - 6:2, 7:25, 44:2, 58:2, 58:23, 61:18, 67:7, 67:13, 67:17, 99:13, 143:1
**moves** [1] - 48:22
**moving** [5] - 6:15, 90:5, 90:12, 90:22, 109:25
**MR** [99] - 3:3, 3:4, 3:5, 3:6, 3:7, 4:11, 4:20, 5:3, 5:12, 6:3, 6:13, 6:17, 6:21, 8:6, 8:8, 9:7, 37:21, 38:2, 38:25, 44:6, 45:9, 47:21, 47:25, 48:2, 48:9, 48:11, 48:22, 49:1, 49:5, 58:12, 58:15, 58:23, 59:2, 59:6, 60:5, 60:7, 61:17, 61:19, 62:12, 62:15, 63:6, 63:7, 63:25, 64:1, 65:13, 66:14, 66:15, 66:22, 67:5, 67:11, 67:19, 68:9, 68:11, 68:19, 68:24, 69:10, 69:12, 73:2, 74:16, 81:8, 81:11, 84:22, 84:25, 89:3, 90:24, 92:21, 94:13, 95:3, 95:6, 95:12, 95:15, 108:25, 109:6, 120:8, 120:11, 120:15, 121:10, 121:11, 122:13, 122:24, 123:2, 123:11, 123:13, 123:17, 124:5, 125:21, 126:2, 126:6, 126:10, 126:11, 128:9, 131:22, 132:2, 132:6, 132:8, 136:15, 141:10, 143:24, 144:1
**MS** [41] - 3:4, 3:5, 5:8, 6:5, 6:10, 6:19, 8:7, 22:2, 38:13, 44:2, 45:5, 47:24, 48:25,

59:1, 66:13, 66:21, 68:10, 68:23, 69:11, 69:17, 69:19, 73:5, 81:19, 83:1, 83:4, 88:25, 89:7, 91:2, 94:15, 94:23, 94:25, 121:19, 122:15, 122:17, 122:22, 125:25, 128:6, 136:11, 142:8, 142:13, 143:12
**multiple** [3] - 17:24, 18:10, 80:8
**multiply** [1] - 79:23
**must** [1] - 29:10

---

## N

**nacional** [1] - 111:9
**name** [16] - 10:16, 17:9, 26:6, 38:9, 38:11, 38:12, 46:20, 67:6, 69:22, 70:20, 95:25, 107:15, 116:3, 123:24, 140:13, 141:5
**named** [2] - 54:18, 55:16
**namely** [1] - 100:12
**national** [5] - 9:10, 10:10, 10:11, 13:3, 125:5
**natural** [1] - 84:4
**nature** [1] - 73:12
**necessarily** [5] - 76:17, 85:8, 93:1, 101:17, 102:22
**need** [14] - 5:15, 8:21, 23:3, 27:3, 30:1, 66:19, 79:9, 79:24, 119:5, 119:15, 120:12, 142:6
**needed** [5] - 34:21, 35:7, 46:18, 116:11, 140:10
**needing** [1] - 7:4
**negotiated** [1] - 110:24
**network** [1] - 11:6
**never** [17] - 69:23, 83:5, 83:8, 83:10, 96:18, 96:21, 105:15, 110:2, 110:5, 110:10, 110:11, 110:14, 110:24, 119:20, 119:23, 120:1, 120:4
**new** [5] - 27:24, 46:20, 93:6, 93:8, 107:22
**New** [2] - 2:8, 53:13

**Newman** [1] - 98:3
**next** [5] - 33:8, 68:19, 93:24, 113:22, 123:16
**night** [1] - 20:24
**nine** [5] - 89:17, 90:16, 90:17, 90:18
**NO** [1] - 1:2
**none** [3] - 32:11, 98:23, 127:12
**normal** [1] - 128:15
**normally** [1] - 128:19
**Northeast** [1] - 2:4
**Notary** [1] - 1:19
**notes** [5] - 4:6, 4:14, 8:16, 108:9, 145:8
**nothing** [10] - 34:15, 34:16, 67:3, 98:24, 101:16, 123:8, 123:13, 127:23, 128:5, 143:24
**November** [2] - 1:12, 127:2
**number** [6] - 4:16, 26:18, 26:20, 50:21, 80:25, 113:16
**Number** [1] - 3:12
**numbers** [3] - 62:24, 120:20, 120:22
**numerous** [1] - 98:18
**nurse** [3] - 11:10, 24:20, 36:20
**nursing** [1] - 36:22
**NW** [1] - 2:8

## O

**O'Grady** [4] - 106:22, 107:8, 107:17, 115:25
**oath** [1] - 68:5
**object** [1] - 136:11
**objection** [21] - 44:2, 45:5, 47:24, 47:25, 48:25, 49:1, 59:1, 59:2, 73:2, 74:16, 81:8, 81:15, 84:22, 89:1, 89:3, 90:24, 92:21, 108:25, 121:19, 125:25, 126:2
**obligation** [2] - 75:22, 76:15
**obliged** [1] - 130:19
**observation** [4] - 49:21, 53:5, 56:11, 93:24
**observations** [8] - 47:18, 53:4, 56:9, 56:10, 56:11,

115:16, 115:17, 115:20
**obtain** [1] - 134:21
**obtained** [1] - 134:2
**obviously** [4] - 96:7, 116:11, 119:20, 123:6
**occasion** [1] - 21:5
**occasional** [1] - 39:5
**occurred** [2] - 16:19, 125:1
**odds** [1] - 93:1
**OF** [2] - 1:1, 1:3
**offer** [2] - 66:24, 67:7
**offered** [1] - 16:7
**offers** [1] - 111:8
**offhand** [1] - 106:17
**Office** [3] - 1:20, 2:3, 125:17
**office** [4] - 16:6, 20:24, 21:3, 126:9
**OFFICER** [3] - 65:21, 67:23, 141:20
**officer** [2] - 11:12, 24:17
**official** [113] - 9:16, 10:4, 10:8, 13:10, 13:22, 14:10, 14:18, 15:10, 27:8, 36:5, 42:24, 43:14, 43:16, 43:17, 44:12, 44:18, 44:23, 44:25, 45:19, 47:7, 47:11, 47:20, 48:5, 48:6, 48:19, 49:11, 50:1, 50:4, 50:6, 50:9, 50:12, 50:17, 50:22, 51:4, 51:20, 51:23, 52:17, 53:19, 54:20, 56:24, 57:16, 57:22, 58:7, 58:8, 58:11, 59:14, 60:2, 60:10, 60:12, 60:16, 60:20, 60:22, 61:2, 61:5, 61:7, 61:8, 61:22, 62:9, 62:18, 62:21, 63:11, 63:14, 63:21, 63:22, 64:4, 64:7, 64:20, 65:2, 70:5, 70:6, 70:9, 70:12, 70:15, 71:1, 73:16, 73:22, 74:2, 74:7, 74:14, 81:22, 82:1, 82:7, 82:11, 82:15, 82:24, 86:15, 86:23, 87:1, 87:21, 101:18, 101:23, 103:3, 103:10, 103:21, 103:25, 115:17, 117:23, 121:7,

121:16, 122:1, 122:3, 122:9, 135:4, 135:5, 135:9, 135:11, 137:7, 140:15, 140:16, 140:21, 140:24, 141:6
**Official** [2] - 3:13, 49:3
**officials** [1] - 140:18
**offshore** [5] - 9:12, 10:20, 11:6, 17:9, 20:4
**oficina** [1] - 111:9
**Ohio** [8] - 57:8, 57:10, 57:11, 57:14, 58:1, 58:3, 58:6, 98:1
**oil** [6] - 13:8, 34:8, 92:7, 92:8, 134:1, 134:5
**once** [4] - 29:13, 135:20, 135:21, 135:25
**one** [75] - 4:15, 7:25, 9:8, 10:8, 10:25, 11:1, 14:11, 14:13, 16:4, 18:7, 18:24, 19:8, 19:10, 20:14, 21:5, 21:6, 22:17, 23:21, 26:8, 26:18, 26:22, 30:12, 31:13, 37:6, 37:15, 38:20, 42:12, 42:13, 49:24, 49:25, 51:4, 51:5, 51:19, 51:23, 53:20, 54:4, 55:1, 59:9, 61:21, 61:25, 62:2, 62:8, 63:9, 63:15, 66:23, 67:8, 70:20, 75:6, 82:4, 82:6, 83:1, 93:19, 93:20, 100:6, 101:7, 102:5, 103:16, 105:3, 105:8, 106:15, 113:16, 118:14, 119:16, 121:2, 122:15, 127:17, 129:23, 130:22, 131:9, 135:1, 135:15, 138:14
**ones** [1] - 26:15
**online** [1] - 88:1
**ONT** [2] - 82:20, 111:11
**op** [2] - 98:10, 107:18
**op-ed** [1] - 107:18
**op-eds** [1] - 98:10
**open** [21] - 13:25, 14:1, 14:12, 14:20, 15:14, 28:7, 35:7, 35:10, 35:12, 35:14,

45:11, 45:15, 52:17, 57:18, 135:13, 135:16, 135:17, 140:13, 140:16, 143:9, 143:22
**opened** [5] - 10:22, 20:4, 21:5, 141:5, 142:25
**opening** [7] - 9:4, 11:18, 22:19, 22:24, 32:10, 37:22, 140:22
**openings** [1] - 6:11
**operation** [1] - 55:3
**operations** [4] - 13:7, 13:12, 18:22, 134:11
**opinion** [5] - 40:13, 44:5, 86:5, 86:11, 119:10
**opinions** [1] - 113:9
**opportunities** [1] - 123:5
**opportunity** [17] - 11:19, 14:6, 21:13, 26:10, 56:25, 57:3, 57:5, 57:25, 58:4, 58:9, 58:10, 73:19, 73:21, 82:24, 121:18, 123:9
**optimistic** [2] - 5:21, 8:17
**oranges** [8] - 57:7, 57:8, 57:9, 57:10, 57:13, 57:14, 58:1, 58:6
**order** [13] - 32:20, 46:18, 47:9, 47:15, 50:22, 51:3, 51:9, 79:24, 92:10, 92:11, 93:15, 119:12, 143:3
**ordered** [1] - 20:9
**ordinary** [1] - 46:19
**ORTIZ** [3] - 7:3, 7:8, 7:12
**Ortiz** [9] - 4:8, 4:24, 5:14, 6:23, 6:24, 6:25, 7:13, 7:23, 8:13
**outside** [4] - 4:1, 73:3, 84:23, 86:23
**overcomplicate** [1] - 77:10
**overlap** [2] - 56:18, 115:19
**overlapping** [1] - 115:21
**overpriced** [1] - 15:11
**overruled** [10] - 45:6, 73:4, 74:22, 84:24, 85:1, 92:23, 94:14, 109:2, 121:21,

136:14
**overvalued** [2] - 14:19, 47:6
**overview** [3] - 11:19, 11:23, 12:7
**owed** [1] - 140:7
**own** [1] - 47:6
**owned** [4] - 11:4, 85:7, 107:6, 134:5
**owner** [1] - 17:12
**ownership** [1] - 85:3

## P

**P.A** [1] - 2:13
**p.m** [9] - 1:12, 65:22, 67:24, 69:5, 141:21, 142:14, 144:5
**PAGE** [1] - 3:2
**page** [1] - 126:10
**Page** [1] - 3:12
**paid** [20] - 11:3, 15:4, 15:5, 15:24, 16:13, 18:13, 19:3, 27:14, 31:6, 33:12, 34:3, 34:4, 35:18, 77:15, 79:2, 79:25, 83:20, 125:7, 139:19, 139:22
**palace** [2] - 24:18, 24:19
**pale** [1] - 131:21
**Papa** [1] - 24:24
**paper** [1] - 108:19
**papers** [3] - 40:10, 74:12, 98:12
**parade** [1] - 23:22
**parallel** [8] - 14:3, 14:12, 14:16, 27:2, 46:10, 88:23, 135:10, 135:19
**parlance** [1] - 102:7
**parole** [6] - 127:12, 127:13, 127:16, 127:21, 128:11, 130:11
**part** [5] - 100:20, 107:3, 107:18, 132:13, 140:12
**participate** [1] - 40:18
**participated** [1] - 131:1
**participation** [1] - 131:10
**particular** [12] - 42:14, 43:23, 50:2, 50:6, 50:16, 59:20, 59:25, 70:10, 74:24, 87:13, 92:1, 119:7
**particularly** [1] -

103:24
**pass** [2] - 31:14, 31:17
**passport** [1] - 37:17
**PATRICIA** [2] - 1:6, 1:18
**Patricia** [3] - 2:11, 2:21, 10:9
**Paul** [2] - 98:3, 138:24
**PAUL** [1] - 2:6
**paul.hayden2@ usdoj.gov** [1] - 2:9
**pay** [27] - 15:12, 26:15, 26:24, 28:10, 47:8, 49:24, 50:22, 51:3, 77:5, 77:14, 79:7, 80:12, 80:13, 80:18, 80:19, 80:20, 93:15, 133:22, 134:7, 134:9, 134:18, 135:3, 136:24, 139:18, 140:7, 140:9
**paying** [6] - 23:13, 23:14, 45:18, 79:6, 79:18, 92:11
**payment** [6] - 12:15, 37:2, 77:8, 81:2, 81:4, 101:22
**payments** [10] - 9:8, 10:7, 10:23, 10:25, 17:19, 17:21, 17:23, 19:5, 20:7, 77:4
**pays** [1] - 23:11
**pedigree** [1] - 96:25
**pending** [1] - 129:17
**people** [46] - 12:10, 13:5, 13:16, 14:24, 15:1, 23:20, 23:25, 24:22, 25:6, 25:22, 25:25, 26:3, 26:18, 28:7, 28:12, 31:8, 32:4, 32:5, 32:6, 33:25, 34:12, 35:10, 36:9, 36:11, 37:3, 44:20, 47:12, 47:13, 67:12, 74:12, 84:5, 84:19, 85:20, 88:20, 92:18, 93:8, 108:12, 108:15, 116:19, 117:13, 129:8, 131:7
**per** [21] - 14:15, 14:16, 49:23, 51:11, 51:12, 60:13, 60:14, 61:8, 62:2, 62:22, 62:23, 79:21, 81:25, 82:2, 82:3, 82:17, 82:18, 89:21, 91:7, 94:18
**perceived** [1] - 93:15
**percent** [26] - 30:9, 50:24, 59:25, 60:18,

60:19, 61:16, 63:2, 63:18, 63:22, 63:23, 63:24, 64:10, 64:12, 73:17, 76:5, 76:10, 78:13, 78:24, 79:6, 79:11, 79:12, 80:14, 91:11, 122:10
**percentage** [6] - 58:22, 65:8, 65:9, 65:11, 76:6, 137:4
**perfect** [1] - 75:8
**perfectly** [5] - 27:11, 27:12, 28:24, 85:21, 87:18
**perhaps** [4] - 50:4, 52:19, 93:6, 100:22
**period** [31] - 46:25, 47:3, 47:5, 48:4, 51:11, 51:14, 51:18, 51:20, 51:24, 52:9, 53:8, 56:22, 64:9, 70:14, 105:16, 106:3, 106:5, 106:11, 106:12, 111:21, 112:11, 114:1, 114:2, 114:5, 114:9, 114:13, 114:17, 115:3, 115:14, 115:16, 115:18
**periods** [1] - 94:5
**permission** [1] - 143:13
**permit** [2] - 31:4, 52:14
**permits** [1] - 64:8
**permitted** [5] - 43:9, 43:13, 43:21, 44:15, 134:23
**permuta** [1] - 88:4
**persists** [1] - 58:9
**person** [15] - 11:2, 34:11, 35:22, 35:24, 36:1, 36:20, 79:6, 101:3, 112:8, 112:24, 113:5, 114:19, 117:3, 128:19, 139:7
**personal** [4] - 19:11, 20:15, 110:7, 117:1
**persons** [2] - 125:6, 138:22
**peso** [2] - 52:19, 52:20
**petitions** [1] - 31:11
**Petro** [8] - 99:25, 100:16, 100:21, 100:25, 102:3, 102:14, 104:18, 107:23
**petroleum** [3] - 25:18,

84:6, 134:1
**Ph.D** [1] - 39:19
**PhD** [3] - 42:3, 95:19, 97:4
**philosophical** [1] - 108:14
**Phone** [1] - 1:20
**physically** [1] - 112:23
**pick** [3] - 26:13, 59:21, 90:14
**picked** [1] - 66:8
**picture** [2] - 21:11, 42:19
**piece** [3] - 62:4, 108:8, 109:3
**pieces** [4] - 21:10, 40:14, 106:19
**pilot** [1] - 18:12
**place** [13] - 13:19, 43:25, 44:25, 45:1, 47:16, 47:19, 52:18, 70:20, 70:23, 71:7, 82:11, 105:25, 138:12
**places** [4] - 5:25, 36:10, 97:8, 109:9
**plane** [4] - 20:20, 24:5, 24:7, 24:22
**planes** [6] - 9:14, 18:6, 18:8, 23:19, 24:1, 32:9
**plans** [2] - 8:18, 8:19
**play** [1] - 5:23
**Plea** [3] - 3:17, 126:4
**plea** [9] - 19:21, 30:9, 32:4, 125:14, 125:16, 126:8, 126:12, 130:19, 130:21
**plead** [2] - 31:21, 125:12
**pleasure** [1] - 22:5
**pled** [3] - 124:21, 125:13, 132:12
**PLLC** [1] - 2:17
**plug** [1] - 120:12
**plus** [6] - 76:5, 76:10, 79:6, 79:11, 80:14
**point** [10] - 8:20, 17:6, 43:12, 59:23, 61:2, 76:18, 90:25, 92:1, 121:2, 131:19
**policies** [4] - 22:12, 25:4, 85:14, 105:24
**policy** [5] - 40:12, 40:25, 44:14, 47:23, 98:12
**political** [1] - 15:21
**politics** [1] - 25:1
**polling** [2] - 8:5, 69:9

**poof** [1] - 112:9
**popular** [1] - 53:11
**portion** [1] - 116:7
**position** [10] - 4:10, 9:17, 10:15, 11:1, 15:8, 35:25, 36:2, 36:10, 36:23, 73:9
**possess** [1] - 132:23
**possessed** [1] - 13:15
**possibility** [1] - 129:3
**possible** [2] - 56:18, 106:19
**post** [1] - 50:12
**potential** [2] - 102:16, 114:25
**potentially** [6] - 4:14, 4:15, 31:25, 75:20, 101:1, 102:14
**pounds** [4] - 76:1, 76:8, 77:22, 78:3
**power** [10] - 9:18, 14:24, 33:24, 34:4, 35:6, 36:8, 36:25, 37:17, 93:8
**powerful** [1] - 11:1
**powerhouse** [1] - 25:20
**precise** [2] - 43:22, 116:8
**prefer** [2] - 95:21, 95:22
**premium** [11] - 27:8, 27:13, 71:10, 78:12, 78:13, 78:24, 78:25, 87:6, 87:8, 88:2, 137:2
**premiums** [1] - 87:18
**preparation** [1] - 111:2
**prepare** [1] - 115:6
**prepared** [2] - 48:14, 58:18
**preparing** [1] - 54:18
**presence** [7] - 4:2, 8:4, 8:11, 65:19, 69:8, 69:15, 141:15
**PRESENT** [1] - 2:21
**present** [15] - 4:4, 4:5, 4:6, 21:5, 22:7, 39:14, 46:8, 51:1, 68:2, 68:3, 71:5, 74:7, 112:23
**presented** [6] - 48:20, 55:24, 73:23, 87:21, 111:25, 122:6
**presenting** [1] - 49:13
**presents** [1] - 71:13
**President** [24] - 13:4, 24:23, 25:3, 25:12, 27:21, 27:22, 28:11,

36:15, 72:3, 80:18, 84:14, 84:15, 85:12, 86:10, 86:15, 86:21, 87:23, 92:17, 99:20, 101:2, 107:23, 132:18, 133:8
**president** [14] - 24:14, 24:16, 25:19, 28:16, 34:1, 84:15, 84:16, 85:13, 90:19, 90:22, 92:20, 93:10, 99:19, 133:7
**president's** [2] - 24:19
**presidential** [2] - 24:18, 24:22
**presumably** [1] - 116:12
**pretend** [1] - 75:25
**pretty** [3] - 22:10, 53:11, 90:10
**prevailed** [1] - 48:8
**prevailing** [9] - 44:11, 44:16, 45:4, 45:4, 51:20, 52:24, 57:21, 73:22, 74:7, 111:23
**previous** [2] - 58:21, 105:21
**previously** [4] - 55:12, 55:21, 59:12, 128:10
**price** [25] - 47:15, 53:7, 53:9, 53:11, 55:19, 57:12, 57:13, 57:16, 57:18, 58:2, 58:3, 58:5, 61:15, 63:23, 76:4, 79:1, 79:22, 79:23, 80:8, 93:9, 102:13, 102:14, 116:9
**prices** [4] - 25:18, 57:5, 57:20, 58:2
**primarily** [2] - 13:9, 92:6
**primary** [4] - 13:8, 88:15, 134:2, 134:10
**principles** [1] - 46:3
**print** [1] - 93:5
**printed** [3] - 6:6, 6:8, 66:25
**prison** [2] - 126:17, 131:9
**privacy** [1] - 109:4
**private** [8] - 9:14, 18:6, 18:14, 20:20, 24:5, 24:7, 85:5, 109:25
**privilege** [1] - 87:3
**privileged** [4] - 51:8, 51:14, 118:16, 118:24
**Pro** [1] - 55:1

**problem** [1] - 85:18
**proceed** [5] - 9:6,
22:3, 45:8, 48:1,
69:16
**proceeding** [1] - 96:14
**proceedings** [5] -
65:23, 67:25, 69:5,
141:22, 145:7
**proceeds** [1] - 10:5
**process** [3] - 65:6,
135:21, 135:25
**produce** [1] - 111:25
**produced** [1] - 88:16
**production** [2] - 85:3,
85:7
**professional** [5] -
55:8, 110:9, 110:10,
110:15, 110:17
**professor** [13] - 39:2,
39:9, 39:10, 41:24,
42:1, 97:13, 97:17,
97:18, 97:20, 97:24,
97:25, 98:19, 118:1
**Professor** [36] - 39:8,
39:22, 42:2, 43:5,
45:20, 47:22, 48:3,
48:12, 49:6, 50:8,
58:16, 59:7, 60:3,
60:21, 61:20, 62:16,
63:9, 64:2, 69:20,
77:10, 78:16, 83:2,
83:5, 83:22, 91:3,
94:25, 95:20, 99:4,
109:19, 116:14,
119:1, 120:9,
120:16, 122:18,
123:3, 123:14
**proffer** [1] - 47:22
**profit** [15] - 57:6,
57:11, 57:24, 61:23,
62:20, 65:10, 65:12,
76:5, 76:13, 76:17,
104:5, 104:12,
122:10, 137:4,
139:16
**profitable** [2] - 75:23,
136:8
**profits** [17] - 10:3,
15:13, 16:7, 26:15,
64:19, 65:4, 125:6,
125:7, 130:25,
138:11, 138:14,
139:13, 139:14,
139:15, 139:20,
140:4, 140:5
**program** [4] - 71:17,
71:18, 71:21, 74:11
**prohibited** [2] -
142:22, 142:23
**prohibition** [3] - 43:7,

45:14, 45:15
**Project** [10] - 39:4,
40:4, 40:5, 40:15,
40:21, 40:24, 54:10,
97:15, 106:15,
106:19
**project** [1] - 106:16
**projects** [2] - 134:18,
137:10
**promise** [2] - 29:16,
29:17
**promised** [1] - 15:12
**promote** [2] - 12:15,
12:22
**promoted** [2] - 97:22,
97:25
**promotion** [1] - 97:23
**proof** [1] - 23:4
**properties** [1] - 20:21
**property** [1] - 85:5
**propose** [1] - 5:20
**prosecutor's** [1] -
126:9
**prosecutors** [2] -
25:5, 31:11
**proud** [3] - 25:13,
25:19
**prove** [11] - 11:21,
16:22, 22:23, 23:7,
28:3, 32:17, 32:20,
32:21, 33:1, 37:11,
37:12
**provide** [7] - 12:6,
103:17, 105:21,
127:10, 127:22,
128:4, 128:20
**provided** [4] - 54:17,
73:10, 109:23,
128:13
**provides** [2] - 109:4,
129:18
**providing** [2] - 93:3,
127:25
**public** [10] - 9:15,
9:18, 10:4, 27:25,
28:7, 39:6, 140:18,
140:21, 140:24,
141:6
**Public** [1] - 1:19
**publications** [2] -
42:9, 98:14
**publish** [6] - 42:7,
42:8, 42:24, 48:24,
53:1, 103:6
**published** [7] - 42:6,
42:16, 54:24, 58:25,
98:12, 104:16,
104:25
**publishes** [2] - 40:25,
55:10

**publishing** [1] - 40:9
**pull** [4] - 115:7, 118:5,
120:12, 121:10
**pulled** [1] - 120:22
**pulling** [1] - 95:7
**pulse** [1] - 25:16
**purchase** [15] - 16:16,
29:5, 43:9, 50:23,
57:22, 59:13, 60:15,
61:22, 62:1, 63:10,
64:20, 70:25, 88:1,
122:2, 122:8
**purchased** [3] - 60:22,
62:9, 73:16
**purchases** [1] - 107:5
**purchasing** [1] - 61:5
**purpose** [1] - 12:21
**purse** [1] - 26:2
**pursuant** [3] - 20:8,
125:18, 130:21
**Pushing** [3] - 99:24,
100:16, 104:18
**put** [5] - 40:8, 55:15,
55:22, 103:12, 116:1
**puts** [1] - 106:23
**putting** [2] - 107:3,
107:10

# Q

**qualification** [1] -
119:12
**qualified** [1] - 66:10
**qualify** [3] - 51:10,
51:17, 119:12
**quarter** [1] - 50:14
**questioning** [1] -
109:1
**questions** [14] - 17:7,
42:12, 65:15, 74:18,
74:20, 90:25, 95:1,
109:18, 119:19,
120:9, 120:11,
122:13, 122:22,
142:16
**quite** [3] - 41:11, 55:9,
105:7
**quoted** [4] - 100:6,
100:12, 106:21,
107:22
**quoting** [1] - 85:21

# R

**Rafael** [1] - 26:21
**raises** [2] - 49:14,
75:21
**ramifications** [1] -
38:18
**random** [1] - 117:3

**range** [2] - 49:19,
59:16
**ranks** [1] - 24:15
**rate** [261] - 13:20,
13:23, 13:25, 14:10,
14:12, 14:19, 14:21,
14:23, 14:25, 15:11,
16:3, 27:9, 41:13,
41:14, 41:16, 41:17,
42:19, 42:21, 42:22,
42:25, 43:2, 43:10,
43:14, 43:16, 43:17,
43:22, 43:23, 43:25,
44:8, 44:9, 44:10,
44:11, 44:12, 44:13,
44:16, 44:18, 44:19,
44:23, 44:24, 44:25,
45:1, 45:2, 45:3,
45:10, 45:12, 45:16,
45:18, 45:19, 47:4,
47:8, 47:12, 47:20,
48:6, 49:10, 49:11,
50:1, 50:2, 50:5,
50:6, 50:9, 50:12,
50:17, 50:20, 50:21,
50:23, 50:24, 51:2,
51:7, 51:8, 51:10,
51:12, 51:13, 51:14,
51:18, 51:20, 51:21,
51:24, 51:25, 52:5,
52:6, 52:7, 52:17,
52:24, 53:2, 53:3,
53:15, 53:19, 53:20,
53:21, 53:25, 54:1,
54:8, 54:15, 54:24,
55:23, 55:25, 57:23,
57:24, 58:7, 58:8,
59:12, 59:14, 59:15,
59:19, 60:2, 60:10,
60:12, 60:14, 60:16,
60:17, 60:20, 60:22,
60:23, 61:2, 61:5,
61:8, 61:10, 61:12,
61:22, 61:23, 62:1,
62:6, 62:9, 62:18,
62:19, 62:21, 62:22,
63:11, 63:12, 63:14,
63:15, 63:18, 63:20,
64:4, 64:6, 64:7,
64:20, 65:2, 70:5,
70:7, 70:8, 70:10,
70:12, 70:15, 71:1,
71:5, 71:8, 73:16,
73:22, 73:23, 74:3,
74:5, 74:7, 74:14,
79:16, 79:21, 80:23,
81:21, 81:22, 81:24,
82:1, 82:2, 82:6,
82:8, 82:11, 82:12,
82:14, 82:15, 82:16,
82:22, 82:24, 82:25,

86:15, 86:23, 87:1,
87:3, 87:21, 88:15,
88:21, 88:23, 90:7,
90:10, 90:11, 91:4,
91:5, 91:6, 91:8,
91:15, 91:19, 91:20,
93:19, 94:17, 94:18,
101:19, 102:16,
103:4, 103:10,
103:11, 103:21,
103:25, 104:1,
111:24, 111:25,
112:25, 114:12,
114:13, 115:3,
115:18, 117:23,
117:24, 118:15,
118:16, 118:23,
119:3, 119:6,
119:13, 119:15,
121:7, 121:16,
121:17, 121:24,
122:1, 122:3, 122:5,
122:9, 122:10,
133:18, 135:2,
135:4, 135:5, 135:7,
135:11, 135:12,
137:7
**Rates** [2] - 3:14, 49:4
**rates** [45] - 10:1, 14:8,
15:15, 41:1, 41:3,
41:8, 42:10, 42:24,
45:25, 46:17, 47:19,
47:23, 48:4, 48:6,
48:7, 48:8, 48:19,
49:13, 49:25, 50:19,
50:25, 51:7, 52:25,
53:22, 54:8, 54:9,
54:11, 54:15, 54:16,
55:5, 56:17, 56:23,
56:24, 57:1, 64:16,
71:12, 74:8, 85:24,
91:23, 102:12,
104:9, 105:24,
111:25, 113:20,
116:19
**rather** [1] - 82:2
**Raul** [18] - 11:4, 12:13,
12:24, 15:6, 18:22,
26:22, 29:4, 32:15,
32:22, 33:1, 33:2,
33:15, 34:13, 34:14,
37:7, 120:1, 138:24
**re** [1] - 46:19
**re-denominated** [1] -
46:19
**reached** [2] - 55:7,
55:8
**read** [1] - 116:24
**reading** [1] - 67:12
**ready** [1] - 9:4

**real** [3] - 13:22, 14:20, 70:2
**realize** [18] - 57:5, 57:11, 57:24, 59:13, 59:14, 60:2, 60:16, 63:1, 64:21, 65:4, 65:9, 65:11, 77:8, 92:15, 121:24, 122:3, 122:10
**realized** [1] - 103:18
**realizing** [1] - 61:16
**really** [9] - 32:7, 36:8, 44:22, 53:18, 56:13, 90:20, 95:22, 103:12, 119:14
**Reason** [1] - 108:2
**reason** [3] - 32:7, 37:15, 92:15
**reasonable** [3] - 11:21, 37:13, 115:3
**reasons** [2] - 33:17, 130:17
**receipts** [1] - 107:5
**receive** [7] - 10:23, 20:6, 61:9, 76:14, 76:15, 101:8, 137:5
**received** [17] - 4:25, 17:2, 32:19, 49:2, 49:4, 59:3, 59:5, 89:6, 126:3, 126:5, 126:25, 130:10, 138:5, 142:17
**receiving** [2] - 32:24, 142:16
**recently** [1] - 124:17
**recess** [6] - 5:16, 65:17, 67:4, 67:21, 141:13, 144:4
**recipient** [1] - 77:3
**recognize** [3] - 49:13, 54:20, 132:11
**recommendations** [1] - 138:6
**record** [8] - 4:3, 67:24, 68:1, 68:22, 131:23, 131:25, 132:1, 145:8
**recorded** [2] - 51:7, 81:3
**recording** [1] - 54:6
**records** [11] - 16:24, 16:25, 17:8, 17:11, 17:15, 17:21, 17:24, 20:2, 20:12, 23:18
**RECROSS** [4] - 3:5, 3:6, 122:16, 123:1
**RECROSS- EXAMINATION** [4] - 3:5, 3:6, 122:16, 123:1

**recruit** [1] - 19:17
**recruited** [1] - 16:12
**red** [11] - 52:4, 52:5, 56:6, 56:7, 57:19, 59:10, 59:22, 60:11, 115:19, 140:21, 140:25
**REDIRECT** [2] - 3:5, 120:14
**redirect** [1] - 120:10
**redistributive** [1] - 85:4
**reduction** [1] - 126:25
**refer** [3] - 44:12, 53:2, 57:2
**referrals** [1] - 138:5
**referred** [1] - 45:11
**referring** [1] - 87:14
**reflect** [4] - 48:15, 131:23, 131:25, 132:1
**reflected** [3] - 82:20, 94:1, 120:16
**regarding** [1] - 121:14
**regime** [9] - 41:16, 43:3, 44:24, 84:16, 93:2, 93:4, 93:6, 93:8, 118:4
**regimes** [3] - 41:13, 41:14
**regional** [1] - 56:17
**registered** [3] - 28:4, 110:10, 110:18
**regularly** [3] - 40:11, 55:10, 58:8
**rehabilitate** [1] - 143:7
**reinvest** [1] - 64:18
**related** [4] - 19:10, 99:2, 99:3, 111:3
**relationship** [1] - 24:13
**relative** [1] - 53:23
**relatively** [1] - 90:7
**release** [1] - 77:14
**reliable** [3] - 113:12, 114:20, 120:23
**relied** [3] - 10:19, 42:18, 88:12
**reluctant** [1] - 47:10
**rely** [1] - 113:18
**relying** [1] - 114:14
**remain** [2] - 130:8, 137:1
**remember** [24] - 65:17, 99:13, 99:15, 100:3, 100:23, 101:6, 101:11, 104:25, 105:8, 105:11, 106:21, 107:6, 108:1, 108:5,

108:10, 108:17, 108:21, 108:24, 112:17, 118:17, 123:5, 133:17, 139:1, 141:14
**remind** [3] - 115:22, 116:5
**repay** [3] - 75:22, 76:16, 78:20
**repays** [1] - 77:9
**repeat** [6] - 73:6, 73:7, 76:7, 133:2, 135:23, 138:2
**repeated** [1] - 64:16
**repetitive** [1] - 74:19
**rephrase** [1] - 130:5
**replaced** [1] - 105:23
**report** [6] - 50:20, 51:13, 53:25, 112:7, 114:21, 145:6
**reported** [8] - 18:19, 36:13, 36:14, 52:25, 53:15, 112:4, 112:25, 114:12
**Reported** [1] - 1:18
**Reporter** [1] - 145:5
**reporter** [6] - 38:10, 107:9, 107:10, 112:22, 116:1, 123:25
**REPORTING** [1] - 1:19
**reporting** [4] - 88:21, 113:24, 117:13, 117:19
**reports** [5] - 50:11, 50:19, 51:23, 106:18, 119:2
**represent** [4] - 48:18, 49:7, 59:8, 69:22, 95:25, 130:25
**representative** [3] - 52:10, 52:22, 111:21
**representing** [1] - 22:6
**represents** [1] - 51:25
**republic** [1] - 125:5
**reputable** [1] - 121:5
**request** [5] - 4:10, 58:25, 111:23, 129:17, 143:16
**requested** [1] - 6:7
**requesting** [1] - 17:19
**require** [1] - 47:8
**required** [5] - 13:10, 42:7, 134:6, 134:11, 135:2
**Research** [7] - 39:5, 40:7, 97:12, 99:25, 100:2, 104:20, 104:23

**researches** [1] - 40:25
**reserve** [1] - 37:22
**resolves** [1] - 22:17
**resources** [4] - 84:5, 140:19, 141:2, 141:3
**respect** [2] - 81:23, 124:22
**respected** [4] - 116:25, 117:4, 117:8, 120:25
**respective** [1] - 38:16
**responsibilities** [3] - 5:23, 13:6, 133:20
**responsibility** [1] - 13:6
**responsible** [1] - 13:13
**rest** [2] - 25:23, 131:6
**restaurant** [1] - 35:1
**rests** [1] - 37:24
**result** [4] - 93:4, 125:9, 125:10, 126:24
**resume** [1] - 8:23
**return** [23] - 15:12, 19:6, 21:22, 23:12, 23:14, 37:10, 59:10, 59:12, 59:20, 59:24, 60:10, 60:18, 61:16, 63:2, 63:18, 63:21, 64:9, 65:7, 73:17, 79:13, 103:17, 121:24, 122:6
**Return** [2] - 3:15, 59:5
**returns** [1] - 64:18
**revenue** [1] - 92:9
**revenues** [3] - 75:21, 92:7, 92:8
**reversed** [1] - 81:24
**review** [2] - 111:3, 143:10
**Ribas** [1] - 138:25
**rich** [5] - 23:19, 23:24, 24:3, 25:17, 84:2
**rid** [5] - 27:20, 27:21, 108:9, 108:12, 108:15
**right-hand** [1] - 49:9
**rise** [3] - 65:21, 67:23, 141:20
**risen** [1] - 91:10
**rises** [1] - 104:5
**rob** [1] - 27:7
**role** [7] - 17:5, 40:3, 40:8, 40:21, 43:7, 73:13, 74:23, 125:3, 132:13
**roles** [2] - 43:12, 102:24
**Rolls** [1] - 31:18

**room** [5] - 7:2, 65:20, 114:21, 114:24, 141:19
**rose** [2] - 24:15, 33:22
**Rosenfried** [2] - 7:16, 7:25
**roughly** [3] - 82:18, 91:11, 106:7
**row** [4] - 7:17, 8:2, 8:3, 67:10
**Royce** [1] - 31:18
**rule** [3] - 38:14, 38:15, 38:17
**ruling** [1] - 144:3
**run** [2] - 35:16, 71:15
**running** [2] - 31:9, 37:1
**runs** [2] - 22:11, 28:15
**Russia** [1] - 99:13

**S**

**salary** [2] - 133:10, 133:16
**sale** [2] - 137:3, 139:16
**sales** [1] - 13:8
**Salvador** [1] - 99:10
**sanctions** [1] - 101:3
**saw** [6] - 4:14, 4:16, 26:10, 57:8, 112:23, 132:10
**say-so** [1] - 117:12
**scale** [1] - 64:13
**scared** [1] - 30:17
**scenario** [1] - 121:12
**scheduled** [1] - 5:23
**scheme** [8] - 10:6, 10:17, 16:3, 16:8, 19:16, 19:18, 32:22, 108:8
**schemes** [1] - 131:1
**scholar** [2] - 97:9, 120:25
**school** [1] - 98:4
**sciences** [1] - 132:21
**scope** [2] - 73:3, 84:23
**screen** [2] - 95:7, 95:10
**scroll** [1] - 126:10
**scrutinize** [4] - 19:22, 32:3, 32:5
**seal** [1] - 36:6
**sealed** [2] - 21:3, 142:24
**seat** [9] - 7:16, 7:18, 7:19, 7:20, 7:21, 7:25, 8:1
**seated** [1] - 69:7
**Second** [1] - 2:13

**second** [7] - 7:17, 11:24, 12:16, 21:18, 24:9, 95:4
**secondhand** [1] - 117:11
**Section** [1] - 2:7
**section** [1] - 31:6
**sector** [2] - 109:21, 109:22
**secure** [1] - 107:2
**securities** [1] - 110:5
**security** [1] - 24:17
**SECURITY** [3] - 65:21, 67:23, 141:20
**see** [39] - 4:16, 11:9, 11:20, 12:2, 12:23, 16:23, 16:25, 17:7, 17:10, 17:12, 17:18, 17:24, 18:4, 19:23, 20:11, 23:10, 29:19, 49:9, 49:18, 53:3, 53:23, 56:7, 57:19, 65:19, 66:4, 80:1, 89:16, 90:3, 91:13, 93:18, 115:12, 115:16, 115:20, 131:16, 132:4, 132:5, 141:18, 142:3, 142:9
**select** [3] - 13:16, 137:24, 138:3
**selected** [5] - 4:7, 27:15, 135:22, 136:1, 138:13
**selection** [2] - 7:15, 23:11
**sell** [28] - 26:16, 27:1, 28:1, 47:10, 57:23, 60:23, 61:22, 62:19, 63:11, 72:15, 74:5, 75:8, 75:12, 77:24, 78:12, 78:23, 84:8, 103:14, 103:18, 104:3, 104:11, 104:12, 111:8, 121:16, 122:9, 134:19, 136:24
**selling** [12] - 14:15, 14:17, 25:17, 28:13, 75:3, 75:4, 78:25, 79:5, 79:11, 79:12, 81:20, 87:8
**sells** [8] - 71:10, 72:17, 74:14, 76:4, 76:9, 87:6, 121:15
**semester** [1] - 39:12
**seminars** [1] - 40:17
**send** [4] - 12:14, 12:20, 55:23, 101:7
**sense** [7] - 19:24,

21:20, 21:21, 22:25, 23:2, 23:3, 23:5
**sent** [7] - 4:18, 18:2, 33:11, 136:2, 136:4, 136:5, 136:23
**sentence** [1] - 30:10
**sentenced** [3] - 125:10, 126:18, 131:8
**SEPA** [1] - 143:10
**separate** [6] - 42:16, 50:15, 54:14, 56:19, 57:20, 75:24
**September** [1] - 90:11
**Series** [2] - 110:21
**series** [51] - 43:1, 49:10, 49:12, 50:4, 51:1, 51:5, 54:11, 54:17, 54:19, 54:20, 54:21, 54:22, 55:14, 55:15, 55:23, 55:24, 56:1, 56:6, 56:7, 56:8, 56:9, 56:13, 56:16, 56:19, 56:20, 59:9, 60:11, 88:14, 88:15, 88:19, 88:20, 94:6, 94:19, 107:11, 115:5, 115:10, 115:20, 115:21, 115:23, 116:12, 116:23, 117:5, 117:10, 117:16, 120:25, 121:2, 121:5, 121:6, 121:8
**serve** [1] - 126:21
**served** [4] - 10:13, 55:17, 97:13, 109:24
**services** [1] - 109:23
**set** [10] - 4:13, 10:1, 13:23, 43:15, 43:24, 52:1, 54:13, 56:3, 135:5
**sets** [1] - 58:19
**seven** [1] - 89:18
**seventh** [1] - 7:21
**share** [6] - 104:14, 138:9, 138:10, 138:15, 139:13
**shared** [2] - 116:23, 117:10
**sharing** [1] - 15:13
**shell** [6] - 9:12, 10:21, 11:6, 17:9, 17:17, 20:4
**ship** [2] - 57:11, 58:1
**shipping** [1] - 58:6
**shock** [1] - 93:11
**short** [1] - 52:7
**show** [14] - 5:5, 5:10, 5:13, 10:14, 11:25,

13:2, 17:15, 17:24, 48:10, 58:13, 73:15, 77:20, 95:10, 125:21
**showing** [2] - 17:21, 18:5
**shy** [1] - 24:12
**sic** [2] - 49:15, 72:3
**sic]** [1] - 90:19
**sick** [2] - 92:17, 92:20
**side** [4] - 49:9, 109:20, 112:19, 117:18
**sign** [1] - 125:16
**signatory** [1] - 17:12
**signature** [2] - 17:10, 126:12
**signed** [4] - 17:4, 36:4, 126:8, 126:25
**similarity** [1] - 104:14
**similarly** [1] - 16:8
**simple** [2] - 22:17, 78:16
**simplify** [2] - 22:14, 76:19
**simply** [2] - 14:17, 107:3
**single** [1] - 21:10
**sit** [4] - 7:14, 8:3, 21:15, 67:9
**site** [1] - 121:4
**SITME** [2] - 71:15
**sitting** [4] - 30:10, 30:18, 30:21, 131:19
**situations** [1] - 104:12
**six** [3] - 14:11, 14:15, 41:25
**sixth** [1] - 7:20
**skills** [1] - 68:22
**slide** [1] - 58:21
**slow** [2] - 70:2, 80:11
**small** [4] - 7:19, 29:12, 50:25, 91:12
**smaller** [1] - 91:12
**smart** [4] - 33:21, 34:6, 113:5, 114:19
**Smith** [11] - 76:10, 76:21, 76:22, 76:23, 77:6, 77:7, 77:13, 77:23
**social** [1] - 34:24
**socialism** [2] - 85:2, 85:10
**socialist** [5] - 84:11, 84:16, 84:18, 84:19, 85:9
**sold** [10] - 71:4, 71:18, 72:19, 80:21, 81:6, 81:21, 82:5, 82:20, 82:23, 122:19
**solicit** [1] - 40:13
**Somalia** [3] - 42:17,

42:18, 42:23
**someone** [26] - 15:17, 23:11, 35:6, 35:7, 36:2, 47:11, 52:14, 56:25, 57:21, 64:8, 65:3, 72:20, 73:15, 73:21, 76:4, 79:18, 100:6, 100:12, 102:19, 102:23, 110:9, 112:4, 112:5, 112:24, 113:25, 143:7
**sometime** [2] - 90:3, 90:14
**sometimes** [8] - 14:22, 27:5, 34:20, 45:10, 64:10, 72:7, 137:3
**son** [1] - 33:21
**song** [1] - 95:4
**soon** [1] - 92:2
**sophisticated** [1] - 103:24
**sorry** [12] - 61:3, 62:7, 80:5, 80:14, 81:16, 90:18, 90:22, 110:8, 127:7, 127:12, 128:12, 137:17
**sort** [14] - 33:3, 37:6, 72:20, 72:25, 100:22, 102:19, 103:22, 104:15, 107:18, 107:22, 108:14, 109:20, 111:17, 112:15
**sorts** [4] - 23:19, 29:22, 31:15, 34:9
**sought** [1] - 15:17
**Sound** [7] - 39:3, 40:3, 40:5, 40:15, 40:21, 40:24, 97:15
**sounds** [4] - 74:10, 98:14, 98:22, 101:13
**source** [4] - 13:8, 103:19, 133:24
**sources** [2] - 55:7, 120:22
**Southeast** [1] - 2:13
**SOUTHERN** [1] - 1:1
**Southern** [9] - 10:8, 10:22, 11:5, 13:1, 16:20, 17:25, 18:2, 18:24, 19:12
**sovereign** [2] - 46:9, 46:11
**Spanish** [3] - 2:22, 68:20, 116:24
**speaking** [1] - 68:20
**special** [11] - 9:25, 29:6, 51:16, 51:17,

118:17, 118:25, 119:4, 119:6, 119:15, 140:19, 140:20
**specific** [10] - 12:18, 12:19, 43:10, 51:9, 109:11, 111:3, 118:17, 118:24, 119:4, 119:16
**specifically** [7] - 50:12, 99:10, 101:2, 105:1, 105:5, 105:16, 139:11
**speechwriter** [1] - 24:20
**spell** [3] - 38:9, 123:24, 124:2
**spend** [2] - 41:11, 134:11
**spending** [1] - 107:4
**spent** [3] - 13:11, 18:3, 41:25
**spiritual** [2] - 24:20, 35:21
**spoken** [7] - 55:9, 55:11, 55:20, 74:12, 83:8, 83:10, 83:12
**spot** [1] - 141:8
**spread** [4] - 50:25, 58:21, 63:21, 63:24
**Spreadsheet** [2] - 3:19, 89:6
**spreadsheet** [6] - 50:13, 50:14, 50:16, 93:18, 94:2
**spreadsheets** [1] - 17:23
**stable** [4] - 90:8, 93:3, 93:4, 93:16
**stand** [2] - 37:16, 122:24
**Stanford** [1] - 117:2
**start** [7] - 5:18, 5:19, 5:24, 9:2, 69:2, 70:1, 117:22
**started** [4] - 39:12, 61:13, 141:17, 143:14
**starting** [2] - 5:24, 91:14
**State** [2] - 1:19, 145:5
**state** [7] - 38:9, 85:3, 85:4, 85:7, 107:6, 123:24, 134:5
**state-owned** [3] - 85:7, 107:6, 134:5
**statement** [6] - 11:18, 37:22, 102:10, 104:13, 105:1, 119:17

**statements** [2] - 9:5, 111:6
**STATES** [2] - 1:1, 1:3
**States** [37] - 2:2, 4:12, 4:23, 6:4, 6:18, 12:15, 12:21, 18:6, 18:7, 19:19, 22:13, 24:2, 26:1, 32:18, 33:25, 52:9, 67:20, 86:8, 92:13, 112:5, 125:15, 125:17, 127:14, 127:20, 128:1, 128:3, 128:11, 128:13, 128:16, 128:20, 129:2, 129:11, 130:7, 130:12, 130:13, 143:14, 143:24
**statistics** [1] - 113:10
**status** [4] - 127:15, 129:16, 129:19, 130:4
**statutory** [1] - 53:20
**stay** [4] - 30:3, 30:7, 31:12, 129:10
**steady** [3] - 90:5, 90:10, 90:11
**Stenographic** [1] - 145:4
**stenographic** [1] - 145:8
**Stenographically** [1] - 1:18
**stenographically** [1] - 145:6
**step** [1] - 123:14
**Steve** [2] - 54:2, 106:14
**sticking** [1] - 90:5
**still** [11] - 22:15, 63:14, 66:11, 68:4, 90:11, 91:8, 91:18, 101:24, 101:25, 102:5, 142:6
**stipulate** [1] - 68:21
**stipulated** [2] - 66:10, 87:2
**stipulation** [2] - 66:12, 125:23
**stock** [2] - 104:2, 104:4
**stocks** [2] - 110:6, 110:11
**stop** [1] - 68:17
**stops** [1] - 54:6
**stored** [2] - 117:1, 117:2
**straight** [1] - 112:1
**Street** [10] - 2:4,

53:14, 55:9, 100:9, 100:13, 106:23, 107:9, 107:19, 115:25
**strict** [1] - 13:19
**strike** [1] - 44:3
**strong** [2] - 25:15, 119:10
**students** [2] - 57:6, 89:23
**studied** [7] - 43:2, 48:3, 74:9, 74:10, 86:14, 97:1, 114:19
**stuff** [2] - 29:22, 31:20
**stuffed** [1] - 21:7
**subjects** [1] - 102:9
**subpoena** [1] - 130:18
**substance** [1] - 143:15
**substantive** [4] - 12:16, 18:25, 19:9, 33:8
**Substitution** [2] - 105:9, 105:10
**substitution** [2] - 86:1, 105:19
**substitutions** [1] - 105:22
**success** [2] - 25:14, 34:11
**successful** [1] - 107:1
**sufficient** [1] - 23:7
**suggest** [1] - 67:16
**Suite** [2] - 2:14, 2:18
**suited** [1] - 86:1
**summary** [1] - 16:21
**Sunday** [1] - 36:17
**support** [2] - 130:4, 130:13
**supporting** [1] - 130:1
**surprised** [1] - 75:6
**surrounding** [1] - 143:19
**sustained** [4] - 81:10, 81:13, 81:15, 91:1
**Swiss** [6] - 9:13, 10:22, 11:6, 17:10, 17:13, 18:23
**switch** [1] - 42:13
**Switzerland** [4] - 17:2, 19:11, 28:20, 35:10
**sworn** [2] - 38:6, 123:21
**system** [13] - 27:24, 37:3, 42:17, 42:20, 45:23, 46:5, 71:14, 85:11, 87:24, 88:1, 93:12, 99:21, 101:10

**T**

**tab** [2] - 50:15, 50:16
**tabs** [1] - 50:15
**Tache** [1] - 2:12
**talks** [1] - 105:1
**tanks** [1] - 39:7
**taught** [1] - 46:2
**taxes** [1] - 107:5
**teach** [12] - 39:13, 39:14, 39:16, 39:19, 39:24, 41:7, 74:10, 109:10, 109:11, 109:15
**teaching** [2] - 98:6, 109:8
**team** [1] - 40:8
**tech** [1] - 95:5
**technical** [1] - 57:3
**technique** [1] - 54:7
**technologies** [1] - 101:22
**ten** [5] - 29:14, 30:20, 125:11, 126:20, 131:8
**tenure** [2] - 18:9, 138:20
**term** [7] - 44:7, 57:3, 65:9, 65:11, 88:4, 94:21, 140:20
**terms** [7] - 45:17, 65:8, 65:12, 72:24, 73:20, 78:16, 102:18
**Terry** [1] - 67:16
**tesorera** [1] - 111:9
**testified** [10] - 38:7, 38:23, 86:22, 96:11, 96:15, 103:13, 119:20, 123:3, 123:4, 123:22
**testify** [19] - 18:12, 18:20, 19:2, 19:13, 20:16, 20:18, 20:20, 20:22, 21:2, 30:15, 30:19, 31:5, 31:25, 38:21, 83:18, 83:20, 96:8, 96:18, 96:21
**testifying** [8] - 19:20, 20:8, 74:17, 94:13, 101:18, 125:18, 130:14, 130:16
**testimony** [19] - 19:22, 19:24, 20:2, 20:13, 20:14, 45:7, 65:25, 66:1, 73:3, 103:23, 109:9, 111:2, 111:15, 118:18, 118:22, 121:20, 141:24, 141:25, 142:21

**text** [1] - 10:18
**texts** [1] - 16:23
**THE** [93] - 1:10, 4:3, 4:18, 5:2, 5:7, 5:11, 5:13, 6:8, 6:11, 6:14, 6:23, 6:25, 7:4, 7:10, 7:14, 8:9, 22:1, 37:20, 37:25, 38:8, 38:11, 38:15, 44:4, 45:6, 48:1, 49:2, 59:3, 65:16, 65:21, 65:24, 66:3, 66:4, 66:6, 66:8, 66:16, 66:23, 67:9, 67:15, 67:21, 68:1, 68:6, 68:7, 68:12, 68:25, 69:7, 69:13, 73:4, 74:20, 81:10, 81:13, 81:15, 81:16, 81:17, 83:3, 84:24, 85:1, 89:4, 91:1, 92:23, 94:14, 94:24, 95:2, 95:9, 95:13, 109:2, 120:10, 121:21, 122:14, 122:23, 123:12, 123:14, 123:23, 124:1, 124:2, 124:3, 126:1, 126:3, 128:8, 131:25, 136:14, 141:8, 141:12, 141:20, 141:23, 142:2, 142:3, 142:5, 142:6, 142:9, 142:12, 143:2, 143:18, 144:3
**theirs** [1] - 138:15
**themselves** [1] - 12:12
**then-president** [1] - 24:14
**thereafter** [1] - 43:12
**therefore** [1] - 13:13
**thereof** [1] - 38:18
**Thereupon** [2] - 38:4, 123:19
**thinking** [1] - 41:12
**third** [2] - 7:18, 21:20
**thousand** [1] - 132:16
**thousands** [1] - 19:3
**three** [19] - 5:4, 18:14, 20:25, 21:1, 21:4, 21:16, 21:21, 26:13, 26:14, 26:18, 26:23, 27:15, 29:13, 49:10, 49:25, 54:16, 121:6, 126:22, 138:22
**throughout** [1] - 17:3
**Thursday** [1] - 69:2
**ticket** [1] - 31:4
**timely** [1] - 105:7

**Tipo** [13] - 51:7, 51:8, 51:10, 51:12, 51:21, 118:11, 118:14, 118:16, 118:23
**titled** [3] - 39:20, 99:24, 100:16
**titles** [1] - 139:16
**today** [14] - 4:19, 11:17, 25:2, 25:6, 76:15, 93:9, 101:18, 111:2, 113:25, 125:18, 129:2, 130:14, 130:16, 130:18
**together** [7] - 21:14, 35:15, 40:8, 90:2, 98:15, 107:11, 108:15
**tomorrow** [4] - 69:1, 141:16, 142:4, 142:9
**took** [5] - 9:17, 16:15, 18:7, 71:7, 105:25
**top** [1] - 62:14
**topic** [7] - 100:10, 102:9, 103:5, 103:24, 117:5, 121:1, 139:8
**topics** [4] - 40:11, 40:19, 42:12, 105:7
**total** [2] - 130:10, 131:8
**touch** [3] - 55:16, 55:22, 116:1
**touched** [1] - 106:12
**tourist** [3] - 128:15, 142:17, 143:16
**town** [2] - 52:11, 52:13
**Toyota** [1] - 24:1
**tracking** [1] - 56:20
**traded** [4] - 110:5, 110:10, 110:11, 110:14
**trades** [1] - 78:18
**trading** [2] - 57:4, 87:18
**traditional** [1] - 86:17
**training** [1] - 132:23
**transaction** [2] - 19:8, 119:5
**transactions** [25] - 12:19, 19:8, 28:19, 28:22, 34:20, 46:19, 47:15, 47:19, 51:9, 51:16, 51:17, 65:4, 70:18, 82:19, 101:9, 104:11, 110:25, 111:3, 118:17, 118:25, 119:16, 134:24, 138:1, 139:2, 139:19

**transcript** [1] - 145:7
**transfer** [4] - 12:21, 18:21, 77:6, 136:21
**transferred** [2] - 17:16, 77:12
**transferring** [1] - 10:6
**transfers** [3] - 9:13, 16:16, 76:22
**translate** [1] - 133:15
**translation** [1] - 72:7
**transported** [1] - 21:2
**travel** [3] - 16:24, 17:24, 27:3
**traveled** [3] - 18:5, 24:21
**treasurer** [74] - 9:10, 9:23, 10:10, 11:10, 11:15, 13:3, 13:15, 15:19, 15:22, 15:25, 16:6, 17:4, 17:5, 17:15, 18:1, 18:9, 19:14, 20:15, 20:17, 20:20, 20:23, 22:10, 25:9, 25:12, 26:7, 26:8, 26:9, 28:6, 32:24, 32:25, 33:2, 33:11, 35:25, 36:5, 36:11, 36:24, 36:25, 71:23, 71:25, 72:2, 72:13, 72:21, 73:9, 73:13, 74:2, 75:1, 75:3, 75:7, 76:1, 80:13, 84:14, 89:17, 90:2, 90:9, 90:22, 91:18, 94:10, 94:21, 119:23, 125:5, 131:1, 132:13, 132:15, 132:17, 132:22, 133:1, 133:4, 133:11, 133:21, 134:25, 137:20, 138:1, 138:4, 138:21
**treasurers** [1] - 26:8
**treasuries** [1] - 75:5
**treasury** [41] - 10:11, 13:13, 13:18, 15:10, 16:10, 17:3, 33:3, 35:4, 37:1, 72:14, 72:16, 73:1, 74:3, 74:4, 74:13, 74:24, 75:2, 75:15, 78:11, 80:3, 80:12, 80:22, 82:5, 85:15, 87:7, 88:7, 122:20, 131:2, 133:22, 133:25, 134:7, 134:8, 134:9, 134:17, 134:21, 134:25, 135:3, 136:21, 136:25,

137:15
**tremendous** [2] - 11:14, 13:5
**Trial** [1] - 144:5
**TRIAL** [1] - 1:10
**trial** [17] - 8:23, 9:2, 10:14, 12:5, 13:3, 21:12, 21:17, 21:22, 25:1, 25:5, 25:6, 31:21, 96:8, 96:11, 96:14, 102:18, 142:20
**trip** [1] - 24:6
**triple** [1] - 14:22
**trips** [2] - 17:25, 18:6
**TRISH** [2] - 145:4, 145:15
**Troubled** [3] - 54:10, 106:15, 106:18
**true** [4] - 99:1, 102:7, 121:25, 145:8
**trust** [5] - 9:18, 36:2, 36:9, 133:5, 133:6
**truth** [1] - 126:15
**try** [3] - 5:21, 90:2, 141:17
**trying** [2] - 76:19, 78:24
**turn** [2] - 62:2, 63:15
**turning** [1] - 64:12
**turns** [1] - 132:7
**tutor** [1] - 109:25
**twelve** [3] - 4:22, 14:12, 14:16
**twenty** [1] - 93:20
**twice** [1] - 29:13
**two** [28] - 4:19, 12:10, 12:18, 12:19, 19:4, 20:25, 21:1, 21:4, 25:6, 26:8, 26:20, 29:12, 33:8, 35:21, 36:4, 42:16, 50:19, 51:7, 56:19, 57:4, 57:20, 58:2, 68:20, 98:12, 101:21, 132:16, 135:9, 139:9
**type** [6] - 56:24, 119:4, 119:14, 129:4, 138:12, 142:21
**types** [5] - 12:1, 102:24, 110:22, 136:6, 136:8
**typical** [1] - 75:5
**typically** [3] - 50:23, 78:18, 85:2

**U**

**U.K** [12] - 78:6, 78:7, 78:9, 78:10, 78:20,

121:15, 121:17, 122:8, 136:10, 136:17, 136:18, 136:19
**U.S** [41] - 13:9, 13:12, 13:14, 13:21, 14:2, 14:5, 14:11, 14:13, 14:18, 28:21, 30:3, 30:13, 30:15, 31:3, 35:9, 37:17, 37:18, 44:17, 48:20, 49:23, 49:25, 51:11, 51:13, 52:20, 54:25, 57:16, 57:20, 60:13, 60:14, 77:1, 77:4, 77:8, 84:11, 86:2, 101:3, 101:10, 101:11, 112:8, 113:25, 130:1
**ugly** [2] - 23:21, 24:9
**ultimately** [3] - 17:16, 77:5, 104:10
**uncle** [1] - 26:21
**under** [4] - 19:20, 37:5, 68:4, 93:6
**undergraduate** [2] - 39:16, 41:19
**understood** [2] - 140:5, 143:12
**undertook** [1] - 118:1
**unfortunately** [1] - 35:5
**unidentified** [1] - 112:24
**unique** [1] - 13:15
**UNITED** [2] - 1:1, 1:3
**United** [38] - 2:2, 4:12, 4:23, 6:3, 6:17, 12:14, 12:21, 18:6, 18:7, 19:19, 22:13, 24:2, 26:1, 32:18, 33:25, 52:9, 67:19, 86:8, 92:12, 112:4, 125:15, 125:16, 127:14, 127:20, 127:25, 128:3, 128:11, 128:13, 128:16, 128:20, 129:2, 129:11, 130:7, 130:12, 130:13, 136:19, 143:14, 143:24
**units** [1] - 46:18
**universe** [1] - 102:19
**universities** [1] - 39:6
**University** [10] - 39:3, 39:11, 39:25, 41:7, 41:24, 42:4, 54:2, 97:1, 97:19, 97:23
**unlawful** [3] - 44:1, 86:22, 123:8

**unless** [2] - 87:2, 95:10
**unofficial** [21] - 13:24, 42:22, 42:25, 44:7, 44:9, 44:13, 44:23, 45:1, 45:10, 47:4, 52:5, 54:15, 57:17, 64:5, 101:19, 101:24, 103:11, 104:1, 114:13, 117:24, 121:17
**unpalatable** [1] - 86:3
**up** [46] - 5:5, 5:10, 5:13, 6:15, 19:25, 24:15, 27:24, 31:16, 32:11, 34:24, 35:3, 35:7, 35:10, 35:12, 35:14, 45:6, 50:3, 52:23, 58:2, 59:21, 62:10, 62:13, 64:13, 65:11, 66:24, 80:9, 80:23, 90:1, 90:15, 90:20, 91:14, 93:9, 95:7, 103:9, 104:19, 107:14, 114:11, 115:7, 120:13, 121:10, 139:9, 140:13, 140:16, 142:6, 142:16, 143:8
**US** [4] - 2:3, 2:7, 76:21, 133:15

**V**

**valid** [1] - 114:20
**validity** [3] - 42:25, 54:22, 55:15
**value** [17] - 13:22, 14:1, 14:4, 53:17, 53:23, 56:21, 59:14, 60:16, 62:5, 64:21, 77:23, 79:1, 79:3, 79:6, 79:11, 80:15, 122:3
**valued** [1] - 13:20
**values** [1] - 71:19
**variation** [1] - 56:17
**varied** [1] - 43:23
**various** [3] - 97:7, 109:9, 109:10
**VC** [7] - 49:11, 50:2, 55:25, 107:11, 115:5, 115:10, 115:23
**VELASQUEZ** [2] - 1:7, 66:22
**Velasquez** [41] - 2:16, 2:22, 4:5, 10:12, 10:19, 10:20, 11:3, 11:8, 11:11, 11:16,

12:17, 12:24, 15:8, 15:17, 16:5, 16:14, 17:11, 17:17, 17:20, 17:25, 18:3, 18:5, 18:7, 18:8, 18:15, 18:18, 18:20, 19:5, 20:5, 20:8, 20:17, 20:23, 21:1, 21:5, 22:6, 37:23, 66:17, 96:1, 96:2, 119:21, 132:4
**Velasquez's** [5] - 11:22, 17:8, 17:14, 18:12, 21:4
**Velasquez-controlled** [1] - 17:17
**Venezuela** [165] - 9:11, 10:10, 11:11, 13:4, 13:5, 13:7, 13:10, 13:12, 13:18, 15:19, 15:22, 19:14, 22:21, 23:24, 23:25, 24:4, 24:14, 25:1, 25:2, 25:16, 25:20, 25:21, 26:11, 27:18, 30:3, 30:17, 31:1, 33:5, 34:10, 35:11, 43:3, 43:10, 43:20, 45:21, 46:5, 46:6, 46:7, 46:8, 46:13, 46:23, 46:25, 48:4, 48:6, 50:11, 51:23, 52:13, 52:16, 53:13, 53:16, 55:12, 55:20, 70:9, 70:16, 70:24, 71:3, 71:9, 71:13, 71:16, 71:24, 72:1, 72:15, 72:17, 74:8, 74:14, 74:24, 75:2, 75:25, 76:1, 76:5, 76:8, 76:13, 76:20, 76:25, 77:2, 77:14, 77:23, 78:5, 78:11, 78:23, 79:4, 79:7, 79:9, 79:10, 80:12, 81:6, 81:20, 83:23, 84:2, 84:4, 84:5, 84:6, 84:10, 84:16, 84:18, 84:19, 85:4, 85:7, 85:15, 85:19, 85:23, 85:25, 86:3, 86:12, 86:18, 86:20, 86:23, 87:5, 87:17, 87:22, 88:1, 91:21, 91:23, 92:3, 92:5, 92:16, 92:25, 93:12, 96:22, 98:24, 99:2, 99:3, 99:19, 99:22, 100:22, 101:1, 102:25, 103:11,

105:1, 105:6, 105:9, 105:10, 105:16, 105:17, 105:19, 105:22, 105:25, 106:3, 106:4, 106:13, 106:16, 106:18, 106:23, 107:23, 108:6, 109:12, 111:19, 112:6, 116:10, 119:2, 119:24, 121:9, 121:15, 122:8, 124:9, 125:2, 127:25, 132:13, 132:17, 133:25, 134:12, 137:11

**Venezuela's** [7] - 11:15, 13:7, 16:6, 25:11, 34:8, 70:6, 88:7

**Venezuelan** [31] - 9:16, 9:21, 9:23, 10:1, 10:4, 10:11, 11:4, 13:24, 14:10, 15:5, 17:2, 25:24, 26:17, 26:25, 33:22, 35:8, 43:11, 43:20, 43:21, 45:22, 47:5, 49:22, 49:24, 70:11, 70:24, 76:14, 83:25, 84:1, 109:16, 121:2, 134:16

**Venezuelans** [3] - 71:19, 112:19, 121:3

**venta** [1] - 50:20

**venture** [1] - 75:18

**verdict** [3] - 21:23, 21:24, 37:10

**Verge** [1] - 55:1

**versa** [1] - 43:19

**versus** [2] - 101:19, 103:10

**vertical** [4] - 49:22, 50:5, 59:19, 59:22

**vertically** [1] - 50:3

**vice** [1] - 43:19

**view** [6] - 19:15, 92:5, 92:12, 92:14, 92:25, 93:1

**viewed** [2] - 24:23, 35:6

**violation** [1] - 38:18

**virtually** [2] - 16:3, 101:8

**visa** [24] - 29:17, 29:23, 29:25, 30:7, 37:18, 128:12, 128:13, 128:15, 128:17, 128:18, 129:3, 129:4, 129:7,

129:8, 129:13, 129:17, 129:24, 130:10, 130:13, 142:17, 143:16

**visas** [2] - 30:14, 128:10

**visited** [1] - 29:13

**visiting** [1] - 20:25

**visitor's** [1] - 130:10

**vitae** [1] - 99:6

**Vladimir** [10] - 54:18, 55:16, 55:25, 56:3, 56:5, 56:15, 94:8, 107:14, 116:1, 116:3

**Vladimir's** [1] - 94:3

**voluntary** [1] - 107:2

**vs** [1] - 1:5

## W

**W-I-L-L-I-A-M** [1] - 38:12

**wages** [1] - 11:13

**wait** [2] - 128:7, 128:8

**Wait** [1] - 79:7

**waiting** [1] - 68:14

**waive** [2] - 8:5, 69:9

**Wall** [9] - 53:14, 55:9, 100:9, 100:13, 106:23, 107:9, 107:19, 115:25

**Wang** [1] - 7:20

**wants** [7] - 30:11, 30:22, 67:10, 67:17, 70:11, 80:3, 95:10

**warehouses** [1] - 34:9

**Washington** [1] - 2:8

**watches** [1] - 16:18

**ways** [2] - 19:24, 54:16

**weaker** [1] - 14:20

**wealth** [3] - 13:8, 109:24, 110:1

**wealthy** [1] - 84:5

**wearing** [1] - 131:20

**website** [6] - 28:2, 50:13, 52:8, 52:10, 53:2

**websites** [2] - 54:24, 55:2

**Wednesday** [1] - 69:1

**week** [5] - 4:7, 8:16, 21:1, 21:4, 66:8

**weigh** [1] - 45:7

**well-known** [1] - 102:5

**well-respected** [4] - 116:25, 117:4, 117:8, 120:25

**well..** [1] - 78:15

**Wellington** [2] -

124:11, 124:16

**WhatsApp** [1] - 16:23

**whereas** [1] - 63:24

**whiskey** [2] - 143:4, 143:9

**white** [2] - 131:20

**whole** [2] - 22:10, 22:18

**wide** [1] - 44:4

**widely** [1] - 53:15

**wife** [2] - 17:14, 22:6

**wife's** [1] - 31:6

**WILLIAM** [3] - 1:10, 3:3, 38:5

**William** [2] - 38:2, 38:11

**willing** [5] - 15:2, 44:20, 44:21, 65:3, 93:14

**wire** [3] - 9:13, 12:25, 33:9

**WITNESS** [13] - 3:2, 38:8, 38:11, 66:3, 66:6, 68:6, 81:16, 83:3, 123:23, 124:1, 124:3, 142:2, 142:5

**Witness** [2] - 66:7, 142:11

**witness** [21] - 18:19, 20:16, 21:1, 21:10, 26:7, 26:20, 26:21, 29:19, 30:22, 31:13, 38:1, 48:10, 58:13, 68:19, 74:18, 84:25, 95:9, 96:9, 96:12, 123:16, 131:23

**witness's** [2] - 45:7, 73:3

**witnesses** [11] - 18:10, 20:3, 20:11, 30:13, 30:14, 30:16, 31:24, 38:17, 38:20, 38:22, 38:23

**witnesses'** [1] - 20:13

**wondering** [1] - 29:10

**word** [2] - 12:9, 45:23

**words** [2] - 14:17, 140:3

**works** [6] - 6:3, 25:23, 26:19, 67:19, 80:1, 104:16

**workshops** [1] - 40:16

**World** [2] - 24:6, 26:3

**world** [5] - 25:23, 54:4, 101:8, 102:23, 140:20

**worried** [1] - 67:13

**worry** [1] - 35:13

**worth** [4] - 19:5, 62:4, 63:17, 76:8

**write** [3] - 40:11, 98:7, 105:7

**writes** [2] - 55:11, 107:17

**writing** [7] - 100:3, 101:4, 101:12, 105:8, 108:17, 116:10, 116:17

**writings** [2] - 116:25, 117:1

**written** [19] - 55:19, 74:11, 85:17, 85:23, 99:18, 99:21, 100:9, 101:14, 104:16, 105:2, 105:5, 105:15, 106:2, 106:11, 106:14, 106:22, 114:19, 117:4, 121:1

**wrote** [11] - 99:23, 100:5, 100:6, 100:11, 100:13, 100:15, 100:18, 105:11, 105:20, 108:2, 116:9

## Y

**yacht** [5] - 19:2, 19:12, 20:21, 24:6, 33:13

**yachts** [5] - 9:14, 16:16, 19:4, 19:10, 23:18

**year** [8] - 28:5, 34:3, 90:8, 127:17, 129:12, 129:23, 133:19

**years** [14] - 29:14, 30:21, 30:25, 31:6, 41:25, 55:10, 55:18, 93:16, 105:2, 105:20, 125:11, 126:20, 126:22, 131:8

**yielded** [1] - 138:14

**York** [2] - 2:8, 53:14

**young** [1] - 35:21

**yourself** [3] - 102:17, 102:22, 137:21

**yuan** [1] - 86:4

## Z

**Zapata** [2] - 30:25, 31:12

**Zoom** [1] - 60:5

**zoom** [5] - 61:17, 62:12, 62:13, 63:6, 63:25