UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

                               **CASE NO:  18-CR-80160-DIMITROULEAS**

     Plaintiff,

v

ADRIAN VELASQUEZ FIGUEROA
And CLAUDIA GUILLEN,

     Defendants.

_____/

### NOTICE OF NON-OBJECTION TO THE UNITED STATES' MOTION FOR SECOND PRELIMINARY ORDER OF FORFEITURE

COME NOW the Defendants, Adrian Jose Velasquez Figueroa and Claudia Patricia Diaz Guillen, by and through their undersigned counsel, who each respectfully notice this Honorable Court that they have no objection to entry of the United States's proposed Second Preliminary Order of Forfeiture.

I HEREBY CERTIFY Figueroa, that on **May 8, 2025**, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

                    Respectfully submitted,

                    LAW OFFICES OF RICHARD ROSENBAUM
                    *Primary Email:  Pleadings @RLRosenbaum.com*
                    *Secondary Email:  Richard @RLRosenbaum.com*

                    **S/RICHARD L. ROSENBAUM**
                    Richard L. Rosenbaum, Esq.
                    Fla. Bar No: 394688
                    315 SE 7th Street, Suite 300
                    Fort Lauderdale, FL 33301
                    Telephone (954) 522-7007
                    Facsimile:  (954) 522-7003