UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

                                          **CASE NO: 18-CR-80160-DIMITROULEAS**

    Plaintiff,

v

ADRIAN VELASQUEZ FIGUEROA
And CLAUDIA GUILLEN,

    Defendants.
_____/

**NOTICE OF WITHDRAWAL OF DOCKET ENTRY 454
(NOTICE OF NON-OBJECTION TO THE UNITED STATES' MOTION FOR SECOND
PRELIMINARY ORDER OF FORFEITURE**

COME NOW the Defendants, Adrian Jose Velasquez Figueroa and Claudia Patricia Diaz Guillen, by and through their undersigned counsel, and respectfully withdraw the Notice of Non-Objection to the United States' Motion for Second Preliminary Order of Forfeiture filed on May 8, 2025 (DE 454).

I HEREBY CERTIFY Figueroa, that on **May 8, 2025**, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

                                          Respectfully submitted,

                                          LAW OFFICES OF RICHARD ROSENBAUM
                                          *Primary Email: Pleadings@RLRosenbaum.com*
                                          *Secondary Email: Richard@RLRosenbaum.com*

                                          **S/RICHARD L. ROSENBAUM**
                                          Richard L. Rosenbaum, Esq.
                                          Fla. Bar No: 394688
                                          315 SE 7th Street, Suite 300
                                          Fort Lauderdale, FL 33301
                                          Telephone (954) 522-7007
                                          Facsimile: (954) 522-7003