UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-cr-80160-DIMITROULEAS

UNITED STATES OF AMERICA

v.

CLAUDIA PATRICIA DIAZ GUILLEN AND
ADRIAN VELASQUEZ FIGUEROA,

        Defendants.
_____/

## NOTICE OF NON-OBJECTION TO THE UNITED STATES' MOTION FOR SECOND PRELIMINARY ORDER OF FORFEITURE

COME NOW the Defendants, Claudia Patricia Diaz Guillen and Adrian Velasquez Figueroa, by and through their undersigned counsel, who each respectfully notice this Honorable Court that they have no objection to entry of the United States' proposed Second Preliminary Order of Forfeiture.

Date: May 16, 2025

| | |
|---|---|
| */s/Marissel Descalzo* | */s/Andrew S. Feldman* |
| **TACHE BRONIS AND DESCALZO, P.A** | **FELDMAN FIRM PLLC** |
| 150 S.E. 2nd Avenue, Suite 600 | 150 S.E. 2nd Avenue, Suite 600 |
| Miami, Florida 33131 | Miami, Florida 33131 |
| Office: (305) 537-9565 | Direct: (305) 714-9474 |
| Florida Bar No. 669318 | Florida Bar No. 60325 |
| Email: mdescalzo@tachebronis.com | Email: afeldman@feldmanpllc.com |
| *Counsel for Claudia Diaz Guillen* | *Counsel for Adrian Jose Velazquez Figueroa* |

1

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing document has been filed via electronic mail with the Clerk of the Court by using CM/ECF System which will send a notice of electronic filing to all attorneys who have made an appearance on this 16th day of May, 2025.

By: */s/ Marissel Descalzo*
　　　Marissel Descalzo, Esq.