[Adhesive stamp:] EXHIBIT DX 10

[Logo:] **Bolivarian Government** of Venezuela | People's Ministry of **Planning and Finances**

[Logo:] **TREASURY**

# CERTIFICATION OF HANDOVER
## Period: MAY 2011 - APRIL 2013

**Outgoing Treasurer**
Claudia P. Díaz Guillén

**Incoming Treasurer**
María Elisa Domínguez Velasco

**VOLUME I**

COPY

EXHIBIT DX 10 A

### CERTIFICATION OF HANDOVER OF THE NATIONAL OFFICE OF THE TREASURY

Today, on this twenty-first (21st) day of April of 2013, while convened at the headquarters of the National Office of the Treasury, located in the city of Caracas, Avenida Urdaneta, Intersection with Carmelitas, in the parish of Altagracia, Municipality of Libertador of the Capital District, Ground Floor of the North Tower of the People's Ministry of Planning and Finances, citizen **CLAUDIA PATRICIA DÍAZ GUILLÉN**, holder of identity card 11.502.896, who was designated as National Treasurer in accordance with Decree No. 8.216 dated the 16th of May of 2011, published in the Official Gazette of the Bolivarian Republic of Venezuela No. 39.674 of the same date, who hereinafter for the purposes of this Certification shall be referred to as the **Outgoing Treasurer** and citizen **MARÍA ELISA DOMÍNGUEZ**, holder of identity card No. 6.843.388, designated through Resolution No. 3297 dated the 18th of April of 2013, published in the Official Gazette of the Bolivarian Republic of Venezuela No. 40.150 of the same date, hereinafter the **Incoming Treasurer**; in the presence of citizen **JORGE A. GIORDANI CORDERO**, holder of identity card No. 3.552.189, acting in his capacity of People's Minister of Planning and Finances, with the purpose of formalizing the handover of the National Office of the Treasury, decentralized agency of the People's Ministry of Planning and Finances, which governs the Treasury System, whose creation is reflected in Article 108 of the Organic Law for the Financial Administration of the Public Sector. The referenced handover of the National Office of the Treasury is carried out in compliance with the provisions of Article 289 of the Constitution of the Bolivarian Republic of Venezuela, in concordance with sections 1 and 10 of Article 14, Articles 51, 53 and 91, section 25, of the Organic law of the General Comptroller of the Republic and of the National System of Fiscal Control and addressing what is set forth in the Rules for the Regulation of the Handover of the Agencies and Entities of Public Administration and their respective Offices and Departments, contained in the Resolution of the Office of the General Comptroller of the Republic No. 01-00-000162 of the 27th of July of 2009, published in the Official Gazette of the Bolivarian Republic of Venezuela No. 39.229 dated the 28th of July of 2009. In that sense, the **Outgoing Treasurer** has succinctly provided a summary of the administrative duties carried out from the 16th of May of 2011 until the date of the signing of this Certification, consisting of SIX HUNDRED SEVENTY-FOUR (674) pages containing the following items:

1. Budgetary, Financial and Equity Situation
2. List of Personnel
3. Inventory of Moveable Property
4. Situation of the Operational Plan with regard to the budgetary goals
5. General Index of the Archive and Correspondence
6. Institutional achievements and goals

[Illegible initials]  [Illegible initials]

7. Institutional Overview
8. Flow of Funds from the National Treasury
9. Summary of Accounts with Treasury Funds
10. Summary of Service Accounts of the Treasury
11. Investments
12. Financial Programming
13. Master Account
14. Fiscal Expenses
15. Fiscal Revenue
16. Service of the Treasury
17. Information Technology
18. Inventory of the Vault
19. Photographic Memory

The present has been signed in one (1) original and three (3) copies of this certification and its certified attachments, which read identically and have a single effect. With nothing further to record herein, the parties read and sign as indication of acknowledgment of receipt.-

[Illegible signature]
**CLAUDIA P. DÍAZ GUILLÉN**
National Treasurer (outgoing)

[Illegible signature]
**MARÍA ELISA DOMÍNGUEZ VELASCO**
National Treasurer (incoming)

[Illegible signature]
**JORGE A. GIORDANI CORDERO**
PEOPLE'S MINISTRY
OF PLANNING AND FINANCES

## CERTIFICATION

I, the undersigned CLAUDIA PATRICIA DÍAZ GUILLÉN, holder of Identity Card No. V-11.502.896, in my capacity as NATIONAL TREASURER (OUTGOING), designated through DECREE No. 8.216 dated the 16TH OF MAY OF 2011, published in the Official Gazette of the Bolivarian Republic of Venezuela No. 39.674 of the same date, certify: that the photostatic copies that accompany this certification are true and exact copies of its originals, consisting of six hundred seventy-four pages.

Certification that is issued in Caracas on the 22nd day of the month of April of 2013.

[Illegible signature]
CLAUDIA P. DÍAZ G.
Identity Card No. V-11.502.896