

ONT- 001116

Caracas, 12 MAR. 2012

# MEMORANDUM

**PARA:** MARIYULI OCARINA ORTIZ BORGO
Directora de la Oficina de Gestión Administrativa

**DE:** CLAUDIA DÍAZ GUILLEN
Tesorera Nacional

**ASUNTO:** EN EL TEXTO

Tengo el agrado de dirigirme a usted en la oportunidad de extenderle un cordial saludo y a la vez sirva la presente para solicitarle la autorización correspondiente para la instalación de acceso a líneas Internacionales y mantener las salidas existentes, de los números que a continuación se listan:

| Número | Salidas a Llamadas | Usuario | Dirección |
|---|---|---|---|
| 802.46.12 | INT-NAC-CEL-LOC. EXT. | Pedro Lara | Sub. Tesorero Nacional |
| 802.46.08 | INT-NAC-CEL-LOC. EXT. | Angélica Barrios | Directora General de Inversiones y Valores |
| 802.46.28 | INT-NAC-CEL-LOC. EXT. | Frank Rodríguez | Director de Egresos en Moneda Extranjera |

Obedece esta solicitud, en razón de que estas Direcciones y la Subtesorería realizan dentro de sus funciones, actividades como planificación, coordinación y dirección de la administración de los fondos del tesoro nacional, comprendiendo las inversiones y cobranzas, a través de las entidades financieras nacionales e internacionales, así como la constante comunicación en cuanto al control de los pagos en divisas a las diferentes embajadas y consulados Venezolanos en el exterior.

Agradeciendo de antemano toda la colaboración por usted brindada, sin otro particular al cual hacer referencia, se despide.

Atentamente,

CLAUDIA P. DÍAZ GUILLEN
Tesorera Nacional

PL/JH.-

EXHIBIT DX 34

Esq. de Carmelitas a Altagracia, Edf. Norte Ministerio del Poder Popular de Planificación y Finanzas, PB T. 802-
Caracas - Venezuela