[Logo:]    Bolivian **Government** | People's Ministry
of Venezuela | of **Planning and Finances**

| NATIONAL OFFICE OF THE |
| [Logo:]          *TREASURY* |

**ONT** - 0 0 1 1 1 6

Caracas,    MAR  12 2012

### M E M O R A N D U M

**FOR:**      **MARIYULI OCARINA ORTIZ BORGO**
Director of the Office of Administrative Management

**FROM:**    **CLAUDIA DÍAZ GUILLEN**
National Treasury

**MATTER:**    **IN THE TEXT**

I have the pleasure of writing you with the opportunity of extending cordial greetings and may the present letter at the same time serve to request from you the corresponding authorization for the installation of access to international lines and  maintain the existing outlets for the numbers that are listed below:

| Number | Outlets for Calls | User | Directorate |
|--------|-------------------|------|-------------|
| 802.46.12 | INT-NAC-CEL-LOC. EXT. | Pedro Lara | National  Dep. Treasurer |
| 802.46.08 | INT-NAC-CEL-LOC. EXT. | Angélica Barrios | General Director of Investments and Securities |
| 802.46.28 | INT-NAC-CEL-LOC. EXT. | Frank Rodríguez | Director of Expenditures in Foreign Currency |

This request is being made because the mentioned Directorates and the Sub Treasury carry out, among their functions, activities such as planning, coordination and the direction  of the administration of the funds of the national treasury, within the scope of investments and collections, through  national and international financial entities, as well as constant communication as far as the control of payments in foreign currency to different Venezuelan embassies and consulates abroad.

Thanking you in advance for all of the assistance offered by you, without any other particular to be referenced, in closing.

Yours truly,

[Illegible signature]
ᴧUDIA P. DÍAZ GUILLÉN
**National Treasurer**

[Rubber stamp:]
BOLIVARIAN REPUBLIC OF VENEZUELA
National Office
of the
Treasury
People's Ministry
of Planning and Finances

PL.JH.-

www.ont.mt.gov.ve
Esq. de Carmelitas a Altagracia, Edf. Norte, People's Ministry of Planning and Finances, ground floor T. 802[cutoff text]
Caracas - Venezuela

[Adhesive stamp:] EHIBIT DX 34


EXHIBIT
DX 34
A