[Logo:] Fonden s.a.
Real and effective investment

MPPPF-FONDEN-P° [Rubber stamp:] 00730                    Caracas, [Rubber stamp:] AUG 09 2011

Citizen
**CLAUDIA DÍAZ GUILLÉN**
Chief of the Office of the National Treasury
In hand-

I cordially write to you with the purpose of informing you that on **August 4, 2011** the sale and transfer of custody to the institution that you preside was agreed upon with value date of **August 8, 2010** of the securities title indicated below:

| Instrument | TREASURY UKT 5 07/03/12 |
|---|---|
| Issuer | UNITED KINGDOM |
| ISIN Code | GB0030468747 |
| Expiration Date | 07/03/2012 |
| Voucher | 5.00% |
| Nominal Value (GBP) | 100,000,000.00 |

Regarding the above, this title will be transferred into the Office of the National Treasury custody, Clearstream 14502. The method to be used to carry out the previously-described transaction will be the Free Delivery modality.

The bond will be transferred from Euroclear 17990, under the name of Deutsche Bank. The contact person for this transaction is:
    Gideon Isakh
    Tel.: (31)20 555 4224
    Email: Gideon.isakh@db.com

With nothing further at present, I remain,                    [Rubber stamp:] BOLIVARIAN REPUBLIC OF
                                           Faithfully yours,     VENEZUELA PEOPLES'S MINISTRY OF PLANNING
                                         [Illegible signature]     AND FINANCE [LOGO] FONDEN, S.A.
                         JORGE GIORDANI CORDERO          OFFICE OF THE PRESIDENT
                          President of FONDEN, S.A.

[Illegible initials]
[Illegible]                                                                                         Venezuela
RO-0225                                                                                            [Illegible]
                                                                              [ADHESIVE STAMP:] EXHIBIT DX 58

Esq. Carmelita, Parroquia Altagracia, Edificio Sede del Ministerio del Poder Popular para Plan y Finanzas, Piso 1. Telephone: 0212-8021184-Fax: 0212-8021243
[FONDEN,S.A.- Fondo de Desarrollo Nacional, S.A.- National Development Fund]



EXHIBIT DX 58 A