*El original lo tiene Angelica.*



**EXHIBIT DX 60**

MPPPF - FONDEN - P   **00740-A**   Caracas, **22 AGO 2011**

Ciudadana
**CLAUDIA DIAZ GUILLEN**
Jefe de la Oficina Nacional del Tesoro.
Ciudad.-

Tengo el agrado de dirigirme a usted, en ocasión de referirme al Instrumento Financiero perteneciente a la cartera de Inversión de FONDEN S.A., identificado con el ISIN GB0030468747, que se encuentran en custodia de la Oficina Nacional del Tesoro en Clearstream 14502, desde fecha valor 19/08/2011, por un valor Nominal de **GBP. 150.000.000,00.**

Al respecto, le informo que en fecha **22 de Agosto de 2011**, se pactó la venta a la institución que usted preside, con fecha valor **23 de Agosto 2011**, del título que se indican a continuación:

| Instrumento | TREASURY UKT 5 03/07/12 |
|---|---|
| Emisor | REINO UNIDO |
| ISIN Code | GB0030468747 |
| Fecha de Vencimiento | 07/ 03/2012 |
| Cupón | 5,00% |
| Valor Nominal (GBP) | 150.000.000,00 |
| Intereses Caídos | 3.444.293,48 |
| Precio de Venta* | 107,59% |
| Valor efectivo + Int. Caídos (GBP) | 164.829.293,48 |
| Tipo de Cambio GBP | 1,6528 |
| Valor Efectivo (USD) | 272.429.856,26 |
| Valor Efectivo (Bs.) | 1.171.448.381,92 |

*Precio pactado según acuerdo entre Tesorería y FONDEN.

Al respecto los recursos que recibirá FONDEN S.A., producto de la realización de esta operación, totalizan la cantidad de **DOSCIENTOS SETENTA Y DOS MILLONES CUATROCIENTOS VEINTINUEVE MIL OCHOCIENTOS CINCUENTA Y SEIS DÓLARES AMERICANOS CON VEINTISEIS CENTAVOS (USD. 272.429.856,26)**, los cuales pueden ser depositados de acuerdo a las siguientes coordenadas Bancarias:

Si el pago se realiza en USD:

Banco Intermediario:   COMMERZBANK AG NEW YORK BRANCH
Swift:                 COBAUS3X
Banco Beneficiario:    COMMERZBANK AG, FRANKFURT
N° de cuenta:          150940400500



Esq. Carmelitas, Parroquia Altagracia, Edificio Sede del Ministerio del Poder Popular de Planificación y Finanzas, Piso 1. Teléfono: 0212-8021184 - Fax: 0212-8021243

Swift:                        COBADEFF
Beneficiario Final:           BT / FIDEICOMISOS FONDEN
Cuenta N°:                    400887746600 USD

Si el pago se realiza en Bolívares:

**BANCO CENTRAL DE VENEZUELA.**
Cuenta N° 0001-0001-38-0002100732.
Beneficiario: Fondo de Desarrollo Nacional (FONDEN S.A.).

Sin más a que hacer referencia, queda de usted,

Atentamente,

**JORGE GIORDANI CORDERO**
**Presidente del FONDEN S.A.**

CD/JJ/lif
10/08/11



Esq. Carmelitas, Parroquia Altagracia, Edificio Sede del Ministerio del Poder Popular de Planificación
y Finanzas, Piso 1. Teléfono: 0212-8021184 - Fax: 0212-8021243