EXHIBIT DX 77

### Patric Love Term Sheet

**Date:** April 9, 2013

**Model:** Evangelista Inc., with a business address at 37 West 57th Street, New York, New York 10019, USA and an Employer Identification Number (EIN) 13-3897007 ("Company"), c/o DNA Model Management, LLC, Attn: David Bonnouvrier, 555 West 25th Street, New York, New York 10001 ("Manager") providing the Services (as defined below) of Linda Evangelista ("Model").

**Client:** Patric Love Inc., with a business address at 990 Biscayne Boulevard, Suite 803, Miami, Florida 33132, Attn. Mercedes Torres, CEO ("Client").

**Term:** One (1) year from first usage; six (6) months for Northern Hemisphere and six (6) months for Southern Hemisphere.

**Territory:** Worldwide, non-exclusive.

**Usage:** All Print media, including, but not limited to, POP, POS, billboards, magazines, newspapers, catalogues, posters, website, + B rolls (B rolls are subject to approval by Model, which may not be unreasonably withheld, conditioned or delayed). Client shall not subject Model to embarrassment or ridicule.

**Services:** One (1) shoot day to take place in NY, NY during the month of June or July, 2013 (final date TBA by the parties, subject to Model's prior professional commitments); two (2) PR days, one (1) to take place in NY and one (1) to take place in Los Angeles, both on or before February 28, 2014; and one (1) fitting not to exceed four (4) hours to be scheduled two (2) weeks prior to the shoot day (collectively, the "Services"). Model shall have the right to reasonably pre-approve the photographer for the shoot.

**Shoot Day:** A nine (9) hour shoot day which shall include hair and make-up and lunch break (such break not to exceed 2.5 hours), consisting of four (4) fashion shots and one (1) shot with the designer.

**Hair - and Makeup Stylist:** Client shall provide for hair and makeup stylist for the shoot day and for the PR days. Model shall have the right to reasonably pre-approve the make-up and hair stylist.

**PR days:** Each PR day not to exceed eight (8) hours, including hair and make-up and lunch break (such break not to exceed 2.5 hours).

NewYork 1584083.5

CD003672

| | |
|---|---|
| Travel: | Client to provide Company with two (2) refundable first class round trip tickets from and to NY, NY for the Los Angeles PR day, together with first class hotel accommodations and first class car service to and from Model's home, to and from airports/hotel and location(s). |
| Fee: | Nine Hundred Thousand U.S. Dollars ($900,000.00), plus twenty percent (20%) service fee (collectively, the "Fee") to Manager, payable by wire transfer. |
| Payment Terms: | First Installment Payment: Fifty percent (50%) of the Fee (i.e. $540,000.00) is non-refundable and is due in U.S. Dollars, in immediate available funds, by wire transfer to: |

Account Name   DNA Model Management LLC
Bank:          Bank of America
               One Bryant Park
               New York, NY 10036, USA
Routing #      021000322
Swift/BIC      BOFAUS3N
Account#       483027842680

upon execution of this Term Sheet.

Second Installment Payment: Twenty-Five percent (25%) of the Fee (i.e. $270,000.00) is due in U.S. Dollars, in immediate available funds, by wire transfer to the accounted listed above by June 30, 2013. However, in the event that Model cancels without cause the PR day for New York, Client shall be entitled to a refund of $150,000 of the Second Installment Payment. Cause shall mean a Force Majeure Event as defined below.

Third & Final Installment Payment: The remaining Twenty-Five percent (25%) of the Fee (i.e. $270,000.00) is due in U.S. Dollars, in immediate available funds, by wire transfer to the account listed above by November 30, 2013, subject to attendance of PR days in New York and Los Angeles.

Force Majeure Events: In the event of documented illness or accident to Model or her child, or if the Services are prevented, rendered impossible or infeasible, by any regulation, public authority or bureau, civil tumult, strike, epidemic, interruption in or delay of transportation services, war conditions or emergencies, or any cause beyond the control of the parties, it is understood and agreed that there shall be no claim for damages by either party, and Model's obligation as to the shoot day shall be rescheduled at a time to be mutually agreed (subject only to any prior professional commitments). If the Force Majeure Event impacts (i) the Shoot day, the parties shall reschedule same (subject to any prior professional commitment of Model) or (ii) the PR day(s), Client may at its option, reschedule same (subject to any prior professional commitment of Model) or cancel same if it becomes a hardship, impossibility or missed opportunity for Client to

NewYork 1584093.5

CD003673

|  |  |
|---|---|
|  | reschedule, and the Fee shall then be prorated by $100,000 for any such lost PR day. |
| Confidential Information: | The parties agree that the provisions of this Term Sheet, and in particular the financial conditions, shall be kept strictly confidential at all times, with the exception of their respective financial and professional advisors and representation or as may be required by law or any legal or regulatory authority. |
| Governing Law: | The laws of the State of New York |
| Assignment: | This Term Sheet cannot be assigned or transferred without the prior written consent of all the parties. |
| Entire Agreement: | This Term Sheet contains the complete understanding of the parties hereto, and may not be amended, supplemented, varied or discharged, except by and instrument in writing and signed by both parties |

IN WITNESS WHEREOF, this Term Sheet has been duly executed by all of the parties all as of the day and year first above written.

EVANGELISTA INC.

By: _____

Name: Linda Evangelista

Title: President

PATRIC LOVE INC.

By: _____

Name: Mercedes Torres

Title: CEO

ACKNOWLEDGED AND AGREED:

_____

Linda Evangelista

NewYork 1584093.5

CD003674