359169074078759, Andrade Alejandro Phone     Oxygen Forensic® Viewer - 15.0.0.126
[Arrow icon] 621     AA, Gorrín Usa     647 [Arrow icon]


[WhatsApp icon] Gorrin Usa <13059151162>
To: AA <15617776191>

\private\var\mobile\Applications\net\whatsapp Whatsapp\Library \Media\13059151162@s.whatsapp.net\1\b\1b46be9be9b-05f2-4ad3-8a4e-d3d5920e256c.jpg

06/16/2017 [Arrow icon]
11:48:15
AM
(UTC-4)



1b46be9b-0512-4ad3-8a4e-d3d5920e25C6.jpg

30

**EXHIBIT DX 78 A**

359169074078759, Andrade Alejandro Phone  
[Arrow icon] 621                                   AA, Gorrín Usa  
[WhatsApp icon] Gorrin Usa <13059151162>  
To: AA <15617776191>



Oxygen Forensic® Viewer - 15.0.0.126  
647 [Arrow icon]

\private\var\mobile\Applications\net\whatsapp Whatsapp\Library \Media\13059151162@s.whatsapp.net\7\a\7a9e84f5-ea81-460c8aa181f156653000.jpg

06/16/2017[Arrow icon]  
11:48:16  
AM  
(UTC-4)



7a9e8415-ea81-460c-8aa1-81f156653000.jpg

[Arrow icon] 06/16/2017  What is that old lady tell me  
11:49:10  
AM  
(UTC-4)

[Arrow icon] 06/16/2017  Where are you?  
11:49:16  
AM  
(UTC-4)

AA <15617776191>[WhatsApp icon]  
[Image:]Don't lose FAITH  Resist [Illegible]  
To: Gorrin Usa <13059151162>

AA <15617776191>[WhatsApp icon]  
[Image:]Don't lose FAITH  Resist [Illegible]  
To: Gorrin Usa <13059151162>

31

359169074078759, Andrade Alejandro Phone
[Arrow icon] 621
AA, Gorrín Usa

Oxygen Forensic® Viewer - 15.0.0.126
647 [Arrow icon]

AA <15617776191>[WhatsApp icon]
[Image:]Don't lose FAITH  Resist [Illegible]
To: Gorrin Usa <13059151162>

[Arrow icon] 06/16/2017  And what are you up to?
11:49:21
AM
(UTC-4)

AA <15617776191>[WhatsApp icon]
[Image:]Don't lose FAITH  Resist [Illegible]
To: Gorrin Usa <13059151162>

[Arrow icon] 06/16/2017  Hahahaha
11:49:23
AM
(UTC-4)

AA <15617776191>[WhatsApp icon]
[Image:]Don't lose FAITH  Resist [Illegible]
To: Gorrin Usa <13059151162>

[Arrow icon] 06/16/2017  [?]
11:49:58
AM
(UTC-4)

[WhatsApp icon] Gorrin Usa <13059151162>
To: AA <15617776191>
That's Pence

06/16/2017[Arrow icon]
11:50:02
AM
(UTC-4

[WhatsApp icon] Gorrin Usa <13059151162>
To: AA <15617776191>
Ha ha ha

06/16/2017[Arrow icon]
11:50:05
AM
(UTC-4)

[WhatsApp icon] Gorrin Usa <13059151162>
To: AA <15617776191>
I'll tell you about it later

06/16/2017[Arrow icon]
11:50:10
AM
(UTC-4)

AA <15617776191>[WhatsApp icon]
[Image:]Don't lose FAITH  Resist [Illegible]
To: Gorrin Usa <13059151162>

[Arrow icon] 06/16/2017  Are you here?
11:50:18
AM
(UTC-4)

(UTC-4)
AA <15617776191>[WhatsApp icon]
[Image:]Don't lose FAITH  Resist [Illegible]
To: Gorrin Usa <13059151162>

[Arrow icon] 06/16/2017  In the US
11:50:23
AM
(UTC-4)

32

359169074078759, Andrade Alejandro Phone
[Arrow icon] 621                                    AA, Gorrín Usa
[WhatsApp icon] Gorrin Usa <13059151162>
To: AA <15617776191>
**I had breakfast with him 2 hours**

Oxygen Forensic® Viewer - 15.0.0.126
647 [Arrow icon]

06/16/2017 [Arrow icon]
11:50:26 AM
(UTC-4)

[WhatsApp icon] Gorrin Usa <13059151162>
To: AA <15617776191>
**Yes**

06/16/2017 [Arrow icon]
11:50:27 AM
(UTC-4)

AA <15617776191> [WhatsApp icon]
[Image:] Don't lose FAITH  Resist [Illegible]
To: Gorrin Usa <13059151162>

[Arrow icon] 06/16/2017   Is he the vice?
11:50:40 AM
(UTC-4)

AA <15617776191> [WhatsApp icon]
[Image:] Don't lose FAITH  Resist [Illegible]
To: Gorrin Usa <13059151162>

[Arrow icon] 06/16/2017   Mike?
11:51:32 AM
(UTC-4)

[WhatsApp icon] Gorrin Usa <13059151162>
To: AA <15617776191>
**Uh-huh**

06/16/2017 [Arrow icon]
11:51:41 AM
(UTC-4)

AA <15617776191> [WhatsApp icon]
[Image:] Don't lose FAITH  Resist [Illegible]
To: Gorrin Usa <13059151162>

[Arrow icon] 06/16/2017   Old lady what happened with the other thing?
11:52:00 AM
(UTC-4)

AA <15617776191> [WhatsApp icon]
[Image:] Don't lose FAITH  Resist [Illegible]
To: Gorrin Usa<13059151162>

[Arrow icon] 06/16/2017   Ready?
11:52:12 AM
(UTC-4)

[WhatsApp icon] Gorrin Usa <13059151162>
To: AA <15617776191>
**Moving along**

06/16/2017 [Arrow icon]
11:52:16 AM
(UTC-4)

33

| 359169074078759, Andrade Alejandro Phone [Arrow icon] 621 | AA, Gorrín Usa | Oxygen Forensic® Viewer - 15.0.0.126 647 [Arrow icon] |

★ [Arrow icon] 06/16/2017 11:52:18 AM (UTC-4)  In Venzla?

AA <15617776191>[WhatsApp icon]
[Image:]Don't lose FAITH  Resist [Illegible]
To: Gorrin Usa <13059151162>

AA <15617776191>[WhatsApp icon]
[Image:]Don't lose FAITH  Resist [Illegible]
To: Gorrin Usa <13059151162>

★ [Arrow icon] 06/16/2017 11:52:27 AM (UTC-4)  He hasn't left the company yet?

AA <15617776191>[WhatsApp icon]
[Image:]Don't lose FAITH  Resist [Illegible]
To: Gorrin Usa <13059151162>

★ [Arrow icon] 06/16/2017 11:52:28 AM (UTC-4)  Ok

[WhatsApp icon] Gorrin Usa <13059151162>
To: AA <15617776191>
GU  Moving   along

06/16/2017[Arrow icon] ★
11:52:38 AM (UTC-4)

[WhatsApp icon] Gorrin Usa <13059151162>
To: AA <15617776191>
GU  But ready

06/16/2017[Arrow icon] ★
11:52:42 AM (UTC-4)

AA <15617776191>[WhatsApp icon]
To: Gorrin Usa <13059151162>

★ [Arrow icon] 06/16/2017 11:52:47 AM (UTC-4)  [?][?]

AA <15617776191>[WhatsApp icon]
[Image:]Don't lose FAITH  Resist [Illegible]
To: Gorrin Usa <13059151162>

★ [Arrow icon] 06/16/2017 11:53:57 AM (UTC-4)  That photo is going to get around now old lady

AA <15617776191>[WhatsApp icon]
[Image:]Don't lose FAITH  Resist [Illegible]
To: Gorrin Usa <13059151162>

★ [Arrow icon] 06/16/2017 11:54:04 AM (UTC-4)  So prepare yourself

34

359169074078759, Andrade Alejandro Phone — Oxygen Forensic® Viewer - 15.0.0.126
[Arrow icon] 621                     AA, Gorrín Usa                     647 [Arrow icon]

[WhatsApp icon] Gorrin Usa <13059151162>
To: AA <15617776191>
**No no**

06/16/2017 [Arrow icon] 11:54:06 AM (UTC-4)

[WhatsApp icon] Gorrin Usa <13059151162>
To: AA <15617776191>
**It was private**

06/16/2017 [Arrow icon] 11:54:14 AM (UTC-4)

AA <15617776191> [WhatsApp icon]
[Image:] Don't lose FAITH  Resist [Illegible]
To: Gorrin Usa <13059151162>

[Arrow icon] 06/16/2017 11:54:14 AM   Haahahaaah

(UTC-4) AA <15617776191> [WhatsApp icon]
[Image:] Don't lose FAITH  Resist [Illegible]
To: Gorrin Usa

<13059151162>
[Arrow icon] 06/16/2017 11:54:23 AM   Ohhhh be careful with that stuff

(UTC-4) AA <15617776191> [WhatsApp icon]
[Image:] Don't lose FAITH  Resist [Illegible]
To: Gorrin Usa <13059151162>

[Arrow icon] 06/16/2017 11:54:24 AM   Hahaaha

(UTC-4) AA <15617776191> [WhatsApp icon]
[Image:] Don't lose FAITH  Resist [Illegible]
To: Gorrin Usa <13059151162>

[Arrow icon] 06/16/2017 11:54:33 AM   Did the guy treat you well?

(UTC-4) AA <15617776191> [WhatsApp icon]
[Image:] Don't lose FAITH  Resist [Illegible]
To: Gorrin Usa <13059151162>

[Arrow icon] 06/16/2017 11:54:39 AM (UTC-4)   ?

[WhatsApp icon] Gorrin Usa <13059151162>
To: AA <15617776191>
**It can't get around because they just confirmed to me that trump is going to receive me on the 28th**

06/16/2017 [Arrow icon] 11:54:43 AM (UTC-4)

35

359169074078759, Andrade Alejandro Phone
[Arrow icon] 621                                   AA, Gorrín Usa

[WhatsApp icon] Gorrin Usa <13059151162>
To: AA <15617776191>
Super

Oxygen Forensic® Viewer - 15.0.0.126
647 [Arrow icon]

06/16/2017 [Arrow icon]
11:54:46 AM

[WhatsApp icon] Gorrin Usa <13059151162>
To: AA <15617776191>
We're already with the work team

06/16/2017 [Arrow icon]
11:54:56 AM

[WhatsApp icon] Gorrin Usa <13059151162>
To: AA <15617776191>
To start up the transition

06/16/2017 [Arrow icon]
11:55:04 AM

AA <15617776191> [WhatsApp icon]
[Image:] Don't lose FAITH  Resist [Illegible]
To: Gorrin Usa <13059151162>

[Arrow icon] 06/16/2017   Damn he's really going to receive you?
11:55:04 AM
(UTC-4)

AA <15617776191> [WhatsApp icon]
[Image:] Don't lose FAITH  Resist [Illegible]
To: Gorrin Usa <13059151162>

[Arrow icon] 06/16/2017   No way you're awesome
11:55:09 AM
(UTC-4)

AA <15617776191> [WhatsApp icon]
[Image:] Don't lose FAITH  Resist [Illegible]
To: Gorrin Usa <13059151162>

[Arrow icon] 06/16/2017   Yesssss?
11:55:14 AM
(UTC-4)

[WhatsApp icon] Gorrin Usa <13059151162>
To: AA <15617776191>
These guys are the ones that provide the music[?]

06/16/2017 [Arrow icon]
11:55:23 AM

[WhatsApp icon] Gorrin Usa <13059151162>
To: AA <15617776191>
Of course confirmed

06/16/2017 [Arrow icon]
11:55:27 AM

359169074078759, Andrade Alejandro Phone
[Arrow icon] 621                    AA, Gorrín Usa

36
Oxygen Forensic® Viewer - 15.0.0.126
647 [Arrow icon]

**GU** [WhatsApp icon] Gorrin Usa <13059151162>
To: AA <15617776191>
They called me just now

06/16/2017 [Arrow icon]
11:55:33 AM
(UTC-4)

AA<15617776191>[WhatsApp icon]
[Image:]Don't lose FAITH  Resist [Illegible]
To: Gorrin Usa <13059151162>

[Arrow icon] 06/16/2017  I know old lady that's why I'm here damn
11:55:39 AM
(UTC-4)

AA<15617776191>[WhatsApp icon]
[Image:]Don't lose FAITH  Resist [Illegible]
To: Gorrin Usa <13059151162>

[Arrow icon] 06/16/2017  And I'm not leaving here
11:55:47 AM
(UTC-4)

AA<15617776191>[WhatsApp icon]
[Image:]Don't lose FAITH  Resist [Illegible]
To: Gorrin Usa <13059151162>

[Arrow icon] 06/16/2017  Unless I get expulsed
11:55:54 AM
(UTC-4)

**GU** To: AA <15617776191>
Ha ha ha it'll be by vomit

06/16/2017 [Arrow icon]
11:55:58 AM
(UTC-4)

AA<15617776191>[WhatsApp icon]
[Image:]Don't lose FAITH  Resist [Illegible]
To: Gorrin Usa <13059151162>

[Arrow icon] 06/16/2017  Hahhahaahh
11:56:02 AM
(UTC-4)

**GU** To: AA <15617776191>
I moved the guy to such a degree that he told me he would talk to the 1 so that he would receive me

06/16/2017 [Arrow icon]
11:56:37 AM
(UTC-4)

**GU** To: AA <15617776191>
They just confirmed to me now

06/16/2017 [Arrow icon]
11:56:48 AM
(UTC-4)

37

359169074078759, Andrade Alejandro Phone
[Arrow icon] 621                                    AA, Gorrín Usa
[WhatsApp icon] Gorrin Usa <13059151162>
To: AA <15617776191>
He's going to receive me on the 28th

Oxygen Forensic® Viewer - 15.0.0.126
647 [Arrow icon]

06/16/2017 [Arrow icon]
11:56:53
AM
(UTC-4)
AA<15617776191>[WhatsApp icon]
[Image:] Don't lose FAITH  Resist [Illegible]
To: Gorrin Usa <13059151162>

[Arrow icon] 06/16/2017   Damn that's awesome
11:56:59
AM
(UTC-4)

AA <15617776191>[WhatsApp icon]
[Image:] Don't lose FAITH  Resist [Illegible]
To: Gorrin Usa <13059151162>

[Arrow icon] 06/16/2017   I congratulate you
11:57:03
PM
(UTC-4)
[WhatsApp icon] Gorrin Usa <13059151162>
To: AA <15617776191>
You know I'm not easy

06/16/2017 [Arrow icon]
11:57:16
AM
(UTC-4)
AA<15617776191>[WhatsApp icon]
[Image:] Don't lose FAITH  Resist [Illegible]
To: Gorrin Usa <13059151162>

[Arrow icon] 06/16/2017   Amen
11:57:20
AM
(UTC-4)

AA<15617776191>[WhatsApp icon]
[Image:] Don't lose FAITH  Resist [Illegible]
To: Gorrin Usa <13059151162>

[Arrow icon] 06/16/2017   And with the grace of God
11:57:27
AM
(UTC-4)

AA<15617776191>[WhatsApp icon]
[Image:] Don't lose FAITH  Resist [Illegible]
To: Gorrin Usa <13059151162>

[Arrow icon] 06/16/2017   [?]
11:57:32
AM
(UTC-4)
[WhatsApp icon] Gorrin Usa <13059151162>
To: AA <15617776191>
AMEN AMEN

06/16/2017 [Arrow icon]
11:58:35
AM
(UTC-4)

359169074078759, Andrade Alejandro Phone
[Arrow icon] 621                          AA, Gorrín Usa

38
Oxygen Forensic® Viewer - 15.0.0.126
647 [Arrow icon]

AA <15617776191>[WhatsApp icon]
[Image:]Don't lose FAITH  Resist [Illegible]
To: Gorrin Usa <13059151162>

[Arrow icon] 06/16/2017  You did good with that appointment old lady
11:59:49
AM
(UTC-4)

AA <15617776191>[WhatsApp icon]
[Image:]Don't lose FAITH  Resist [Illegible]
To: Gorrin Usa <13059151162>

[Arrow icon] 06/16/2017  How awesome
11:59:57
AM
(UTC-4)

[WhatsApp icon] Gorrin Usa <13059151162>
To: AA <15617776191>
Of course…!

06/16/2017[Arrow icon]
12:00:37
PM
(UTC-4)
AA <15617776191>[WhatsApp icon]
[Image:]Don't lose FAITH  Resist [Illegible]
To: Gorrin Usa <13059151162>

[Arrow icon] 06/16/2017  I congratulate you
12:00:48
PM
(UTC-4)

AA <15617776191>[WhatsApp icon]
[Image:]Don't lose FAITH  Resist [Illegible]
To: Gorrin Usa <13059151162>

[Arrow icon] 06/16/2017  Thank God
12:00:51
PM
(UTC-4)

AA <15617776191>[WhatsApp icon]
[Image:]Don't lose FAITH  Resist [Illegible]
To: Gorrin Usa <13059151162>

[Arrow icon] 06/16/2017  These guys are the ones that really know what they're doing old lady
12:01:06
PM
(UTC-4)

AA <15617776191>[WhatsApp icon]
[Image:]Don't lose FAITH  Resist [Illegible]
To: Gorrin Usa <13059151162>

[Arrow icon] 06/16/2017  Whoever wants to get pissed off can get pissed off
12:01:20
PM
(UTC-4)

AA <15617776191>[WhatsApp icon]
[Image:]Don't lose FAITH  Resist [Illegible]
To: Gorrin Usa <13059151162>

[Arrow icon] 06/16/2017  And they exercise their power damn anybody would do it
12:01:31
PM
(UTC-4)

| | | |
|---|---|---|
| 359169074078759, Andrade Alejandro Phone | | 39<br>Oxygen Forensic® Viewer - 15.0.0.126 |
| [Arrow icon] 621 | AA, Gorrín Usa | 647 [Arrow icon] |

AA <15617776191>[WhatsApp icon]
[Image:]Don't lose FAITH  Resist [Illegible]
To: Gorrin Usa <13059151162>

[Arrow icon] 06/16/2017  The rest doesn't matter
12:01:44
PM
(UTC-4)

[WhatsApp icon] Gorrin Usa <13059151162>
To: AA <15617776191>
GU  That's right...!

06/16/2017[Arrow icon]
12:10:39
PM
(UTC-4)
AA <15617776191>[WhatsApp icon]
[Image:]Don't lose FAITH  Resist [Illegible]
To: Gorrin Usa <13059151162>

[Arrow icon] 06/16/2017  Thank God we've had that vison since many years ago
12:11:05
PM
(UTC-4)

AA <15617776191>[WhatsApp icon]
[Image:]Don't lose FAITH  Resist [Illegible]
To: Gorrin Usa <13059151162>

[Arrow icon] 06/16/2017  But you just hit a line to the center
12:11:38
PM
(UTC-4)

[WhatsApp icon] Gorrin Usa <13059151162>
To: AA <15617776191>
GU  With three on bases

06/16/2017[Arrow icon]
12:11:54
PM
(UTC-4)
AA <15617776191>[WhatsApp icon]
[Image:]Don't lose FAITH  Resist [Illegible]
To: Gorrin Usa <13059151162>

[Arrow icon] 06/16/2017  Yes old lady
12:12:01
PM
(UTC-4)

AA <15617776191>[WhatsApp icon]
[Image:]Don't lose FAITH  Resist [Illegible]
To: Gorrin Usa <13059151162>

[Arrow icon] 06/16/2017  They're really going to be pissed at you now  old lady
12:12:10
PM
(UTC-4)

AA <15617776191>[WhatsApp icon]
[Image:]Don't lose FAITH  Resist [Illegible]
To: Gorrin Usa <13059151162>

[Arrow icon] 06/16/2017  [?][?][?][?][?][?]
12:12:18
PM
(UTC-4)

359169074078759, Andrade Alejandro Phone  
[Arrow icon] 621                                    AA, Gorrín Usa

40  
Oxygen Forensic® Viewer - 15.0.0.126  
647 [Arrow icon]

AA <15617776191>[WhatsApp icon]  
[Image:]Don't lose FAITH  Resist [Illegible]  
To: Gorrin Usa <13059151162>

[Arrow icon] 06/16/2017  Old lady the gentleman's treatment  
12:14:26 PM (UTC-4)

AA <15617776191>[WhatsApp icon]  
[Image:]Don't lose FAITH  Resist [Illegible]  
To: Gorrin Usa <13059151162>

[Arrow icon] 06/16/2017  Was it good?  
12:14:30 PM (UTC-4)

AA <15617776191>[WhatsApp icon]  
[Image:]Don't lose FAITH  Resist [Illegible]  
To: Gorrin Usa <13059151162>

[Arrow icon] 06/16/2017  I like that damn I'm happy  
12:14:43 PM (UTC-4)

[WhatsApp icon] Gorrin Usa <13059151162>  
To: AA <15617776191>  
Yes very good

06/16/2017[Arrow icon]  
12:47:57 PM (UTC-4)

[WhatsApp icon] Gorrin Usa <13059151162>  
To: AA <15617776191>  
Ha ha ha

06/16/2017[Arrow icon]  
12:15:03 PM (UTC-4)

AA <15617776191>[WhatsApp icon]  
[Image:]Don't lose FAITH  Resist [Illegible]  
To: Gorrin Usa <13059151162>

[Arrow icon] 06/16/2017  By fucking luck  you just got a level five vest on you  
12:15:21 PM (UTC-4)

[WhatsApp icon] Gorrin Usa <13059151162>  
To: AA <15617776191>  
When that goes public a lot of people are going to have a bug up their asses

06/16/2017[Arrow icon]  
12:15:32 PM (UTC-4)

AA <15617776191>[WhatsApp icon]  
[Image:]Don't lose FAITH  Resist [Illegible]  
To: Gorrin Usa <13059151162>

[Arrow icon] 06/16/2017  Everybody is old lady  
12:15:47 PM (UTC-4)

41

359169074078759, Andrade Alejandro Phone  
[Arrow icon] 621                                  AA, Gorrín Usa

Oxygen Forensic® Viewer - 15.0.0.126  
647 [Arrow icon]

AA <15617776191>[WhatsApp icon]  
[Image:]Don't lose FAITH  Resist [Illegible]  
To: Gorrin Usa <13059151162>

[Arrow icon] 06/16/2017  And just imagine when the other one receives you  
12:15:58 PM (UTC-4)

AA <15617776191>[WhatsApp icon]  
[Image:]Don't lose FAITH  Resist [Illegible]  
To: Gorrin Usa <13059151162>

[Arrow icon] 06/16/2017  The arab is going to vomit from how pissed he'll be  
12:16:09 PM (UTC-4)

[WhatsApp icon] Gorrin Usa <13059151162>  
To: AA <15617776191>  
Man

06/16/2017[Arrow icon]  
12:16:20 PM (UTC-4)

AA <15617776191>[WhatsApp icon]  
[Image:]Don't lose FAITH  Resist [Illegible]  
To: Gorrin Usa <13059151162>

[Arrow icon] 06/16/2017  Thank God old lady  
12:16:34 PM (UTC-4)

AA <15617776191>[WhatsApp icon]  
[Image:]Don't lose FAITH  Resist [Illegible]  
To: Gorrin Usa <13059151162>

[Arrow icon] 06/16/2017  [?]  
12:16:36 PM (UTC-4)

AA <15617776191>[WhatsApp icon]  
[Image:]Don't lose FAITH  Resist [Illegible]  
To: Gorrin Usa <13059151162>

[Arrow icon] 06/16/2017  That gives strength  
12:16:42 PM (UTC-4)

[WhatsApp icon] Gorrin Usa <13059151162>  
To: AA <15617776191>  
AMEN AMEN

06/16/2017[Arrow icon]  
12:16:45 PM (UTC-4)

[WhatsApp icon] Gorrin Usa <13059151162>  
To: AA <15617776191>  
OF COURSE!

06/16/2017[Arrow icon]  
12:16:50 PM (UTC-4)

42

| 359169074078759, Andrade Alejandro Phone | | Oxygen Forensic® Viewer - 15.0.0.126 |
|---|---|---|
| [Arrow icon] 621 | AA, Gorrín Usa | 647 [Arrow icon] |

AA <15617776191>[WhatsApp icon]
[Image:]Don't lose FAITH  Resist [Illegible]
To: Gorrin Usa <13059151162>

★
[Arrow icon] 06/16/2017  Now that's another level
         12:17:08
         PM
         (UTC-4)

[WhatsApp icon] Gorrin Usa <13059151162>
To: AA <15617776191>
**GU** Totally

★
06/16/2017[Arrow icon]
12:17:22
PM
(UTC-4)
AA <15617776191>[WhatsApp icon]
[Image:]Don't lose FAITH  Resist [Illegible]
To: Gorrin Usa <13059151162>

★
[Arrow icon] 06/16/2017  And that's what we need to look for
         12:17:38
         PM
         (UTC-4)

AA <15617776191>[WhatsApp icon]
[Image:]Don't lose FAITH  Resist [Illegible]
To: Gorrin Usa <13059151162>

★
[Arrow icon] 06/16/2017  The rest doesn't matter
         12:17:47
         PM
         (UTC-4)

AA <15617776191>[WhatsApp icon]
[Image:]Don't lose FAITH  Resist [Illegible]
To: Gorrin Usa <13059151162>

★
[Arrow icon] 06/16/2017  Old lady was it in washington?
         01:36:57
         PM
         (UTC-4)

_____6/23/2017_____

AA <15617776191>[WhatsApp icon]
[Image:]Don't lose FAITH  Resist [Illegible]
To: Gorrin Usa <13059151162>

★
[Arrow icon] 06/23/2017  Old lady we have to look far  and not be afraid of change of  what's different what's
         12:24:40    [unintelligible]
         PM
         (UTC-4)

AA <15617776191>[WhatsApp icon]
[Image:]Don't lose FAITH  Resist [Illegible]
To: Gorrin Usa <13059151162>

★
[Arrow icon] 06/23/2017  Good
         12:24:43
         PM
         (UTC-4)

[WhatsApp icon] Gorrin Usa <13059151162>
To: AA <15617776191>
**GU** Of course…!

★
06/23/2017[Arrow icon]
12:25:02
PM
(UTC-4)

43