| Fecha | DolarToday |
|---|---|
| 6-23-2010 | 9.92 |
| 6-25-2010 | 8.05 |
| 6-26-2010 | 8.05 |
| 6-27-2010 | 7.91 |
| 6-28-2010 | 7.91 |
| 6-29-2010 | 7.92 |
| 6-30-2010 | 7.97 |
| 7-1-2010 | 7.97 |
| 7-2-2010 | 7.98 |
| 7-4-2010 | 7.85 |
| 7-6-2010 | 7.84 |
| 7-7-2010 | 8.27 |
| 7-8-2010 | 8.22 |
| 7-9-2010 | 8.17 |
| 7-11-2010 | 8.17 |
| 7-12-2010 | 8.16 |
| 7-13-2010 | 8.13 |
| 7-14-2010 | 8.15 |
| 7-15-2010 | 8.14 |
| 7-16-2010 | 8.17 |
| 7-17-2010 | 8.17 |
| 7-18-2010 | 8.17 |
| 7-19-2010 | 8.14 |
| 7-20-2010 | 8.14 |
| 7-21-2010 | 8.12 |
| 7-22-2010 | 8.21 |
| 7-23-2010 | 8.23 |
| 7-24-2010 | 8.22 |
| 7-25-2010 | 8.49 |
| 7-26-2010 | 8.45 |
| 7-27-2010 | 8.42 |
| 7-28-2010 | 8.39 |
| 7-29-2010 | 8.37 |
| 7-30-2010 | 8.38 |
| 7-31-2010 | 8.38 |
| 8-1-2010 | 8.38 |
| 8-2-2010 | 8.33 |
| 8-3-2010 | 8.34 |
| 8-4-2010 | 8.34 |
| 8-5-2010 | 8.27 |
| 8-6-2010 | 8.27 |
| 8-7-2010 | 8.27 |
| 8-8-2010 | 8.27 |



# DolarTod

## DolarToday

Cotizaciones corresponden al CIERRE de

Visite DolarToday para la cotizacion en las ultimas 4

DEFENDANT'S
EXHIBIT

# 93

| | |
|---|---|
| 8-9-2010 | 8.27 |
| 8-10-2010 | 8.23 |
| 8-11-2010 | 8.21 |
| 8-12-2010 | 8.24 |
| 8-13-2010 | 8.34 |
| 8-14-2010 | 8.34 |
| 8-15-2010 | 8.26 |
| 8-16-2010 | 8.26 |
| 8-17-2010 | 8.23 |
| 8-18-2010 | 8.21 |
| 8-19-2010 | 7.9 |
| 8-20-2010 | 7.9 |
| 8-22-2010 | 7.91 |
| 8-23-2010 | 7.86 |
| 8-24-2010 | 8.27 |
| 8-25-2010 | 8.27 |
| 8-26-2010 | 8.27 |
| 8-29-2010 | 8.27 |
| 8-31-2010 | 8.31 |
| 9-2-2010 | 8.23 |
| 9-3-2010 | 8.23 |
| 9-5-2010 | 8.22 |
| 9-6-2010 | 8.22 |
| 9-7-2010 | 8.22 |
| 9-8-2010 | 8.2 |
| 9-9-2010 | 8.19 |
| 9-10-2010 | 8.19 |
| 9-12-2010 | 8.19 |
| 9-13-2010 | 8.15 |
| 9-14-2010 | 8.13 |
| 9-15-2010 | 8.21 |
| 9-16-2010 | 8.23 |
| 9-19-2010 | 8.21 |
| 9-20-2010 | 8.18 |
| 9-21-2010 | 8.17 |
| 9-22-2010 | 8.2 |
| 9-23-2010 | 8.2 |
| 9-26-2010 | 8.22 |
| 9-27-2010 | 8.19 |
| 9-28-2010 | 8.2 |
| 9-29-2010 | 8.18 |
| 9-30-2010 | 8.18 |
| 10-1-2010 | 8.18 |
| 10-3-2010 | 8.17 |
| 10-4-2010 | 8.19 |
| 10-5-2010 | 8.19 |
| 10-6-2010 | 8.16 |

| | |
|---|---|
| 10-7-2010 | 8.16 |
| 10-10-2010 | 8.12 |
| 10-11-2010 | 8.12 |
| 10-12-2010 | 8.12 |
| 10-13-2010 | 8.15 |
| 10-17-2010 | 7.87 |
| 10-18-2010 | 7.53 |
| 10-19-2010 | 7.57 |
| 10-20-2010 | 7.55 |
| 10-21-2010 | 7.56 |
| 10-24-2010 | 7.92 |
| 10-25-2010 | 7.96 |
| 10-26-2010 | 7.99 |
| 10-27-2010 | 8.02 |
| 10-28-2010 | 7.99 |
| 10-31-2010 | 7.99 |
| 11-1-2010 | 7.99 |
| 11-3-2010 | 7.89 |
| 11-4-2010 | 7.81 |
| 11-7-2010 | 7.84 |
| 11-8-2010 | 7.82 |
| 11-9-2010 | 7.88 |
| 11-11-2010 | 7.81 |
| 11-14-2010 | 8.04 |
| 11-15-2010 | 8.05 |
| 11-16-2010 | 8.05 |
| 11-17-2010 | 8.04 |
| 11-18-2010 | 8.07 |
| 11-21-2010 | 8.18 |
| 11-22-2010 | 8.49 |
| 11-23-2010 | 8.5 |
| 11-24-2010 | 8.43 |
| 11-25-2010 | 8.48 |
| 11-28-2010 | 8.56 |
| 11-29-2010 | 8.52 |
| 11-30-2010 | 8.63 |
| 12-1-2010 | 8.59 |
| 12-2-2010 | 8.56 |
| 12-5-2010 | 8.46 |
| 12-6-2010 | 8.4 |
| 12-7-2010 | 8.41 |
| 12-8-2010 | 8.37 |
| 12-9-2010 | 8.48 |
| 12-12-2010 | 8.36 |
| 12-13-2010 | 8.46 |
| 12-14-2010 | 8.49 |
| 12-15-2010 | 8.45 |

| Date | Value |
|---|---|
| 12-16-2010 | 8.48 |
| 12-19-2010 | 8.53 |
| 12-20-2010 | 8.75 |
| 12-21-2010 | 8.78 |
| 12-22-2010 | 8.81 |
| 12-23-2010 | 8.72 |
| 12-26-2010 | 8.84 |
| 12-27-2010 | 8.93 |
| 12-28-2010 | 8.93 |
| 12-29-2010 | 8.93 |
| 12-30-2010 | 9.35 |
| 1-2-2011 | 9.09 |
| 1-3-2011 | 9.08 |
| 1-4-2011 | 8.92 |
| 1-5-2011 | 9.01 |
| 1-6-2011 | 8.99 |
| 1-9-2011 | 8.79 |
| 1-10-2011 | 8.67 |
| 1-11-2011 | 8.76 |
| 1-12-2011 | 8.74 |
| 1-13-2011 | 8.65 |
| 1-16-2011 | 8.66 |
| 1-17-2011 | 8.65 |
| 1-18-2011 | 8.64 |
| 1-19-2011 | 8.53 |
| 1-20-2011 | 8.55 |
| 1-23-2011 | 8.51 |
| 1-24-2011 | 8.54 |
| 1-25-2011 | 8.59 |
| 1-26-2011 | 8.64 |
| 1-27-2011 | 8.59 |
| 1-28-2011 | 8.63 |
| 1-30-2011 | 8.65 |
| 1-31-2011 | 8.64 |
| 2-1-2011 | 8.62 |
| 2-2-2011 | 8.63 |
| 2-3-2011 | 8.63 |
| 2-6-2011 | 8.65 |
| 2-9-2011 | 8.86 |
| 2-10-2011 | 8.86 |
| 2-13-2011 | 8.79 |
| 2-14-2011 | 8.81 |
| 2-15-2011 | 8.88 |
| 2-16-2011 | 8.88 |
| 2-17-2011 | 8.76 |
| 2-20-2011 | 8.73 |
| 2-21-2011 | 8.74 |

| Date | Value |
|---|---|
| 2-22-2011 | 8.8 |
| 2-23-2011 | 8.82 |
| 2-24-2011 | 8.79 |
| 2-27-2011 | 8.82 |
| 2-28-2011 | 8.85 |
| 3-1-2011 | 8.89 |
| 3-2-2011 | 8.88 |
| 3-3-2011 | 8.79 |
| 3-6-2011 | 8.77 |
| 3-7-2011 | 8.78 |
| 3-8-2011 | 8.73 |
| 3-9-2011 | 8.69 |
| 3-10-2011 | 8.67 |
| 3-12-2011 | 8.65 |
| 3-13-2011 | 8.66 |
| 3-14-2011 | 8.7 |
| 3-15-2011 | 8.7 |
| 3-16-2011 | 8.75 |
| 3-17-2011 | 8.9 |
| 3-18-2011 | 8.67 |
| 3-19-2011 | 8.7 |
| 3-20-2011 | 8.68 |
| 3-21-2011 | 8.6 |
| 3-22-2011 | 8.6 |
| 3-23-2011 | 8.58 |
| 3-24-2011 | 8.4 |
| 3-25-2011 | 8.4 |
| 3-26-2011 | 8.4 |
| 3-28-2011 | 8.43 |
| 3-29-2011 | 8.46 |
| 3-30-2011 | 8.41 |
| 3-31-2011 | 8.39 |
| 4-1-2011 | 8.31 |
| 4-2-2011 | 8.31 |
| 4-3-2011 | 8.4 |
| 4-4-2011 | 8.28 |
| 4-5-2011 | 8.26 |
| 4-6-2011 | 8.26 |
| 4-7-2011 | 8.21 |
| 4-8-2011 | 8.24 |
| 4-10-2011 | 8.2 |
| 4-11-2011 | 8.2 |
| 4-12-2011 | 8.23 |
| 4-13-2011 | 8.27 |
| 4-14-2011 | 8.2 |
| 4-15-2011 | 8.2 |
| 4-16-2011 | 8.2 |

| | |
|---|---|
| 4-17-2011 | 8.13 |
| 4-18-2011 | 8.17 |
| 4-19-2011 | 8.13 |
| 4-20-2011 | 8.11 |
| 4-21-2011 | 8.1 |
| 4-22-2011 | 8.07 |
| 4-24-2011 | 8.02 |
| 4-25-2011 | 8.06 |
| 4-26-2011 | 8.07 |
| 4-27-2011 | 8.02 |
| 4-28-2011 | 7.99 |
| 4-29-2011 | 8.03 |
| 5-1-2011 | 8.02 |
| 5-2-2011 | 8.41 |
| 5-3-2011 | 8.37 |
| 5-4-2011 | 8.37 |
| 5-5-2011 | 8.37 |
| 5-6-2011 | 8.46 |
| 5-7-2011 | 8.46 |
| 5-8-2011 | 8.51 |
| 5-9-2011 | 8.55 |
| 5-10-2011 | 8.51 |
| 5-11-2011 | 8.81 |
| 5-12-2011 | 8.48 |
| 5-13-2011 | 8.5 |
| 5-14-2011 | 8.49 |
| 5-15-2011 | 8.49 |
| 5-16-2011 | 8.53 |
| 5-17-2011 | 8.54 |
| 5-18-2011 | 8.59 |
| 5-19-2011 | 8.54 |
| 5-20-2011 | 8.52 |
| 5-21-2011 | 8.52 |
| 5-23-2011 | 8.86 |
| 5-24-2011 | 8.56 |
| 5-25-2011 | 8.56 |
| 5-26-2011 | 8.54 |
| 5-27-2011 | 8.53 |
| 5-28-2011 | 8.53 |
| 5-29-2011 | 8.51 |
| 5-30-2011 | 8.45 |
| 6-1-2011 | 8.43 |
| 6-2-2011 | 8.33 |
| 6-3-2011 | 8.34 |
| 6-4-2011 | 8.34 |
| 6-5-2011 | 8.33 |
| 6-6-2011 | 8.33 |

| | |
|---|---|
| 6-7-2011 | 8.25 |
| 6-8-2011 | 8.34 |
| 6-9-2011 | 8.28 |
| 6-10-2011 | 8.3 |
| 6-11-2011 | 8.3 |
| 6-12-2011 | 8.3 |
| 6-13-2011 | 8.31 |
| 6-14-2011 | 8.31 |
| 6-15-2011 | 8.27 |
| 6-16-2011 | 8.38 |
| 6-17-2011 | 8.35 |
| 6-18-2011 | 8.35 |
| 6-19-2011 | 8.37 |
| 6-20-2011 | 8.35 |
| 6-21-2011 | 8.16 |
| 6-22-2011 | 8.32 |
| 6-23-2011 | 8.32 |
| 6-24-2011 | 8.36 |
| 6-25-2011 | 8.36 |
| 6-26-2011 | 8.36 |
| 6-27-2011 | 8.33 |
| 6-28-2011 | 8.34 |
| 6-29-2011 | 8.31 |
| 6-30-2011 | 8.24 |
| 7-1-2011 | 8.2 |
| 7-2-2011 | 8.2 |
| 7-3-2011 | 8.2 |
| 7-4-2011 | 8.19 |
| 7-5-2011 | 8.19 |
| 7-6-2011 | 8.21 |
| 7-7-2011 | 8.18 |
| 7-8-2011 | 8.18 |
| 7-9-2011 | 8.18 |
| 7-10-2011 | 8.19 |
| 7-11-2011 | 8.25 |
| 7-12-2011 | 8.24 |
| 7-13-2011 | 8.24 |
| 7-14-2011 | 8.27 |
| 7-15-2011 | 8.27 |
| 7-16-2011 | 8.27 |
| 7-17-2011 | 8.25 |
| 7-18-2011 | 8.29 |
| 7-19-2011 | 8.28 |
| 7-20-2011 | 8.3 |
| 7-21-2011 | 8.34 |
| 7-22-2011 | 8.34 |
| 7-23-2011 | 8.34 |

| | |
|---|---|
| 7-24-2011 | 8.36 |
| 7-25-2011 | 8.41 |
| 7-26-2011 | 8.38 |
| 7-27-2011 | 8.37 |
| 7-28-2011 | 8.34 |
| 7-29-2011 | 8.37 |
| 7-30-2011 | 8.34 |
| 7-31-2011 | 8.27 |
| 8-1-2011 | 8.38 |
| 8-2-2011 | 8.31 |
| 8-3-2011 | 8.37 |
| 8-4-2011 | 8.5 |
| 8-5-2011 | 8.5 |
| 8-6-2011 | 8.5 |
| 8-7-2011 | 8.43 |
| 8-8-2011 | 8.53 |
| 8-9-2011 | 8.63 |
| 8-10-2011 | 8.71 |
| 8-11-2011 | 8.68 |
| 8-12-2011 | 8.66 |
| 8-13-2011 | 8.66 |
| 8-14-2011 | 8.68 |
| 8-15-2011 | 8.68 |
| 8-16-2011 | 8.82 |
| 8-17-2011 | 8.79 |
| 8-18-2011 | 8.81 |
| 8-19-2011 | 8.81 |
| 8-20-2011 | 8.81 |
| 8-21-2011 | 8.7 |
| 8-22-2011 | 8.76 |
| 8-23-2011 | 8.59 |
| 8-24-2011 | 8.66 |
| 8-25-2011 | 8.63 |
| 8-26-2011 | 8.67 |
| 8-27-2011 | 8.67 |
| 8-28-2011 | 8.61 |
| 8-29-2011 | 8.63 |
| 8-31-2011 | 8.63 |
| 9-1-2011 | 8.59 |
| 9-2-2011 | 8.6 |
| 9-3-2011 | 8.6 |
| 9-4-2011 | 8.59 |
| 9-5-2011 | 8.57 |
| 9-6-2011 | 8.65 |
| 9-7-2011 | 8.61 |
| 9-8-2011 | 8.6 |
| 9-9-2011 | 8.64 |

| | |
|---|---|
| 9-10-2011 | 8.64 |
| 9-11-2011 | 8.63 |
| 9-12-2011 | 8.68 |
| 9-13-2011 | 8.76 |
| 9-14-2011 | 8.82 |
| 9-15-2011 | 8.82 |
| 9-16-2011 | 8.76 |
| 9-17-2011 | 8.76 |
| 9-18-2011 | 8.75 |
| 9-19-2011 | 8.75 |
| 9-20-2011 | 8.89 |
| 9-21-2011 | 9.08 |
| 9-23-2011 | 8.96 |
| 9-24-2011 | 8.96 |
| 9-25-2011 | 8.96 |
| 9-26-2011 | 8.94 |
| 9-27-2011 | 8.86 |
| 9-28-2011 | 8.93 |
| 9-29-2011 | 8.96 |
| 9-30-2011 | 8.92 |
| 10-1-2011 | 8.92 |
| 10-2-2011 | 8.92 |
| 10-3-2011 | 9.03 |
| 10-4-2011 | 8.94 |
| 10-5-2011 | 9.09 |
| 10-6-2011 | 9.06 |
| 10-7-2011 | 8.95 |
| 10-8-2011 | 8.95 |
| 10-9-2011 | 9.01 |
| 10-10-2011 | 9.03 |
| 10-11-2011 | 9.01 |
| 10-12-2011 | 9.03 |
| 10-13-2011 | 8.66 |
| 10-14-2011 | 8.65 |
| 10-15-2011 | 8.65 |
| 10-16-2011 | 8.61 |
| 10-17-2011 | 8.76 |
| 10-18-2011 | 8.72 |
| 10-19-2011 | 8.75 |
| 10-20-2011 | 8.71 |
| 10-21-2011 | 8.71 |
| 10-22-2011 | 8.71 |
| 10-23-2011 | 8.73 |
| 10-24-2011 | 8.64 |
| 10-25-2011 | 8.62 |
| 10-26-2011 | 8.58 |
| 10-27-2011 | 8.58 |

| | |
|---|---|
| 10-28-2011 | 8.58 |
| 10-29-2011 | 8.58 |
| 10-30-2011 | 8.61 |
| 10-31-2011 | 8.61 |
| 11-1-2011 | 8.71 |
| 11-2-2011 | 8.71 |
| 11-3-2011 | 8.76 |
| 11-5-2011 | 8.76 |
| 11-6-2011 | 8.86 |
| 11-7-2011 | 8.85 |
| 11-8-2011 | 8.88 |
| 11-9-2011 | 8.88 |
| 11-10-2011 | 8.91 |
| 11-11-2011 | 8.88 |
| 11-12-2011 | 8.9 |
| 11-13-2011 | 8.9 |
| 11-14-2011 | 8.91 |
| 11-15-2011 | 8.87 |
| 11-16-2011 | 8.95 |
| 11-17-2011 | 9 |
| 11-18-2011 | 9 |
| 11-19-2011 | 9 |
| 11-20-2011 | 9.04 |
| 11-21-2011 | 9.06 |
| 11-22-2011 | 9.09 |
| 11-23-2011 | 9.15 |
| 11-25-2011 | 9.28 |
| 11-26-2011 | 9.28 |
| 11-27-2011 | 9.24 |
| 11-28-2011 | 9.27 |
| 11-29-2011 | 9.28 |
| 11-30-2011 | 9.28 |
| 12-1-2011 | 9.28 |
| 12-3-2011 | 9.24 |
| 12-4-2011 | 9.22 |
| 12-5-2011 | 9.17 |
| 12-6-2011 | 9.12 |
| 12-7-2011 | 9.09 |
| 12-8-2011 | 9.09 |
| 12-9-2011 | 9.09 |
| 12-10-2011 | 9.09 |
| 12-11-2011 | 9.08 |
| 12-12-2011 | 9.04 |
| 12-13-2011 | 9.02 |
| 12-14-2011 | 9.06 |
| 12-15-2011 | 9.02 |
| 12-16-2011 | 9.06 |

| Date | Value |
|---|---|
| 12-17-2011 | 9.06 |
| 12-18-2011 | 9.06 |
| 12-19-2011 | 9.25 |
| 12-20-2011 | 9.27 |
| 12-21-2011 | 9.27 |
| 12-22-2011 | 9.41 |
| 12-23-2011 | 9.38 |
| 12-24-2011 | 9.38 |
| 12-25-2011 | 9.43 |
| 12-26-2011 | 9.42 |
| 12-27-2011 | 9.42 |
| 12-28-2011 | 9.5 |
| 12-29-2011 | 9.45 |
| 12-30-2011 | 9.45 |
| 12-31-2011 | 9.46 |
| 1-1-2012 | 9.46 |
| 1-2-2012 | 9.46 |
| 1-3-2012 | 9.29 |
| 1-4-2012 | 9.17 |
| 1-5-2012 | 9.21 |
| 1-6-2012 | 9.18 |
| 1-7-2012 | 9.18 |
| 1-8-2012 | 9.19 |
| 1-9-2012 | 9.15 |
| 1-10-2012 | 9.15 |
| 1-11-2012 | 9.11 |
| 1-12-2012 | 8.99 |
| 1-13-2012 | 8.98 |
| 1-14-2012 | 8.99 |
| 1-15-2012 | 8.98 |
| 1-16-2012 | 8.96 |
| 1-17-2012 | 8.97 |
| 1-18-2012 | 8.81 |
| 1-19-2012 | 8.82 |
| 1-20-2012 | 8.82 |
| 1-21-2012 | 8.82 |
| 1-22-2012 | 8.82 |
| 1-23-2012 | 8.67 |
| 1-24-2012 | 8.72 |
| 1-25-2012 | 8.71 |
| 1-26-2012 | 8.71 |
| 1-27-2012 | 8.69 |
| 1-28-2012 | 8.69 |
| 1-29-2012 | 8.68 |
| 1-30-2012 | 8.77 |
| 1-31-2012 | 8.77 |
| 2-1-2012 | 8.68 |

| Date | Value |
|---|---|
| 2-2-2012 | 8.68 |
| 2-3-2012 | 8.68 |
| 2-4-2012 | 8.68 |
| 2-5-2012 | 8.65 |
| 2-6-2012 | 8.65 |
| 2-7-2012 | 8.61 |
| 2-8-2012 | 8.59 |
| 2-9-2012 | 8.58 |
| 2-10-2012 | 8.63 |
| 2-11-2012 | 8.63 |
| 2-12-2012 | 8.63 |
| 2-13-2012 | 9.02 |
| 2-14-2012 | 9.02 |
| 2-15-2012 | 8.92 |
| 2-16-2012 | 8.81 |
| 2-17-2012 | 8.81 |
| 2-18-2012 | 8.81 |
| 2-19-2012 | 8.94 |
| 2-20-2012 | 8.97 |
| 2-21-2012 | 8.92 |
| 2-22-2012 | 9.01 |
| 2-23-2012 | 8.97 |
| 2-24-2012 | 8.97 |
| 2-26-2012 | 8.98 |
| 2-27-2012 | 8.96 |
| 2-28-2012 | 8.95 |
| 2-29-2012 | 8.91 |
| 3-1-2012 | 8.94 |
| 3-2-2012 | 8.94 |
| 3-3-2012 | 8.94 |
| 3-4-2012 | 8.96 |
| 3-5-2012 | 9.34 |
| 3-6-2012 | 9.36 |
| 3-7-2012 | 9.58 |
| 3-8-2012 | 9.58 |
| 3-10-2012 | 9.58 |
| 3-11-2012 | 9.58 |
| 3-12-2012 | 9.56 |
| 3-14-2012 | 9.47 |
| 3-15-2012 | 9.63 |
| 3-16-2012 | 9.63 |
| 3-17-2012 | 9.63 |
| 3-18-2012 | 9.51 |
| 3-19-2012 | 9.52 |
| 3-20-2012 | 9.35 |
| 3-21-2012 | 9.34 |
| 3-22-2012 | 9.34 |

| | |
|---|---|
| 3-23-2012 | 9.34 |
| 3-24-2012 | 9.34 |
| 3-25-2012 | 9.32 |
| 3-26-2012 | 9.31 |
| 3-27-2012 | 9.32 |
| 3-28-2012 | 9.38 |
| 3-29-2012 | 9.38 |
| 3-30-2012 | 9.38 |
| 3-31-2012 | 9.38 |
| 4-1-2012 | 9.38 |
| 4-2-2012 | 9.38 |
| 4-3-2012 | 9.36 |
| 4-4-2012 | 9.36 |
| 4-5-2012 | 9.4 |
| 4-6-2012 | 9.4 |
| 4-7-2012 | 9.4 |
| 4-8-2012 | 9.4 |
| 4-9-2012 | 9.39 |
| 4-10-2012 | 9.4 |
| 4-11-2012 | 9.4 |
| 4-12-2012 | 9.35 |
| 4-13-2012 | 9.35 |
| 4-14-2012 | 9.39 |
| 4-15-2012 | 9.35 |
| 4-16-2012 | 9.35 |
| 4-18-2012 | 9.37 |
| 4-19-2012 | 9.39 |
| 4-20-2012 | 9.36 |
| 4-21-2012 | 9.36 |
| 4-22-2012 | 9.31 |
| 4-23-2012 | 9.35 |
| 4-24-2012 | 9.31 |
| 4-25-2012 | 9.31 |
| 4-26-2012 | 9.27 |
| 4-29-2012 | 9.25 |
| 4-30-2012 | 9.28 |
| 5-1-2012 | 9.28 |
| 5-2-2012 | 9.24 |
| 5-3-2012 | 9.23 |
| 5-4-2012 | 9.23 |
| 5-5-2012 | 9.23 |
| 5-6-2012 | 9.2 |
| 5-7-2012 | 9.24 |
| 5-8-2012 | 9.3 |
| 5-9-2012 | 9.32 |
| 5-10-2012 | 9.29 |
| 5-11-2012 | 9.29 |

| | |
|---|---|
| 5-12-2012 | 9.29 |
| 5-13-2012 | 9.29 |
| 5-14-2012 | 9.32 |
| 5-15-2012 | 9.29 |
| 5-16-2012 | 9.43 |
| 5-17-2012 | 9.47 |
| 5-18-2012 | 9.47 |
| 5-19-2012 | 9.47 |
| 5-20-2012 | 9.53 |
| 5-21-2012 | 9.63 |
| 5-22-2012 | 9.61 |
| 5-23-2012 | 9.61 |
| 5-24-2012 | 9.69 |
| 5-25-2012 | 9.69 |
| 5-26-2012 | 9.69 |
| 5-27-2012 | 9.7 |
| 5-28-2012 | 9.7 |
| 5-29-2012 | 9.52 |
| 5-30-2012 | 9.61 |
| 5-31-2012 | 9.56 |
| 6-1-2012 | 9.64 |
| 6-2-2012 | 9.64 |
| 6-3-2012 | 9.62 |
| 6-4-2012 | 9.56 |
| 6-5-2012 | 9.43 |
| 6-6-2012 | 9.41 |
| 6-7-2012 | 9.39 |
| 6-8-2012 | 9.34 |
| 6-9-2012 | 9.34 |
| 6-10-2012 | 9.34 |
| 6-11-2012 | 9.34 |
| 6-12-2012 | 9.34 |
| 6-13-2012 | 9.39 |
| 6-14-2012 | 9.4 |
| 6-15-2012 | 9.39 |
| 6-16-2012 | 9.39 |
| 6-17-2012 | 9.39 |
| 6-18-2012 | 9.39 |
| 6-19-2012 | 9.33 |
| 6-20-2012 | 9.34 |
| 6-21-2012 | 9.34 |
| 6-22-2012 | 9.42 |
| 6-23-2012 | 9.42 |
| 6-24-2012 | 9.42 |
| 6-25-2012 | 9.45 |
| 6-26-2012 | 9.51 |
| 6-27-2012 | 9.45 |

| | |
|---|---|
| 6-28-2012 | 9.51 |
| 6-29-2012 | 9.37 |
| 6-30-2012 | 9.37 |
| 7-1-2012 | 9.37 |
| 7-2-2012 | 9.37 |
| 7-3-2012 | 9.36 |
| 7-5-2012 | 9.33 |
| 7-6-2012 | 9.33 |
| 7-7-2012 | 9.33 |
| 7-8-2012 | 9.4 |
| 7-9-2012 | 9.4 |
| 7-10-2012 | 9.4 |
| 7-11-2012 | 9.42 |
| 7-12-2012 | 9.4 |
| 7-13-2012 | 9.36 |
| 7-14-2012 | 9.36 |
| 7-15-2012 | 9.37 |
| 7-16-2012 | 9.36 |
| 7-17-2012 | 9.03 |
| 7-18-2012 | 9.35 |
| 7-19-2012 | 9.34 |
| 7-20-2012 | 9.34 |
| 7-21-2012 | 9.34 |
| 7-22-2012 | 9.35 |
| 7-23-2012 | 9.42 |
| 7-24-2012 | 9.45 |
| 7-29-2012 | 9.42 |
| 7-30-2012 | 9.43 |
| 7-31-2012 | 9.42 |
| 8-1-2012 | 9.4 |
| 8-2-2012 | 9.43 |
| 8-3-2012 | 9.43 |
| 8-4-2012 | 9.43 |
| 8-5-2012 | 9.43 |
| 8-6-2012 | 9.4 |
| 8-7-2012 | 9.4 |
| 8-8-2012 | 9.46 |
| 8-9-2012 | 9.45 |
| 8-10-2012 | 9.45 |
| 8-11-2012 | 9.45 |
| 8-12-2012 | 9.43 |
| 8-13-2012 | 9.48 |
| 8-14-2012 | 9.48 |
| 8-15-2012 | 9.66 |
| 8-16-2012 | 9.66 |
| 8-17-2012 | 9.63 |
| 8-18-2012 | 9.63 |

| | |
|---|---|
| 8-19-2012 | 9.68 |
| 8-20-2012 | 10.7 |
| 8-21-2012 | 10.7 |
| 8-22-2012 | 10.68 |
| 8-23-2012 | 10.64 |
| 8-24-2012 | 10.64 |
| 8-25-2012 | 10.64 |
| 8-26-2012 | 10.64 |
| 8-27-2012 | 10.68 |
| 8-28-2012 | 11.58 |
| 8-29-2012 | 11.58 |
| 8-30-2012 | 11.54 |
| 8-31-2012 | 11.54 |
| 9-1-2012 | 11.54 |
| 9-2-2012 | 11.58 |
| 9-3-2012 | 11.4 |
| 9-4-2012 | 11.4 |
| 9-5-2012 | 11.4 |
| 9-6-2012 | 11.29 |
| 9-7-2012 | 11.21 |
| 9-8-2012 | 11.21 |
| 9-9-2012 | 11.25 |
| 9-10-2012 | 11.25 |
| 9-11-2012 | 11.25 |
| 9-12-2012 | 11.26 |
| 9-13-2012 | 11.26 |
| 9-14-2012 | 11.62 |
| 9-15-2012 | 11.62 |
| 9-16-2012 | 11.62 |
| 9-17-2012 | 11.6 |
| 9-18-2012 | 12.77 |
| 9-19-2012 | 12.77 |
| 9-20-2012 | 12.55 |
| 9-21-2012 | 12.37 |
| 9-22-2012 | 12.37 |
| 9-23-2012 | 12.41 |
| 9-24-2012 | 12.41 |
| 9-26-2012 | 11.98 |
| 9-27-2012 | 12 |
| 9-28-2012 | 12 |
| 9-29-2012 | 12 |
| 9-30-2012 | 12.08 |
| 10-1-2012 | 12.08 |
| 10-3-2012 | 12.08 |
| 10-4-2012 | 12.1 |
| 10-5-2012 | 12.14 |
| 10-7-2012 | 12.14 |

| Date | Value |
|---|---|
| 10-8-2012 | 12.14 |
| 10-9-2012 | 12.14 |
| 10-10-2012 | 12.16 |
| 10-11-2012 | 12.16 |
| 10-12-2012 | 12.15 |
| 10-13-2012 | 12.15 |
| 10-14-2012 | 11.99 |
| 10-15-2012 | 11.99 |
| 10-16-2012 | 11.98 |
| 10-17-2012 | 12.85 |
| 10-18-2012 | 12.65 |
| 10-19-2012 | 12.65 |
| 10-20-2012 | 12.65 |
| 10-21-2012 | 12.67 |
| 10-22-2012 | 13.33 |
| 10-23-2012 | 13.43 |
| 10-24-2012 | 14.52 |
| 10-25-2012 | 14.56 |
| 10-26-2012 | 14.56 |
| 10-27-2012 | 14.56 |
| 10-28-2012 | 14.63 |
| 10-29-2012 | 14.08 |
| 10-30-2012 | 14.08 |
| 10-31-2012 | 14.07 |
| 11-1-2012 | 14.6 |
| 11-2-2012 | 14.6 |
| 11-3-2012 | 14.6 |
| 11-4-2012 | 14.04 |
| 11-5-2012 | 14.06 |
| 11-6-2012 | 13.97 |
| 11-7-2012 | 15.13 |
| 11-8-2012 | 15.13 |
| 11-9-2012 | 14.89 |
| 11-10-2012 | 14.89 |
| 11-11-2012 | 14.89 |
| 11-12-2012 | 14.93 |
| 11-13-2012 | 14.93 |
| 11-14-2012 | 14.91 |
| 11-15-2012 | 15.07 |
| 11-16-2012 | 15.07 |
| 11-17-2012 | 15.07 |
| 11-18-2012 | 15.07 |
| 11-19-2012 | 15.52 |
| 11-20-2012 | 15.53 |
| 11-21-2012 | 15.52 |
| 11-22-2012 | 17.47 |
| 11-23-2012 | 16.56 |

| | |
|---|---|
| 11-24-2012 | 16.56 |
| 11-25-2012 | 16.54 |
| 11-26-2012 | 16.59 |
| 11-27-2012 | 16.56 |
| 11-28-2012 | 16.56 |
| 11-29-2012 | 16.5 |
| 11-30-2012 | 16.5 |
| 12-1-2012 | 16.5 |
| 12-2-2012 | 16.5 |
| 12-3-2012 | 17.11 |
| 12-4-2012 | 17.11 |
| 12-5-2012 | 17.25 |
| 12-6-2012 | 17.53 |
| 12-7-2012 | 16.48 |
| 12-8-2012 | 16.48 |
| 12-9-2012 | 17.47 |
| 12-10-2012 | 17.48 |
| 12-11-2012 | 17.29 |
| 12-12-2012 | 17.26 |
| 12-13-2012 | 17.26 |
| 12-14-2012 | 17.26 |
| 12-15-2012 | 17.26 |
| 12-16-2012 | 17.26 |
| 12-17-2012 | 17.26 |
| 12-18-2012 | 17.25 |
| 12-19-2012 | 17.21 |
| 12-20-2012 | 17.19 |
| 12-21-2012 | 17.19 |
| 12-22-2012 | 17.19 |
| 12-24-2012 | 17.19 |
| 12-25-2012 | 17.08 |
| 12-26-2012 | 17.37 |
| 12-27-2012 | 17.39 |
| 12-28-2012 | 17.43 |
| 12-29-2012 | 17.43 |
| 12-30-2012 | 17.43 |
| 12-31-2012 | 17.43 |
| 1-1-2013 | 17.32 |
| 1-2-2013 | 17.27 |
| 1-3-2013 | 17.61 |
| 1-4-2013 | 17.72 |
| 1-5-2013 | 17.72 |
| 1-6-2013 | 17.72 |
| 1-8-2013 | 17.7 |
| 1-9-2013 | 17.49 |
| 1-10-2013 | 17.46 |
| 1-11-2013 | 17.45 |

| | |
|---|---|
| 1-12-2013 | 17.45 |
| 1-13-2013 | 17.46 |
| 1-14-2013 | 17.42 |
| 1-15-2013 | 17.42 |
| 1-16-2013 | 17.56 |
| 1-17-2013 | 17.51 |
| 1-18-2013 | 17.52 |
| 1-19-2013 | 17.52 |
| 1-20-2013 | 17.52 |
| 1-21-2013 | 17.52 |
| 1-22-2013 | 17.59 |
| 1-23-2013 | 17.59 |
| 1-24-2013 | 18.73 |
| 1-25-2013 | 18.73 |
| 1-26-2013 | 18.73 |
| 1-27-2013 | 18.73 |
| 1-28-2013 | 18.73 |
| 1-29-2013 | 18.69 |
| 1-30-2013 | 18.69 |
| 1-31-2013 | 18.69 |
| 2-1-2013 | 18.71 |
| 2-2-2013 | 18.71 |
| 2-3-2013 | 18.71 |
| 2-4-2013 | 18.83 |
| 2-5-2013 | 18.84 |
| 2-6-2013 | 20.19 |
| 2-7-2013 | 20.1 |
| 2-8-2013 | 26.62 |
| 2-9-2013 | 26.62 |
| 2-10-2013 | 20.58 |
| 2-11-2013 | 22.31 |
| 2-12-2013 | 22.03 |
| 2-14-2013 | 21.75 |
| 2-16-2013 | 21.79 |
| 2-18-2013 | 21.33 |
| 2-19-2013 | 21.52 |
| 2-20-2013 | 21.34 |
| 2-21-2013 | 21.66 |
| 2-22-2013 | 21.74 |
| 2-23-2013 | 21.74 |
| 2-24-2013 | 21.84 |
| 4-21-2013 | 24.18 |
| 4-22-2013 | 23.94 |
| 4-23-2013 | 23.62 |
| 4-24-2013 | 23.57 |
| 4-25-2013 | 24.74 |
| 4-26-2013 | 25.48 |

| | |
|---|---|
| 4-27-2013 | 25.48 |
| 4-28-2013 | 25.48 |
| 4-29-2013 | 25.42 |
| 4-30-2013 | 25.35 |
| 5-1-2013 | 25.4 |
| 5-2-2013 | 25.17 |
| 5-3-2013 | 25.15 |
| 5-4-2013 | 25.15 |
| 5-5-2013 | 25.17 |
| 5-6-2013 | 25.1 |
| 5-7-2013 | 26.11 |
| 5-8-2013 | 26.18 |
| 5-9-2013 | 26.21 |
| 5-10-2013 | 26.15 |
| 5-11-2013 | 26.15 |
| 5-12-2013 | 26.15 |
| 5-13-2013 | 26.6 |
| 5-14-2013 | 26.26 |
| 5-15-2013 | 26.36 |
| 5-16-2013 | 26.28 |
| 5-17-2013 | 26.67 |
| 5-18-2013 | 26.67 |
| 5-19-2013 | 26.66 |
| 5-20-2013 | 26.73 |
| 5-21-2013 | 26.78 |
| 5-22-2013 | 26.85 |
| 5-23-2013 | 27.04 |
| 5-24-2013 | 27.24 |
| 5-25-2013 | 27.24 |
| 5-26-2013 | 27.25 |
| 5-27-2013 | 27.31 |
| 5-28-2013 | 27.54 |
| 5-29-2013 | 28.37 |
| 5-30-2013 | 28.25 |
| 5-31-2013 | 28.43 |
| 6-1-2013 | 28.43 |
| 6-2-2013 | 28.47 |
| 6-3-2013 | 28.37 |
| 6-4-2013 | 28.32 |
| 6-5-2013 | 28.4 |
| 6-6-2013 | 29.84 |
| 6-7-2013 | 31.12 |
| 6-8-2013 | 31.12 |
| 6-9-2013 | 31.22 |
| 6-10-2013 | 31.16 |
| 6-11-2013 | 31.25 |
| 6-12-2013 | 31.16 |

| | |
|---|---|
| 6-13-2013 | 31.02 |
| 6-14-2013 | 30.89 |
| 6-15-2013 | 30.89 |
| 6-16-2013 | 30.89 |
| 6-17-2013 | 30.94 |
| 6-18-2013 | 31.25 |
| 6-19-2013 | 31.16 |
| 6-20-2013 | 31.71 |
| 6-21-2013 | 31.93 |
| 6-22-2013 | 31.93 |
| 6-23-2013 | 31.93 |
| 6-24-2013 | 31.81 |
| 6-25-2013 | 31.61 |
| 6-26-2013 | 31.48 |
| 6-27-2013 | 31.52 |
| 6-28-2013 | 31.47 |
| 6-29-2013 | 31.65 |
| 6-30-2013 | 31.65 |
| 7-1-2013 | 31.5 |
| 7-2-2013 | 31.45 |
| 7-3-2013 | 31.48 |
| 7-4-2013 | 31.39 |
| 7-5-2013 | 31.61 |
| 7-6-2013 | 31.61 |
| 7-7-2013 | 31.6 |
| 7-8-2013 | 31.6 |
| 7-9-2013 | 32.62 |
| 7-10-2013 | 32.58 |
| 7-11-2013 | 32.36 |
| 7-12-2013 | 32.26 |
| 7-13-2013 | 32.26 |
| 7-14-2013 | 32.25 |
| 7-15-2013 | 32.16 |
| 7-16-2013 | 31.84 |
| 7-17-2013 | 31.24 |
| 7-18-2013 | 30.41 |
| 7-19-2013 | 31.91 |
| 7-20-2013 | 31.91 |
| 7-21-2013 | 31.91 |
| 7-22-2013 | 31.36 |
| 7-23-2013 | 31.5 |
| 7-24-2013 | 31.54 |
| 7-25-2013 | 31.46 |
| 7-26-2013 | 31.46 |
| 7-27-2013 | 31.46 |
| 7-28-2013 | 31.46 |
| 7-29-2013 | 31.5 |

| | |
|---|---|
| 7-30-2013 | 31.48 |
| 7-31-2013 | 31.62 |
| 8-1-2013 | 31.68 |
| 8-2-2013 | 31.49 |
| 8-3-2013 | 31.49 |
| 8-4-2013 | 31.51 |
| 8-5-2013 | 31.49 |
| 8-6-2013 | 31.34 |
| 8-7-2013 | 31.35 |
| 8-8-2013 | 31.29 |
| 8-9-2013 | 33.46 |
| 8-10-2013 | 33.46 |
| 8-11-2013 | 33.53 |
| 8-12-2013 | 34.62 |
| 8-13-2013 | 34.84 |
| 8-14-2013 | 36.2 |
| 8-15-2013 | 36.53 |
| 8-16-2013 | 36.75 |
| 8-17-2013 | 36.75 |
| 8-18-2013 | 36.7 |
| 8-19-2013 | 36.8 |
| 8-20-2013 | 36.31 |
| 8-21-2013 | 36.33 |
| 8-22-2013 | 36.24 |
| 8-23-2013 | 36.05 |
| 8-24-2013 | 36.05 |
| 8-25-2013 | 36.05 |
| 8-26-2013 | 36.37 |
| 8-27-2013 | 37.32 |
| 8-28-2013 | 37.32 |
| 8-29-2013 | 37.41 |
| 8-30-2013 | 37.36 |
| 8-31-2013 | 37.36 |
| 9-1-2013 | 37.36 |
| 9-2-2013 | 37.24 |
| 9-3-2013 | 37.49 |
| 9-4-2013 | 38.83 |
| 9-5-2013 | 38.95 |
| 9-6-2013 | 40.62 |
| 9-7-2013 | 40.62 |
| 9-8-2013 | 40.64 |
| 9-9-2013 | 39.74 |
| 9-10-2013 | 39.5 |
| 9-11-2013 | 41.77 |
| 9-12-2013 | 41.73 |
| 9-13-2013 | 44.55 |
| 9-14-2013 | 44.55 |

| Date | Value |
|------|-------|
| 9-15-2013 | 44.55 |
| 9-16-2013 | 44.66 |
| 9-17-2013 | 44.59 |
| 9-18-2013 | 44.36 |
| 9-19-2013 | 43.94 |
| 9-20-2013 | 43.97 |
| 9-21-2013 | 43.97 |
| 9-22-2013 | 44.13 |
| 9-23-2013 | 40.22 |
| 9-24-2013 | 41.1 |
| 9-25-2013 | 41.18 |
| 9-26-2013 | 41.36 |
| 9-27-2013 | 41.67 |
| 9-28-2013 | 42.59 |
| 9-29-2013 | 42.59 |
| 9-30-2013 | 42.47 |
| 10-1-2013 | 42.12 |
| 10-2-2013 | 41.92 |
| 10-3-2013 | 42 |
| 10-4-2013 | 41.92 |
| 10-5-2013 | 41.92 |
| 10-6-2013 | 44.94 |
| 10-7-2013 | 46.02 |
| 10-8-2013 | 44.8 |
| 10-9-2013 | 45.07 |
| 10-10-2013 | 44.93 |
| 10-11-2013 | 44.92 |
| 10-12-2013 | 44.92 |
| 10-13-2013 | 46.01 |
| 10-14-2013 | 47.05 |
| 10-15-2013 | 47.07 |
| 10-16-2013 | 47.02 |
| 10-17-2013 | 47.02 |
| 10-18-2013 | 47.95 |
| 10-19-2013 | 47.95 |
| 10-20-2013 | 47.88 |
| 10-21-2013 | 48.08 |
| 10-22-2013 | 47.92 |
| 10-23-2013 | 49.26 |
| 10-24-2013 | 53.51 |
| 10-25-2013 | 53.43 |
| 10-26-2013 | 53.43 |
| 10-27-2013 | 53.43 |
| 10-28-2013 | 54.44 |
| 10-29-2013 | 54.42 |
| 10-30-2013 | 56.49 |
| 10-31-2013 | 56.71 |

| Date | Value |
|---|---|
| 11-1-2013 | 59.42 |
| 11-2-2013 | 59.42 |
| 11-3-2013 | 59.42 |
| 11-4-2013 | 58.24 |
| 11-5-2013 | 58.71 |
| 11-6-2013 | 58.59 |
| 11-7-2013 | 59.52 |
| 11-8-2013 | 59.61 |
| 11-9-2013 | 60.88 |
| 11-10-2013 | 61.03 |
| 11-11-2013 | 60 |
| 11-12-2013 | 62.16 |
| 11-13-2013 | 63.97 |
| 11-14-2013 | 64.06 |
| 11-15-2013 | 61 |
| 11-16-2013 | 61 |
| 11-17-2013 | 61 |
| 11-18-2013 | 59.21 |
| 11-19-2013 | 54.97 |
| 11-20-2013 | 56.77 |
| 11-21-2013 | 60.18 |
| 11-22-2013 | 62.09 |
| 11-23-2013 | 62.09 |
| 11-24-2013 | 62.09 |
| 11-25-2013 | 60.12 |
| 11-26-2013 | 62.03 |
| 11-27-2013 | 62.03 |
| 11-28-2013 | 62.03 |
| 11-29-2013 | 62.19 |
| 11-30-2013 | 62.19 |
| 12-1-2013 | 62.25 |
| 12-2-2013 | 62.25 |
| 12-3-2013 | 64.61 |
| 12-4-2013 | 64.74 |
| 12-5-2013 | 64.42 |
| 12-6-2013 | 64.19 |
| 12-7-2013 | 64.19 |
| 12-8-2013 | 64.26 |
| 12-9-2013 | 64.23 |
| 12-10-2013 | 64.26 |
| 12-11-2013 | 64.26 |
| 12-12-2013 | 64.26 |
| 12-13-2013 | 64.13 |
| 12-14-2013 | 64.13 |
| 12-15-2013 | 64.1 |
| 12-16-2013 | 64.26 |
| 12-17-2013 | 64.52 |

| Date | Value |
|---|---|
| 12-18-2013 | 64.55 |
| 12-20-2013 | 64.23 |
| 12-21-2013 | 64.23 |
| 12-22-2013 | 64.26 |
| 12-23-2013 | 63.94 |
| 12-24-2013 | 63.9 |
| 12-25-2013 | 63.97 |
| 12-26-2013 | 63.84 |
| 12-27-2013 | 64 |
| 12-28-2013 | 64 |
| 12-29-2013 | 64.13 |
| 12-30-2013 | 64.13 |
| 12-31-2013 | 64.1 |
| 1-1-2014 | 64.13 |
| 1-2-2014 | 64.52 |
| 1-3-2014 | 64.42 |
| 1-4-2014 | 64.42 |
| 1-5-2014 | 64.42 |
| 1-6-2014 | 64.39 |
| 1-7-2014 | 64.1 |
| 1-8-2014 | 64.23 |
| 1-9-2014 | 66.4 |
| 1-10-2014 | 66.1 |
| 1-11-2014 | 66.1 |
| 1-12-2014 | 66.1 |
| 1-13-2014 | 68.45 |
| 1-14-2014 | 68.76 |
| 1-15-2014 | 74.11 |
| 1-16-2014 | 74.41 |
| 1-17-2014 | 74.93 |
| 1-18-2014 | 72.25 |
| 1-19-2014 | 72.25 |
| 1-20-2014 | 72.29 |
| 1-21-2014 | 73.07 |
| 1-22-2014 | 78.73 |
| 1-23-2014 | 76.48 |
| 1-24-2014 | 76.19 |
| 1-25-2014 | 76.19 |
| 1-26-2014 | 76.22 |
| 1-27-2014 | 76.59 |
| 1-28-2014 | 79.31 |
| 1-29-2014 | 79.54 |
| 1-30-2014 | 79.69 |
| 1-31-2014 | 79.88 |
| 2-1-2014 | 79.88 |
| 2-2-2014 | 80 |
| 2-3-2014 | 81.27 |