Fecha Emisión:

202° y 153°



La PUB desde su emision tiene uba vigercia de treinta(30)dias continuos para ser cancelada,una vez realizada la cancelación respectiva,tiene una vigencia de sesenta (60)das fo prorrogables para presentar el documento.Agotados dichos leipsos la PUB es nulay deberé emitirse una nueva PUB para realizar el tramite,debiendo cagcelar nuevamente el ontocorres 万%？



Republica Bolivariana de Venezuela

Ministerio del Poder Popular para Relaciones Interiores y Justicia3-0206 ci

Servicio Autonomo de Registros y Notarias

Notaria Publica Tercera Municipio Chacao del Estado Miranda

297.00        0.00 ART

## PLANILLA UNICA BANCARIA



| Tipo de Acto: | Monto Bs. | | | |
|---|---|---|---|---|
| AUTENTICACION | 297.00 | Número Planilla: | | 065-00018756 |
| TRASLADO | 0.00 | | S Tomo0/F.ororgamieng:9_OCT_2012 | |
| TRANSPORTE | 0.00 | Número Control:488-0000-0000 | | |
| Nombre y Apellido Solicitante | | | | |
| D EMPAIRE REYNA&ABOGADOS | | | | |
| C.I./RIF/Pasaporte Solicitante  Telefono: | | | | |
| J-000773521 (0212)-2646244 | | Forma de Pago | N° Cheque/Aprobacion | Monto Bs. |
| Nombres y Apellidos Depositante | | Monto Efectivo | | |
| MERCEDES JIMENEZ MARCANO | | Cheque Gerencia del mismo Banco | | |
| C.I./RIF/Pasaporte Depositante | | | | |
| 4,298,652 | | Punto de Venta | | |
| Firma del Solicitante | | | | |
| MM | | Pago por Internede Vent | | |
| Monto en Letras | | Pago por Inter | | |
| DOSCIENTOS NOVENTA Y SIETE | | MONTO TOTAL | | 297,00 |

### SOLO PARA USO DEL SAREN

| FUNCIONARIO EMISOR | FUNCIONARIO RECEPTOR | | FUNCIONARIO REVISOR | REGISTRADOR/NOTARIO |
|---|---|---|---|---|
| GUILLERMO PALACIOS | Guillermo Palacl | s | Arnaldo Marcano | Kathyuska Crespo |
| V-16673190 | 16,673,190 | | V-15577375 | V-8191730 |
| | Escribiente III | | | |
| ESCRIBIENTE III | | | Abogado II | Notaria |
| 22 OCT 2012 | 23 OCT2012 | 29 | CT 2012 | 29 OCT 2012 |
| | | | | de |
| g | g | | | |

BANCOS RECAUDADORES

0003-Banco Industrial de Venezuela

Sello de la Oficina                    0007-Banco Bicentenario

DEFENDANT'S EXHIBIT 99a

0162-Banco de Venezuela
0163-Banco del Tesoro
0108-Banco Provincial

OF BINCO AVEESIANA

22 OCT.2012:

TAQUILLA N03

Escaneado con CamScanner

::SAREN.PUB Segura::

http://oficinavirtual.saren.gob.ve/recaudacion/principal3.php

Gosiemc Bolivariano de Verczuela

Relaciones Interiores y Jasticia

SAREN   SERVICIO AUTON010
        DEREGISTROS
        YNOTARIAS

Sistema PUB Segura

Miércoles,24 de Octubre de 2012

INICIO

Usuario conectado:GUILLERMO ALGIMIRO PALACIOS CABRERA

Consultar PUB

Consultar PUB

Consultar PUB(Codigo de Seguridad)

Introduzca PUB a consultar:

Certificar PUB

Consultar

Importar PUB desde archivo excei

CONSULTA PUB

Cambiar Contrasena

Estado       Miranda

Salir

I de I

Oficina
Banco
Codigo Sucural
Sucursal
Numero
Código Seguridad
Monto
Fecha

Copyright,SAREN 2010.Todos los derechos reservados.

065

NOTARIA PUBLICA TERCERA DEL MUNICIPIO CHACAO ESTADO

MIRANDA

BANCO DEL TESORO,C.A.

0206

LA CASTELLANA

06500048756

CONUCQLXHAU5K

297.00

2012-10-22

Desarrollado por el Servicio Autónomo de Registros y Notarías

del Ministerio del Poder Popular para Relaciones Interiores y Justicia.

Diana Marisol Rojas
Inpreabogado No.5126

NOTARIA PUBLICA TERCERA

DEL MUNICIPIO CHACAO

DEL ESTADO MIRANDA

**CONTRACTING PROCESS No. A-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 CONSTRUCTION OF DEEP WELLS FOR THE USE OF GROUNDWATER IN THE BLOCK JUNIN 2, ASSIGNED TO THE PETROMACAREO JOINT VENTURE**

Between MI BOX TOOL, C.A. Mercantile Company duly registered before the Mercantile Registry of the Monagas State Judicial District, on September 23, 2009, registered under No. 21,tomo 49-A-RM MAT, being its last modifications, on March 13, 2012, under No. 243, Volume 18-A-RM MAT, dated May 25, 2012, under No. 35 volume 38-A-RM MAT, dated May 20 Published in July 2012, under No. 66, volume 51-A-RM MAT, registered under the Registry and Fiscal Information R.I.FJ-29820758-2, represented by, Josmel J. Velásquez, Venezuelan, of legal age, holder of the identity No.13.813.454, in his capacity as Vice-president and PERFOCENTRO, C.A., Mercantile Company duly registered before the Mercantile Registry of the Judicial District of Cojedes State, in dated January 31, 2001, registered under No. 37, volume 1-A, registered under the Registry and information Prosecutor R.I.F J-30773871-5, represented by Ángel David Puentes, Venezuelan, of legal age, holder of identity card No. 10.421.857, in his capacity as attorney-in-fact as recorded in power duly authenticated May 5, 2004, registered under No. 83, volume 18, before the Notary Publica de San Carlos, Cojedes State, has agreed to establish, as in effect it is constituted by this document, a temporary association under the regime of this Consortium or alliance, which is governed by the following clauses: FIRST: OBJECT AND NAME OF THE PARTIES. We declare that We have agreed to constitute, as we do constitute, THE CONSORTIUM with the sole purpose of participate in the contracting procedure called by the Mixed Company PETROMACAREO, S.A., whose fundamental purpose is the "CONSTRUCTION OF DEEP WELLS FOR THE USE GROUNDWATER IN THE JUNIN 2 BLOCK, ASSIGNED TO THE PETROMACAREO JOINT COMPANY" for the purposes of presenting the corresponding offer, celebrating and jointly carrying out the respective contract, through a consortium or alliance formed by the parties for this purpose, which is will be called "CONSORCIO MJ BOX TOOL, C.A." called from now on, and for the purposes of this present document as CONSORCIO.SEGUNDO: ADDRESS. The domicile of the CONSORTIUM will be Main avenue of the industrial zone of Maturín, plot 5, Warehouse of MJ BOX TOOL, C.A. de la Zona Industrial de Maturín, block 40. Main Maturín Municipality of Monagas State, being able to have branches anywhere else in the Bolivarian Republic of Venezuela . THIRD: DURATION. THE PARTIES declare that this CONSORTIUM will be valid from the moment of its authentication and until the date of completion of the services and/or activities object of the same, it is worth that is, until the delivery by THE CONTRACTING PARTY of the settlement of the corresponding contract. FOURTH: PERCENTAGE OF PARTICIPATION. The participation of each of THE PARTIES that make up the CONSORTIUM, will be established in the attached table, and may be modified by prior agreement of the participants in a meeting of associates, and prior written authorization from MJ BOX TOOL, C.A. Business 1) MJ BOX TOOL, C.A. 53%, Company 2) PERFOCENTRO,C.A.: 47% Total participation: 100%. FIFTH: RESPONSIBILITY AND RIGHTS: THE PARTIES will always have equal rights and proportional participation according to the contribution percentage described in the previous article, as long as they comply with the duties and obligations established in this contract, mainly to contribute their best efforts so that in the fixed share ratio achieves the objective of the CONSORTIUM, always complying with the legal framework that regulates the activity they will carry out, and being jointly and severally bound by PDVSA PETROLEO, S.A. and by third parties. SIXTH: MEETING OF ASSOCIATES: The members of the CONSORTIUM agree that they will meet every 30 and each time the interests of the CONSORTIUM so require, prior call made by the Board of Directors addressed to each legal representative of the participating legal entities, with decisions being made by the Board of Directors. Such members jointly having the broadest powers of administration and provision over the CONSORTIUM. SEVENTH: FULFILLMENT OF OBLIGATIONS: the decisions made by the BOARD of DIRECTORS through a legally convened meeting of members must be complied with by all members, even by those who voted against or saved their vote in the deliberation. EIGHTH: ECONOMIC FUND: THE CONSORTIUM will establish an economic fund with the initial sole contribution by the mercantile company leading the project, which, after being constituted, will maintain the payments made by the client on account of the execution of the activities object of the procedure of contract No. A-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 and in it all the members of the CONSORTIUM will have

participation according to the percentage established in the fourth clause. NINTH: FISCAL PERIOD; The fiscal year of the CONSORTIUM will begin on the day of its authentication and ends on December thirty-first of that year, beginning later on the first (01) of January and ending on December thirty-first (31) of each year, until its termination. definitive, liquidation or dissolution. TENTH: ADMINISTRATION AND BOARD OF DIRECTORS; The "PARTIES" will constitute a Board of Directors in charge of the direction, management and daily management of CONSORTIUM Operational, Economic, Social and Legal Affairs, being integrated by the main members that have been designated from the as follows: JOSMEL VELASQUEZ Principal member representing the Leading Company, ANGEL PUENTE Principal member representing the SMEs, who will have their respective substitutes to fill in for the absolute, temporary or accidental absences of the principal, the substitutes being equally representatives of the group of participants Said members will remain in the exercise of their functions during the duration of this CONSORTIUM. ELEVENTH: REPRESENTATION: The Board of Directors constitutes the executive body of the supreme administration and management of the CONSORTIUM exercised by the meeting of associates, with the broadest powers and attributions for the administration, management and use of resources. From this, JAVIER ARRIOJA, Venezuelan, of legal age, holder of the identity card No. 12.147.393, PRESIDENT and ANGEL PUENTE, previously identified

VICE PRESIDENT, who acting JOINTLY and by delegation of the Board of Directors will be Those who execute the decisions; being able to carry out on behalf of this any act, diligence or management commercial and economic legat, in the name and representation of the CONSORTIUM, before any third party is this/of a public or private, national or foreign, natural or legal nature and finally any legal representation. Substitutes having the same faculties in case of replacing absolute absences, temporary or permanent of the main members. TWELFTH: DISSOLUTION OR LIQUIDATION; The constitution and liquidation of the CONSORTIUM shall be governed by the provisions on this matter provided for by the mercantile legislation of the Bolivarian Republic of Venezuela and, failing that, in a supplementary manner for established by civil law. However, it may be terminated early if so agreed. THE PARTIES at a meeting of the Board of Directors held for this purpose. THIRTEENTH BREACH: The PARTY that incurs in the breach, culpable or not, shall indemnify the others and/or the CONSORTIUM; either for damages or by virtue of the recognition of the commitment commercial. FOURTEENTH: MODIFICATIONS; This agreement may not be modified or altered but by the agreement signed by those who represent THE PARTIES. FIFTEENTH: NULLITIES: From be declared the partial or total nullity of any clause or stipulation contained in this CONSORTIUM, by any competent authority for it, the rest of the stipulations or clauses contained in this CONSORTIUM will continue to have full effect between THE PARTIES, as such declaration of nullity does not affect the very object of the Agreement or make its execution impossible. TENTH SIXTH: NOTIFICATIONS: All notifications, authorizations or approvals required by accordance with this agreement, unless otherwise stipulated, will be carried out by writing and will be delivered personally, by facsimile, mail with acknowledgment of receipt or mail email to the following addresses, considered effectively given on the date of receipt: Company: MJ BOOX TOOL, C.A. Attention: JAVIER ARRIOJA Address: it will be the main avenue of the area industrial area of Maturín, plot 5, Warehouse of MJ BOX TOOL, C.A. from the Maturin Industrial Zone, manzana 40. Main Municipality Maturin of Monagas State_Telephone: 04166923915 Facsimile: 02916448050.Email:ARRIOJAJ@mjbooxtool.com SEVENTEENTH: JURISDICTION: This agreement is shall be governed and interpreted in accordance with the laws of the Bolivarian Republic of Venezuela, to whose courts, the parties agree to go to resolve any difference. NINETEENTH: CONFIDENTIALITY; Each one of THE PARTIES of this CONSORTIUM declares and guarantees that they signed and deliver a Confidentiality Agreement, on all the information it handles. TWENTIETH: SOCIAL RESPONSIBILITY; Complying with the principles and postulates that inspire the formation of this CONSORTIUM, THE PARTIES thereof expressly agree to comply with the social responsibility commitments, complying with the specifications derived from the contracting conditions. TWENTY-FIRST: BOARD OF DIRECTORS; THE PARTIES agree that the BOARD OF DIRECTORS of this CONSORTIUM will be integrated as follows: JAVIER ARRIOJA Venezuelan, of legal age, holder of identity card No. 12.147.393, as representative of the company LEADER AND PRESIDENT of the BOARD OF DIRECTORS, ANGEL PUENTE, Venezuelan, of legal age, holder of identity card No. 10.421.857, as representative of Small Businesses, EULOGIO MAGO, Venezuelan, of legal age, holder of identity card No. 7.240.280;MIGUEL ANGEL PEREIRA, Venezuelan not of legal age, holder of

identity card No. 2.749.417, as substitutes respectively the First for the President and the Second for the Vice President. Two (02) copies of the same tenor and for a single purpose are made in the city of Caracas on the twenty-nine (29) day of October 2012.

BOLIVARIAN REPUBLIC OF VENEZUELA. MINISTRY OF PEOPLE'S POWER FOR INTERIOR AFFAIRS AND JUSTICE. THIRD PUBLIC NOTARY OF THE CHACAO MUNICIPALITY OF MIRANDA STATE. Previously, the Seventh Notary of Chacao. Los Palos Grandes, OCTOBER TWENTY-NINE (29), TWO THOUSAND TWELVE. (2012) 202° and 153°. The previous document drawn up by the lawyer: DIANA MARISOL ROJAS, registered in the Inpreabogado under No. 51267, was presented for Authentication and return according to Single Bank Form No. 065-00048756 and Tariff Duties Form No. 372051, dated :23-10-2012. Present, their grantors said their names were: JOSMEL J. VELASQUEZ and ANGEL DAVID PUENTES, of legal age, holders of Identity Cards Nos. V-13.813.454 and V-10.421.857, of Marital Status: SINGLE, of Nationality: VENEZUELAN and domiciled in: CARACAS, respectively. I read the document to them and confronted with their photocopies in the presence of the Notary, they stated: "ITS CONTENT IS TRUE AND OUR SIGNATURES THAT APPEAR AT THE FOOT OF THE INSTRUMENT." The Notary Public, by virtue of this, attests to this document and the original signed copies that will form the Main Volume and the Duplicate Volume, in the presence of witnesses: JACQUELIM DE SÁNCHEZ and MARIA ELENA LAPREA, holders of the Identity Cards Nos. :5,599,922 and 4,354,721, being recorded under No. 05 Volume 201 of the Authentication Books kept by this Notary. The Notary publicly certifies that he has read Article 79 Number 2 of the Public Registry and Notary Public Law and informed the parties of the content, nature, significance and legal consequence of the acts or business executed in his presence, which they stated your full consent. He also certifies that he had before him: 1) Constitutive Document and Minutes of the Mercantile Company MJ BOX TOOL, C.A. and 2) Constitutive Document and Power of Attorney of the Mercantile Company PERFOCENTRO, C.A. Pursuant to Article 35 of the Fiscal Stamp Law, the corresponding stamps were rendered useless in an original copy.