**Ministerio del Poder Popular de Planificación y Finanzas.**



## DIRECTORIO TELEFONICO

| CEDULA | APELLIDOS Y NOMBRES | DESCRIPCION CARGO | MÒVIL | OFICINA | DIRECCION DE HABITACIÒN | CORREO INSTITUCIONAL |
|---|---|---|---|---|---|---|
| 11,502,896 | DIAZ GUILLEN, CLAUDIA PATRICIA | TESORERA NACIONAL | 0412-225-25-51 | 802-46-09 | AV. MANUEL FELIPE TOVAR EDIF SWIFT. SAN BERNARDINO | CLDIAZ@MPPEF.GOB.VE |
| 7,462,892 | LARA CEBALLOS, PEDRO YGNACIO | SUB-TESORERO NACIONAL | 0416-610-96-24 | 802-46-12 | AV.HUMBOLDT RESIDENCIA MADRIGAL , BELLO MONTE | PLARA@MPPEF.GOV.VE |
| 6,260,346 | ESSER NIETO, MARIA CAROLINA | DIRECTORA DE CONSULTORIA JURIDICA | 0414-134-07-28 | 802-46-66 | URB. SAN LUIS DEL CAFETAL EDF PEÑON , APTO 2D FINAL DE LA AV. PRINCIPAL | MESSER@MPPEF.GOB.VE |
| 12,618,301 | FERNANDEZ GUILLEN, PEDRO | DIRECTOR GENERAL DE TECNOLOGIA E INFORMACIÒN | 0416-704-42-81 | 802-46-89 | ESQ. SALAS A BALCONCITO, EDF.SABA, PISO 4 APTO-4, PARROQUIA ALTAGRACIA,CARACAS | PFERNANDEZ@MPPEF.GOB.VE |
| 10,350,315 | MACHADO DE SILVA, TRUDDY DEL CARMEN | DIRECTOR GENERAL DE ADMINISTRACION Y SERVICIOS | 0426-514-61-06 | 802-46-39 | URB.STA.MARIA RES. ALTAMIRA ,TORRE 3 ,PISO 1 | TMACHADO@MPPEF.GOB.VE |
| 5,569,641 | CHACON ETTEGUI, WILMER ANTONIO | COORDINADOR DE  ADMINISTRACIÒN | 0414-141-53-96 | 802-47-49 | PROLONGACION CALLE GUAICAIPURO CASA NRO.48 POTREROS DEL MEDIO ORIENTE, CARRIZAL | WCHACON@MF.GOV.VE |
| 5,413,309 | OLAVARRIETA TORRES, OSCAR | COORDINADOR DE SEGURIDAD | 0414-139-09-79 | 802-46-03 | URB. LA ESPERANZA EDF 32,PISO 2 APTO 4 , SANTA TERESA DEL TUY | |
| 13,633,640 | RODRIGUEZ , FRANK | DIRECTOR DE EGRESOS EN  MONEDA EXTRANJERA | 0414-181-31-83 | 802-46-28 | AV.BARALT RESIDENCIA JARDIN ALTAGRACIA PISO1. APTO 1D | FRODRIGUEZ@MPPE.GOV.VE |
| 13,178,252 | TORRES LYON, MARLIN THAMARA | DIRECTORA DE EGRESOS EN MONEDA NACIONAL | 0412-933-08-29 | 802-46-20 | UD-4 MUCURITA EDF-8 PISO 1801 CARICUAO | MTORRES@MPPEF.GOB.VE |
| 12,293,826 | REDONDO LINARES, RENE GREGORIO | DIRECTOR GENERAL DE INGRESOS FISCALES | 0416-621-07-66 | 802-47-25 | AV.COLON QUINTA ALCAÑIZ , Nº5 LOS CAOBOS PLAZA VENEZUELA 10-05 | RREDONDE@MPPEF.GOB.VE |
| 10,351,073 | OBELMEJIAS MACHADO, JOSE | DIRECTOR DE RECAUDACION DE INGRESOS FISCALES | 0424-213-27-47 | 802-46-93 | TRAPICHITO SECTOR 1 VEREDA 3 CASA Nª15  GUARENAS | JOBELMEJIAS@MPPEF,.GOB.VE |
| 12,297,048 | QUINTERO QUINTERO, JENNIFER | DIRECTORA DE ANALISIS  DE INGRESOS FISCALES | 0424-194-79-90 | 802-46-72 | ESQ BALCONCITO EDF 18-07 PISO 6 APTO 63 | JQUINTERO@MPPEF.GOVE.VE |
| 10,903,393 | VIVAS MEDINA, YONY ALBENIS | DIRECTOR GENERAL CUENTA UNICA | 0426-519-78-38 | 802-46-34 | CONJUNTO RESIDENCIAL SOLANO , TORRE A  APARTAMENTO 1306 AV. SOLANO | YVIVAS@MPPF.GOV.VE |
| 11,406,500 | PIETRANTONIO TANGORRA, GIUSEPPE | DIRECTOR DE LINEA DE SEGUIMIENTO Y CUENTA | 0414-140-03-70 | 802-46-35 | TERREZA CLUB HIPICO, RESIDENCIA KARINA. | GPIETRANTONIO@MPPEF.GOB.VE |
| 8,370,801 | CABELLO , JACINTO JOSE | DIRECTOR GENERAL DE PLANIFICACION Y ANALISIS FINANCIERO | 0416-624-47-39 | 802-47-25 | URB. BOSQUE VALLE TERRAZA 10 CASA Nº 8 SUBIENDO POR TAZON | JCABELLO@MPPEF.GOB.VE |
| 13,378,463 | GONZALEZ SALAS, PABLO | DIRECTOR DE PROGRAMACION FINANCIERA | 0426-518-27-14 | 802-46-19 | AV. FUERZAS ARMADAS RESIDENCIAS LAS ROSAS . EDIFICIO TORRE A . APTO 125-A PISO 12 | PGONZALEZ@MPPEF.GOB.VE |
| 13,649,325 | VIELMA , ALEDYS | DIRECTORA DE PLANIFICACIÒN Y ANALISIS | 0412-224-06-95 | 802-46-70 | CALLE CARABOBO. RES. GABRIELA. PISO 9. APT. 9.B. EL ROSAL , | AVIELMA@MPPEF.GOB.VE |
| 15,230,196 | BARRIOS NORIEGA, ANGELICA MARIA | DIRECTORA GENERAL DE INVERSIONES Y VALORES | 0416-618-55-51 | 802-46-08 | AV. ROMULO GALLEGOS , URB HORIZONTE EDF BAJO GRANDE PISO 5 APT 52 | ANBARRIOS@MF.GOV.VE. |
| 15,616,278 | TOVAR CAMACHO, MIURIKA DEL VALLE | DIRECTORA DE CUSTODIA Y COBRANZA | 0416-633-38-23 | 802-46-30 | AV.SAN MARTIN RESIDENCIA SAN MARTIN ,PISO 1 APTO 13 | MITOVAR@MPPEF.GOB.VE |
| 13,472,895 | MARQUEZ , EIRA | COORDINADORA DE BIENESTAR SOCIAL | 0416-374-01-27 | 802-46-66 | KM .3 EL JUNQUITO  URB. OLIVETT 3ERA TRANSVERSAL | EIMARQUEZ@MPPEF.GOB.VE |
| 11,229,649 | CONTRERAS GIL, MARCO | COORDINADOR ADMINISTRATIVO | 0412-090-10-28 | 802-47-45 | PUENTE MIRAFLORES . PLAZA LA PASTORA CASA 27-03 | MDCONTRERAS@MPPEF.GOB.VE |
| 14,481,832 | SANJUAN BELLO, ROBERTO | COORDINADOR DE TECNICA | 0412-813-44-98 | 802-46-64 | PARQUE RESIDENCIAL ,COLINAS DE CARRIZAL , APARTAMENTO 71-C TORRE C ,LOS TREQUES ESTADO MIRANDA, MUNICIPIO CARRIZAL | RSANJUAN@MPPEF.GOB.VE |

