INTERGLOBAL YACHT SALES LLC   |   Account # 2290 2051 9200   |   April 1, 2016 to April 30, 2016

## IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking. Or, you can call our Customer Service team.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: in case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree to not make a claim against us for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2016 Bank of America Corporation

 Bank of America, N.A. Member FDIC and Equal Housing Lender



EXHIBIT
DX 109



# Your checking account

**INTERGLOBAL YACHT SALES LLC**  |  Account # 2290 2051 9200  |  April 1, 2016 to April 30, 2016

## Deposits and other credits

| Date | Description | Amount |
|---|---|---:|
| 04/06/16 | WIRE TYPE:WIRE IN DATE: 160406 TIME:0946 ET TRN:2016040600185813 SEQ:S066097166D501/014910 ORIG:PERDOMO ROSALES MARIA ALE ID:CH93085150307920 SND BK:CITIBANK, N.A. ID:021000089 | 2,100,000.00 |
| 04/20/16 | WIRE TYPE:WIRE IN DATE: 160420 TIME:1604 ET TRN:2016042000321626 SEQ:S06611113A1E01/035400 ORIG:MJ BOX TOOL SA ID:CH30084651227005 SND BK:CITIBANK, N.A. ID:021000089 PMT DET:REF: INVOICE NO 1 64COUACH12 BANK OFFICER : LOURDEZ FAILDE DOMINGUEZ | 25,000,000.00 |
| 04/20/16 | WIRE TYPE:WIRE IN DATE: 160420 TIME:1201 ET TRN:2016042000234741 SEQ:F1S1604202921600/003504 ORIG:1/WESTERN CAPE HOLDING IN ID:CH08086670058467 SND BK:THE BANK OF NEW YORK MELLON ID:021000018 PMT DET:LESS FEES | 299,983.20 |
| 04/21/16 | WIRE TYPE:WIRE IN DATE: 160421 TIME:0658 ET TRN:2016042100148313 SEQ:S06611210EDE01/012528 ORIG:1/NIHAM CORP. ID:128589001 SND BK:CITIBANK, N.A. ID:021000089 PMT DET:RE COMPRA BARCO 129 MONDO MARINE 40M | 8,000,000.00 |

**Total deposits and other credits**     **$35,399,983.20**

## Withdrawals and other debits

| Date | Description | Amount |
|---|---|---:|
| 04/01/16 | Online Banking transfer to CHK 9255 Confirmation# 1653767414 | -8,000.00 |
| 04/04/16 | WIRE TYPE:BOOK OUT DATE:160404 TIME:1344 ET TRN:2016040400296744 RELATED REF:169754904 BNF:INTREPID SOUTHEAST INC ID:003446349966 PMT DET:ADDITIONAL DEPOSIT 37887 HULL | -5,000.00 |
| 04/06/16 | WIRE TYPE:WIRE OUT DATE:160406 TIME:0909 ET TRN:2016040600172029 SERVICE REF:003164 BNF:PROMOCIONES BURSATILES SA ID:111022498 BNF BK: BANCO SANTANDER INTERNA ID:066010597 PMT DET:16993 4092 BUYERS DEPOSIT REFUND 65 VIKING | -28,592.50 |
| 04/06/16 | Online Banking transfer to CHK 9255 Confirmation# 1694827330 | -50,000.00 |
| 04/08/16 | WIRE TYPE:WIRE OUT DATE:160408 TIME:0526 ET TRN:2016040700357417 SERVICE REF:002418 BNF:ALLEY MASS RODGERS AND LIN ID:2119938800 BNF BK:FLORIDA COMMUNITY BANK, ID:066016766 PMT DET:170056462 MATTER 33942 CEK 164 COUACH DEP | -1,371,820.00 |
| 04/13/16 | Online Banking transfer to CHK 9255 Confirmation# 0651968158 | -10,000.00 |
| 04/13/16 | Online Banking transfer to CHK 9255 Confirmation# 1458829391 | -46,658.20 |

*continued on the next page*



**Small Business Online Banking**
**TIP OF THE MONTH**

# Stay informed around the clock

**Online Alerts**[1] help keep you informed.

- Monitor your account balances and receive alerts when payments are due
- Be notified when transactions have cleared

To activate Alerts, go to **bankofamerica.com/smallbusiness** and click on **Alerts** in the Activity Center.



Activity Center — Alerts

[1] Alerts received as text messages on your mobile access device may incur a charge from your mobile access service provider. This feature is not available on the Mobile website. Wireless carrier fees may apply.  |  AR5XKMCP  |  SSM-01-16-8548.B

INTERGLOBAL YACHT SALES LLC   |   Account # 2290 2051 9200   |   April 1, 2016 to April 30, 2016

## Withdrawals and other debits – continued

| Date | Description | Amount |
|---|---|---|
| 04/14/16 | FLA DEPT REVENUE DES:C01    ID:000000015887455  INDN:INTERGLOBAL YAC    CO ID:7596001874 CCD | -282.75 |
| 04/18/16 | Online Banking transfer to CHK 9255 Confirmation# 1401452215 | -20,000.00 |
| 04/19/16 | WIRE TYPE:BOOK OUT DATE:160419 TIME:0530 ET TRN:2016041800386532 RELATED REF:170794296 BNF:STEEL MARINE TOWING & SALV ID:004432097292 PMT DET:LA PELLEGRINA TOWING IN AND OUT RIV | -7,000.00 |
| 04/20/16 | WIRE TYPE:WIRE OUT DATE:160420 TIME:1407 ET TRN:2016042000277164 SERVICE REF:009399 BNF:ROSCIOLI YACHTING CENTER ID:9852880294 BNF BK: BANKUNITED, NA ID:267090594 PMT DET:170948402 MY B LUE ICE PAINT DEPOSIT AND WORK | -250,000.00 |
| 04/21/16 | WIRE TYPE:BOOK OUT DATE:160421 TIME:1148 ET TRN:2016042100234927 RELATED REF:171008298 BNF:NANCY BRAKHA ID:003447157429 PMT DET:CREW MANA GEMENT MOTOR YACHT CASCADI | -20,000.00 |
| 04/27/16 | WIRE TYPE:WIRE OUT DATE:160427 TIME:1413 ET TRN:2016042700289121 SERVICE REF:009176 BNF:DIAZ REUS AND TARG LLP ID:1100002605285 BNF BK:BB&T NORTHERN FLORIDA ID:263191387 PMT DET: 171456472 PRIVATE CLIENT ESCROW DISBURSEMENT | -300,000.00 |
| 04/29/16 | Online Banking transfer to CHK 9255 Confirmation# 3796382912 | -147,000.00 |

Total withdrawals and other debits                                                                                                   -$2,264,353.45

## Checks

| Date | Check # | Amount | Date | Check # | Amount |
|---|---|---|---|---|---|
| 04/01/16 | 1133 | -1,341.80 | 04/27/16 | 1135 | -30,000.00 |
| 04/22/16 | 1134 | -4,742.41 | 04/28/16 | 1136 | -1,526.37 |
| | | | Total checks | | -$37,610.58 |
| | | | Total # of checks | | 4 |

## Service fees

| Date | Transaction description | Amount |
|---|---|---|
| 04/04/16 | Wire Transfer Fee | -30.00 |
| 04/06/16 | Wire Transfer Fee | -30.00 |
| 04/08/16 | Wire Transfer Fee | -30.00 |
| 04/19/16 | Wire Transfer Fee | -30.00 |
| 04/20/16 | Wire Transfer Fee | -30.00 |
| 04/21/16 | Wire Transfer Fee | -30.00 |
| 04/27/16 | Wire Transfer Fee | -30.00 |

Total service fees                                                                                                                                         -$210.00

Note your Ending Balance already reflects the subtraction of Service Fees.



**Your checking account**

INTERGLOBAL YACHT SALES LLC   |   Account # 2290 2051 9200   |   April 1, 2016 to April 30, 2016

## Daily ledger balances

| Date  | Balance ($)   | Date  | Balance ($)   | Date  | Balance ($)   |
|-------|--------------:|-------|--------------:|-------|--------------:|
| 04/01 | 200,230.31    | 04/14 | 787,786.86    | 04/22 | 33,785,937.65 |
| 04/04 | 195,200.31    | 04/18 | 767,786.86    | 04/27 | 33,455,907.65 |
| 04/06 | 2,216,577.81  | 04/19 | 760,756.86    | 04/28 | 33,454,381.28 |
| 04/08 | 844,727.81    | 04/20 | 25,810,710.06 | 04/29 | 33,307,381.28 |
| 04/13 | 788,069.61    | 04/21 | 33,790,680.06 |       |               |

✓ To help you BALANCE YOUR CHECKING ACCOUNT, visit bankofamerica.com/statementbalance or the Statements and Documents tab in Online Banking for a printable version of the How to Balance Your Account Worksheet.

INTERGLOBAL YACHT SALES LLC   |   Account # 2290 2051 9200   |   April 1, 2016 to April 30, 2016

This page intentionally left blank