

PASAPORTE Nº
PASSPORT Nº

030415788

OBSERVACIONES
COMMENTS

3

237

REPÚBLICA BOLIVARIANA DE VENEZUELA

PASAPORTE PASSPORT

Tipo / Type: P
País Emisor / Issuing State: VEN
Pasaporte Nº / Passport of: 030415788

Apellidos / Surname:
DIAZ GUILLEN

Nombres / Given names:
CLAUDIA PATRICIA

Nacionalidad / Nationality:
VENEZOLANA

Cédula de identidad Nº / Personal Nº:
11502896

Sexo / Sex: F

Fecha de Nacimiento / Date of birth:
25 / Nov / Nov / 1973

23-11-73

Fecha de Emisión / Date of issue:
23 / Nov / Nov / 2009

Lugar de Nacimiento / Place of birth:
SAN CRISTOBAL VEN

Fecha de Vencimiento / Date of expiry:
22 / Nov / Nov / 2014

Autoridad / Authority:

Titular / Holder's signature:

P<VENDIAZ<GUILLEN<<CLAUDIA<PATRICIA<<<<<<<<<
0304157886VEN7311257F141122511502896<<<<<<08

DEFENDANT'S EXHIBIT

115









**VISA** — **UNITED STATES OF AMERICA**

| | |
|---|---|
| Issuing Post Name | Control Number |
| CARACAS | 20103613350001 |
| Surname | |
| DIAZ GUILLEN | |
| Given Name | Visa Type /Class |
| CLAUDIA PATRICIA | R   B1/B2 |
| Passport Number   Sex   Birth Date | Nationality |
| 030415788   F   25NOV1973 | VENZ |
| Entries   Issue Date   Expiration Date | |
| M   28DEC2010   26DEC2011 | 1011 |
| Annotation | E0933197 |

**

VNUSADIAZ<GUILLEN<<CLAUDIA<PATRICIA<<<<<<<<<
0304157886VEN7311257F1112267B3CRSOJ8VS252150











VISA

UNITED STATES OF AMERICA

Issuing Post Name
CARACAS

Control Number
20121944170001

Surname
DIAZ GUILLEN

Given Name
CLAUDIA PATRICIA

Visa Type /Class
R    B1/B2

Passport Number
030415788

Sex
F

Birth Date
25NOV1973

Nationality
VENZ

Entries
M

Issue Date
13JUL2012

Expiration Date
11JUL2022

0111

Annotation

**

F8391529

VNUSADIAZ<GUILLEN<<CLAUDIA<PATRICIA<<<<<<<<<
0304157886VEN7311257F2207113B3CRSOQK5F252152



















26

VISAS

26

27

VISAS

27





33

VISAS

33



El Gobierno de la República Bolivariana de Venezuela, solicita a sus autoridades de homólogos y extranjeros, permitir al titular de este pasaporte, libre tránsito pera protección y asistencia y presentarla en los casos pertinentes. Este documento se otorga en conformidad a lo establecido en la constitución de la República Bolivariana de Venezuela, partes, tratados y convenios internacionales suscritos por nuestra República en esta materia.

The Government of the Bolivarian Republic of Venezuela requests been domestic and foreign authorities permission to allow the passport bearer, free transit through the territory and to provide protection and assistance to the passport bearer, in accordance with the Constitution of the Bolivarian Republic of Venezuela, international parts, treaties and agreements to which Venezuela is signatory.

En caso de pérdida o extravío de este pasaporte en el exterior, su agente o enviarlo a las siguientes direcciones: Redes Diplomáticas o Representaciones Consulares de la República Bolivariana de Venezuela, o informar al Ministerio de Relaciones Exteriores, a través de la página web www.mre.gob.ve

In the event of loss of this passport abroad, it should be immediately delivered to the nearest office of interior or diplomatic or Consular agency of the Bolivarian Republic of Venezuela, or inform the Department of Foreign Affairs through its web page www.mre.gob.ve

237

